**RECEIVED**

SEP 17 2024

US DISTRICT COURT
MID DIST TENN

9/11/24

DEAR CLERK,

PLEASE FIND ENCLOSED COMPLAINT FOR THE MIDDLE DISTRICT OF TENNESSEE IN US DISTRICT COURT.

FIND ENCLOSED & ATTACHED CIVIL COVER SHEET, COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (WITH 7 DEFENDANTS), CERTIFICATE OF SERVICE, IFP APPLICATION, AND CERTIFICATE OF PRISONER TRUST FUND ACCOUNT.

IN ADDITION, PLEASE FIND ATTACHED EXHIBITS OF THE COMPLAINT AND VERIFICATION NOTARIZED.

I BELIEVE I STILL WILL NEED A SUMMONS WITH A CERTAIN FORMAT IF MINE HAND WRITTEN DOES NOT SUFFICE. PLEASE PROVIDE A SUMMONS & RETURNED CASE NUMBER. IF I STILL REQUIRE OTHER DOCUMENT PLEASE ASSIST ME.

I WILL REQUIRE THE US MARSHALLS TO SERVE PROCESS ON MY BEHALF TO ALL PARTIES.

PLEASE CONFIRM RECEIPT OF FILING.          RESPECTFULLY,

ROBERT GORDON
# 65920
408 CENTURY CT
FRANKLIN, TN 37064

RECEIVED

SEP 17 2024

US DISTRICT COURT
MID DIST TENN





UNITED STATES DISTRICT COURT
CLERKS OFFICE - MIDDLE DIVISION
719 CHURCH ST # 1300
NASHVILLE, TN 37103

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office