SUMMONS

IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

ROBERT GORDON

       PLAINTIFF

V                                    CASE #

WILLIAMSON COUNTY SHERIFFS OFFICE

CHAD YOUKER

ASHLEY LINDQUIST

DEPUTY APPER                   DEFENDANTS

CHRIS GRAY

JEFF HUGHES

LISA CARSON

TO THE ABOVE NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED & REQUIRED TO SERVE UPON PLAINTIFF, WHOSE ADDRESS IS 408 CENTURY CT FRANKLIN, TN 37064 AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL, TO DO SO JUDGEMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

      CLERK OF THE COURT

      DATE

ROBERT GORDON
# 65920
408 CENTURY CT
FRANKLIN, TN 37064

  

RECEIVED

SEP 17 2024

US DISTRICT COURT
MID DIST TENN

UNITED STATES DISTRICT COURT
CLERKS OFFICE - MIDDLE DIVISION
719 CHURCH ST # 1300
NASHVILLE TN 37203

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office