# UNITED STATES DISTRICT COURT
### for the

RECEIVED

SEP 17 2024

US DISTRICT COURT
MID DIST TENN

ROBERT C. GORDON )
*Plaintiff/Petitioner* )
v. )  Civil Action No.
WILLIAMSON COUNTY SHERIFF OFFICE )
*Defendant/Respondent* )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: WILLIAMSON COUNTY JAIL .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per

*(specify pay period)* .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:  N|A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:  N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:  KNOX GORDON, AGE 9,   $2,937 PER MONTH

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:  N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  9/11/24

_____
*Applicant's signature*

ROBERT C. GORDON
_____
*Printed name*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## CERTIFICATE OF PRISONER
## INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY
(to be signed by custodian of account)

Prisoner-Plaintiff/Petitioner/Appellant
Name and Number

Defendant/Respondent/Appellee
Name(s)

Robert Cole Gordon (65920)

Captain C. Youker 2236

I am employed by the correctional facility/prison/jail identified below, at which the prisoner identified above is currently incarcerated. Attached is an account statement that accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated less than six months, for the period of incarceration. This statement reflects, for the reported period, an average monthly deposit (i.e. total of all deposits divided by number of months) of $ 287.50 ,
and an average monthly balance (i.e. total deposits less total withdrawals divided by the number of months) of $ -38.00 . There is a current spendable account balance of $ 3.30 .

Date: August 16, 2024

_____
Signature of Custodian

Williamson County Sheriff's Office
Name of Incarcerating Institution

```
====================================================================
= Inmate: ROBERT COLE GORDON                                       =
= Inmate ID: 65920                                                 =
= Location: 305 - 286                                              =
= Total Transactions Printed: 634                                  =
= Printed: 08/16/2024 12:24 pm CDT                                 =
====================================================================
```

| Type | Date | Amount | Running Total |
|------|------|--------|---------------|
| Outgoing Email Fee | 08/15/2024 11:13 am CDT | -$0.50 | $3.30 |
| Outgoing Email Fee | 08/15/2024 10:54 am CDT | -$0.55 | $3.80 |
| Outgoing Email Fee | 08/15/2024 10:54 am CDT | -$0.55 | $4.35 |
| Outgoing Email Fee | 08/15/2024 10:48 am CDT | -$0.55 | $4.90 |
| Outgoing Email Fee | 08/15/2024 10:44 am CDT | -$0.55 | $5.45 |
| Outgoing Email Fee | 08/15/2024 10:42 am CDT | -$0.50 | $6.00 |
| Outgoing Email Fee | 08/15/2024 10:39 am CDT | -$0.55 | $6.50 |
| Video Chat | 08/15/2024 10:34 am CDT | $0.00 | $7.05 |
| Outgoing Email Fee | 08/15/2024 10:33 am CDT | -$0.55 | $7.05 |
| Outgoing Email Fee | 08/14/2024 04:33 pm CDT | -$0.55 | $7.60 |
| Outgoing Email Fee | 08/14/2024 04:26 pm CDT | -$0.55 | $8.15 |
| Outgoing Email Fee | 08/14/2024 03:57 pm CDT | -$0.50 | $8.70 |
| Outgoing Email Fee | 08/13/2024 11:18 am CDT | -$0.50 | $9.20 |
| Outgoing Email Fee | 08/13/2024 10:34 am CDT | -$0.55 | $9.70 |
| Outgoing Email Fee | 08/13/2024 10:31 am CDT | -$0.55 | $10.25 |
| Outgoing Email Fee | 08/13/2024 10:25 am CDT | -$0.50 | $10.80 |
| Outgoing Email Fee | 08/13/2024 10:23 am CDT | -$0.55 | $11.30 |
| Outgoing Email Fee | 08/13/2024 10:21 am CDT | -$0.55 | $11.85 |
| Outgoing Email Fee | 08/13/2024 10:16 am CDT | -$0.55 | $12.40 |
| Outgoing Email Fee | 08/13/2024 10:13 am CDT | -$0.55 | $12.95 |
| Outgoing Email Fee | 08/13/2024 10:10 am CDT | -$0.55 | $13.50 |
| Order | 08/12/2024 05:28 pm CDT | -$59.48 | $14.05 |
| Outgoing Email Fee | 08/12/2024 05:08 pm CDT | -$0.55 | $73.53 |
| Outgoing Email Fee | 08/12/2024 05:06 pm CDT | -$0.55 | $74.08 |
| Outgoing Email Fee | 08/12/2024 05:05 pm CDT | -$0.55 | $74.63 |
| Deposit - Credit Card Deposited By: Terri Chitwood | 08/12/2024 03:39 pm CDT | $75.00 | $75.18 |
| Outgoing Email Fee | 08/10/2024 10:32 am CDT | -$0.50 | $0.18 |
| Outgoing Email Fee | 08/09/2024 02:58 pm CDT | -$0.50 | $0.68 |
| Outgoing Email Fee | 08/09/2024 02:56 pm CDT | -$0.55 | $1.18 |
| Outgoing Email Fee | 08/09/2024 02:54 pm CDT | -$0.55 | $1.73 |
| Outgoing Email Fee | 08/09/2024 02:52 pm CDT | -$0.55 | $2.28 |
| Outgoing Email Fee | 08/09/2024 02:35 pm CDT | -$0.55 | $2.83 |
| Outgoing Email Fee | 08/08/2024 07:29 pm CDT | -$0.55 | $3.38 |

