THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

RECEIVED

SEP 26 2024

US DISTRICT COURT
MID DIST TENN

ROBERT GORDON

v                                                    CASE # 3:24-CV-01121

WILLIAMSON COUNTY SHERIFFS OFFICE, ET AL                JUDGE CRENSHAW

## MOTION TO APPOINT COUNSEL

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS HONORABLE COURT TO APPOINT COUNSEL WHEREFORE THE DEFENDANT STATES FOLLOWING:

1) PLAINTIFF IS NOT A LICENSED ATTORNEY AND IS A PRE-TRIAL DETAINEE

2) GIVEN THE SENSITIVE NATURE OF THIS CASE INVOLVING THE PRISON RAPE ELIMINATION ACT (PREA) ASSISTANCE FROM COUNSEL IS NEEDED TO PROPERLY COMMUNICATE BETWEEN VICTIM & ABUSERS.

WHEREFORE THE PLAINTIFF PRAYS FOR RELIEF

1) TO APPOINT COUNSEL FOR PLAINTIFF

2) FOR ALL OTHER RELIEF DEEM PROPER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 9/20/24 TO:

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _MOTION TO APPOINT COUNSEL_
has been served on:

(Name) WILLIAMSON COUNTY SHERIFFS OFFICE
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) CAPTAIN CHAD YOUKER
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) LT ASHLEY LINDQUIST
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) DEPUTY APER
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) SGT CHRIS GRAY
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) SHERIFF JEFF HUGHES
(Address) 408 CENTURY CT
(Address) FRANKLIN, TN 37064

(Name) ATTORNEY LISA CARSON
(Address) 406B RURAL PLAINS CIRCLE #100
(Address) FRANKLIN, TN 37064

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the __20__ day of __SEPTEMBER__, 20_24_.

_____
Signature

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064

NASHVILLE TN 370
23 SEP 2024 PM 7

FOREVER / USA

RECEIVED
SEP 26 2024
US DISTRICT COURT
MID DIST TENN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED
SEP 26 2024
US DISTRICT COURT
MID DIST TENN

37203-709525

Case 3:24-cv-01121    Document 5    Filed 09/26/24    Page 3 of 4 PageID #: 67

LEGAL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131