RE: CASE # 3:24-CV-01121

RECEIVED

OCT 22 2024

US DISTRICT COURT
MID DIST TENN

10/14/24

DEAR CLERK,

I AM ABLE TO SERVE THE DEFENDANTS. AM I REQUIRED TO USE THE US MARSHALLS TO SERVE PROCESS?

ALSO, HAS MY IFP APPLICATION BEEN APPROVED?

THANK YOU

RESPECTFULLY,

Robert Gordon

Robert Gordon #65820
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370

18 OCT 2024 PM 5  L

As in past elections,
U.S.          ready.
If yo            vote by mail,
pleas         arly.

FOREVER / USA

RECEIVED

OCT 22 2024

US DISTRICT COURT
MID DIST TENN

CLERKS OFFICE
719 CHURCH ST #1300
NASHVILLE, TN 37203

37203-70952E

Case 3:24-cv-01121   Document 6   Filed 10/22/24   Page 2 of 3 PageID #: 70

LEGAL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131