# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20230670 | PREA PREDATOR | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 03/20/2023 03:34 | 03/20/2023 06:08 | Law, Mark |

| Location of Incident | Incident Type |
|---|---|
| BOOKING | |

**Offenses**

| INFO | INFORMATION ONLY |
|---|---|

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Law, Mark - 1509

**Incident Narrative**

On March 20, 2023, at approximately 0334 hours, Mr. Robert Cole Gordon, scored high on the Predator Predictor Scale. His name was placed on the M-drive, and a status was created in JMS. Sgt. Luther and Booking Supervisor Kelly Wells were notified via email.

**Approving Official Name**

Date/Time: _____

_____
Youker, Chad

**Reporting Official Name**

Date/Time: _____

_____
Law, Mark

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 1 of 21 PageID #: 744

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232156 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 09/12/2023 11:55 | 09/12/2023 13:39 | Burton, David |

| Location of Incident | | Incident Type |
|---|---|---|
| Pod 671 Dayroom | | Administrative Segregation/Disciplinary Board |

**Offenses**

| 1.J | Indecent exposure of any kind. (All inmates are to remain clothed when entering/exiting the shower area. All reasonable effort to keep genital area covered must be made). |
|---|---|

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Balcazar, Christopher - 1556

Burton, David - 1602

Lockhart, CJ - 1523

**Incident Narrative**

On September 12, 2023, at approximately 11:55 AM, Deputy Balcazar and I entered Pod 671. Deputy Balcazar noticed Inmate Arturo NMN Idelfonso-Diaz (W/M, DOB: 02/14/1996) was typing on the kiosk regarding PREA. Deputy Balcazar and I escorted Inmate Idefonso-Diaz outside of the Pod and secured him to the Tower Two hand restraint. I then requested Shift Supervisor, Sergeant Lockhart to respond to Floor Two. At approximately 12:00 PM, Sergeant Lockhart responded to Pod 671. Inmate Diaz stated that Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984) was getting undressed in the dayroom. With further review of camera footage, Sergeant Lockhart provided video evidence showing Inmate Gordon indecently exposing himself to the 671 Dayroom. Deputy Balcazar and I entered Pod 671 to secure Inmate Gordon and remove him from Pod 671, Inmate Gordon was escorted to Pod 309, Cell 276 for Major Rule Violation without any further incident. Shift Supervisor, Sergeant Lockhart, was notified of the incident. DVR Burn Request has been submitted. Administration Segregation Form has been filled out.

**Approving Official Name**

Date/Time:

Lovelace, Curtis

**Reporting Official Name**

Date/Time:

Burton, David

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 2 of 21 PageID #: 745

 

# WILLIAMSON COUNTY
## SHERIFF'S OFFICE
### DUSTY RHOADES, SHERIFF
#### 408 CENTURY COURT
#### FRANKLIN, TENNESSEE 37064

## P.R.E.A. 30 Day Re-Evaluation Form

### Inmate Evaluated: ROBERT COLE GORDON

**Has any of the information changed since your intake?**

1. Have you engaged in acts of sexual abuse against others? Yes [No]

2. Have you engaged in acts of institutional violence against others? Yes [No]

3. Have previously experienced sexual victimization? Yes [No]

4. Do you have any newly physician diagnosed mental, physical, or developmental disabilities? Yes [No]

5. Do you perceive yourself to be someone that is vulnerable to sexual abuse or harassment? Yes [No]

6. Are you or are you perceived to be, gay, lesbian, bisexual, transgender, or gender nonconforming? Yes [No]

**If any of the answers above have changed, please explain how.**

|  |
|  |
|  |
|  |
|  |
|  |
|  |

Inmate Signature: _____   Date: _____

PREA Coordinator Signature: A. _____ #2322 Date: 09/25/2023

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232376 | PREA | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 10/10/2023 14:00 | 10/10/2023 14:28 | Lindquist, Ashley |

| Location of Incident | | Incident Type |
|---|---|---|
| Pod 309 Dayroom | | Informational |

**Offenses**

INFO   INFORMATIONAL

**Offenders**

KISER, DENNIS JAMES - 202300061195

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Lindquist, Ashley - 1410

**Incident Narrative**

On October 10, 2023, at approximately 1400 hours, Inmate Robert Cole Gordon (W/M, DOB: 09/17/2023) who is housed in Pod 309, Cell 275, submitted a grievance in regards to a PREA complaint. Inmate Gordon advised that Inmate Dennis James Kiser (W/M, DOB: 03/15/1956) who is housed in Pod 309, Cell 276, exposed his genitals and anus to the pod. Inmate Gordon also advised that Inmate Kiser stated, "I am going to butt fuck you just like I do the Captain." Inmate Kiser's One Hour Recreation began on October 6, 2023, at approximately 1058 hours. Inmate Kiser spent majority of his time on the kiosk where his buttocks was exposed, due to being in a security smock. Inmate Kiser then entered the shower and remained in there for the remainder of his recreation. Inmate Kiser exited the shower with his smock on his person, but not secured in the back. Inmate Kiser then stopped to speak with several inmates in different housing locations. Inmate Kiser returned to his cell. Inmate Kiser did exit his cell with a towel and was speaking with Inmate Gordon. Inmate Kiser was not clothed and held the towel over Inmate Gordon's cell door.

