| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/11/2024 7:33:38 am CST | Request ID | 4857566 |
| Location | 309 - 269 | Kiosk | 309 Right |
| Assigned To | Sergeant Gray | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 01/11/2024 09:18:24 am CST |
| Status By | Sergeant Gray | | |

| | |
|---|---|
| Request | please provide contact information for LT SANDERS of the WCSO and please provide the copy of the police report i filed with sgt lindquist and deputy karaczewski. in addition, please provide a final update of the PREA incident with inmate kiaser in a printed out copy. thank you |
| Admin Notes | Captain Youker advised me, that he can have his attorney subpoena the reports. I am finalizing the report he made and it will be forwarded to Lt. Sanders on 1/11/2024. As for the PREA incident with Inmate Kiser, he was notified that it was a substantiated PREA allegation in person and on recording. Also, I am still in the process of investigating his claims of Inmate Kiser threatening his wife. -Sgt. Lindquist |
| Notes to Inmate | You can have your attorney subpoena the reports. In regards to the PREA claim you submitted, it was a substantiated PREA allegation, which you were notified of in person and by recording. They are still investigating the threat claims. Staff Sergeant Gray |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/20/2024 7:55:58 am CST | Request ID | 4870836 |
| Location | 309 - 269 | Kiosk | 309 Left |
| Assigned To | General Requests | Kiosk ID | 9872 |
| Status | Resolved Substantiated | Status Entered | 01/23/2024 04:26:54 am CST |
| Status By | Kelly Wells | | |

| | |
|---|---|
| Request | please provide commissary bag |
| Admin Notes | |
| Notes to Inmate | YOU WERE ISSUED A COMMISSARY BAG IN SEPT. - YOU CAN ONLY HAVE ONE BAG PER INCARCERATION. |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 03/05/2024 6:48:52 pm CST | Request ID | 4937007 |
| Location | 633 - 636 | Kiosk | 633 Left |
| Assigned To | X COMMISSARY OFFICE | Kiosk ID | 9860 |
| Status | Resolved Substantiated | Status Entered | 03/05/2024 08:34:46 pm CST |
| Status By | X COMMISSARY OFFICE | | |

Request      may i please add 1 book of stamps to my order. i met with captain youker today and need the stamps to mail items to judge johnson. thank you and have a great day.

Admin Notes

Notes to Inmate Unable to add items as orders for your facility are packed and loaded for delivery.

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 03/07/2024 10:02:19 am CST | Request ID | 4939390 |
| Location | 633 - 636 | Kiosk | 633 Middle |
| Assigned To | Sergeant Gray | Kiosk ID | 10365 |
| Status | Resolved Substantiated | Status Entered | 03/08/2024 11:50:50 am CST |
| Status By | Sergeant Gray | | |

Request      i need to make copies of 5 pages of legal documents. thank you

Admin Notes

Notes to Inmate Sergeant Martinez should be around to speak to you. Staff Sergeant Gray

Case 3:24-cv-01121     Document 49-3     Filed 03/16/26     Page 2 of 16 PageID #: 766

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/11/2024 3:27:11 pm CDT | Request ID | 5036638 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Kelly Wells | Kiosk ID | 10222 |
| Status | Resolved Substantiated | Status Entered | 05/13/2024 02:22:49 pm CDT |
| Status By | Kelly Wells | | |

**Request**     i am have an emergancy surgery this week per wcso medical staff and need to speak with my attorney.

**Admin Notes**

**Notes to Inmate** THIS HAS BEEN ADDRESSED

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/13/2024 3:08:01 pm CDT | Request ID | 5039213 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Inmate Resources | Kiosk ID | 10222 |
| Status | Resolved Substantiated | Status Entered | 05/14/2024 08:59:10 am CDT |
| Status By | Inmate Resources | | |

**Request**     I NEED TO HAVE A COMPLAINT NOTARIZED. THANK YOU FOR YOUR ASSISTANCE.

**Admin Notes**

**Notes to Inmate** ok

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/19/2024 5:15:11 pm CDT | Request ID | 5096352 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Sergeant Gray | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/21/2024 12:12:52 pm CDT |
| Status By | Sergeant Gray | | |

