Corporal Johnson,

May 7th 10PM - Mathis assaults Gordon by kicking
"Lights out" him in sleep causing swelling & bruising
this is assault. New deputy witness

Thursday 9th 4PM-"Chow Pass" Yarbouuough curses & slams
my hand in pie flap. This is assault
Deputy Phan witness & inmate Brinkley

Friday night 10PM-"Lightsout" Manlove writes Gordon up
May 10th after refusing to provide bottom bunk
medical has surgery scheduled for
Gordon due to colon cancer
this is harassment. Deputy Ponle Reed Witnessed

Sunday May 12th -"After lunch" 10:30-11AM Deputy Aper
yells at Mr Gordon while in
shower "to fondle himself" on 3
different occasions. The entire pod
heard Deputy Aper.
This is sexual harrasment by an
authority figure / voyerism

I am tired of this abusive treatment. If
I said and did these things to a female
deputy I would given street charges. I am in
fear for my safety due to this intentional infuction of abuse.
I want a written apology from each deputy
and I want to place street charges via
a police report. I am also fearful of further reliation
of continued physical & sexual abuse.
This is notice that I will be pursueing legal
action in Chancery court for this abuse on each
deputy individual & official capacity.

Respectfully,

Robert Cole Gordon



