IN THE CIRCUIT COURT OF WILLIAMSON COUNTY,
IN FRANKLIN, TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| vs. | ) | |
| | ) | B-CR230248, B-CR230249, |
| | ) | B-CR230266, B-CR230267 |
| ROBERT COLE GORDON | ) | B-CR230655, B-CR230677 |
| | ) | N-CR230678, N-CR240116 |
| | | N-CR240117, V-CR240699 |

FILED

OCT 16 2025

Debbie McMillan Barrett
Circuit Court

## AGREED ORDER TO ALLOW COMMUNICATION

Come now, Craig Rouviere and Jennifer Dungan, submit this Agreed Order allowing defendant Robert Cole Gordon to communicate with his appointed counsel, Craig Rouviere via telephone, text, and US Mail.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by this agreed order, that Robert Cole Gordon be allowed to communicate with his appointed counsel via telephone, text, and US Mail.

ENTERED, this the 16th day of _October_, 2025

_____
Judge
Williamson County Circuit Court

APPROVED FOR ENTRY:

/s/ _Craig Rouviere_

By Permission

/s/ _Jennifer Dungan_

Craig Rouviere, #039713
Attorney at Law
219 Third Ave N
Franklin, TN 37064

ADA Jennifer Dungan
200 Commerce Sq.
Brentwood, TN 37027

RECEIVED

OCT 14 2025

CIRCUIT COURT