RECEIVED

APR 17 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT C. GORDON

V.                                          CASE # 3:24-CV-01121

WCSO, ET AL

NOTICE OF FILING AFFIDAVIT OF

VICTIM JEREMIAH MOORE

COMES NOW, ROBERT C. GORDON, HEREBY GIVES NOTICE OF FILING
AFFIDAVIT OF VICTIM JEREMIAH MOORE FROM JUNE 1, 2025

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 3/16/26 TO
DEFENDANT EMMERSON MARLOTT              BRIAN SEITLER
3310 W. END AVE # 550                   735 BROAD ST #1100
NASHVILLE, TN  37203                     CHATTANOOGA, TN  37402

RESPECTFULLY,

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

ROBERT C. GORDON
#65 920
405 CENOWCI CT
FRANKLIN, TN 37064



NASHVILLE TN 370

14 APR 2026 PM 5

FOREVER / USA

US DISTRICT COURT CLERK
719 CHURCH ST # 1300
NASHVILLE, TN 37203

RECEIVED

APR 17 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

37203-709525

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131