IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT C. GORDON

V.                                                        CASE # 3:24-CV-01121

WILLIAMSON COUNTY SHERIFF OFFICE, ET AL

NOTICE OF FILING AFFIDAVIT

OF VICTIM MARQUAVIOUS GARNER

COMES NOW, ROBERT C. GORDON, HEREBY GIVES NOTICE OF FILING AFFIDAVIT

OF VICTIM MARQUAVIOUS GARNER

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 3/16/26

TO EMMERSON MARIATT                    BRIAN SPITLER

3310 W. END AVE #550                    735 BROAD ST #1100

NASHVILLE, TN 37203                     CHATTANOOGA, TN 37402

RESPECTFULLY,

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

ROBERT C. GORDON
#65920
405 CENDWA CT
FRANKLIN, TN 37064

NASHVILLE TN 370

14 APR 2026 PM 5

FOREVER / USA

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED

APR 17 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL

37203-709525

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131