3:24-CV-01121 ⑧m

RECEIVED

APR 17 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## AFFIDAVIT OF MARQUAVIOUS GARNER

I, MARQUAVIOUS GARNER, AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY GIVE OATH. I AM OVER AGE 18, WITH PERSONAL KNOWLEDGE OF FACTS & COMPETENT TO TESTIFY. THE STATEMENTS IN THIS AFFIDAVIT ARE TRUE TO MY KNOWLEDGE.

1 - DEPUTY APER FORCED & DEMANDED THAT I MASTURBATE FOR HIS SEXUAL GRATIFICATION AGAINST MY WILL WHILE SHOWERING IN WILLIAMSON COUNTY JAIL.

2 - THIS SEXUAL ABUSE HAPPENED ONE TIME AND WENT UNREPORTED OUT OF FEAR OF RETALIATION BY WCSO.

3 - CAPTAIN YOUKER & SGT. LOCKHART WILL DO ANYTHING TO CONCEAL SEXUAL ABUSE BY THEIR STAFF.

4 - I AM IN FEAR FOR MY LIFE TO REPORT THIS SEXUAL ABUSE.

5 - SOON AFTER DEPUTY APER FORCED ME TO MASTURBATE AGAINST MY WILL HE WAS TERMINATED DUE TO SEXUAL ABUSE OF AN INMATE.

6 - I WANTED TO FILE A POLICE REPORT UNDER CONFIDENTIALITY BUT WAS NOT ALLOWED.

FURTHER AFFIANT SAITH NOT

_Marquavious Garner_

MARQUAVIOUS GARNER

Case 3:24-cv-01121   Document 61-1   Filed 04/17/26   Page 1 of 2 PageID #: 908
①

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

Robert C. Gordon
#65 920
405 Century Ct
Franklin, TN 37064



NASHVILLE TN 370

14 APR 2026 PM 5

FOREVER / USA

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

**RECEIVED**

APR 17 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

37203-709525

© USPS 2022     THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

FSC
MIX
Envelope
FSC® C137131