RECEIVED

APR 2 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT OF MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT C. GORDON

V                                                    CASE # 3:24-cv-01121

WILLIAMSON Co SHERIFFS OFFICE, ET AL

NOTICE OF FILING AFFIDAVIT BASED
ON CHAD YOUKERS 4/17/26 TESTIMONY

COMES, NOW ROBERT C. GORDON, HEREBY GIVES NOTICE OF FILING

AFFIDAVIT OF ROBERT GORDON BASED ON THE TESTIMONY OF

CHAD YOUKER ON 4/17/26 IN FRANKLIN, TN WILLIAMSON Co.

CIRCUIT COURT.

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 4/18/26

TO    EMMERSON MARLATT                         BRIAN SPITLER

      8310 W. END AVE #550                     735 BROAD ST #1100

      NASHVILLE, TN 37203                       CHATTANOOGA, TN 37402

                                RESPECTFULLY

ROBERT C. Gordon



Robert C Gordon
65020
408 Century Ct
Franklin TN 37064

LEGAL
MAIL

37203-70825

MIDDLE DISTRICT OF TENN
US DISTRICT COURT
21 APR 2026 PM 4
NASHVILLE TN 370

Circuit Court Clerk
719 Church St #1300
Nashville, TN 37203

FOREVER / USA

RECEIVED
APR 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131