3:24-CV-01121  RECEIVED

APR 24 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## AFFIDAVIT OF ROBERT GORDON

I, ROBERT GORDON, AM OVER AGE 18 & GIVE OATH AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY, AM COMPETENT TO TESTIFY & STATE THE FOLLOWING FACTS TO THE BEST OF MY KNOWLEDGE.

1. ON 4/17/26 CHAD YOUKER GAVE TESTIMONY IN THE CIRCUIT COURT OF WILLIAMSON COUNTY IN FRANKLIN, TN

2. YOUKER TESTIFIED TO CONSPIRING WITH DEFENDANT LINDQUIST AGAINST THE PLAINTIFF WHILE STEALING MY LEGAL MAIL & READING MY LEGAL MAIL. IN FACT, YOUKER USED THE STOLEN LEGAL MAIL AS AN EXHIBIT ON 4/17/26 IN A UNRELATED CASE.

3. YOUKER ADMITTED THAT I WAS SEXUALLY ABUSED BY DEFENDANT APER. YOUKER TESTIFIED APER WAS DISCIPLINED DUE TO SEXUALLY ABUSING & DESTROYING HIS BODY CAMERA VIDEO. YOUKER TESTIFIED HE KNEW OF THE SEXUAL ABUSE THE DAY OF THE EVENT AND HE KNOWINGLY, WILLINGLY, AND INTENTIONALLY RETALIATED AGAINST ME BY PLACING ME IN THE HOLE, FOR REPORTING THE SEXUAL ABUSE...

4. YOUKER TESTIFIED HE RETALIATED AGAINST ME & PLACED ME IN THE "HOLE" FOR HAVING A BIBLE & FILING A FOIA REQUEST, (CONCERNING FRAUD)

5. YOUKER STATED "IT IS **NOT** SEXUAL ABUSE IF IT ONLY HAPPENS ONE TIME"

6. YOUKER ADMITTED TO CONSPIRING WITH HIS CO-DEFENDANTS IN RETALIATION TO ME & FILING A REPORT OF SEXUAL ABUSE

7. YOUKER ALSO CONTRIDICTED HIS TESTIMONY FROM 8/20/25 WHERE HE ADMITTED TO DESTROYING MY MAIL & LEGAL MAIL. YOUKER HAS CONSPIRED WITH LINDQUIST TO STEAL LEGAL MAIL, DESTROY MAIL, AND STALK ME, READING MY ATTORNEY-CLIENT COMMUNICATIONS, WHILE ALSO RESTRICTING ACCESS TO MINISTER VISITS, THE BIBLE, & SACRED HOLIDAYS "EASTER"

8. I AM IN FEAR FOR MY LIFE & SAFETY DUE TO THE CONTINUED RETALIATION ORCHESTRATED BY CHAD YOUKER. I AM IN FEAR CHAD YOUKER WILL CONTINUE TO CONSPIRE AGAINST ME & SABOTAGE MY LIBERTY VIA STEALING MY LEGAL MAIL & READING MY ATTORNEY - CLIENT PRIVILEGED COMMUNICATIONS. I AM IN FEAR THE DEFENDANTS WILL CONTINUE TO DESTROY EVIDENCE.

9. YOUKER ADMITTED HE HAS NOT GIVEN ME ALL OF MY LEGAL MAIL.

FURTHER AFFIANT SMITH NOT                                    AFFIANT

ROBERT C. GORDON

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.

Williamson County Sheriff's Office

Robert C. Gordon
65920
408 Century CT
Franklin, TN 32064

NASHVILLE TN 370
21 APR 2026 PM 4

FOREVER / USA

MIDDLE DISTRICT OF TENN
US DISTRICT COURT
CIRCUIT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED

APR 24 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

37203-709525