EXHIBIT B

RECEIVED

MAY 0 1 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CSL
COPELAND STAIR
VALZ & LOVELL
LLP

735 Broad Street
Suite 1100
Chattanooga, TN 37402

EXHIBIT B

UNABLE TO FORWARD/FOR REVIEW ***C005**
C0004/13/26
FE 18JUN 400
BC: 3706439360 DU2047N103165-00154

Robert C. Gordon
#65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 37402
02 7H
000065477
$ 001.6
MAR 26

Robert C Gordon
#65720
408 Century Ct
Franklin, TN 37064

LEGAL
MAIL

Middle District of Tenn
US District Court Clerk
719 Church St #1300
Nashville, TN 37203



RECEIVED
MAY 01 2026
-U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FOREVER / USA

LEGAL
MAIL

37203370365 0015

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131