IN THE US DISTRICT COURT OF MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT C. GORDON

v                                    CASE # 3:24-cv-01121

WCSO, ET AL

RECEIVED

MAY 0 1 2026

·U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## EMERGANCY MOTION FOR TRO

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT PURSUANT TO FRCP 65 FOR AN EMERGANCY TRO OUT OF FEAR OF IRREPARABLE HARM, SEXUAL ABUSE, AND RETALIATION. PLAINTIFF IS IN FEAR FOR HIS LIFE DUE TO DEFENDANTS CONSTANT RETALIATION & A SERIOUS THREAT TO LIFE, SAFETY, WELL BEING IS LIKELY, WHEREFORE PLAINTIFF STATES THE FOLLOWING:

1 - PLAINTIFF WAS SEXUALLY ABUSED BY DEFENDANT DEPUTY APER

2 - ON 4/17/26 DEFENDANT YOUKER ADMITTED TO STEALING LEGAL MAIL, GIVING SAID MAIL TO THE PROSECUTOR, AND USING THE STOLEN LEGAL MAIL IN A CRIMINAL TRIAL AS EVIDENCE. THIS HAPPENED IN COURT.

3 - DEFENDANTS ARE HOLDING PLAINTIFFS MAIL WITHOUT DUE PROCESS OR WARRANT. PLAINTIFF GAVE NOTICE TO DEFENDANTS OF TRO ON 4/20/26 AT 4:08

4 - DEFENDANT YOUKER PLACED THE PLAINTIFF IN INVOLUNTARY SEGREGATION & TOTAL ISOLATION AWAY FROM ANY HUMAN OUT OF RETALIATION ON 4/23/26. PLAINTIFF IS IN FEAR HE WILL BE SEXUALLY ABUSED AGAIN BY THE DEFENDANTS. PLAINTIFF NEEDS THE SAFETY OF OTHERS

5 - PLAINTIFF HAS NO ACCESS TO ENSURE WRITE/MAIL MEMORANDUM OF LAW IN THIS SITUATION

PLAINTIFF SEEKS RELIEF VIA THIS TRO (1) TO ENFORCE THE STATUS QUO AS 4/22/26 PRIOR TO RETALIATION & PLACE PLAINTIFF IN GENERAL POPULATION (2) TO ENJOIN & RESTRAIN THE DEFENDANTS FROM ANY FORM OF RETALIATION PUNISHMENT, THREAT, OR PERCEPTION OF THREAT (3) ENJOIN DEFENDANTS FROM HOLDING MAIL (4) ENJOIN THE DEFENDANTS FROM DESTROYING, DELETEING, OR NOT PRESERVING EVIDENCE OR THREATENING THE PLAINTIFF WITH SEXUAL ABUSE & ASSAULT

FRCP RULE 65 TRO REQUIREMENTS

1 - TRO IS SEPERATE FROM COMPLAINT - MD TENN LR 65.01(A)

2 - TRO IS ACCOMPANIED WITH A MEMORANDUM OF LAW - MD TENN LR 65.01(B)

NOTE - PLAINTIFF MAILED SEPERATELY, BUT DEFENDANTS ARE NOT SENDING MY MAIL
& PLAINTIFF WORRIES MEMO OF LAW MIGHT BE DELAYED OR HELD BY DEFENDANTS

3 - TRO IS SUPPORTED BY AFFIDAVIT FRCP 65 B1A, MD TENN LR 65.01 B

NOTE - DEFENDANTS WILL NOT NOTARIZE AFFIDAVIT FOR PLAINTIFF

4 - WRITTEN NOTICE WAS SENT VIA US MAIL TO EACH DEFENDANT ON 4/18/26,
VIA KIOSK ON 4/20/26 AT 2:49 PM ID# 1069277, AND AGAIN ON 4/23/20 AT
4:08 PM ID# 1070920

