RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:24-cv-01121

EXHIBIT A

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 04/24/2024 6:00:05 pm CDT | Request ID | 761800 |
| Location | 309 - 337 | Kiosk | 309 Right |
| Assigned To | Medical MTA | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 04/30/2024 01:21:59 pm CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |
| Grievance | can you please assign me a special diet for no fried foods, low fat diet due to my medical history. in addition, i have had bloody stool for weeks now. can you please advise on next steps | | |
| Admin Notes | R. Trimble RN | | |
| Notes to Inmate | Sadly, I cannot accommodate this request on your diet. Please place a sick call for the bloody stools so you can be evaluated appropriately. Thank you. | | |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 04/27/2024 9:36:21 am CDT | Request ID | 762520 |
| Location | 309 - 337 | Kiosk | 309 Right |
| Assigned To | Captain Youker | Kiosk ID | 10222 |
| Status | Resolved Substantiated | Status Entered | 04/30/2024 07:12:06 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |
| Grievance | deputy caldwell delivered legal mail to me today 4/27/24 a month after the postage date and was already opened. i realize you go through all my mail but please refrain from opening my incoming legal mail as a violation of jail policy and my federal rights as a citizen of america. | | |
| Admin Notes | | | |
| Notes to Inmate | Mr. Gordon, I am unsure why this would have happened. You are not incorrect, and I will look into this. I apologize for this and thank you for bringing this to my attention. -Capt. C. Youker- | | |

Robert C. Gordon
#65520
408 Century CT
Franklin, TN 37064

    

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
MIDDLE DISTRICT OF TENN.
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

LEGAL
MAIL



LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office