RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:24-CV-01121

(SM)

EXHIBIT B

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |

| Location of Incident | Incident Type |
|---|---|
| Floor One, Pod 309 | Informational |

**Offenses**

| INFO | INFORMATIONAL |
|---|---|

**Offenders**

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Aper, Drew - 1607

Gray, Chris - 811

Lindquist, Ashley - 1410

Lockhart, CJ - 1523

**Incident Narrative**

On May 12, 2024, at approximately 11:53 am, while conducting Safety and Security Rounds on the top of Pod 309, Inmate Robert Cole Gordon (W/M, DOB:09/17/1984) grabbed my attention. Inmate Gordon asked if I was recording and express complaints about Deputy Aper with his written grievance. Inmate Gordon stated that Deputy Aper made inappropriate comments while Inmate Gordon was in the shower. Inmate Gordon proceeded to hand me his written grievance due to the kiosk being broken in the facility at this time. My body camera footage has been submitted. Deputy Aper was then removed from Floor One for further investigation. The written grievance was given to Sergeant Lockhart.

| Supplement Date | Supplement Prepared By |
|---|---|
| 05/20/2024 13:03 | Lindquist, Ashley |

**Supplement Narrative**

On May 12, 2024, at approximately 1217 hours, Sergeant Lockhart and I conversed about an incident. Sergeant Lockhart advised that Inmate Gordon filed a written grievance that alleged Deputy Andrew Aper made a sexual remark. Sergeant Lockhart advised that Deputy Aper had reported a statement to him, prior to the allegation. The statement that Deputy Aper reported to Sergeant Lockhart was, "Why don't you stop touching yourself." Based on Sergeant Lockhart's letterhead, Deputy Aper claimed that he and Inmate Gordon had been making remarks towards each other in a joking manner. While Deputy Aper was conducting rounds, Deputy Aper claimed her heard Inmate Gordon make a statement in a disrespectful tone and then Deputy Aper made the statement above. I reviewed the pod camera footage and Deputy Aper's Body Worn Camera. Deputy Aper is clearly seen on camera, but did not activate his Body Worn Camera until he was about to exit Pod 309.

On May 13, 2024, at approximately 1156 hours, Staff Sergeant Chris Gray and I entered Cell 334, to interview Inmate Gordon. Inmate Gordon was disrespectful and made remarks that were uncalled for towards us. I advised Inmate Gordon that his disrespect is uncalled for and that we are here to speak with him about his complaint. I began the interview and requested, for Inmate Gordon to tell us what happened. Inmate Gordon claimed that Deputy Aper loitered around the shower on the top tier in Pod 309 and made a sexual remark towards him. Inmate Gordon claimed that Deputy Aper stated, "Fondle yourself", and loitered around the shower he was in for approximately 60 to 90 seconds. Inmate Gordon alleged that he thought he misheard and requested Deputy Aper to repeat himself. Inmate Gordon claimed that Deputy Aper repeated himself. I then concluded the interview and we exited Pod 309.

On May 15, 2024, at approximately 1445 hours, Staff Sergeant Gray and I spoke with Deputy Aper. Deputy Aper advised of the remark above that he stated to Inmate Gordon. Deputy Aper advised that he stated, "Why don't you stop touching yourself", towards Inmate Gordon. Deputy Aper alleged that he heard Inmate Gordon make a comment in a disrespectful tone. Staff Sergeant Gray and I notified Deputy Aper that failure to use his Body Worn Camera is a policy violation. We notified Deputy Aper that he would be receiving disciplinary action for two policy violations. Once the meeting concluded, Deputy Aper returned to his normal duties.

Jail Report 101  Page 1 of 3

Case 3:24-cv-01121    Document 70-2    Filed 05/04/26    Page 2 of 4 PageID #: 1023



Robert C. Gordon
#65520
408 Century Ct
Franklin, TN 37064



UNITED STATES OF AMERICA FOREVER/USA

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
MIDDLE DISTRICT OF TENN.
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

LEGAL
MAIL

LEGAL MAIL

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office