3:24-cv-01121
(8m)

EXHIBIT C

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN



# WILLIAMSON COUNTY SHERIFF'S OFFICE
## Jeff Hughes, SHERIFF
408 CENTURY COURT
FRANKLIN, TENNESSEE 37064

(615) 790-5560



To: Staff Sergeant C. Gray
From: Sergeant C. Lockhart
Subject: Deputy Aper
Date: May12, 2024

On May 12, 2024, I was given a letter that had been turned in to Corporal Johnson by Inmate Robert Gordon. This letter was utilized to file a grievance due to the kiosks being down throughout the facility. The letter articulated that several deputies had, allegedly, harassed or assaulted Inmate Gordon. One of the complaints, was that Deputy Aper had stated, "Fondle yourself" while Inmate Gordon was in the shower. It is important to note, Deputy Aper advised me, before this letter was authored, that he made an inappropriate comment to Inmate Gordon. Deputy Aper stated that while conducting rounds, Inmate Gordon was in the shower, and said something to him in a disrespectful tone. Deputy Aper, a bit frustrated, replied, "Why don't you stop touching yourself." Deputy Aper stated that he realized the comment was inappropriate in hindsight. Due to Inmate Gordon's complaint, I attempted to utilize body cam video to corroborate Deputy Aper's recollection of the incident however; there was no recording of the incident. Deputy Aper will be receiving an Employee Counseling for not utilizing his camera properly, as dictated by policy. Corporal Johnson has completed a confidential report about receiving the letter, and it has been given to Staff Sergeant Gray.

Robert C. Gordon
#65520
408 Century Ct
Franklin, TN 37064



RECEIVED

MAY 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
Middle District of Tenn.
719 Church St #1300
Nashville, TN 37203

Legal
Mail

Legal
Mail

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office