3:24-cv-01121 (sm)

EXHIBIT D

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/19/2024 5:15:11 pm CDT | Request ID | 5096352 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Sergeant Gray | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/21/2024 12:12:52 pm CDT |
| Status By | Sergeant Gray | | |

**Request** — there is no reason i should be in PC just because i am a victim of PREA sexual harassment from deputy aper requesting me to fondle myself for his sexual gratification. please move mebto general population asap

**Admin Notes**

**Notes to Inmate** — Due to your statements of being in fear of our safety from our staff you will remain on Protective Custody until a review can be done. We conduct reviews quarterly. Staff Sergeant Gray

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/20/2024 8:12:54 pm CDT | Request ID | 5098260 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/01/2024 09:18:09 am CDT |
| Status By | Inmate Resources | | |

**Request** — can we please have books brought to 305

**Admin Notes**

**Notes to Inmate** WHEN I HAVE TIME SET ASISDE TO PASS BOOKS.

Robert C. Gordon
#65520
408 Central Ct
Franklin, TN 37064



RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
Middle District of Tenn.
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL

LEGAL
MAIL

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office