3:24 -cv- 01121 (sm)

EXHIBIT E

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241293 | | 08/20/2025 13:37 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 06/10/2024 07:15 | 06/10/2024 12:03 | Gray, Chris |

| Location of Incident | Incident Type |
|---|---|
| Male Pod One, Pod 305, Cell 338. | Protective Custody |

**Offenses**

PRO
TEC  PROTECTIVE CUSTODY
T

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Gray, Chris - 811

Youker, Chad - 1252

**Incident Narrative**

On 6/10/2024, at approximately 0715 hours, Captain Youker advised me that Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984)(Pod 305, Cell 338) would need be placed on Protective Custody due to comments he had made on an Inmate Grievance (See attached Grievance # 769256). Inmate Gordon stated he was in fear of his safety due to our staff. At this time, Inmate Gordon will be placed on Protective Custody until further review.

**Approving Official Name**

Date/Time: _____

Youker, Chad

**Reporting Official Name**

Date/Time: _____

Gray, Chris

Case 3:24-cv-01121    Document 70-5    Filed 05/04/26    Page 2 of 4 PageID #: 1035

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Robert C. Gordon
#65520
408 Century Ct
Franklin, TN 37064



US District Court Clerk
Middle District of Tenn.
719 Church St #1300
Nashville, TN 37203

Legal
Mail

Legal
Mail

LEGAL MAIL

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office