3:24-CV-01121

EXHIBIT F

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
|---|---|---|---|
| Created | 08/16/2024 4:58:24 pm CDT | Request ID | 792402 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/21/2024 01:13:27 pm CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

Grievance

ive been in lockdown since 4/11/24. i would like to be removed from PC. it makes no sense to hold me in PC just because you to fire deputy aper for sexual harassment. the retaliation has gone on long enough. furthermore i am being denied of my standard privileges to religious, education, and rehabilitative services. thank you for proving the inmate trust account information

Admin Notes

Notes to InmateMr. Gordon, I removed you from PC Status on 08/20/2024 and you signed the waiver sir. -Lt. Lindquist

---

| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
|---|---|---|---|
| Created | 08/19/2024 10:27:45 am CDT | Request ID | 792912 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved | Status Entered | 08/27/2024 08:59:13 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance

pod 305 hardly ever has access to tablets for pro se litigants. we are on lock down 23/1 thus having access to work on pending litigation is crucial. this is a basic request that is easily resolved.

Admin Notes

Notes to Inmate Mr. Gordon, You are now currently in Gen Pop and should have better access to these tablets. Had I seen this before, I would have made it a point to make sure you had easier access to the tablets. -Capt. C Youker-

Robert C. Gordon
#65920
408 Century Ct
Franklin, TN 37064

    

**RECEIVED**

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
MIDDLE DISTRICT OF TENN.
719 CHURCH ST #1300

NASHVILLE, TN 37203

LEGAL
MAIL

LEGAL
MAIL

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office