3: 24 -CV -01121 (sm)

EXHIBIT G

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3: 24 -CV -01121 (sm)

ELECTRONICALLY FILED
2025 Aug 25 4:15 PM - 23CR-17787
Williamson County Circuit Court

EXHIBIT
2

FILED

AUG 22 2025

Debbie McMillan Barrett
Circuit Court

# IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY
## AT FRANKLIN, TENNESSEE

STATE OF TENNESSEE )
)
VS. )
) CASE NO. N-CR230655, N-CR240116,
) B-CR230267, B-CR230288, B-CR230289,
ROBERT COLE GORDON ) B-CR230248, B-CR230266, B-CR230249,
Defendant ) V-CR240699, N-CR240117, N-CR230678
) N-CR230677

## ORDER FOR JAIL TO RESTRICT DEFENDANT'S ABILITY TO TEXT/EMAIL/CALL/ VIDEO CALL/MAIL/ LEGAL MAIL

This cause came to be heard upon oral motion of the State before this Honorable Court on August 20, 2025. The State of Tennessee was represented by Senior Assistant District Attorney Jennifer Dungan and Assistant District Attorney Dale Evans. The Defendant was present and represented by District Public Defender Greg Burlison. Following review of filings and argument of counsel, this Court hereby finds that the defendant abused the Williamson County Jail's communication system and hereby orders::

1. The Williamson County Sheriff's Department shall restrict/suspend the defendant's ability to communicate outside the Williamson County Jail via text, email, phone call, video call, mail, or legal mail, as described more specifically below.

2. The Williamson County Sheriff's Department is to only allow the defendant to correspond with his criminal attorney, civil attorney, opposing counsel in civil cases in which he represents himself pro se, and County, State, and Federal Court Clerk's Offices.

3. The District Public Defender shall submit a list of names and contact information for all attorneys with whom the defendant is allowed to correspond to both the Williamson County Jail (attention Captain Chad Youker) and the District Attorney

1

Case 3:24-cv-01121    Document 78-2    Filed 01/27/26    Page 2 of 6 PageID #: 1043

General's Office (Allowed Contacts List).

4. The Williamson County Sheriff's Office is to limit the defendant's ability to use its text/email/video call system to the Allowed Contacts List.

5. Because the Williamson County Jail is unable to restrict the regular phone system to specific numbers, if an attorney on the Allowed Contacts List needs to contact the defendant via phone, then that attorney shall notify the Williamson County Sheriff's Department which will then set up a time to allow the defendant to make the phone call to the attorney the Allowed Contacts List.

6. The Williamson County Sheriff's Department shall also restrict the defendant's ability to receive and send both regular and legal mail to the Allowed Contact List. The Department shall not allow the defendant to send or receive regular or legal mail from anyone not on the Allowed Contact List.

7. Any request to add individuals to the Allowed Contact List shall be made by defendant to his legal counsel, and shall include only the categories of individuals included herein. If at any time after the Public Defender provides the first Allowed Contact List the defendant's counsel determines that additional names should be included on the Allowed Contact List, defendant's counsel shall file a motion requesting such change.

8. Nothing herein shall prohibit Williamson County Sheriff's Department from complying with orders of any federal court related to access to the above-referenced methods of communication; however, Williamson County Sheriff's Department shall communicate with the District Attorney should any such court enter orders inconsistent with this Order.

2

WHEREFORE this Honorable Court hereby grants the State's oral Motion to restrict the defendant's ability to communicate from the Williamson County Jail.

Entered this the ⎯22⎯ day of August 2025, *Nunc pro Tunc To* *8/20/2025*

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**HONORABLE DAVID H. VEILE**
CIRCUIT/CRIMINAL COURT JUDGE

**PREPARED FOR ENTRY:**

/s/ Jennifer K. Dungan
**Jennifer K. Dungan, BPR #:028433**
**Senior Assistant District Attorney**

3



Robert C. Gordon
#65920
408 Century Ct
Franklin, TN 37064

RECEIVED

MAY 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
MIDDLE DISTRICT OF TENN.
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

LEGAL
MAIL

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office