3:24-CV-01121 (8m)

EXHIBIT H

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Jakob L. Schwendimann, Clerk & Master
Williamson County Chancery Court
135 4th Ave S
Franklin, TN 37065
(615)790-5428
**Cost Bills**

10/16/2024

Robert Cole Gordon

In the case of:   Erin Mishkin vs Robert Cole Gordon
Case Number:    94CH1-2023-CV-52319

| Fee | # of Fees | Due Date | Last Paid Date | Fee Amount | Total Assessed | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|
| Clerk Fee - Appealed Case | 1 | | | $300.00 | $300.00 | $0.00 | $300.00 |
| | | | Totals: | | $300.00 | $0.00 | $300.00 |

Sworn to before me the 16th October, 2024.

_____ , Clerk

_____ , D.C.

Robert C. Gordon
#65920
408 Century Ct
Franklin, TN 37064



RECEIVED

MAY 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
Middle District of Tenn.
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL

LEGAL
MAIL

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office