3:24-CV-01121

## AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, KEVIN RICONOSCUITO, AFTER BEING DULY SWORN ACCORDING TO LAW, GIVE OATH AND SAY, I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS, PENALTY OF PERJURY

1) ON OR ABOUT MAY 12, 2024 I PERSONALLY WITNESSED DEPUTY APER DEMAND ROBERT GORDON TO "FONDLE HIMSELF" WHILE MR GORDON WAS IN THE SHOWER

2) I WITNESSED DEPUTY APER REPEAT HIMSELF MULTIPLE TIMES WITH THE SAME DEMAND, I WAS PERSONALLY IN FEAR FOR MY SAFETY, AND IN FEAR OF RETALIATION IF I REPORTED.

3) ON OR ABOUT MAY 13, 2024 DEPUTY APER APPROACHED ME WHILE IN THE SHOWER AND DEMANDED "JACK OFF IN THERE." I FILED AN INTERNAL P.R.E.A. GRIEVENCE

4) DEPUTY APER PLACED ME IN GREAT FEAR OF SEXUAL ABUSE AND FURTHER RETALIATION

SWORN & SUBSCRIBED BEFORE ME ON THIS 1st DAY

OF October, 2025

Terrie Payne
NOTARY PUBLIC

2/14/2026
MY COMMISSION EXPIRES

TERRIE PAYNE
STATE OF
TENNESSEE
NOTARY PUBLIC
COUNTY OF WILLIAMSON

KEVIN RICONOSCUITO

<u>AFFIDAVIT</u>

I, ROBERT GORDON, AM OVER AGE 18 AND COMPETENT TO TESTIFY, HEREBY GIVE OATH UNDER PENALTY OF PERJURY WITH PERSONAL KNOWLEDGE OF EVENTS

1 - ALL STATEMENTS ARE TRUE TO MY KNOWLEDGE & BELIEF

2 - I HAVE NO CRIMINAL RECORD, AM EMPLOYED AT IBM AS PARTNER LEVEL EXECUTIVE LEADING NORTH & SOUTH AMERICA WITH DEGREES FROM YALE, STANFORD, AND MIT

3 - I AM INCARCERATED IN PART OF AN ONGOING DIVORCE & CUSTODY LITIGATION WHERE MY WIFE WAS ARRESTED - SEE "STATE OF TENNESSEE V ERIN MISHKIN" AND HAVE BEEN CHARGED CRIMINALLY FOR SUING & SUBPOENAS TO MY WIFE FOR FRAUD & RECEIVING LOVE LETTERS

4 - NEITHER MY WIFE NOR I KNOW THE DEFENDANTS PERSONALLY YET OVER-STEPPED THEIR "DUTY" MY APPEARING IN OUR DIVORCE PROCEEDING, AND SUBORNING PERJURY

5 - YOUKSZA TESTIFIED ON 8/24/25 AND ADMITTED WCSO DESTROYED EVIDENCE WHICH EXONERATE PLAINTIFF

6 - WCSO EMPLOYEES SPECIFICALLY THE DEFENDANTS, PUT ME IN FEAR FOR MY SAFETY & WELLBEING. I AM IN CONSTANT FEAR OF RETALIATION.

7 - DEPUTY APER FORCED ME TO MASTURBATE WHILE HE WATCHED & REPEATED HIS DEMANDS MULTIPLE TIMES. I COMPLIED OUT OF INTIMIDATION & FEAR AS HE WATCHED ME IN THE SHOWER.

RESPECTFULLY

FURTHER AFFIANT SAITH NOT,

<u>AFFIDAVIT OF ROBERT BURAN</u>

I, ROBERT BURAN, AM OVER AGE 18, AFTER BEING DULY SWORN, GIVE OATH UNDER PENALTY OF PERJURY, AM COMPETENT TO TESTIFY, AND STATE THE FACTS TO THE BEST OF MY KNOWLEDGE

1- ON 4/7/26 CHAD YOUKER TESTIFIED IN THE CIRCUIT COURT OF WILLIAMSON CO. THAT HE CONSPIRED WITH ASHLEY LINDQUIST TO UNLAWFULLY STEAL LEGAL OUT GOING & INCOMING US MAIL, GAVE SAID MAIL TO THE PROSECUTOR, AND THE CONTENTS OF THE MAIL WERE LEGAL MAIL, THE MAIL WAS USED IN A CRIMINAL TRIAL.

2- CHAD YOUKER ADMITTED I WAS SEXUALLY ABUSED BY DREW APER & HE RETALIATED AGAINST ME FOR REPORTING SEXUAL ABUSE

3 - MY MAIL HAS BEEN CENSORED & RESTRICTED EVEN SEIZED, I HAVE BEEN DISCRIMINATED AGAINST AS A SEXUAL ABUSE VICTIM, MY WORK PRODUCT & ATTORNEY-CLIENT PRIVILEGE HAS BEEN VIOLATED, MY ACCESS TO THE COURTS HAS BEEN DENIED, MY DUE PROCESS RIGHTS HAVE BEEN VIOLATED, I HAVE NO OPTION OF A FAIR TRIAL, I HAVE AND NO POST-DEPRIVATION REMEDIES

4 - CHAD YOUKER ADMITTED TO DESTROYING MY MAIL ON 8/2/25 IN COURT

5 - DEFENDANT READ ALL OF MY PRIVILEGED COMMUNICATION INCLUDING MAIL, EMAIL, TEXT. I GAVE NOTICE OF TRO/INJUNCTION VIA KIOSK & MAIL ON 4/18/26 & 4/4/26

6 - I WAS NEVER INFORMED THE DEFENDANTS STOLE MY OUTGOING MAIL & HELD MY INCOMING LEGAL MAIL UNTIL TRIAL - TRIAL BY AMBUSH

7 - I AM IN FEAR FOR MY LIFE OF THE DEFENDANTS DUE TO THEIR NEVER ENDING HARASSMENT & RETALIATION AS THEY HOLD ME IN ISOLATION

FURTHER AFFIANT SAITH NOT

AFFIANT

27

# AFFIDAVIT OF ROBERT GORDON

I, ROBERT GORDON, AM OVER AGE 18 AND GIVE OATH UNDER PENALTY OF PERJURY, AM COMPETENT TO TESTIFY & STATE THE FOLLOWING FACTS TO THE BEST OF MY KNOWLEDGE.

1. ON 4/17/24 CHAD YOUKER TESTIFIED UNDER OATH IN FRANKLIN, TN CIRCUIT COURT THAT HE RETALIATED AND PUNISHED THE PLAINTIFF FOR HAVING A BIBLE & BEING A CHRISTIAN.

2. YOUKER ALSO TESTIFIED HE KNOWINGLY TOOK PART IN PLAINTIFF SEXUAL ABUSE CLAIMS, THE DEPUTY ADMITTED TO SEXUALLY ABUSING PLAINTIFF, AND BODY CAM VIDEO WAS DESTROYED

3. YOUKER STATED "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONE TIME" (SEE GORDON v WCSO MD TENN 2024)

4. DEPUTY DREW APER COINCIDENTLY IS NO LONGER EMPLOYED AT WCSO WHOM SEXUALLY ABUSED PLAINTIFF

5. I BELIEVE CHAD YOUKER IS ATTEMPTING TO RETALIATE AGAINST ME FOR REPORTING SEXUAL ABUSE. CHAD YOUKER PLACED ME IN THE HOLE THE DAY AFTER I REPORTED SEXUAL ABUSE. CHAD YOUKER ALSO PLACED ME IN THE HOLE FOR HAVING A BIBLE WITH PERMISSION AND FILING A F.O.I.A. REQUEST

6. I AM IN GREAT FEAR FOR MY LIFE & SAFETY DUE TO THE CONSTANT RETALIATION OF CHAD YOUKER DUE TO THE FACT I AM A CHRISTIAN & SEXUAL ABUSE VICTIM BY POLICE UNDER HIS GUIDANCE

FURTHER AFFIANT SAITH NOT

AFFIANT

VERIFICATION

STATE OF TENNESSEE

COUNTY OF DAVIDSON

COLE GORDON, AFTER FIRST BEING DULY SWORN, MAKES OATH THAT THE STATEMENTS CONTAINED IN HIS FORGOING "COMPLAINT" ARE TRUE TO THE BEST OF HIS KNOWLEDGE, INFORMATION, AND BELIEF AND THAT HE BRINGS THIS PETITION NOT OUT OF LEVITY OR BY COLLUSION WITH THE DEFENDANTS, BUT IN SINCERITY AND TRUTH, AND FOR THE CAUSES MENTIONED THEREIN

ROBERT GORDON

SWORN & SUBSCRIBED BEFORE ME ON THIS 23 DAY OF October

NOTARY PUBLIC

MY COMMISSION EXPIRES 2/14/2028

Robert C. Gibson
#63890
408 Century Ct
Franklin, TN 37064

LEGAL MAIL

RECEIVED

MAY 0 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

US DISTRICT COURT CLERK
MIDDLE DISTRICT OF TENN
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

FOREVER / USA

FREEDOM
FOREVER/USA

3720387095 0019

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office


FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022