**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24:CV-1121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **OFFICE, CHAD YOUKER, ASHLEY** | ) | **Magistrate Judge Luke A. Evans** |
| **LINDQUIST, f/n/u APER, CHRIS GRAY,** | ) | |
| **JEFF HUGHES, and LISA CARSON,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF EXHIBIT SUPPORTING THE WILLIAMSON COUNTY DEFENDANTS'**
**RESPONSE TO THE PLAINTIFF'S MOTION TO RECEIVE MAIL**

Comes now, Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and

Sheriff Jeff Hughes (collectively, the "Williamson County Defendants"), and submit this Notice

of Exhibit pursuant to LR 7.03(d).

In support of the Williamson County Defendants' Response to the Plaintiff's Motion to

Receive Mail, the Williamson County Defendants provided the following:

**Exhibit A:** A copy of the Court's Memorandum Order and Opinion in <u>Gordon v. Leininger</u>, No.

3:24-cv-01167, 2025 U.S. Dist. LEXIS 119512 (June 24th, 2025, M.D. Tenn.) (DE 69-1). This

exhibit is offered in support of the proposition that the Court has previously declined to amend

State court decisions when requested by the Plaintiff pursuant to the <u>Younger</u> doctrine.

*Signature Block and Certificate of Service on Next Page.*

1

**/s/ _Emmerson Y. Marlatt_**
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
(615) 244-3370
_Attorneys for Williamson Co. Defendants_

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 4th day of May, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to the plaintiff, and/or by operation of the Court's electronic filing system to:

| | |
|---|---|
| Robert C. Gordon<br>#65920<br>Williamson County Sheriff's Office<br>408 Century Court<br>Franklin, TN 37064 | Brian S. Spitler, #32649<br>April D. Romeo, #30966<br>COPELAND, STAIR, VALZ & LOVELL, LLP<br>735 Broad Street, Suite 1100<br>Chattanooga, TN 37402<br>Ph: (423) 777-4693<br>bspitler@csvl.law<br>aromeo@csvl.law<br>_Attorneys for Lisa Carson_ |

**/s/ _Emmerson Y. Marlatt_**
Emmerson Y. Marlatt
