RECEIVED

MAY 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

v.                                    CASE # 3:24-cv-01121

WCSO, ET AL

## NOTICE OF FILING PROPOSED ORDER

### FOR EX PARTE TRO

COMES NOW, ROBERT GORDON, HEREBY GIVES NOTICE OF EX PARTE TRO PROPOSED ORDER
PURSUANT TO MD TENN LR 65.01

## CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 4/23/26 TO FOLLOWING:

LEE ANN THOMPSON            EMMERSON MARLATT            BRIAN SPITLER

408 CENTURY CT             3310 W. END AVE # 550       755 BROAD ST #1100

FRANKLIN, TN 37064         NASHVILLE, TN 37203         CHATTANOOGA, TN 37402

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131



FOREVER / USA

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

ROBERT C GORDON
#65920
409 CENTRAL CT
FRANKLIN, TN 37067

NASHVILLE TN 370
APR 2026 PM 4 L

RECEIVED
MAY 0 5 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

US DISTRICT COURT
MD DISTRICT OF TENN
719 CHURCH STREET #1300
NASHVILLE, TN 37203

LEGAL
MAIL