IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

v.                                                    CASE # 3:24-CV-01121

WCSO, ET AL


PROPOSED ORDER

EX PARTE TRO

IT IS ORDERED IMMEDIATELY THAT (1) ENFORCE STATUS QUO AS OF 4/23/26 AT 1:00PM CST.
(2) REMOVE PLAINTIFF FROM ISOLATION OR ANY SEGREGATED HOUSING DUE TO SAFTEY & RETALIATION VIA DEFENDANT
(3) ENJOIN & RESTRAIN DEFENDANT FROM SEXUAL ABUSE, RETALIATION, THREATS, OR INTIMIDATION OR
ORDERING ANY PERSON TO DO SO TO PLAINTIFF (4) REQUIRE PLAINTIFF BE HOUSED IN GENERAL
POPULATION TO RISK OF SEXUAL ABUSE BY DEFENDANT (5) REQUIRE DEFENDANT IMMEDIATELY
DELIVER ALL INCOMING/OUTGOING MAIL & LEGAL MAIL TO THE PERSON TO WHOM ADDRESSED
OR RETURN LETTER (6) ENJOIN POLICY OF REFUSING TO DELIVER PROPERLY MARKED MAIL AS
LEGAL MAIL SENT TO OR FROM AN ATTORNEY, STAFF, OR PRIVATE INVESTIGATOR AND ANY WORK
PRODUCT COMMUNICATION (7) ENJOIN POLICY & RESTRAIN DEFENDANTS FROM READING ANY PRIVILEGED
COMMUNICATION & REQUIRE ALL LEGAL MAIL BE OPENED IN FRONT OF PLAINTIFF (8) ENJOIN
DEFENDANTS FROM FAILING TO PROVIDE INDIVIDUALIZED NOTICE & OPPORTUNITY TO BE HEARD TO
THE INTENDED RECIPIENT & TO SENDER OF ANY MAIL THAT IS ADDRESSED TO AN INMATE OR
FROM INMATE BUT NOT DELIVERED (9) ENJOIN & RESTRAIN DEFENDANTS FROM READING, SHARING, OR PUBLISHING
THE CONTENT OF LEGAL MAIL WITHOUT A WARRANT OR PROBABLE CAUSE THAT IS AN
IMMEDIATE THREAT TO JAIL SECURITY (10) ENJOIN THE DEFENDANTS FROM DENIAL OF INMATE
ACCESS TO COURTS, ATTORNEYS, OR DUE PROCESS (11) ENJOIN & RESTRAIN THE DEFENDANT
FROM COMING ABOUT PLAINTIFF & HIS LEGAL MAIL IN ANY CAPACITY (12) REQUIRE PLAINTIFF IS ALLOWED
TO ATTEND ALL RELIGIOUS CLASSES                              IT IS SO ORDERED

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

Robert C Gordon
#65520
409 Century Ct
Franklin, TN 37067

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

LEGAL MAIL

RECEIVED

MAY 05 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370

APR 2026 PM 4 L

US DISTRICT COURT
MD DISTRICT OF TENN
719 CHURCH STREET #1300
NASHVILLE, TN 37203

LEGAL MAIL

LEGAL MAIL

FOREVER / USA