RE: EX PARTE TRO   CASE # 3-24-CV-01121

RECEIVED

MAY 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

4/23/26

DEAR CLERK,

THIS "PROPOSED ORDER FOR EX PARTE TRO" WAS MAILED ON 4/23/26. THE DEFENDANT IS BLOCKING MY LEGAL MAIL FROM BEING MAILED IN ORDER TO SIDE-STEP LITIGATION & OBSTRUCT JUSTICE. I AM A SEXUAL ABUSE VICTIM BY DEFENDANT & LOCKED IN ISOLATION SO IT CAN HAPPEN AGAIN OUT OF RETALIATION FOR REPORTING. PLEASE ESCALATE.

RESPECTFULLY,

ROBERT C. GORDON

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

LEGAL MAIL

ROBERT C GORDON
#65920
409 CENTRAL CT
FRANKLIN, TN 37067

RECEIVED
MAY 0 5 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

US DISTRICT COURT
MD DISTRICT OF TENN
719 CHURCH STREET #1300
NASHVILLE, TN 37203

LEGAL
MAIL

LEGAL
MAIL

NASHVILLE TN 370
APR 2026 PM 4 L

FOREVER / USA

