RECEIVED

MAY 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:24-CV-01121
(SM)

AFFIDAVIT OF ROBERT GORDON

I, ROBERT GORDON, GIVE OATH UNDER PENALTY OF PERJURY, AM OVER AGE 18, COMPETENT TO TESTIFY, AND STATE THE FOLLOWING TO BEST OF MY KNOWLEDGE

(1) I MADE ACTUALLY EFFORTS TO GIVE NOTICE TO EACH DEFENDANT VIA US MAIL & KIOSK SYSTEM ON 4/18/26, 4/20/26, 4/23/26 #ID 1070720 AT 4:08 PM 4/23/26

(2) THE DEFENDANT HAS SEXUALLY ABUSED & RETALIATED AGAINST ME. I AM IN FEAR FOR MY LIFE OF FURTHER SEXUAL ABUSE & RETALIATION. NOTICE SHOULD NOT BE REQUIRED DUE TO THREAT OF IRREPARABLE INJURY & VIOLATIONS OF THE CONSTITUTION.

(3) ON 4/17/26 CHAD YOUKER WAS TOLD NOT TO RETALIATE AGAINST ME IN OPEN COURT AND STILL DID SO. THE DEFENDANTS ARE SEXUAL PREDATORS ACTING UNDER THE COLOR OF LAW, I AM TRAPPED IN TOTAL ISOLATION

RESPECTFULLY,

<u>VERIFICATION</u>

STATE OF TENNESSEE

COUNTY OF DAVIDSON

COLE GORDON, AFTER FIRST BEING DULY SWORN, MAKES OATH THAT THE STATEMENTS CONTAINED IN HIS FORGOING "COMPLAINT" ARE TRUE TO THE BEST OF HIS KNOWLEDGE, INFORMATION, AND BELIEF AND THAT HE BRINGS THIS PETITION NOT OUT OF LEVITY OR BY COLLUSION WITH THE DEFENDANTS, BUT IN SINCERITY AND TRUTH, AND FOR THE CAUSES MENTIONED THERE'IN

_____
ROBERT GORDON

SWORN & SUBSCRIBED BEFORE ME ON THIS 23 DAY OF October

_____
NOTARY PUBLIC                                    MY COMMISSION EXPIRES 2/14/20

# AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, KEVIN RICONOSCUITO, AFTER BEING DULY SWORN ACCORDING TO LAW, GIVE OATH AND SAY, I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS, PENALTY OF PERJURY

1) ON OR ABOUT MAY 12, 2024 I PERSONALLY WITNESSED DEPUTY APER DEMAND ROBERT GORDON TO "FONDLE HIMSELF" WHILE MR GORDON WAS IN THE SHOWER

2) I WITNESSED DEPUTY APER REPEAT HIMSELF MULTIPLE TIMES WITH THE SAME DEMAND, I WAS PERSONALLY IN FEAR FOR MY SAFETY, AND IN FEAR OF RETALIATION IF I REPORTED.

3) ON OR ABOUT MAY 13, 2024 DEPUTY APER APPROACHED ME WHILE IN THE SHOWER AND DEMANDED "JACK OFF IN THERE." I FILED AN INTERNAL P.R.E.A. GRIEVENCE

4) DEPUTY APER PLACES ME IN GREAT FEAR OF SEXUAL ABUSE AND FURTHER RETALIATION

SWORN & SUBSCRIBED BEFORE ME ON THIS 1st DAY

OF October, 2025

_Terrie Payne_
NOTARY PUBLIC

2/14/2026
MY COMMISSION EXPIRES

KEVIN RICONOSCUITO

TERRIE PAYNE
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF WILLIAMSON

AFFIDAVIT

I, ROBERT GORDON, AM OVER AGE 18 AND COMPETENT TO TESTIFY, HEREBY GIVE OATH UNDER PENALTY OF PERJURY WITH PERSONAL KNOWLEDGE OF EVENTS

1 - ALL STATEMENTS ARE TRUE TO MY KNOWLEDGE & BELIEF

2 - I HAVE NO CRIMINAL RECORD, AM EMPLOYED AT IBM AS PARTNER LEVEL EXECUTIVE LEADING NORTH & SOUTH AMERICA WITH DEGREES FROM YALE, STANFORD, AND MIT

3 - I AM INCARCERATED IN PART OF AN ONGOING DIVORCE & CUSTODY LITIGATION WHERE MY WIFE WAS ARRESTED - SEE "STATE OF TENNESSEE V ERIN MISHKIN" AND HAVE BEEN CHARGED CRIMINALLY FOR SUING & SUBPOENAS TO MY WIFE FOR FRAUD & RECEIVING LOVE LETTERS

4 - NEITHER MY WIFE NOR I KNOW THE DEFENDANTS PERSONALLY YET OVER-STEPPED THEIR DUTY MY APPEARING IN OUR DIVORCE PROCEEDING, AND SUBORNING PERJURY

5 - YOURSELF TESTIFIED ON 8/24/25 AND ADMITTED WCSO DESTROYED EVIDENCE WHICH EXONERATE PLAINTIFF

6 - WCSO EMPLOYEES SPECIFICALLY THE DEFENDANTS, PUT ME IN FEAR FOR MY SAFETY & WELLBEING. I AM IN CONSTANT FEAR OF RETALIATION.

7 - DEPUTY APER FORCED ME TO MASTURBATE WHILE HE WATCHED & REPEATED HIS DEMANDS MULTIPLE TIMES. I COMPLIED OUT OF INTIMIDATION & FEAR AS HE WATCHED ME IN THE SHOWER.

RESPECTFULLY,

FURTHER AFFIANT SAITH NOT,

AFFIDAVIT OF ROBERT GWENN

I, ROBERT GWENN, AM OVER AGE 18, [FREE] BEING DULY SWORN GIVE OATH UNDER PENALTY OF PERJURY, AM COMPETENT TO TESTIFY, AND STATE THE FACTS TO THE BEST OF MY KNOWLEDGE

1. ON 4/7/26 CHAD SLOVER TESTIFIED IN THE CIRCUIT COURT OF WILLIAMSON IL THAT HE CONSPIRED WITH HAMEN CONDUCT TO UNLAWFULLY STEAL LEGAL CUSTODY, INCLUDING US MAIL, GAVE SAID MAIL TO THE PROSECUTOR, AND THE CONTENTS OF THE MAIL WERE LEGAL MAIL, THE MAIL WAS USED IN A CRIMINAL TRIAL.

2. CHAD SLOVER ADMITTED I WAS SEXUALLY ABUSED BY DCFS AND HE RETALIATED AGAINST ME FOR REPORTING SEXUAL ABUSE

3. MY MAIL HAS BEEN CENSORED & RESTRICTED, EVEN SEIZED, I HAVE BEEN DISCRIMINATED AGAINST AS A SEXUAL ABUSE VICTIM, MY WORK PRODUCT & ATTORNEY-CLIENT PRIVILEGE HAS BEEN VIOLATED, MY ACCESS TO THE COURTS HAS BEEN DENIED, MY DUE PROCESS RIGHTS HAVE BEEN VIOLATED, I HAVE NO OPTION OF A FAIR TRIAL, I HAVE NO POST-CONVICTION REMEDIES.

4. CHAD SLOVER ADMITTED TO DESTROYING MY MAIL ON 6/4/25 IN COURT

5. DEFENDANT READ ALL OF MY PRIVILEGED COMMUNICATION INCLUDING MAIL, EMAIL, TEXT, I GAVE NOTICE OF THE [VIOLATIONS] VIA [PHONE] & MAIL ON 4/10/26 4/4/26

6. I WAS NEVER [INFORMED] THE DEFENDANTS STOLE MY OUTGOING MAIL & READ MY INCOMING LEGAL MAIL UNTIL TRIAL - TRIAL BY AMBUSH

7. I AM IN FEAR FOR MY LIFE OF THE DEFENDANTS DUE TO THEIR NEVER ENDING HARASSMENT & RETALIATION AS THEY HOLD ME IN [CONTEMPT]

FURTHER AFFIANT SAITH NOT

AFFIANT

# AFFIDAVIT OF ROBERT GORDON

I, ROBERT GORDON, AM OVER AGE 18 AND GIVE OATH UNDER PENALTY OF PERJURY, AM COMPETENT TO TESTIFY & STATE THE FOLLOWING FACTS TO THE BEST OF MY KNOWLEDGE.

1. ON 4/17/24 CHAD YOUKER TESTIFIED UNDER OATH IN FRANKLIN, TN CIRCUIT COURT THAT HE RETALIATED AND PUNISHED THE PLAINTIFF FOR HAVING A BIBLE & BEING A CHRISTIAN.

2. YOUKER ALSO TESTIFIED HE KNOWINGLY TOOK PART IN PLAINTIFF SEXUAL ABUSE CLAIMS, THE DEPUTY ADMITTED TO SEXUALLY ABUSING PLAINTIFF, AND BODY CAM VIDEO WAS DESTROYED

3. YOUKER STATED "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONE TIME" (SEE GORDON v WCSO MD TENN 2024)

4. DEPUTY DREW APER COINCIDENTLY IS NO LONGER EMPLOYED AT WCSO WHOM SEXUALLY ABUSED PLAINTIFF

5. I BELIEVE CHAD YOUKER IS ATTEMPTING TO RETALIATE AGAINST ME FOR REPORTING SEXUAL ABUSE. CHAD YOUKER PLACED ME IN THE HOLE THE DAY AFTER I REPORTED SEXUAL ABUSE. CHAD YOUKER ALSO PLACED ME IN THE HOLE FOR HAVING A BIBLE WITH PERMISSION AND FILING A F.O.I.A. REQUEST

6. I AM IN GREAT FEAR FOR MY LIFE & SAFETY DUE TO THE CONSTANT RETALIATION OF CHAD YOUKER DUE TO THE FACT I AM A CHRISTIAN & SEXUAL ABUSE VICTIM BY POLICE UNDER HIS GUIDANCE

FURTHER AFFIANT SAITH NOT

AFFIANT

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

37203-709499

LEGAL MAIL

US DISTRICT COURT
MD DISTRICT OF TENN
719 CHURCH STREET #1300
NASHVILLE, TN 37203



FOREVER / USA

**RECEIVED**

MAY 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL MAIL

LEGAL MAIL

30 APR 2026 PM 4 L

NASHVILLE TN 370

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

Case 3:24-cv-01121    Document 73-3    Filed 05/05/26    Page 7 of 7 PageID #: 1093