RECEIVED

MAY 07 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENN AT NASHVILLE

ROBERT GORDON

V                                    CASE # 3:24-CV-01121

WCSO, ET AL

NOTICE OF PROPOSED ORDER

FOR EX PARTE TRO MD. TN. LR 65.01

COMES NOW, ROBERT GORDON, HEREBY GIVES NOTICE OF ORDER FOR EX PARTE TRO

FIND ENCLOSED (1) PROPOSED ORDER (2) MEMORANDUM OF LAW (3) AFFIDAVIT ; VERIFIED COMPLAINT

(4) EFFORTS MADE TO GIVE NOTICE ; WHY NOT REQUIRED

RESPECTFULL

ROBERT GORDON

CERTIFICATE OF SERVICE

I HEREBY CERTIFY A TRUE ; EXACT COPY WAS SENT VIA US MAIL ON 4/23/26

TO THE FOLLOWING:

LEEANN THOMPSON ; LISA CARSON      EMMERSON MARLATT          BRIAN SPITLER

498 CENTURY IT                    3310 W END AVE #550        735 BROAD ST #1100

FRANKLIN, TN 37064                NASHVILLE, TN 37203        CHATTANOOGA, TN



ROBERT C GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064

US DISTRICT COURTS
MIDDLE DISTRICT OF TENN
NASHVILLE, TN ~~37203~~ 37203

719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED
MAY 07 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

LEGAL MAIL