PROPOSED ORDER FOR EX PARTE TRO

IT IS ORDERED: TO ALL PERSON(S) INVOLVED

EFFECTIVE IMMEDIATELY (1) ENFORCE STATUS QUO OF 4/23/26 AT 1:00 PM (2) PLACE PLAINTIFF IN GENERAL POPULATION FOR HIS SAFETY (3) ENJOIN: RESTRAIN DEFENDANT FROM FURTHER SEXUAL ABUSE, THREATS, WITNESS INTIMIDATION, OR RETALIATION (4) ENJOIN: RESTRAIN DEFENDANT FROM PLACING PLAINTIFF IN ISOLATION OR SEGREGATED HOUSING OR DIRECTING ANYONE TO DO SO (5) REQUIRE DEFENDANT TO IMMEDIATELY DELIVER ALL INCOMING OR OUTGOING MAIL, LEGAL MAIL, TO THE PERSON TO WHOM ADDRESSED OR RETURN THE LETTER (6) ENJOIN: RESTRAIN DEFENDANT FROM OPENING, READING, SHARING, OR PUBLISHING LEGAL MAIL OR PRIVILEGED COMMUNICATION (7) ENJOIN: RESTRAIN DEFENDANTS FROM COMING ABOUT PLAINTIFF OR ORDERING, DIRECTING, ENCOURAGING ANY OTHER PERSON TO SEXUALLY ABUSE OR RETALIATE AGAINST PLAINTIFF (8) ENJOIN: RESTRAIN DEFENDANTS FROM DENIAL OF ACCESS TO COURTS, ATTORNEYS, OR DUE PROCESS (9) ENJOIN: RESTRAIN THE POLICY OF REFUSING TO DELIVER PROPERLY MARK LEGAL MAIL TO THE INTENDED RECIPIENT TO OR FROM ATTORNEY, STAFF, PRIVATE INVESTIGATOR, OR WORK PRODUCT COMMUNICATION WITHOUT A WARRANT OR IMMEDIATE THREAT TO JAIL SECURITY (10) ENJOIN DEFENDANT FROM FAILING TO PROVIDE INDIVIDUALIZED NOTICE: OPPORTUNITY TO BE HEARD TO THE SENDER: INTENDED RECIPIENT OF ANY MAIL THAT IS PROPERLY ADDRESSED TO PLAINTIFF OR FROM PLAINTIFF BUT NOT DELIVERED (11) REQUIRE ALL LEGAL MAIL TO BE OPENED IN PRESENCE OF PLAINT (12) REQUIRE PLAINTIFF TO BE ALLOWED TO ATTEND ALL RELIGIOUS SERVICES

IT IS SO ORDERED,

NUNC PRO TUNC
DATE 4/23/26

JUDGE

Case 3:24-cv-01121    Document 75-1    Filed 05/07/26    Page 1 of 3 PageID #: 1195

Robert C. Gordon
#65920
408 Central CT
Franklin, TN 37064



US DISTRICT COURTS
MIDDLE DISTRICT OF TENN
NASHVILLE, TN ~~TEXAS~~ 37203

719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED
MAY 07 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

LEGAL

MAIL