RECEIVED

MAY 08 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V                                    CASE # 3:24-cv-01121

WCSO, ET AL

MOTION TO APPOINT COUNSEL

MOTION FOR EXTENSION OF TIME & RELIEF

DUE TO WITNESS INTIMIDATION & RETALIATION

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT FOR EXTENSION OF TIME & RELIEF. WHEREFORE PLAINTIFF STATES THE FOLLOWING:

1) THE DEFENDANTS HAVE LOCKED PLAINTIFF IN ISOLATION WITH NO COMMUNICATION OUT OF RETALIATION. AS IT STANDS, THE DEFENDANTS MAKE IT IMPOSSIBLE FOR PLAINTIFF TO PERFORM BASIC TASK SUCH AS LEGAL RESEARCH & SEND OR RECEIVE TIMELY LEGAL MAIL.

2) AS NOTED IN PLAINTIFF LAST "REPLY" PLEADING, DEFENDANTS CONTINUE TO BLOCK, DELAY, OR ACTUALLY STEAL INCOMING & OUTGOING LEGAL MAIL BY MONTHS.

3) PLAINTIFF IS ONLY AWARE THIS COURT ENTERED A ORDER ON 4/29/26 AS HIS DEFENSE COUNSEL HAS TOLD HIM. AS OF 5/5/26 PLAINTIFF HAS NOT EVEN HAD AN OPPORTUNITY TO READ THE ORDER LET ALONE RESPOND WITHIN 14 DAYS TIME LIMIT

4) PLAINTIFF HAS NO ACCESS TO A TABLET CONTAINING A LAW LIBRARY TO HAVE EFFECTIVE & MEANINGFUL LITIGATION AS THE RETALIATION BY YOUKER SPECIFICALLY HAS LEFT PLAINTIFF IN ISOLATION - THIS IS WITNESS INTIMIDATION TO BLOCK & DETER PLAINTIFF FROM PURSUING LITIGATION.

5) DEFENDANTS HAVE CREATED A "FUNDAMENTALLY UNFAIR" SITUATION & TATICAL ADVANTAGE OVER THE VICTIM/PLAINTIFF BY HOLDING LEGAL MAIL, DENYING ACCESS TO TABLET, & ISOLATION.

<u>PRAYERS FOR RELIEF</u>

1) EXTEND THE 14 DAY TIME TO REPLY AS PLAINTIFF DOES NOT HAVE ABILITY TO READ HIS LEGAL MAIL OR ACCESS A TABLET DUE TO DEFENDANT CHAD YOUKER

2) ORDER DEFENDANT TO SEND MAIL THE DAY IT IS RECEIVED & DELIVER MAIL THE DAY IT IS RECEIVED TO PLAINTIFF

3) ORDER DEFENDANT TO AWARD ACCESS TO STATE ISSUED TABLET CONTAINING THE LAW LIBRARY FROM 8AM - 8PM LIKE ALL INMATES

4) TRANSFER PLAINTIFF TO ANOTHER COUNTY JAIL OR IN THE ALTERNATIVE ORDER PLAINTIFF BE HOUSED IN GENERAL POPULATION WITH ALL STANDARD PRIVILEGES.

5) ORDER "STATUS QUO" HOUSING & PRIVILEGES BE IN EFFECT AS THEY WERE ON 4/22/26 DURING PENDING LITIGATION

6) APPOINT COUNSEL FOR PLAINTIFF

RESPECTFULLY,

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 5/5/26 TO

EMMERSON MARCOTT
3310 W. END AVE #550
NASHVILLE, TN 37203

BRIAN SPITLER
735 BROAD ST #1100
CHATTANOOGA, TN 37402

ROBBIE C GORDON
#659720
408 CENTURA CT
FRANKLIN TN 37064

LEGAL
MAIL

RECEIVED
MAY 08 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL
MAIL

37203-70525

US DISTRICT COURT
719 CHURCH ST #1300
NASHVILLE TN 37203

LEGAL
MAIL

NASHVILLE TN 370
5 MAY 2026 PM 4

FOREVER / USA

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131