Case 3:24-cv-01121   Document 2   Filed 09/17/24   Page 4 of 14 PageID #: 30

```
------------------------------------------------------------
Order                  07/22/2024 03:59 pm CDT -$32.02 $8.44
------------------------------------------------------------
Outgoing Email Fee     07/22/2024 03:56 pm CDT -$0.55 $40.46
------------------------------------------------------------
Outgoing Email Fee     07/22/2024 03:56 pm CDT -$0.55 $41.01
------------------------------------------------------------
Inmate Fee             07/22/2024 09:15 am CDT -$33.44 $41.56
TP-MP-CC-B&WC - 272 B&WC 7/18/24
------------------------------------------------------------
Deposit - Credit Card  07/22/2024 09:15 am CDT $75.00  $75.00
Deposited By: Terri Chitwood
------------------------------------------------------------
Inmate Fee             07/19/2024 10:15 pm CDT -$7.36  -$0.00
Added By: Michael T
TP-MP-CC-B&WC - 272 B&WC 7/18/24
------------------------------------------------------------
Outgoing Email Fee     07/19/2024 11:14 am CDT -$0.55 $7.36
------------------------------------------------------------
Outgoing Email Fee     07/19/2024 10:51 am CDT -$0.55 $7.91
------------------------------------------------------------
Outgoing Email Fee     07/18/2024 03:34 pm CDT -$0.50 $8.46
------------------------------------------------------------
Outgoing Email Fee     07/18/2024 02:57 pm CDT -$0.50 $8.96
------------------------------------------------------------
Outgoing Email Fee     07/17/2024 10:05 am CDT -$0.55 $9.46
------------------------------------------------------------
Video Chat             07/16/2024 01:50 pm CDT $0.00  $10.01
------------------------------------------------------------
Outgoing Email Fee     07/16/2024 01:45 pm CDT -$0.50 $10.01
------------------------------------------------------------
Outgoing Email Fee     07/16/2024 01:42 pm CDT -$0.55 $10.51
------------------------------------------------------------
Outgoing Email Fee     07/16/2024 01:21 pm CDT -$0.50 $11.06
------------------------------------------------------------
Outgoing Email Fee     07/16/2024 01:15 pm CDT -$0.55 $11.56
------------------------------------------------------------
Order                  07/15/2024 09:16 am CDT -$63.69 $12.11
------------------------------------------------------------
Outgoing Email Fee     07/15/2024 09:03 am CDT -$0.55 $75.80
------------------------------------------------------------
Deposit - Credit Card  07/15/2024 08:37 am CDT $75.00  $76.35
Deposited By: Terri Chitwood
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 01:07 pm CDT -$0.55 $1.35
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 01:04 pm CDT -$0.55 $1.90
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 01:02 pm CDT -$0.55 $2.45
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 01:00 pm CDT -$0.55 $3.00
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 12:50 pm CDT -$0.55 $3.55
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 12:47 pm CDT -$0.50 $4.10
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 12:19 pm CDT -$0.50 $4.60
------------------------------------------------------------
Outgoing Email Fee     07/14/2024 12:17 pm CDT -$0.50 $5.10
------------------------------------------------------------
Inmate Fee             07/14/2024 11:03 am CDT -$1.00 $5.60
Added By: Michael T
TP-MP-CC-B&WC - 1TP 7/12/24
------------------------------------------------------------
Outgoing Email Fee     07/13/2024 10:03 am CDT -$0.55 $6.60
------------------------------------------------------------
Outgoing Email Fee     07/13/2024 09:58 am CDT -$0.50 $7.15
------------------------------------------------------------
Outgoing Email Fee     07/13/2024 09:51 am CDT -$0.50 $7.65
------------------------------------------------------------
Outgoing Email Fee     07/13/2024 09:51 am CDT -$0.50 $8.15
------------------------------------------------------------
Outgoing Email Fee     07/12/2024 05:10 pm CDT -$0.55 $8.65
------------------------------------------------------------
Outgoing Email Fee     07/12/2024 05:08 pm CDT -$0.55 $9.20
------------------------------------------------------------
Outgoing Email Fee     07/12/2024 04:49 pm CDT -$0.55 $9.75
```

Case 3:24-cv-01121  Document 2  Filed 09/17/24  Page 5 of 44 PageID #: 31

| Outgoing Email Fee | 06/25/2024 09:19 pm CDT -$0.50 $46.22 |

| Video Chat | 06/25/2024 09:16 pm CDT $0.00 $46.72 |

| Outgoing Email Fee | 06/25/2024 09:12 pm CDT -$0.50 $46.72 |

| Outgoing Email Fee | 06/25/2024 09:05 pm CDT -$0.50 $47.22 |

| Outgoing Email Fee | 06/25/2024 09:00 pm CDT -$0.55 $47.72 |

| Outgoing Email Fee | 06/25/2024 08:56 pm CDT -$0.55 $48.27 |

| Outgoing Email Fee | 06/25/2024 08:54 pm CDT -$0.55 $48.82 |

| Outgoing Email Fee | 06/25/2024 08:54 pm CDT -$0.55 $49.37 |

| Outgoing Email Fee | 06/25/2024 08:53 pm CDT -$0.55 $49.92 |

Deposit - Credit Card   06/24/2024 12:46 pm CDT $50.00   $50.47
Deposited By: Terri Chitwood

| Order | 06/24/2024 11:38 am CDT -$4.84 $0.47 |

| Outgoing Email Fee | 06/23/2024 07:09 pm CDT -$0.55 $5.31 |

| Outgoing Email Fee | 06/22/2024 12:04 pm CDT -$0.50 $5.86 |

| Order | 06/22/2024 10:25 am CDT -$31.72 $6.36 |

| Video Chat | 06/21/2024 07:27 pm CDT $0.00 $38.08 |

| Video Chat | 06/21/2024 07:15 pm CDT $0.00 $38.08 |

| Outgoing Email Fee | 06/21/2024 07:14 pm CDT -$0.55 $38.08 |

| Video Chat | 06/21/2024 07:09 pm CDT $0.00 $38.63 |

Inmate Fee           06/21/2024 11:47 am CDT -$1.00   $38.63
Added By: Michael T
TP-MP-CC-B&WC - 1 TP 6/20/24

| Video Chat | 06/20/2024 09:03 pm CDT $0.00 $39.63 |

| Outgoing Email Fee | 06/20/2024 09:01 pm CDT -$0.55 $39.63 |

| Outgoing Email Fee | 06/20/2024 09:00 pm CDT -$0.55 $40.18 |

| Outgoing Email Fee | 06/20/2024 08:58 pm CDT -$0.55 $40.73 |

| Outgoing Email Fee | 06/20/2024 08:57 pm CDT -$0.55 $41.28 |

| Video Chat | 06/20/2024 08:39 pm CDT -$6.24 $41.83 |

| Video Chat | 06/20/2024 08:37 pm CDT $0.00 $48.07 |

| Outgoing Email Fee | 06/20/2024 08:36 pm CDT -$0.50 $48.07 |

| Outgoing Email Fee | 06/20/2024 08:31 pm CDT -$0.55 $48.57 |

| Outgoing Email Fee | 06/20/2024 08:30 pm CDT -$0.50 $49.12 |

| Outgoing Email Fee | 06/20/2024 08:19 pm CDT -$0.50 $49.62 |

Deposit - Credit Card   06/19/2024 06:09 pm CDT $50.00   $50.12
Deposited By: Terri Chitwood

| Outgoing Email Fee | 06/19/2024 05:19 pm CDT -$0.55 $0.12 |

| Order | 06/17/2024 01:40 pm CDT -$3.26 $0.67 |

| Order | 06/17/2024 01:29 pm CDT -$35.20 $3.93 |

Inmate Fee           06/17/2024 12:57 pm CDT -$10.87 $39.13
TP-MP-CC-B&WC - 369bw6/12/24

Deposit - Credit Card   06/17/2024 12:57 pm CDT $50.00   $50.00
Deposited By: Terri Chitwood

Case 3:24-cv-01121   Document 2   Filed 09/17/24   Page 6 of 14 PageID #: 92

| | | | |
|---|---|---|---|
| Order | 04/13/2024 02:28 pm CDT | -$44.11 | $45.20 |
| Deposit - Credit Card<br>Deposited By: Terri M Chitwood | 04/11/2024 06:02 am CDT | $50.00 | $89.31 |
| Outgoing Email Fee | 04/10/2024 07:39 pm CDT | -$0.55 | $39.31 |
| Outgoing Email Fee | 04/10/2024 07:14 pm CDT | -$0.50 | $39.86 |
| Outgoing Email Fee | 04/10/2024 07:09 pm CDT | -$0.50 | $40.36 |
| Outgoing Email Fee | 04/10/2024 04:57 pm CDT | -$0.50 | $40.86 |
| Outgoing Email Fee | 04/10/2024 04:55 pm CDT | -$0.50 | $41.36 |
| Outgoing Email Fee | 04/10/2024 04:48 pm CDT | -$0.50 | $41.86 |
| Return<br>MISSING | 04/10/2024 12:50 pm CDT | $6.00 | $42.36 |
| Outgoing Email Fee | 04/09/2024 08:41 pm CDT | -$0.55 | $36.36 |
| Outgoing Email Fee | 04/09/2024 07:54 pm CDT | -$0.55 | $36.91 |
| Outgoing Email Fee | 04/09/2024 07:33 pm CDT | -$0.50 | $37.46 |
| Outgoing Email Fee | 04/09/2024 07:20 pm CDT | -$0.50 | $37.96 |
| Outgoing Email Fee | 04/09/2024 04:33 pm CDT | -$0.55 | $38.46 |
| Outgoing Email Fee | 04/09/2024 01:36 pm CDT | -$0.55 | $39.01 |
| Outgoing Email Fee | 04/09/2024 01:33 pm CDT | -$0.50 | $39.56 |
| Outgoing Email Fee | 04/09/2024 01:31 pm CDT | -$0.50 | $40.06 |
| Outgoing Email Fee | 04/09/2024 01:28 pm CDT | -$0.55 | $40.56 |
| Outgoing Email Fee | 04/09/2024 11:11 am CDT | -$0.55 | $41.11 |
| Video Chat | 04/09/2024 10:25 am CDT | $0.00 | $41.66 |
| Outgoing Email Fee | 04/09/2024 10:24 am CDT | -$0.50 | $41.66 |
| Outgoing Email Fee | 04/08/2024 08:18 pm CDT | -$0.50 | $42.16 |
| Order | 04/08/2024 04:53 pm CDT | -$15.26 | $42.66 |
| Outgoing Email Fee | 04/08/2024 04:16 pm CDT | -$0.55 | $57.92 |
| Deposit - Credit Card<br>Deposited By: Terri M Chitwood | 04/08/2024 04:11 pm CDT | $25.00 | $58.47 |
| Outgoing Email Fee | 04/08/2024 04:04 pm CDT | -$0.55 | $33.47 |
| Order | 04/08/2024 11:51 am CDT | -$39.96 | $34.02 |
| Outgoing Email Fee | 04/08/2024 11:45 am CDT | -$0.50 | $73.98 |
| Outgoing Email Fee | 04/08/2024 11:18 am CDT | -$0.50 | $74.48 |
| Inmate Fee<br>TP-MP-CC-B&WC - 62bw4/5/24 | 04/08/2024 11:06 am CDT | -$9.30 | $74.98 |
| Outgoing Email Fee | 04/07/2024 08:11 pm CDT | -$0.55 | $84.28 |
| Outgoing Email Fee | 04/07/2024 04:40 pm CDT | -$0.50 | $84.83 |
| Outgoing Email Fee | 04/07/2024 11:09 am CDT | -$0.55 | $85.33 |
| Outgoing Email Fee | 04/06/2024 07:56 pm CDT | -$0.55 | $85.88 |
| Outgoing Email Fee | 04/06/2024 02:35 pm CDT | -$0.50 | $86.43 |
| Outgoing Email Fee | 04/06/2024 02:33 pm CDT | -$0.55 | $86.93 |

Case 3:24-cv-01121    Document 1    Filed 09/17/24    Page 76 of 144    PageID #: 253

| Description | Date/Time | Amount | Balance |
|---|---|---|---|
| Outgoing Email Fee | 04/02/2024 12:48 pm CDT | -$0.55 | $4.87 |
| Inmate Fee TP-MP-CC-B&WC - 14bw3/21/24 | 04/02/2024 10:48 am CDT | -$2.10 | $5.42 |
| Outgoing Email Fee | 04/01/2024 08:35 pm CDT | -$0.55 | $7.52 |
| Outgoing Email Fee | 04/01/2024 08:33 pm CDT | -$0.55 | $8.07 |
| Outgoing Email Fee | 04/01/2024 03:08 pm CDT | -$0.55 | $8.62 |
| Outgoing Email Fee | 04/01/2024 02:13 pm CDT | -$0.55 | $9.17 |
| Outgoing Email Fee | 04/01/2024 01:55 pm CDT | -$0.55 | $9.72 |
| Outgoing Email Fee | 04/01/2024 01:54 pm CDT | -$0.50 | $10.27 |
| Outgoing Email Fee | 04/01/2024 11:50 am CDT | -$0.55 | $10.77 |
| Outgoing Email Fee | 04/01/2024 11:27 am CDT | -$0.50 | $11.32 |
| Order | 04/01/2024 10:44 am CDT | -$59.08 | $11.82 |
| Outgoing Email Fee | 04/01/2024 09:38 am CDT | -$0.50 | $70.90 |
| Outgoing Email Fee | 04/01/2024 09:37 am CDT | -$0.50 | $71.40 |
| Outgoing Email Fee | 03/31/2024 08:59 pm CDT | -$0.50 | $71.90 |
| Outgoing Email Fee | 03/31/2024 07:39 pm CDT | -$0.50 | $72.40 |
| Outgoing Email Fee | 03/31/2024 07:14 pm CDT | -$0.50 | $72.90 |
| Video Chat | 03/31/2024 07:02 pm CDT | $0.00 | $73.40 |
| Video Chat | 03/31/2024 07:00 pm CDT | $0.00 | $73.40 |
| Outgoing Email Fee | 03/31/2024 11:48 am CDT | -$0.55 | $73.40 |
| Outgoing Email Fee | 03/31/2024 11:47 am CDT | -$0.55 | $73.95 |
| Outgoing Email Fee | 03/30/2024 07:05 pm CDT | -$0.50 | $74.50 |
| Outgoing Email Fee | 03/30/2024 07:04 pm CDT | -$0.50 | $75.00 |
| Video Chat | 03/30/2024 07:00 pm CDT | $0.00 | $75.50 |
| Deposit - Credit Card Deposited By: Terri M Chitwood | 03/30/2024 03:29 pm CDT | $25.00 | $75.50 |
| Outgoing Email Fee | 03/30/2024 01:38 pm CDT | -$0.55 | $50.50 |
| Outgoing Email Fee | 03/30/2024 01:38 pm CDT | -$0.55 | $51.05 |
| Outgoing Email Fee | 03/30/2024 01:38 pm CDT | -$0.55 | $51.60 |
| Outgoing Email Fee | 03/30/2024 12:21 pm CDT | -$0.55 | $52.15 |
| Outgoing Email Fee | 03/29/2024 08:20 pm CDT | -$0.55 | $52.70 |
| Outgoing Email Fee | 03/29/2024 07:43 pm CDT | -$0.55 | $53.25 |
| Outgoing Email Fee | 03/29/2024 07:12 pm CDT | -$0.55 | $53.80 |
| Outgoing Email Fee | 03/29/2024 07:06 pm CDT | -$0.50 | $54.35 |
| Outgoing Email Fee | 03/29/2024 07:04 pm CDT | -$0.55 | $54.85 |
| Deposit - Credit Card Deposited By: Terri M Chitwood | 03/29/2024 04:33 pm CDT | $50.00 | $55.40 |
| Outgoing Email Fee | 03/29/2024 02:21 pm CDT | -$0.55 | $5.40 |
| Outgoing Email Fee | 03/28/2024 08:09 pm CDT | -$0.55 | $5.95 |
| Outgoing Email Fee | 03/28/2024 08:08 pm CDT | -$0.50 | $6.50 |

Case 3:24-cv-01121 Document 23 Filed 09/17/24 Page 8 of 14 PageID #: 524

```
Outgoing Email Fee          03/23/2024 10:49 am CDT -$0.55  $148.31
------------------------------------------------------------------
Outgoing Email Fee          03/23/2024 10:46 am CDT -$0.50  $148.86
------------------------------------------------------------------
Outgoing Email Fee          03/22/2024 04:46 pm CDT -$0.55  $149.36
------------------------------------------------------------------
Outgoing Email Fee          03/22/2024 04:43 pm CDT -$0.50  $149.91
------------------------------------------------------------------
Deposit - Credit Card       03/22/2024 08:39 am CDT $50.00  $150.41
Deposited By: Terri M Chitwood
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 08:32 pm CDT -$0.55  $100.41
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 08:22 pm CDT -$0.50  $100.96
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 08:06 pm CDT -$0.55  $101.46
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 07:55 pm CDT -$0.55  $102.01
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 07:41 pm CDT -$0.55  $102.56
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:33 pm CDT -$0.55  $103.11
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:29 pm CDT -$0.50  $103.66
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:26 pm CDT -$0.50  $104.16
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:23 pm CDT -$0.50  $104.66
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:20 pm CDT -$0.55  $105.16
------------------------------------------------------------------
Outgoing Email Fee          03/21/2024 03:02 pm CDT -$0.50  $105.71
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 04:45 pm CDT -$0.50  $106.21
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 04:33 pm CDT -$0.50  $106.71
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 03:46 pm CDT -$0.50  $107.21
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 03:03 pm CDT -$0.55  $107.71
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 11:58 am CDT -$0.50  $108.26
------------------------------------------------------------------
Deposit - Credit Card       03/20/2024 11:43 am CDT $50.00  $108.76
Deposited By: Terri M Chitwood
------------------------------------------------------------------
Outgoing Email Fee          03/20/2024 10:03 am CDT -$0.50  $58.76
------------------------------------------------------------------
Outgoing Email Fee          03/19/2024 08:23 pm CDT -$0.55  $59.26
------------------------------------------------------------------
Video Chat                  03/19/2024 07:50 pm CDT $0.00   $59.81
------------------------------------------------------------------
Outgoing Email Fee          03/19/2024 02:06 pm CDT -$0.50  $59.81
------------------------------------------------------------------
Outgoing Email Fee          03/19/2024 01:17 pm CDT -$0.55  $60.31
------------------------------------------------------------------
Outgoing Email Fee          03/19/2024 12:42 pm CDT -$0.55  $60.86
------------------------------------------------------------------
Inmate Fee                  03/19/2024 11:10 am CDT -$10.50 $61.41
TP-MP-CC-B&WC - 70bw3/16/24
------------------------------------------------------------------
Outgoing Email Fee          03/18/2024 09:08 pm CDT -$0.50  $71.91
------------------------------------------------------------------
Outgoing Email Fee          03/18/2024 08:04 pm CDT -$0.55  $72.41
------------------------------------------------------------------
Outgoing Email Fee          03/18/2024 08:00 pm CDT -$0.55  $72.96
------------------------------------------------------------------
Outgoing Email Fee          03/18/2024 07:59 pm CDT -$0.55  $73.51
------------------------------------------------------------------
Video Chat                  03/18/2024 07:52 pm CDT $0.00   $74.06
------------------------------------------------------------------
Order                       03/18/2024 07:23 pm CDT -$10.62 $74.06
------------------------------------------------------------------
Outgoing Email Fee          03/18/2024 04:48 pm CDT -$0.50  $84.68
------------------------------------------------------------------
Order                       03/18/2024 04:45 pm CDT -$61.37 $85.18
------------------------------------------------------------------
```

| | | | |
|---|---|---|---|
| Outgoing Email Fee | 03/13/2024 03:58 pm CDT | -$0.55 | $115.80 |
| Outgoing Email Fee | 03/13/2024 03:56 pm CDT | -$0.55 | $116.35 |
| Outgoing Email Fee | 03/12/2024 08:26 pm CDT | -$0.50 | $116.90 |
| Outgoing Email Fee | 03/12/2024 08:10 pm CDT | -$0.50 | $117.40 |
| Video Chat | 03/12/2024 07:28 pm CDT | -$6.24 | $117.90 |
| Video Chat | 03/12/2024 07:24 pm CDT | -$1.25 | $124.14 |
| Video Chat | 03/12/2024 07:00 pm CDT | $0.00 | $125.39 |
| Outgoing Email Fee | 03/12/2024 04:19 pm CDT | -$0.55 | $125.39 |
| Outgoing Email Fee | 03/12/2024 04:18 pm CDT | -$0.50 | $125.94 |
| Outgoing Email Fee | 03/12/2024 04:16 pm CDT | -$0.55 | $126.44 |
| Outgoing Email Fee | 03/12/2024 10:15 am CDT | -$0.55 | $126.99 |
| Video Chat | 03/12/2024 10:09 am CDT | $0.00 | $127.54 |
| Outgoing Email Fee | 03/12/2024 10:09 am CDT | -$0.50 | $127.54 |
| Outgoing Email Fee | 03/12/2024 10:07 am CDT | -$0.50 | $128.04 |
| Outgoing Email Fee | 03/12/2024 10:05 am CDT | -$0.55 | $128.54 |
| Outgoing Email Fee | 03/12/2024 09:30 am CDT | -$0.55 | $129.09 |
| Outgoing Email Fee | 03/11/2024 07:23 pm CDT | -$0.55 | $129.64 |
| Outgoing Email Fee | 03/11/2024 04:18 pm CDT | -$0.50 | $130.19 |
| Outgoing Email Fee | 03/11/2024 03:52 pm CDT | -$0.55 | $130.69 |
| Outgoing Email Fee | 03/11/2024 03:50 pm CDT | -$0.55 | $131.24 |
| Deposit - Credit Card Deposited By: Terri M Chitwood | 03/11/2024 03:07 pm CDT | $50.00 | $131.79 |
| Outgoing Email Fee | 03/11/2024 02:29 pm CDT | -$0.50 | $81.79 |
| Outgoing Email Fee | 03/11/2024 01:29 pm CDT | -$0.55 | $82.29 |
| Outgoing Email Fee | 03/11/2024 01:26 pm CDT | -$0.50 | $82.84 |
| Inmate Fee TP-MP-CC-B&WC - 50bw3/7/24 | 03/11/2024 08:45 am CDT | -$7.50 | $83.34 |
| Order | 03/10/2024 03:33 pm CDT | -$86.61 | $90.84 |
| Outgoing Email Fee | 03/09/2024 04:30 pm CST | -$0.55 | $177.45 |
| Video Chat | 03/09/2024 04:27 pm CST | $0.00 | $178.00 |
| Outgoing Email Fee | 03/09/2024 08:28 am CST | -$0.50 | $178.00 |
| Outgoing Email Fee | 03/08/2024 03:53 pm CST | -$0.50 | $178.50 |
| Outgoing Email Fee | 03/08/2024 03:50 pm CST | -$0.55 | $179.00 |
| Outgoing Email Fee | 03/08/2024 03:48 pm CST | -$0.55 | $179.55 |
| Outgoing Email Fee | 03/08/2024 12:03 pm CST | -$0.55 | $180.10 |
| Outgoing Email Fee | 03/08/2024 12:02 pm CST | -$0.55 | $180.65 |
| Outgoing Email Fee | 03/08/2024 11:43 am CST | -$0.50 | $181.20 |
| Outgoing Email Fee | 03/08/2024 10:53 am CST | -$0.55 | $181.70 |
| Outgoing Email Fee | 03/08/2024 08:09 am CST | -$0.50 | $182.25 |
| Outgoing Email Fee | 03/08/2024 08:07 am CST | -$0.50 | $182.75 |

| Video Chat | 03/04/2024 11:33 am CST $0.00 | $157.74 |
| Video Chat | 03/04/2024 11:31 am CST $0.00 | $157.74 |
| Outgoing Email Fee | 03/04/2024 08:36 am CST -$0.50 | $157.74 |
| Outgoing Email Fee | 03/03/2024 07:45 pm CST -$0.55 | $158.24 |
| Video Chat | 03/03/2024 07:38 pm CST $0.00 | $158.79 |
| Video Chat | 03/03/2024 07:36 pm CST $0.00 | $158.79 |
| Outgoing Email Fee | 03/03/2024 07:13 pm CST -$0.55 | $158.79 |
| Video Chat | 03/03/2024 07:09 pm CST $0.00 | $159.34 |
| Video Chat | 03/03/2024 07:07 pm CST $0.00 | $159.34 |
| Video Chat | 03/03/2024 07:05 pm CST $0.00 | $159.34 |
| Outgoing Email Fee | 03/03/2024 06:55 pm CST -$0.55 | $159.34 |
| Outgoing Email Fee | 03/03/2024 04:37 pm CST -$0.55 | $159.89 |
| Order | 03/03/2024 03:53 pm CST -$73.81 | $160.44 |
| Video Chat | 03/03/2024 03:10 pm CST $0.00 | $234.25 |
| Outgoing Email Fee | 03/03/2024 03:10 pm CST -$0.50 | $234.25 |
| Outgoing Email Fee | 03/03/2024 03:05 pm CST -$0.55 | $234.75 |
| Outgoing Email Fee | 03/03/2024 12:30 pm CST -$0.50 | $235.30 |
| Outgoing Email Fee | 03/03/2024 12:29 pm CST -$0.50 | $235.80 |
| Outgoing Email Fee | 03/03/2024 11:49 am CST -$0.50 | $236.30 |
| Outgoing Email Fee | 03/03/2024 10:43 am CST -$0.50 | $236.80 |
| Outgoing Email Fee | 03/03/2024 10:38 am CST -$0.50 | $237.30 |
| Outgoing Email Fee | 03/02/2024 08:41 pm CST -$0.50 | $237.80 |
| Outgoing Email Fee | 03/02/2024 08:31 pm CST -$0.50 | $238.30 |
| Outgoing Email Fee | 03/02/2024 08:08 pm CST -$0.55 | $238.80 |
| Outgoing Email Fee | 03/02/2024 08:08 pm CST -$0.50 | $239.35 |
| Outgoing Email Fee | 03/02/2024 08:05 pm CST -$0.55 | $239.85 |
| Outgoing Email Fee | 03/02/2024 08:03 pm CST -$0.50 | $240.40 |
| Outgoing Email Fee | 03/02/2024 07:54 pm CST -$0.50 | $240.90 |
| Outgoing Email Fee | 03/02/2024 07:02 pm CST -$0.55 | $241.40 |
| Outgoing Email Fee | 03/02/2024 07:00 pm CST -$0.55 | $241.95 |
| Outgoing Email Fee | 03/02/2024 06:49 pm CST -$0.50 | $242.50 |
| Outgoing Email Fee | 03/02/2024 04:24 pm CST -$0.50 | $243.00 |
| Outgoing Email Fee | 03/02/2024 04:17 pm CST -$0.55 | $243.50 |
| Outgoing Email Fee | 03/02/2024 04:14 pm CST -$0.50 | $244.05 |
| Outgoing Email Fee | 03/02/2024 01:07 pm CST -$0.55 | $244.55 |
| Outgoing Email Fee | 03/02/2024 11:44 am CST -$0.55 | $245.10 |
| Outgoing Email Fee | 03/02/2024 11:42 am CST -$0.55 | $245.65 |
| Outgoing Email Fee | 03/02/2024 11:18 am CST -$0.50 | $246.20 |
| Order | 03/02/2024 10:35 am CST $0.00 | $246.70 |

```
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 07:19 pm CST -$0.50   $217.64
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 06:45 pm CST -$0.55   $218.14
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 06:44 pm CST -$0.55   $218.69
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 04:50 pm CST -$0.50   $219.24
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 04:49 pm CST -$0.50   $219.74
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 04:11 pm CST -$0.55   $220.24
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 04:10 pm CST -$0.50   $220.79
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 02:06 pm CST -$0.55   $221.29
------------------------------------------------------------
Video Chat              02/28/2024 01:45 pm CST $0.00    $221.84
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 01:23 pm CST -$0.50   $221.84
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 12:22 pm CST -$0.55   $222.34
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 11:53 am CST -$0.50   $222.89
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 11:04 am CST -$0.55   $223.39
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 11:00 am CST -$0.55   $223.94
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 10:56 am CST -$0.55   $224.49
------------------------------------------------------------
Video Chat              02/28/2024 09:20 am CST -$5.83   $225.04
------------------------------------------------------------
Video Chat              02/28/2024 09:13 am CST -$2.08   $230.87
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 09:02 am CST -$0.55   $232.95
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:56 am CST -$0.55   $233.50
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:41 am CST -$0.50   $234.05
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:24 am CST -$0.55   $234.55
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:23 am CST -$0.55   $235.10
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:22 am CST -$0.50   $235.65
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:17 am CST -$0.50   $236.15
------------------------------------------------------------
Outgoing Email Fee      02/28/2024 08:16 am CST -$0.50   $236.65
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 09:54 pm CST -$0.50   $237.15
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 09:37 pm CST -$0.50   $237.65
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 09:23 pm CST -$0.55   $238.15
------------------------------------------------------------
Video Chat              02/27/2024 09:14 pm CST $0.00    $238.70
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 09:13 pm CST -$0.55   $238.70
------------------------------------------------------------
Video Chat              02/27/2024 09:11 pm CST $0.00    $239.25
------------------------------------------------------------
Video Chat              02/27/2024 09:10 pm CST $0.00    $239.25
------------------------------------------------------------
Video Chat              02/27/2024 09:07 pm CST -$0.83   $239.25
------------------------------------------------------------
Video Chat              02/27/2024 08:58 pm CST -$2.50   $240.08
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 08:58 pm CST -$0.55   $242.58
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 08:56 pm CST -$0.55   $243.13
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 08:51 pm CST -$0.55   $243.68
------------------------------------------------------------
Outgoing Email Fee      02/27/2024 08:50 pm CST -$0.55   $244.23
------------------------------------------------------------
```

ROBERT GORDON
E 65920
408 CENTURY CT
FRANKLIN, TN 37064



RECEIVED

SEP 17 2024

US DISTRICT COURT
MID DIST TENN

UNITED STATES DISTRICT COURT
CLERKS OFFICE — MIDDLE DIVISION
719 CHURCH ST # 1300
NASHVILLE, TN 37203



This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office