Summation: Upon review of this incident, I find this incident to not be PREA related. Inmate Kiser was not clothed which is a rule violation in our facility. Inmate Kiser did not expose his anus to anyone in the pod. In regards to Inmate Kiser's alleged statement, this statement is not realistic as he references a "Captain." Based off Inmate Kiser's history and the inconsistencies in Inmate Gordon's claims, my investigation has concluded. Nothing further to report.

**Approving Official Name**

Date/Time: _____

_____

Lindquist, Ashley

**Reporting Official Name**

Date/Time: _____

_____

Lindquist, Ashley

Jail Report 100        Page 10 of 53

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 4 of 21 PageID #: 747

# Jail Incident Report

| Incident Number 20232738 | Other Number | Printed Date/Time 08/20/2025 13:37 |
|---|---|---|
| **Date and Time of Incident** 11/22/2023 10:00 | **Date and Time Reported** 11/27/2023 11:58 | **ReportedBy** Lindquist, Ashley |
| **Location of Incident** Floor One, Pod 309 Dayroom | | **Incident Type** Informational |

**Offenses**

INFO    INFORMATIONAL

**Offenders**

KISER, DENNIS JAMES - 202300061195

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Lindquist, Ashley - 1410

**Incident Narrative**

On November 22, 2023, at approximately 1000 hours, I received a grievance from Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984) who alleged that Inmate Dennis James Kiser (W/M, DOB: 03/15/1956) sexually harassed him. Inmate Gordon claimed this took place while Inmate Kiser was on his recreation in Pod 309 on November 13, 2023. Inmate Gordon alleged that Inmate Kiser approached his housing location of Cell 269 with his, "Genitals and anus bare screaming he would butt fuck me". I reviewed camera footage and found that Inmate Kiser exited the shower nude. Inmate Kiser only placed his shirt on and was holding his pants in front of his waist. Inmate Gordon was also laying on his bunk with his face covered. Inmate Kiser proceeded to approach Cell 269, at approximately 0912 hours. It is unknown what was stated. I then interviewed Inmate Gordon. Inmate Gordon once again advised that Inmate Kiser's anus and genitals were exposed to him. Inmate Gordon recalled Inmate Kiser stating, "I will butt fuck you and the pod (meaning other inmates). Inmate Gordon did not have anything further to add to his statement.

Summation: I find this allegation of Inmate on Inmate Sexual Harassment to be unsubstantiated. Due to the lack of evidence and Inmate Gordon's eyes being covered this matter unsubstantiated. Inmate Kiser was re-housed to Specialty Housing 101, Pod 110, Cell 130. I have saved the video footage of this incident. End of report.

**Approving Official Name**

Date/Time: _____

_____

Lindquist, Ashley

**Reporting Official Name**

Date/Time: _____

_____

Lindquist, Ashley

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 5 of 21 PageID #: 748

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20240061 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 12/27/2023 11:08 | 01/08/2024 14:31 | Lindquist, Ashley |

| Location of Incident | Incident Type |
|---|---|
| Floor One, Pod 309 | Informational |

**Offenses**

| INFO | INFORMATIONAL |
|---|---|

**Offenders**

KISER, DENNIS JAMES - 202300061195

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

RIVERA-LIENAN, RODRIGO NMN - 202200060072

**Others**

Lindquist, Ashley - 1410

Youker, Chad - 1252

**Incident Narrative**

On December 27, 2023, at approximately 1108 hours, Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984) who is housed in Pod 309, Cell 269, filed a grievance. The grievance advised that Inmate Dennis James Kiser (W/M, DOB: 03/15/1956) who was housed in Cell 276 was exposing himself to Inmate Gordon. On December 28, 2023, at approximately 1754 hours, Inmate Gordon filed another PREA complaint on behalf of himself and his cellmate, Inmate Rodrigo NMN Rivera-Lienan (W/M, DOB: 05/04/2002). The grievance advised that Inmate Kiser had urinated through his door in attempt to strike Inmates Gordon and Rivera-Lienan, as well as exposed his penis. On December 29, 2023, at approximately 1000 hours, I reviewed this allegation. I found that Inmate Kiser had in fact urinated through his door and exposed his penis to both inmates, while they were on his recreation. It is important to note, that Inmate Gordon filed the PREA Complaint due to Inmate Rivera-Lienan having a language barrier.

Summation: I find this allegation of Inmate on Inmate Sexual Harassment to be Substantiated. Based on the video evidence, Inmate Kiser did in fact expose his penis and attempt to urinate on both inmates. Inmate Kiser was re-housed to Specialty Housing 101, Pod 110, per Captain Youker. Inmate Kiser will not be a PREA Predator in our facility. I recorded my conversation on my county phone with both of the complainants. They have been advised of the outcome of this allegation. End of Report.

**Approving Official Name**

Date/Time: _____

_____

Lindquist, Ashley

**Reporting Official Name**

Date/Time: _____

_____

Lindquist, Ashley

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 6 of 21 PageID #: 749

# Jail Incident Report

| Incident Number<br>20240223 | Other Number | Printed Date/Time<br>08/20/2025 13:37 |
|---|---|---|
| Date and Time of Incident<br>01/28/2024 12:28 | Date and Time Reported<br>01/28/2024 14:58 | ReportedBy<br>Norman, Troy |
| Location of Incident<br>Floor One, Pod 309, Cell 269 | | Incident Type<br>Informational |

| Offenses |
|---|
| INFO    INFORMATIONAL |

| Offenders |
|---|
| HAMILTON, BRIAN BERNARD Jr - 202300061302 |
| STEVENS, ANDRAY NMN - 202200060619 |

| Victims |
|---|

| Witnesses |
|---|

| Complainants |
|---|
| GORDON, ROBERT COLE - 202200060472 |

| Others |
|---|
| Lindquist, Ashley - 1410 |
| Norman, Troy - 1593 |

| Incident Narrative |
|---|
| On January 28, 2024, at approximately 12:28 PM, while conducting Safety and Security Rounds on Floor One, Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984), who is currently housed in Pod 309 Cell 269, handed me a note through the cell door. The note was regarding Inmate Andray NMN Stevens (B/M, DOB: 08/16/1987) allegedly demanding money for sexual favors from Inmate Gordon. The aforementioned note will be attached to this report. Inmate Gordon was asked if he would like to file a PREA Report. Inmate Gordon then stated he did want to file a PREA Report, subsequently I removed him out of his cell to allow him to use the Kiosk to file the report. PREA Coordinator, Sergeant Lindquist, was notified. Shift Supervisor, Corporal Conner, was notified. A DVR Burn Request was submitted. |

**Approving Official Name**

Date/Time: _____

_____

Lindquist, Ashley

**Reporting Official Name**

Date/Time: _____

_____

Norman, Troy

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 7 of 21 PageID #: 750

# Jail Incident Report

| Incident Number 20240261 | Other Number | Printed Date/Time 08/20/2025 13:37 |
|---|---|---|
| Date and Time of Incident 02/01/2024 08:00 | Date and Time Reported 02/02/2024 09:19 | ReportedBy Lindquist, Ashley |
| Location of Incident Criminal Justice Center | | Incident Type Informational |

**Offenses**

INFO   INFORMATIONAL

**Offenders**

HAMILTON, BRIAN BERNARD Jr - 202300061302

KISER, DENNIS JAMES - 202300061195

STEVENS, ANDRAY NMN - 202200060619

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Lindquist, Ashley - 1410

Morris, Sawyer - 1592

Youker, Chad - 1252

**Incident Narrative**

On February 1, 2024, at approximately 0800 hours, Captain Youker and I discussed the ongoing issues with Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984). Inmate Gordon has filed numerous PREA Complaints and other incidents, that have resulted in investigations. We determined that we would place the individuals he was consistently reporting as keep separates from Inmate Gordon. Once I returned to Tower Three, I notified Deputy Morris to move Inmate Gordon from Pod 309, Cell 269, to Pod 305, Cell 358. Captain Youker was notified, once this task was complete.

I have added the following inmates to Inmate Gordon's keep separate list on JMS and the Briefing Sheet:

Inmate Andray NMN Stevens (B/M, DOB: 08/16/1987)
Inmate James Dennis Kiser (W/M, DOB: 03/15/1956)
Inmate Brian Bernard Hamilton (W/M, DOB: 11/02/2004)

**Approving Official Name**

Date/Time: _____

_____

Gray, Chris

**Reporting Official Name**

Date/Time: _____

_____

Lindquist, Ashley

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 8 of 21 PageID #: 751

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |

| Location of Incident | Incident Type |
|---|---|
| Floor One, Pod 309 | Informational |

**Offenses**

INFO   INFORMATIONAL

**Offenders**

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Aper, Drew - 1607

Gray, Chris - 811

Lindquist, Ashley - 1410

Lockhart, CJ - 1523

**Incident Narrative**

On May 12, 2024, at approximately 11:53 am, while conducting Safety and Security Rounds on the top of Pod 309, Inmate Robert Cole Gordon (W/M, DOB:09/17/1984) grabbed my attention. Inmate Gordon asked if I was recording and express complaints about Deputy Aper with his written grievance. Inmate Gordon stated that Deputy Aper made inappropriate comments while Inmate Gordon was in the shower. Inmate Gordon proceeded to hand me his written grievance due to the kiosk being broken in the facility at this time. My body camera footage has been submitted. Deputy Aper was then removed from Floor One for further investigation. The written grievance was given to Sergeant Lockhart.

**Approving Official Name**

Date/Time:

_____   _____

Gray, Chris

**Reporting Official Name**

Date/Time:

_____   _____

Johnson, Mary

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 9 of 21 PageID #: 752

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |

| Location of Incident | | Incident Type |
|---|---|---|
| Floor One, Pod 309 | | Informational |

**Offenses**

| INFO | INFORMATIONAL |
|---|---|

**Offenders**

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Aper, Drew - 1607

Gray, Chris - 811

Lindquist, Ashley - 1410

Lockhart, CJ - 1523

**Incident Narrative**

On May 12, 2024, at approximately 11:53 am, while conducting Safety and Security Rounds on the top of Pod 309, Inmate Robert Cole Gordon (W/M, DOB:09/17/1984) grabbed my attention. Inmate Gordon asked if I was recording and express complaints about Deputy Aper with his written grievance. Inmate Gordon stated that Deputy Aper made inappropriate comments while Inmate Gordon was in the shower. Inmate Gordon proceeded to hand me his written grievance due to the kiosk being broken in the facility at this time. My body camera footage has been submitted. Deputy Aper was then removed from Floor One for further investigation. The written grievance was given to Sergeant Lockhart.

| Supplement Date | Supplement Prepared By |
|---|---|
| 05/20/2024 13:03 | Lindquist, Ashley |

**Supplement Narrative**

On May 12, 2024, at approximately 1217 hours, Sergeant Lockhart and I conversed about an incident. Sergeant Lockhart advised that Inmate Gordon filed a written grievance that alleged Deputy Andrew Aper made a sexual remark. Sergeant Lockhart advised that Deputy Aper had reported a statement to him, prior to the allegation. The statement that Deputy Aper reported to Sergeant Lockhart was, "Why don't you stop touching yourself." Based on Sergeant Lockhart's letterhead, Deputy Aper claimed that he and Inmate Gordon had been making remarks towards each other in a joking manner. While Deputy Aper was conducting rounds, Deputy Aper claimed her heard Inmate Gordon make a statement in a disrespectful tone and then Deputy Aper made the statement above. I reviewed the pod camera footage and Deputy Aper's Body Worn Camera. Deputy Aper is clearly seen on camera, but did not activate his Body Worn Camera until he was about to exit Pod 309.

On May 13, 2024, at approximately 1156 hours, Staff Sergeant Chris Gray and I entered Cell 334, to interview Inmate Gordon. Inmate Gordon was disrespectful and made remarks that were uncalled for towards us. I advised Inmate Gordon that his disrespect is uncalled for and that we are here to speak with him about his complaint. I began the interview and requested, for Inmate Gordon to tell us what happened. Inmate Gordon claimed that Deputy Aper loitered around the shower on the top tier in Pod 309 and made a sexual remark towards him. Inmate Gordon claimed that Deputy Aper stated, "Fondle yourself", and loitered around the shower he was in for approximately 60 to 90 seconds. Inmate Gordon alleged that he thought he misheard and requested Deputy Aper to repeat himself. Inmate Gordon claimed that Deputy Aper repeated himself. I then concluded the interview and we exited Pod 309.

On May 15, 2024, at approximately 1445 hours, Staff Sergeant Gray and I spoke with Deputy Aper. Deputy Aper advised of the remark above that he stated to Inmate Gordon. Deputy Aper advised that he stated, "Why don't you stop touching yourself", towards Inmate Gordon. Deputy Aper alleged that he heard Inmate Gordon make a comment in a disrespectful tone. Staff Sergeant Gray and I notified Deputy Aper that failure to use his Body Worn Camera is a policy violation. We notified Deputy Aper that he would be receiving disciplinary action for two policy violations. Once the meeting concluded, Deputy Aper returned to his normal duties.

Jail Report 101                 Page 1 of 3

Case 3:24-cv-01121     Document 49-2     Filed 03/16/26     Page 10 of 21 PageID #: 753

# Jail Incident Report

| Incident Number 20241056 | Other Number | Printed Date/Time 06/10/2024 07:38 |
|---|---|---|
| Date and Time of Incident 05/12/2024 11:53 | Date and Time Reported 05/12/2024 12:54 | ReportedBy Johnson, Mary |
| Location of Incident Floor One, Pod 309 | | Incident Type Informational |

Summation: I have determined Inmate Gordon's allegation against Deputy Aper, to be not PREA related. The statements from Inmate Gordon and Deputy Aper are conflicting, which we are unable to determine the actual statement. However, this was an isolated incident, which does not meet PREA Standards. Inmate Gordon claimed that Deputy Aper loitered around the shower from 60 to 90 seconds, which was false. I made my determination based on supporting camera footage and interviews of those involved. As stated above, Deputy Aper received disciplinary action for his conduct and failure to use and/ or activate his body cam. At this time, my investigation has concluded and nothing further to report. End of report.

| Supplement Date 05/15/2024 11:29 | Supplement Prepared By Gray, Chris |
|---|---|

**Supplement Narrative**

On May 12, 2024, I received a phone call from Sergeant C. Lockhart informing me that Inmate Gordon handed them a letter making several allegations against staff. See attached letter. At this time, I advised Sergeant Lockhart to place the letter in my mailbox and the administration would look into it the following Monday.

On Monday, May 13, 2024, I reviewed the letter with Captain Chad Youker and Sergeant Ashley Lindquist. Upon review, I advised Sergeant Lindquist to investigate the Sexual Harassment allegation; involving Deputy Andrew Aper and I would investigate the other allegation of misconduct.

Inmate Gordon's first allegation was that Deputy Johnathan Mathis kicked him on May 7, 2024, at approximately 2200 hours, while he was asleep, causing swelling and bruising. Upon review of the Body Worn-Camera and the cell cameras, Deputy Mathis enters Cell 337 instructing Inmate Gordon to move off the floor. Inmate Gordon had his mattress on the floor, where he was sleeping, which is a violation of the WCSO Inmate Rules. Deputy Mathis attempted to get Inmate Gordon's attention, with several voice commands. After Inmate Gordon did not acknowledge him, Deputy Mathis appeared to lightly kick Inmate Gordon's mattress to get his attention, which can be observed from the cell camera view. (IP: 23, Cam 11, @ 2207 hours). During Deputy Mathis' interaction with Inmate Gordon, at no time did Inmate Gordon complain about how he was woken up. At this time, Inmate Gordon has not submitted any grievance or medical request regarding medical concerns.

    Summation: Unfounded. Deputy Mathis was performing his normal duties and no misconduct occurred.

Inmate Gordon's second allegation was that Deputy James Yarbrough slammed the pie flap on his hand during a chow pass on May 9, 2024, at approximately 1600 hours. Upon review of Deputy Yarbrough's Body Worn-Camera, it appears that he was having issues with it cutting on and off, and there was no Body Worn-Camera footage of the incident. I reviewed the Cell camera (IP: 23, Cam 11 @ 1640 hours), I observed Deputy Yarbrough passing his cellmate, Inmate John Isaac Brinkley (W/M, DOB: 04/16/2003) a sandwich and juice through the pie flap and speaks to them both before shutting the pie flap. During this time, Inmate Gordon was standing next to the door and did not have any part of his body near the pie flap while it was being shut. A short time later, at approximately 1647 hours, Deputy Yarbrough returns with a juice and sandwich for Inmate Gordon. After reviewing this incident, Deputy Yarbrough was currently working, at this time, I contacted Deputy Yarbrough and had him step into my office. I asked Deputy Yarbrough about his interaction with Inmate Gordon on this particular incident. Deputy Yarbrough advised that he ran out of sandwiches and juices while passing out chow and Inmate Gordon and his cellmate Inmate Brinkley was being disrespectful and demanding chow. Deputy Yarbrough informed me that he left and returned with a sandwich and juice for Inmate Gordon, but did not know what Inmate Gordon was claiming regarding the pie flap. I asked Deputy Yarbrough why he did not have Body Worn-Cameras footage of the incident and he informed me that he was having issues trying to keep it charged.

    Summation: Unfounded. Deputy Yarbrough was performing his normal duties and no misconduct occurred.

Inmate Gordon's third allegation was that Deputy Nick Manlove was harassing him by writing him up for sleeping on the floor and refusing to get back on the bunk. Inmate Gordon is claiming he needs a bottom bunk pass due to having colon cancer. At this time, I reviewed the disciplinary report (JMS# 20241049) from Deputy Manlove. Deputy Manlove states in his report that he verified with Medical, Nurse Ashley whether or not Inmate Gordon had a bottom bunk pass. Nurse Ashley advised Deputy Manlove that it was not

Case 3:24-cv-01121     Document 49-2     Filed 03/16/26     Page 11 of 21 PageID #: 754

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |
| **Location of Incident** | | **Incident Type** |
| Floor One, Pod 309 | | Informational |

documented that he had a bottom bunk. I consulted with Nurses Pam and Kristy in Medical after reviewing the disciplinary report. They both advised me that he does not have a bottom bunk pass nor does he need one at this time. All video evidence surrounding this incident was attached to JMS #20241049.

Summation: Unfounded. Deputy Manlove was enforcing the rules and regulations according to policy and procedures.

**Approving Official Name**

Date/Time: _____

Gray, Chris

**Reporting Official Name**

Date/Time: _____

Johnson, Mary

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 12 of 21 PageID #: 755



# WILLIAMSON COUNTY SHERIFF'S OFFICE
## Jeff Hughes, SHERIFF
408 CENTURY COURT
FRANKLIN, TENNESSEE 37064

(615) 790-5560



To: Staff Sergeant C. Gray
From: Sergeant C. Lockhart
Subject: Deputy Aper
Date: May 12, 2024

On May 12, 2024, I was given a letter that had been turned in to Corporal Johnson by Inmate Robert Gordon. This letter was utilized to file a grievance due to the kiosks being down throughout the facility. The letter articulated that several deputies had, allegedly, harassed or assaulted Inmate Gordon. One of the complaints, was that Deputy Aper had stated, "Fondle yourself" while Inmate Gordon was in the shower. It is important to note, Deputy Aper advised me, before this letter was authored, that he made an inappropriate comment to Inmate Gordon. Deputy Aper stated that while conducting rounds, Inmate Gordon was in the shower, and said something to him in a disrespectful tone. Deputy Aper, a bit frustrated, replied, "Why don't you stop touching yourself." Deputy Aper stated that he realized the comment was inappropriate in hindsight. Due to Inmate Gordon's complaint, I attempted to utilize body cam video to corroborate Deputy Aper's recollection of the incident however; there was no recording of the incident. Deputy Aper will be receiving an Employee Counseling for not utilizing his camera properly, as dictated by policy. Corporal Johnson has completed a confidential report about receiving the letter, and it has been given to Staff Sergeant Gray.

Corporal Johnson,

May 7th 10PM - Mathis assaults Gordon by kicking "Lights out" him in sleep causing swelling & bruising. This is assault. New deputy witness

Thursday 9th 4PM - "Chow Pass" Yarborough curses & slams my hand in pie flap. This is assault. Deputy Phan witness & inmate Blakley

Friday Night 10PM - "Lights out" Manlove writes Gordon up May 10th after refusing to provide bottom bunk. Medical has surgery scheduled for Gordon due to colon cancer. This is harassment. Deputy Ponle witnessed

Sunday May 12th - "After Lunch" 10:30-11AM Deputy Aper yells at Mr Gordon while in shower "to fondle himself" on 3 different occasions. The entire pod heard Deputy Aper. This is sexual harassment by an authority figure / voyerism

I am tired of this abusive treatment. If I said and did these things to a female deputy I would given street charges. I am in fear for my safety due to this intentional infliction of abuse. I want a written apology from each deputy and I want to place street charges via a police report. I am also fearful of further retaliation of continued physical & sexual abuse. This is notice that I will be pursueing legal action in chancery court for this abuse on each deputy individual & official capacity.

Respectfully,

Robert Cole Gordon

To: Captain Chad Youker

From: Staff Sergeant Gray

Date: May 13, 2024

Ref: Allegation from Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984) (Pod 309, Cell 337)

On May 12, 2024, I received a phone call from Sergeant C. Lockhart informing me that Inmate Gordon handed them a letter making several allegations against staff. See attached letter. At this time, I advised Sergeant Lockhart to place the letter in my mailbox and the administration would look into it the following Monday.

On Monday, May 13, 2024, I reviewed the letter with Captain Youker and Sergeant Ashley Lindquist. Upon review, I advised Sergeant Lindquist to investigate the Sexual Harassment allegation; involving Deputy Andrew Aper and I would investigate the other allegation of misconduct.

Inmate Gordon's first allegation was that Deputy Johnathan Mathis kicked him on May 7, 2024, at approximately 2200 hours, while he was asleep, causing swelling and bruising. Upon review of the Body Worn-Camera and the cell cameras, Deputy Mathis enters Cell 337 instructing Inmate Gordon to move off the floor. Inmate Gordon had his mattress on the floor, where he was sleeping. Deputy Mathis attempted to get Inmate Gordon's attention, with several voice commands. After Inmate Gordon does not acknowledge him, Deputy Mathis appeared to lightly kick Inmate Gordon's mattress to get his attention, which can be observed from the cell camera view. (IP: 23, Cam 11, @ 2207 hours). During Deputy Mathis' interaction with Inmate Gordon, at no time did Inmate Gordon complain about how he was woken up. At this time, Inmate Gordon has not submitted any grievance or medical request regarding medical concerns.

      Summation: Unfounded. Deputy Mathis was performing his normal duties and no misconduct occurred.

Inmate Gordon's second allegation was that Deputy James Yarbrough slammed the pie flap on his hand during a chow pass on May 9, 2024, at approximately 1600 hours. Upon review of Deputy Yarbrough's Body Worn-Camera, it appears that he was having issues with it cutting on and off, and there was no Body Worn-Camera footage of the incident. I reviewed the Cell camera (IP: 23, Cam 11 @ 1640 hours), I observed Deputy Yarbrough passing his cellmate, Inmate John Isaac Brinkley (W/MDOB: 04/16/2003) a sandwich and juice through the pie flap and speaks to them both before shutting the pie flap. During this time, Inmate Gordon was standing next to the door and did not have any part of his body near the pie flap while it was being shut. A short time later, at approximately 1647 hours, Deputy Yarbrough returns with a juice and sandwich for Inmate Gordon. After reviewing this incident, Deputy Yarbrough was currently working, at this time, I contacted Deputy Yarbrough and had him step into my office. I asked Deputy Yarbrough about his interaction with Inmate Gordon on this particular incident. Deputy Yarbrough advised that he ran out of sandwiches and juices while passing out chow and Inmate Gordon and his cellmate Inmate Brinkley was being disrespectful and demanding chow. Deputy Yarbrough informed me that he left and returned with a sandwich and juice for Inmate Gordon, but did not know what Inmate Gordon was claiming regarding the pie flap. I asked Deputy Yarbrough why he did not have

Body Worn-Cameras footage of the incident and he informed me that he was having issues trying to keep it charged.

   Summation: Unfounded. Deputy Yarbrough was performing his normal duties and no misconduct occurred.


Inmate Gordon's third allegation was that Deputy Nick Manlove was harassing him by writing him up for sleeping on the floor and refusing to get back on the bunk. Inmate Gordon is claiming he needs a bottom bunk pass due to having colon cancer. At this time, I reviewed the disciplinary report (JMS# 20241049) from Deputy Manlove. Deputy Manlove states in his report that he verified with Medical, Nurse Ashley whether or not Inmate Gordon has a bottom bunk. Nurse Ashley advised Deputy Manlove that it was not documented that he had a bottom bunk. I consulted with Nurses Pam and Kristy in Medical after reviewing the disciplinary report. They both advised me that he does not have a bottom bunk pass nor does he need one at this time. All video evidence surrounding this incident is attached to JMS # 20241049.

   Summation: Unfounded. Deputy Manlove was enforcing the rules and regulations according to policy and procedures.


Staff Sergeant C. Gray #1910

Corporal Johnson,

May 7th 10PM - Mathis assaults Gordon by Kicking
"Lights out" him in sleep causing swelling & bruising
this is assault. New Deputy Witness

Thursday 9th 4PM - "Chow Pass" Yarbourough curses & slams
my hand in pie flap. this is assault
Deputy Phan witness & inmate Brinkley

Friday night 10PM - "lights out" Manlove writes Gordon up
May 10th after refusing to provide bottom bunk
medical has surgery scheduled for
Gordon due to colon cancer
this is harassment. Deputy Ponle witnessed

Sunday May 12th - "After Lunch" 10:30-11AM Deputy Aper
yells at Mr Gordon while in
shower "to fondle himself" on 5
different occasions. The entire pod
heard Deputy Aper.
this is sexual harrasment by an
authority figure / voyerism


I am tired of this abusive treatment. If
I said and did these things to a female
deputy I would given street charges. I am in
fear for my safety due to this intentional infliction of abuse.
I want a written apology from each deputy
and I want to place street charges via
a police report. I am also fearful of further reliation
of continued physical & sexual abuse.
This is notice that I will be pursueing legal
action in Chancery Court for this abuse on each
deputy individual & official capacity.


Respectfully,

Robert Cole Gordon

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241293 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 06/10/2024 07:15 | 06/10/2024 12:03 | Gray, Chris |

| Location of Incident | Incident Type |
|---|---|
| Male Pod One, Pod 305, Cell 338. | Protective Custody |

**Offenses**

PRO
TEC  PROTECTIVE CUSTODY
T

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Gray, Chris - 811

Youker, Chad - 1252

**Incident Narrative**

On 6/10/2024, at approximately 0715 hours, Captain Youker advised me that Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984)(Pod 305, Cell 338) would need be placed on Protective Custody due to comments he had made on an Inmate Grievance (See attached Grievance # 769256). Inmate Gordon stated he was in fear of his safety due to our staff. At this time, Inmate Gordon will be placed on Protective Custody until further review.

**Approving Official Name**

Date/Time:

Youker, Chad

**Reporting Official Name**

Date/Time:

Gray, Chris

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 18 of 21 PageID #: 761

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241499 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 06/11/2024 15:42 | 07/05/2024 09:26 | Lindquist, Ashley |

| Location of Incident | Incident Type |
|---|---|
| Floor One, Pod 309 Dayroom | Informational |

**Offenses**

| INFO | INFORMATIONAL |
|---|---|

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

RICONOSCUITO, KEVIN ALLEN - 202300061668

**Others**

Aper, Drew - 1607

Asselin, Isaac - 1579

Barner, Christopher - 1636

Conner, Mitchel - 1465

Considine, Gabe - 1633

Fearing, Kalen - 1547

Lindquist, Ashley - 1410

Pihs, Chris - 1588

**Incident Narrative**

On June 11, 2024, at approximately 1542 hours, Inmate Kevin Allen Riconoscuito (W/M, DOB: 12/30/1981) who resided in Pod 309, Cell 272, filed a PREA Complaint on the TBE Jail Grievance System. Inmate Riconoscuito alleged that he was taking a shower and accused Deputy Andrew Aper of making an inappropriate statement on June 10, 2024. Inmate Riconoscuito alleged that the statement made was, "Quit playing hanky panky with myself." I received this complaint on June 12, 2024, at approximately 0845 hours, and immediately began my investigation. I began reviewing camera footage to determine the facts of this allegation.

On June 9, 2024, at approximately 1401 hours, Inmate Riconoscuito's recreation began. Deputy Chris Pihs conducted Safety and Security Rounds from approximately 1410 hours to 1413 hours in Pod 309. At approximately 1431 hours, Inmate Riconoscuito entered the lower left shower. Deputy Fearing entered the pod at approximately 1443 hours, spoke with an inmate in Cell 276 and exited the pod. At approximately 1445 hours, Deputy Andrew Aper, Gabe Considine, and Isaac Asselin entered Pod 309. The deputies notified Inmate Riconoscuito he needed to exit the shower for them to handle an incident. Inmate Riconoscuito proceeded to procrastinate and exited the shower at approximately 1448 hours. Inmate Riconoscuito was frustrated and advised that he would file a PREA as he entered his cell. The deputies notated above had their Body Worn Camera's activated. The deputies were professional and did not make an inappropriate statement(s) to Inmate Riconoscuito. The deputies then had additional staff in the pod to handle the incident. Once the incident concluded, Inmate Riconoscuito's recreation was continued. His recreation ended at approximately 1620 hours.

On June 10, 2024, at approximately 1321 hours, Inmate Riconoscuito's recreation began. Deputy Christopher Barner conducted Safety and Security Rounds at approximately 1341 hours, and was in Pod 309 for under two minutes. Inmate Riconoscuito entered the lower left shower at approximately 1346 hours and did not exit the shower until approximately 1408 hours. While Inmate Riconoscuito was in the shower, there was not a deputy present in the pod. Inmate Riconoscuito's recreation ended at approximately 1423 hours. It is important to note, that Inmate Riconoscuito claimed the statement was made to him on this day. Deputy Aper was also not in the facility as it was his regular day off.

On June 11, 2024, at approximately 1437 hours, Inmate Riconoscuito's recreation began. At approximately 1533 hours, Inmate Riconoscuito went to the top tier and conversed with Inmate Robert Cole Gordon (W/M, DOB:) who was housed in Cell 338. Inmate

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 19 of 21 PageID #: 762

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241499 | | 08/20/2025 13:37 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 06/11/2024 15:42 | 07/05/2024 09:26 | Lindquist, Ashley |
| **Location of Incident** | | **Incident Type** |
| Floor One, Pod 309 Dayroom | | Informational |

Riconoscuito received an item from Inmate Gordon from underneath his door. Inmate Riconoscuito walked away from Cell 338 and passed an item to another inmate. Inmate Riconoscuito then walked downstairs and went to the left kiosk, where he submitted his PREA Complaint. At approximately 1543 hours, Inmate Riconoscuito went to the right side of the dayroom and looked up to Cell 338. Inmate Gordon was against his door's window and they were conversing. I have notated this interaction, as Inmate Gordon has made various claims and assisted inmates with filing false claims. It is unknown what was discussed between Inmate Riconoscuito and Inmate Gordon.

On June 20, 2024, at approximately 1428 hours, Corporal Conner went with me to speak to Inmate Riconoscuito in Cell 272. I had determined the facts of this case and wanted a verbal statement from Inmate Riconoscuito. Inmate Riconoscuito was consistent with his written complaint. I notified Inmate Riconoscuito that his complaint was not PREA related and unfounded. Once this conversation concluded, Corporal Conner and I exited the cell. Corporal Conner captured this conversation on his Body Worn Camera.

Summation: I found this allegation of Deputy on Inmate Sexual Harassment to be not PREA related and unfounded. The deputies present when requesting Inmate Riconoscuito did not make any inappropriate statements towards him and they were professional. My findings are based on the Pod 309 and Body Worn cameras. My investigation concluded on June 20, 2024. End of report.

**Approving Official Name**

Date/Time: _____

_____

Lindquist, Ashley

**Reporting Official Name**

Date/Time: _____

_____

Lindquist, Ashley

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 20 of 21 PageID #: 763

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241859 | | 08/20/2025 13:37 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 08/20/2024 16:00 | 08/20/2024 17:38 | Conner, Mitchel |
| **Location of Incident** | | **Incident Type** |
| Floor One | | Informational |

**Offenses**

| INF O | INFORMATIONAL |
|---|---|

**Offenders**

**Victims**

**Witnesses**

**Complainants**

**Others**

Conner, Mitchel - 1465

GORDON, ROBERT COLE - 202200060472

Lindquist, Ashley - 1410

Martinez, William - 1538

**Incident Narrative**

On August 20, 2024, at approximately 4:00 PM, Lieutenant Lindquist advised me that she would offer Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984) to sign a Protective Custody Waiver. Soon after, Lieutenant Lindquist and Sergeant Martinez spoke with Inmate Gordon. Inmate Gordon agreed and signed the waiver at that time. As a result, Inmate Gordon was rehoused to Pod 364, Bunk 12. Inmate Gordon's status therefore also changed to General Population. A DVR Burn Request was submitted. Shift Supervisor, Sergeant Martinez, was notified of this incident.

**Approving Official Name**

Date/Time: _____

_____

Martinez, William

**Reporting Official Name**

Date/Time: _____

_____

Conner, Mitchel

Case 3:24-cv-01121    Document 49-2    Filed 03/16/26    Page 21 of 21 PageID #: 764