**Request**: there is no reason i should be in PC just because i am a victim of PREA sexual harassment from deputy aper requesting me to fondle myself for his sexual gratification. please move mebto general population asap

**Admin Notes**

**Notes to Inmate**: Due to your statements of being in fear of our safety from our staff you will remain on Protective Custody until a review can be done. We conduct reviews quarterly. Staff Sergeant Gray

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/20/2024 8:12:54 pm CDT | Request ID | 5098260 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/01/2024 09:18:09 am CDT |
| Status By | Inmate Resources | | |

**Request**: can we please have books brought to 305

**Admin Notes**

**Notes to Inmate** WHEN I HAVE TIME SET ASISDE TO PASS BOOKS.

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/19/2024 5:15:11 pm CDT | Request ID | 5096352 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Sergeant Gray | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/21/2024 12:12:52 pm CDT |
| Status By | Sergeant Gray | | |

| Request | there is no reason i should be in PC just because i am a victim of PREA sexual harassment from deputy aper requesting me to fondle myself for his sexual gratification. please move mebto general population asap |

| Admin Notes | |

| Notes to Inmate | Due to your statements of being in fear of our safety from our staff you will remain on Protective Custody until a review can be done. We conduct reviews quarterly. Staff Sergeant Gray |

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/20/2024 8:12:54 pm CDT | Request ID | 5098260 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/01/2024 09:18:09 am CDT |
| Status By | Inmate Resources | | |

| Request | can we please have books brought to 305 |

| Admin Notes | |

Notes to InmateWHEN I HAVE TIME SET ASISDE TO PASS BOOKS.

Case 3:24-cv-01121     Document 49-3     Filed 03/16/26     Page 5 of 16 PageID #: 769

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
|---|---|---|---|
| Created | 07/20/2024 3:44:20 pm CDT | Request ID | 5143796 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | m MailRoom | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/22/2024 11:47:00 am CDT |
| Status By | m MailRoom | | |

Request          i had a book delivered from amazon yesterday that was pre-approved. could someone please bring it to 305?

Admin Notes

Notes to Inmate  Mr. Gordon, I have not received any books addressed to you. I will continue looking for your book to be delivered. Can you tell me what time the book was delivered yesterday? There were no packages in my office area this morning. JC

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
|---|---|---|---|
| Created | 07/22/2024 4:22:58 pm CDT | Request ID | 5146693 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/30/2024 06:20:08 pm CDT |
| Status By | Captain Youker | | |

Request          hello ms payne - i am in 305 and dont have access to attend any educational, religious, or other rehabilitative programs. Thus, i had my family send me a book to study with but it seems no one can bring it to me. I feel like i am being punished and just want to make use of myntime and further my education. please do help me gain access to my study guide.

Admin Notes

Notes to Inmate  If this book was not approved prior to you having it sent, then you are not going to get it. If this book was pre-approved, but did not meet the guidelines upon arrival, which this one did not, you will not receive it. Unfortunately, since you are on PC, due to you claiming to be in fear of your safety from staff, you are not able to attend certain programs. -Capt. C. Youker-

Case 3:24-cv-01121    Document 49-3    Filed 03/16/26    Page 6 of 16 PageID #: 770

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/07/2024 3:54:05 pm CDT | Request ID | 5171975 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Kitchen Supervisor | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/12/2024 03:38:03 am CDT |
| Status By | Kitchen Supervisor | | |

**Request** — hello - i have had a special diet since september last year. some reason this week ive been taken off the special diet as im allergic to dairy. can you please help resolve this issue or guide me to the diet that is most similar that i can be added to. thank you for your assistance.

**Admin Notes**

**Notes to Inmate** You need to get with medical for this request. CR

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/10/2024 5:42:40 pm CDT | Request ID | 5176778 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/22/2024 02:06:08 pm CDT |
| Status By | Lieutenant Lindquist | | |

**Request** — is it possible for you to take me off of PC? i would like to participate in the programs the jail has to offer like church, etc and do not feel PC is needed.

**Admin Notes**

**Notes to Inmate** This matter was taken care of sir. -Lt. Lindquist

Case 3:24-cv-01121     Document 49-3     Filed 03/16/26     Page 7 of 16 PageID #: 771

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/19/2024 10:31:45 am CDT | Request ID | 5189761 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Kitchen Supervisor | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/22/2024 07:30:59 am CDT |
| Status By | Kitchen Supervisor | | |

Request     please provide my Islamic tray

Admin Notes

User Message   Please send this message to the kitchen. This message was sent to medical

Notes to Inmate I will change you to Islamic tray. RH

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/20/2024 7:17:47 pm CDT | Request ID | 5192548 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | Inmate Resources | Kiosk ID | 9864 |
| Status | Resolved Substantiated | Status Entered | 08/21/2024 12:02:27 pm CDT |
| Status By | Inmate Resources | | |

Request     can i be added to the availsble classes

Admin Notes

Notes to Inmate you can just go to the classes.

Case 3:24-cv-01121     Document 49-3     Filed 03/16/26     Page 8 of 16 PageID #: 772

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 10/06/2024 8:02:16 am CDT | Request ID | 5264395 |
| Location | 364 | Kiosk | 364 Back |
| Assigned To | Shift Charlie | Kiosk ID | 9833 |
| Status | Resolved Substantiated | Status Entered | 10/08/2024 02:06:49 pm CDT |
| Status By | Shift Charlie | | |

Request: inmate turner in pod 364 is being extorted and harassed by inmate haynes-dalton . i am fearful for inmate turners safety for a hate crime as inmate haynes-dalton constantly calls him a faggot, cock sucker, and threats to rape and sexually abuse both inmate turner and inmate molton. please seperate these inmates for safety.

Admin Notes

Notes to Inmate Thank you for the information and concern. Sgt. Gray

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 10/09/2024 9:10:22 am CDT | Request ID | 5269378 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | Inmate Resources | Kiosk ID | 9864 |
| Status | Resolved Substantiated | Status Entered | 10/09/2024 10:22:09 am CDT |
| Status By | Inmate Resources | | |

Request: may i please be added to anger management class

Admin Notes

Notes to Inmate I WILL LET YOU KNOW IF YOU ARE ON THE NEXT LIST I MAY DO A FEMALE CLASSS NEXT

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 11/30/2024 12:39:44 pm CST | Request ID | 5345094 |
| Location | 314 | Kiosk | 314 RIGHT |
| Assigned To | Shift Charlie | Kiosk ID | 9818 |
| Status | Resolved Substantiated | Status Entered | 12/02/2024 12:46:15 pm CST |
| Status By | Shift Charlie | | |

Request    inmate deangelo in bunk 20 is making threats of violence and homophobic comments. please remove him from this pod

Admin Notes

Notes to Inmate I will send a deputy by to speak to you. Lt. Gray

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 12/03/2024 11:44:57 am CST | Request ID | 5349199 |
| Location | 314 | Kiosk | 314 RIGHT |
| Assigned To | Booking Booking | Kiosk ID | 9818 |
| Status | Resolved Substantiated | Status Entered | 12/04/2024 09:22:31 am CST |
| Status By | Booking Booking | | |

Request    i am trying to release property to a person. can you please release 2 iphones to mr. ken zebley from my property

Admin Notes    kv

Notes to Inmate When the person that you want to release your property to gets here, we will start the process. It has to be everything you come in with except your clothes.

Case 3:24-cv-01121    Document 49-3    Filed 03/16/26    Page 10 of 16 PageID #: 774

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| --- | --- | --- | --- |
| Created | 12/09/2024 11:29:46 am CST | Request ID | 5357840 |
| Location | 305 - 283 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 12/11/2024 05:23:36 am CST |
| Status By | Lieutenant Lindquist | | |

Request        may i please be removed from medical pod and placed back in general population

Admin Notes

Notes to Inmate That is up to medical sir. They will clear you from the status once they re-evaluate you. -Lt. Lindquist

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| --- | --- | --- | --- |
| Created | 12/10/2024 9:45:08 am CST | Request ID | 5359303 |
| Location | 305 - 283 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 12/10/2024 12:23:45 pm CST |
| Status By | Inmate Resources | | |

Request        can i please go to classes though im in medical pod

Admin Notes

Notes to Inmate why are you in the medical pod?

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/13/2025 3:35:12 pm CST | Request ID | 5296856 |
| Location | 305 - 357 | Kiosk | DBOVS-AAGRF |
| Assigned To | Captain Youker | Kiosk ID | 52932 |
| Status | Resolved Unsubstantiated | Status Entered | 01/14/2025 05:06:03 pm CST |
| Status By | Captain Youker | | |

Request        I have a subpoena I need to give you for kiosk data. Please either come grab it or I can have a deputy serve you personally.

Admin Notes

Notes to Inmate        I will come and grab it from you. I will verify with our legal department that this is a true and legal subpoena as you have sent some out that are not. -Capt. C. Youker- -Sir, per my legal department. This is not a legitimate subpoena. Therefore, I will not be responding to your request. -Capt. C. Youker-

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/14/2025 12:31:55 pm CST | Request ID | 5298940 |
| Location | 364 | Kiosk | DBOVS-AAGJR |
| Assigned To | Assignments Work | Kiosk ID | 52415 |
| Status | Resolved Unsubstantiated | Status Entered | 01/16/2025 01:34:07 pm CST |
| Status By | Assignments Work | | |

Request        requesting legal copies if you have time

Admin Notes        DEC

Notes to Inmate

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/15/2025 4:58:16 am CST | Request ID | 5300575 |
| Location | 364 | Kiosk | DBOVS-AAGJR |
| Assigned To | Captain Youker | Kiosk ID | 52415 |
| Status | Resolved Unsubstantiated | Status Entered | 01/15/2025 05:31:02 pm CST |
| Status By | Captain Youker | | |

**Request**

I am in receipt of your refusal to comply with an order from the court. Pursuant to state and federal rules of civil procedure Ive filed an.emergancy motio to compel that is subject to contempt of court on your behalf. Hearing set for this Friday 1/17/24/at 930AM in Nashville. Ill be joining via zoom so Im sure you can do the same.

**Admin Notes**

Notes to InmateMr. Gordon, I have not received notice from any court of any such hearing. -Capt. C. Youker-

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/16/2025 10:39:48 pm CST | Request ID | 5305613 |
| Location | 364 | Kiosk | DBOVS-AAGFU |
| Assigned To | Booking Booking | Kiosk ID | 52298 |
| Status | Resolved Substantiated | Status Entered | 01/22/2025 12:54:43 pm CST |
| Status By | Kelly Wells | | |

**Request**     how can i sign over my property to a family member? isnthere some one particular i need to contact?

**Admin Notes**

Your family will have to come up here to the jail request your property at that time we will print a release of property form and bring it back Notes to Inmateto you let you know who is here at that time you will need to give permission to release property. We will not release your property unless your form is signed agreeing to release the property to the person in the lobby here to pick it up They will have to provide their ID

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/17/2025 7:42:17 am CST | Request ID | 897945 |
| Location | 364 | Kiosk | DBOVS-AAGFU |
| Assigned To | LT. Driskill | Kiosk ID | 52298 |
| Status | Resolved | Status Entered | 01/17/2025 10:59:29 am CST |
| Status By | LT. Driskill | Classification | (no classification assigned) |

Grievance     can we get matainence to look at the showers as they are flooding.

Admin Notes

Notes to Inmate I have submitted this to maintenance as a ticket to be looked at. -Lt. Driskill

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 01/18/2025 4:39:26 pm CST | Request ID | 898583 |
| Location | 364 | Kiosk | DBOVS-AAGFU |
| Assigned To | Lt. Obermeyer | Kiosk ID | 52298 |
| Status | Resolved Unsubstantiated | Status Entered | 02/07/2025 09:39:13 am CST |
| Status By | Lt. Obermeyer | Classification | (no classification assigned) |

Grievance     my religious books were taken during the raid. these had been approved by jail staff and paid for by me. pursuant to TCA 39-14-101 this is stolen property and theft under $500. i would like to be compensated and to file a police report with franklin PD

Admin Notes     My group did not have his housing area which was Pod 364. Please look into this. -Lt. Lindquist

Notes to Inmate to be readily identified to an inmate, or marked but not in the approved location such as the inmates possession. items will not be returned and have been discarded- Lt. OB    items taken during the search were done so due to them being altered, in excess of what is allowed per the facility rules, not in a location

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 02/05/2025 2:04:33 pm CST | Request ID | 905374 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | Lt. Obermeyer | Kiosk ID | 63353 |
| Status | Resolved | Status Entered | 02/06/2025 09:09:39 am CST |
| Status By | Lt. Obermeyer | Classification | (no classification assigned) |

Grievance    i practice AA as my religion. requesting the AA big book on the tablet

Admin Notes

Notes to Inmate AA is not a religion- Lt. OB

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 02/13/2025 5:05:28 am CST | Request ID | 908204 |
| Location | 644 - 655 | Kiosk | 644 Middle |
| Assigned To | Shift Delta | Kiosk ID | 63053 |
| Status | Resolved Unsubstantiated | Status Entered | 02/16/2025 06:21:33 pm CST |
| Status By | Shift Delta | Classification | (no classification assigned) |

Grievance    my entire laundry bag is missing. towel, boxers, socks, etc all gone

Admin Notes

Notes to Inmate The Jail is not responsible for lost or stolen laundry. We will make sure you have the basic issued items. CL

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 03/20/2025 3:50:14 pm CDT | Request ID | 922563 |
| Location | 644 - 645 | Kiosk | 644 Middle |
| Assigned To | Captain Youker | Kiosk ID | 63053 |
| Status | Resolved Unsubstantiated | Status Entered | 04/03/2025 07:38:18 am CDT |
| Status By | LT. Driskill | Classification | (no classification assigned) |

**Grievance**

I was written up for violation of rule 3E. I spoke with my attorneys and they agree that punishment based on my religious practices is a violation of my civil rights and blatant persecution for my religious practices. Per Islamic practices fasting during ramadan is based on an individuals pilgrimage toward Allah, my higher power. By targeting harassment at a protected class of people this constitutes as violation of my religious rights protected my the US constitution. I feel threatened and intimidated by this harassment and in fear of further retaliation. Much like the incident when deputy aper demanded I fondle myself for his sexual gratification and I was punished for reporting this violation I ask that staff not retaliate further based on their ignorance of my religious beliefs and practices. If I chose to fast during lent, ramadan, or any other protected holiday that is my choice, not yours.

**Admin Notes**    Forwarded to Admin for further review. RH

**Notes to Inmate**

Mr. Gordon, you have not been subjected to discrimination based upon your religion. Williamson County Sheriff's Office respects and accommodates sincerely held religious beliefs consistent with the Constitution of the United States. You were not harassed or retaliated against for fasting. Rather, you and other inmates were written up for interfering with the feeding process when you indicated that you adhere to the practices of the Muslim religion but then sought to receive meals during fasting time for Ramadan. Jail staff prepare special meals for various religious holidays based on inmate's expressed religious affiliations, and when inmates then pick and choose from day to day which practices they will adhere to, that disrupts the process of feeding all inmates. You were not retaliated against for fasting consistent with your expressed religious beliefs, but rather for seeking both special meals before sunrise and after sunset for Ramadan and additional meals during the fasting time for Ramadan, which disrupts jail operations. All that being said, a decision has been made to withdraw formal discipline for this action, but we will be warning all inmates engaging in similar behavior that they may fast during Ramadan, or choose not to fast during Ramadan, but they may not change from day to day depending on personal preference. The protection for sincerely held religious beliefs does not extend to allowing inmates to pick and choose holidays from various religions in order to enhance their dining experience while incarcerated. As you well know, your other allegation regarding sexual harassment was investigated and was unfounded. -LT. Driskill

Case 3:24-cv-01121    Document 49-3    Filed 03/16/26    Page 16 of 16 PageID #: 780