ISSUE

I REQUEST THIS COURT CONTACT PLAINTIFF DEFENSE ATTORNEY, GEOFFREY
COSTON 615-790-2425. PLAINTIFF IS IN FEAR FOR HIS LIFE OF
FURTHER SEXUAL ABUSE & RETALIATION WITH NO ABILITY TO CONTACT
THE OUT SIDE WORLD. FURTHERMORE, DEFENDANTS HAVE A HISTORY
OF RETALIATION AGAINST PLAINTIFF & HAVE ADMITTED TO STEALING LEGAL MAIL
PLAINTIFF BROKE NO POLICY, RULE, LAW & MOVED TO COMPLETE ISOLATION OUT OF
RETALIATION FOR BRINGING THIS SUIT #3:24-cv-01121 & #3:26-cv-00046
PLAINTIFF IS IN FEAR FOR HIS LIFE FROM CHAD YOUNGER SPECIFICALLY.

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS MAILED ON 4/23/26 TO DEFENDANTS COUNSEL
EMMERSON MARLATT ESQ      BRIAN SPITLER           LEE ANN THOMPSON
3310 W. END #550          735 BROAD. ST #1100     408 CENTURY CT
NASHVILLE, TN 37203       CHATTANOOGA, TN 37402   FRANKLIN, TN 37064

                                                      RESPECTFULLY,

<u>AFFIDAVIT</u>

I, ROBERT GORDON, HEREBY GIVE OATH UNDER PENALTY OF PERJURY, AM OVER AGE 18, AND COMPETENT TO TESTIFY, AND STATE THE FOLLWING TO BEST IF MY KNOWLEDGE

(1) I WAS SEXUALLY ABUSED BY DEPUTY APIER & HE WAS TERMINATED. DEFENDANT YOUKER HAS CONSISTANTLY RETALIATED AGAINST ME FOR REPORTING THE SEXUAL ABUSE BY PLACING ME IN INVOLUNTARY SEGREGATION

(2) I AM IN FEAR FOR MY LIFE, SAFETY, AND FURTHER SEXUAL ABUSE & RETALIATION

(3) DEFENDANT YOUKER GAVE TESTIMONY ON 4/17/26 WHERE HE STOLE LEGAL MAIL, PROVIDED IT TO THE D.A., AND USED IT CRIMINAL COURT AS EXHIBIT AS PROOF HE STOLE THE MAIL WITHOUT DUE PROCESS & AND THE MAIL WAS IN FACT "LEGAL MAIL" CONTAINING A FORENSIC REPORT & OTHER CONFIDENTIAL ITEMS

(4) I SENT NOTIFICATION TO ALL DEFENDANTS ON 4/18/26, 4/20/26, AND 4/23/26 THAT I WOULD BE SEEKING A TRO & INJUNCTION RELIEF

(5) MY INCOMING & OUTGOING LEGAL MAIL IS HELD WITHOUT DUE PROCESS OC NOTIFICATION TO THE SENDER OR RECIPIENT. ON 4/23/26 MY LEGAL MAIL WAS OPENED BY SGT COTT

(6) AS OF 4/23/26 I WAS HOUSED IN GENERAL POPULATION WITH OTHER INMATES. AT 2PM ON 4/23/26 UPON LEAVING CHURCH I WAS ASSAULTED BY POLICE & TAKEN TO SOLITARY CONFINEMENT FOR PURSUING MY CONSTITUTIONAL RIGHTS OUT OF RETALIATION.

(7) I AM TOTALLY ISOLATED, NO HUMAN CONTACT, NO COMMUNICATION OUT OF RETALIATION & I AM IN FEAR CHAO YOUKER WILL SEXUALLY ABUSE ME WHILE I'M ALONE & ISOLATED, THEN DELETE EVIDENCE

(8) YOUKER ADMITTED TO DESTROYING BODY CAM VIDEO OF SEXUAL ABUSE

FURTHER AFFIANT SAITH NOT

ROBERT C. GORDON

AFFIANT

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

LEGAL MAIL

Robert C Gordon
#65920
408 Century CT
Franklin, TN 37064



NASHVILLE TN 370
28 APR 2026 PM 5
FOREVER / USA

RECEIVED
MAY 0 1 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US MIDDLE DISTRICT OF TENN
DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL