IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT C. GORDON

V                                    CASE # 3:24-CV-01121

CHAD YOUKER, ET AL

DREW APLR

ASHLEY LINDQUIST

CHRIS GRAY

JEFF HUGHES

FIRST AMENDED COMPLAINT

COMES NOW, ROBERT GORDON, HEREBY SUBMITS THIS AMENDED COMPLAINT PURSUANT TO ORDER OF THIS COURT DOCUMENT #64 FILED ON 4/29/26 AND FRCP 8(a)(2). PLAINTIFF HAS REMOVED LISA CARSON ¿ WILLIAMSON COUNTY SHERIFFS OFFICE AS DEFENDANTS AS ORDERED IN DOCUMENT #64 PAGE 9 PAGE ID#929. ALL CLAIMS ARE BROUGHT UNDER 1983 AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, FOURTEENTH AMENDMENT PRE-TRIAL SEXUAL ABUSE, FIRST AMENDMENT RETALIATION, FIRST AMENDMENT SUPPRESSION OF SPEECH ¿ COMMUNICATION, FOURTEENTH AMENDMENT EQUAL PROTECTION, FIRST AMENDMENT SEND ¿ RECEIVE MAIL, FOURTEENTH AMENDMENT DUE PROCESS OF LEGAL MAIL, SIXTH AMENDMENT DENIAL OF ACCESS TO COURT ¿ ATTORNEYS ¿ ATTORNEY-CLIENT PRIVILEGE COMMUNICATION, FOURTEENTH AMENDMENT DUE PROCESS CLAUSE OF FUNDAMENTAL FAIRNESS. ALL CLAIMS OF RETALIATION FOR PLACING PLAINTIFF IN INVOLUNTARY SEGREGATION ARE AGAINST CHAD YOUKER. NO CLAIMS ARE BEING BROUGHT UNDER PREA

<u>ISSUES</u>

PLAINTIFF, ROBERT GORDON, WAS FORCED TO MASTURBATE IN THE SHOWER FOR DEFENDANT, DREW APER, WHOM WAS EMPLOYED AS A WILLIAMSON COUNTY SHERIFFS DEPUTY AT THE TIME. THIS EVENT TOOK PLACE ON MAY 12, 2024

GORDON REPORTED THE SEXUAL ABUSE & WAS PLACED IN INVOLUNTARY SEGREGATION OR "THE HOLE" FOR OVER 100 DAYS WITH APER WORKING OVER GORDON. APER EITHER RESIGNED OR WAS TERMINATED IN JUNE 2024, YET GORDON WAS KEPT IN "THE HOLE" BY DEFENDANT CHAD YOUKER. GORDON WAS <u>NOT</u> HOUSED IN PROTECTIVE CUSTODY WHICH AFFORDS PRIVILEGES. GORDON HAD NO PRIVILEGES.

ON JUNE 5, 2024 DEFENDANT YOUKER SUBMITTED TESTIMONY IN GORDON'S DIVORCE CASE. YOUKER ALSO GAVE AN INFRACTION TO GORDON FOR FILING A F.O.I.A. REQUEST IN AN UNRELATED MATTER IN A CIVIL DIVORCE CASE. YOUKER DENIED THE FOIA REQUEST, PLACED GORDON IN THE HOLE, AND TOOK AWAY PRIVILEGES. GORDON WAS RETURNED TO GENERAL POPULATION ON 8/20/24 WHERE HE REMAINED WITH NO WRITE-UPS UNTIL 3/23/26. GORDON NOR HIS WIFE KNOW YOUKER. ON 9/17/24 GORDON FILED THIS SUIT (CASE# 3:24-CV-01121 MD TENN 2024). ON 8/19/25 THIS COURT ENTERED AN ORDER, ON 8/20/25 CHAD YOUKER GAVE TESTIMONY IN GORDON'S CRIMINAL CASE. YOUKER NOR ANY MEMBER OF THE SHERIFFS OFFICE HAVE EVER ARRESTED GORDON. YOUKER ADMITTED TO SHREDDING GORDON'S LEGAL MAIL AS PART OF A 404B HEARING

YOUKER IMPLEMENTED A "BIBLE BAN" IN 2025 & GORDON FILED SUIT IN JANUARY 2026 (GORDON v YOUKER 3:26-CV-00046 MD TENN 2026). IN MARCH 2026, GORDON WAS WRITTEN UP & SENT TO THE HOLE FOR HAVING A BIBLE... CLASS ACTION CERTIFICATION IS PENDING.

YOUKER GIVES TESTIMONY AGAIN IN GORDON'S CRIMINAL CASE ON 4/17/26 THAT GORDON TEXTED HIS GRANDMOTHER "I LOVE YOU AND MERRY CHRISTMAS" IN VIOLATION OF "JAIL POLICY."

YOUKER ALSO TESTIFIED THAT HE HOLDS INCOMING LEGAL MAIL OF GORDON'S WHILE ALSO ADMITTING HE STOLE OUT-GOING LEGAL MAIL, MARKED AS LEGAL MAIL, OPENED & READ THE LEGAL MAIL, GAVE THE LEGAL MAIL TO THE PROSECUTOR, & USED THE LEGAL MAIL AS AN EXHIBIT IN CRIMINAL COURT ON 4/17/26 WHICH MAKES GORDONS CONFIDENTIAL COMMUNICATION, NOW PUBLIC RECORD. THE CONTENTS WERE CLEARLY "LEGAL" DOCUMENTS & WORK PRODUCTS

YOUKER THEN PLACED GORDON IN SOLITARY CONFINEMENT ON 4/23/26 FOR NO REASON WHILE REMOVING ACCESS TO TABLETS CONTAINING THE LAW LIBRARY AND ABILITY TO MAKE LEGAL COPIES. THIS "HOUSING" LOCATION IS EXACTLY HOW APER FORCED GORDON TO MASTURBATE, TOTAL ISOLATION.

0. NO OTHER "SIMILARLY SITUATED" INMATE HAS BEEN SEXUALLY ABUSED, THEN PLACED IN "THE HOLE" FOR REPORTING THE ABUSE. YOUKER HAS GIVEN TESTIMONY IN EVERY CIVIL & CRIMINAL HEARING GORDON HAS HAD FOR OVER TWO YEARS UNDER THE "GUISE OF LAW ENFORCEMENT." YOUKER STOLE LEGAL MAIL, HOLDS INCOMING LEGAL MAIL, READS & PROVIDES LEGAL MAIL TO PROSECUTOR WITHOUT A WARRANT TO USE IN CRIMINAL COURT. GORDON HAS BEEN PUNISHED SINCE HE BEGUN THE GRIEVANCE PROCESS, FOR FILING FOIA REQUEST, & HAVING A BIBLE, WITH FULL COURT HEARINGS ABOUT TEXTING HIS GRANDMOTHER OVER THE HOLIDAYS.

COINCIDENTLY, ALL OF THIS HAS HAPPENED AFTER REPORTING SEXUAL ABUSE. EACH TIME GORDON ENVOKES A CONSTITUTIONAL RIGHT, EVEN WHEN IT DOES NOT INVOLVE CHAD YOUKER, YOUKER FINDS A WAY TO RETALIATE BY JUMPING INTO CIVIL & CRIMINAL PROCEEDINGS HE HAS NO BUSINESS WITH, BLOCKING COMMUNICATION TO COURTS & LAWYERS, STEALING LEGAL MAIL, CREATING A "BIBLE BAN" AND ULTIMATELY PLACES GORDON IS SEGREGATION. THUS, LEAVING GORDON SEVERLY HANDICAPPED TO LITIGATE WHICH IS OBVIOUSLY BENEFICIAL TO YOUKER, OR FUNDAMENTALLY UNFAIR.

FURTHERMORE, GORDON IS THE VICTIM OF CASE# 22-CR-4433 "STATE OF TENNESSEE V ERIN MISHKIN." ERIN MISHKIN IS PLAINTIFFS WIFE & ACCEPTED A PLEA DEAL ON 10/8/22 SET TO END ON 11/1/23 WHICH CONTAINED A NO-CONTACT ORDER, AND ORDER OF PROTECTION. ON 11/29/22 GORDON WAS ARRESTED ON MISDOMEANORS.

GORDON HAS RECEIVED OVER 40 NEW CHARGES FROM JAIL FOR FILING LAW SUITS, SUBPOENAS, FOIA REQUEST ALL IN ACCORDANCE WITH RULES OF CIVIL PROCEDURE. GORDON IS STILL A PRE-TRIAL DETAINEE WITH NO CRIMINAL RECORD.

AS A COINCIDENCE, THE SAME PROSECUTOR IS BOTH ADVOCATING FOR GORDON AGAINST MISHKIN WHILE SIMULTANEOUSLY PROSECUTING GORDON FOR MISHKIN. THE CASES OVERLAP WITH EACH "VICTIM" & DEFENDANT AS HUSBAND & WIFE ARE BOTH THE VICTIM & DEFENDANT AGAINST EACH OTHER. THIS GIVES THE APPEARANCE OF IMPROPRIETY ON BEHALF OF THE PROSECUTOR. AT A MINIMUM APPEARS TO BE "COMPROMISING INTEREST & DIVIDED LOYALTIES" PER TN. R. SUP. CT. 8

PURSUANT TO TCA 40-38-102 "THE VICTIM BILL OF RIGHTS" GORDON SHOULD BE FREE FROM INTIMIDATION & RETALIATION AND SHALL HAVE THE ABILITY TO COLLECT RESTITUTION IN CIVIL COURT PER TCA 37-1-131 (B)(2) OR TCA 40-35-304 (h). ALSO PURSUANT TO TENNESSEE CONSTITUTION ART 1, 35 GORDON SHALL BE "FREE FROM INTIMIDATION & HARASSMENT OR ANY ABUSE THROUGHOUT THE CRIMINAL JUSTICE SYSTEM."

HOWEVER, WHEN GORDON SOUGHT TO COLLECT RESTITUTION VIA CASE # 24CV-53530 GORDON WAS CRIMINALLY CHARGED WITH A FELONY AND 30 MORE CHARGES FOR ADDITIONAL SUBPOENAS ALL FROM WILLIAMSON COUNTY JAIL.

SO MUCH FOR THE CONSTITUTION & VICTIM BILL OF RIGHTS. GORDON'S EX-WIFE IS A LOCAL ATTORNEY. CASE # 22-CR-4433 IS NOW EXPUNGED. LEAVING FAVORABLE EVIDENCE, TANGIBLE EVIDENCE, EVIDENCE THAT SHOULD BE PRESERVED BY LAW ENFORCEMENT NO LONGER OBTAINABLE. EVIDENCE CHAD YOUKER HAS COINCIDENTLY FAILED TO PRESERVE.

WHILE IN JAIL, GORDON RECEIVED ELEVEN MORE CRIMINAL CHARGES FOR RECEIVING LOVE LETTERS FROM HIS WIFE AFTER THE PROSECUTOR SIGNED AN AGREED ORDER TO HAVE CONTACT...

GORDON DOES NOT FEEL FREE FROM INTIMIDATION & HARASSMENT OR ABUSE THROUGHOUT THE CRIMINAL JUSTICE SYSTEM.

<u>FACTS</u>

5/12/24    APER FORCED GORDON TO MASTURBATE IN THE SHOWER WHILE GORDON WAS ISOLATED & CORNERED. APER SAID "FONDLE YOURSELF" MULTIPLE TIMES AS HE GAZED AT GORDON LICKING HIS LIPS & MOTIONING TO HIS GENITALS. APER WAS ARMED WITH A TASER & OR PEPPER SPRAY. GORDON COMPLIED WITH THE DIRECT ORDER & BEGAN TO MASTURBATE AS APER WATCHED.

APER DELETED HIS BODY-CAM VIDEO BUT WITNESSES HEARD THE INCIDENT. AT 11:30 AM GORDON REPORTED THE INCIDENT TO CORPORAL JOHNSON & REMOVED APER FROM THE FACILITY

5/14/24    SGT GRAY & LT LINDQUIST MET WITH GORDON & FOUND THE COMPLAINT "NOT PREA RELATED" & UNSUBSTANTIATED. APER WAS DISCIPLINED.

5/15/24    PLAINTIFF EXHAUSTED ALL INTERNAL REMEDIES WITH AN APPEAL TO CHAD YOUKER.

5/21/24    AT 9:14 PM YOUKER "IT WAS NOT SEXUAL HARASSMENT BECAUSE IT ONLY WAS STATED ONE TIME & NOT REPEATED"

5/23/24    AT 7:00 AM YOUKER PLACED GORDON IN THE HOLE, NOT P.C., LESS THAN 48 HOURS AFTER THE APPEAL WAS RECEIVED FOR PURSUING THE PREA GRIEVANCE PROCESS. MEANWHILE APER STAYED WORKING IN AN ISOLATED ENVIRONMENT OVER GORDON WITH CONSTANT THREAT OF SEXUAL ABUSE UNTIL SOMETIME IN JUNE

5/30/24 — GORDON WROTE LISA CARSON & JEFF HUGHES TO INFORM THEM OF THE SITUATION WITH APER

6/5/24 — YOUKER SUBMITTED TESTIMONY IN GORDON'S DIVORCE CASE & DENIED A FOIA REQUEST WHILE ALSO PUNISHING GORDON FOR FOIA REQUEST

6/15/24 — AFTER MULTIPLE REQUEST TO CHANGE HOUSING & GRIEVANCES BY GORDON YOUKER STATED "I AM PLACING YOU IN PC BECAUSE YOU STATED YOU ARE IN FEAR FOR SAFETY DUE TO OUR STAFF," AND "DEPUTY APER ADMITTED... AND RESIGNED FOR PERSONAL REASONS"

GORDON NEVER RECEIVED ANY HEALTH OR MENTAL HEALTH CARE AFTER THE INCIDENT

8/20/24 — GORDON IS MOVED BACK TO GENERAL POPULATION AFTER BEING HOUSED WITH SEX OFFENDERS, THOUGH APER HAD BE GONE FOR TWO MONTHS.

9/17/24 — GORDON FILED THIS COMPLAINT

1/10/25 — GORDON CONTACTED CARSON TO PRESERVE ALL EVIDENCE BUT "ALL VIDEO FOR THOSE DATES WAS OVERWRITTEN & DELETED"

1/18/25 — YOUKER SEIZED & BANNED ALL BIBLES

8/19/25 — THIS COURT ENTERED AN ORDER IN THIS ACTION TO ALLOW CLAIMS AGAINST YOUKER, APER, ETC TO MOVE FORWARD

8/20/25 YOUKER SHOWS UP TO TESTIFY IN GORDONS CRIMINAL 404B HEARING THOUGH WAS NOT LISTED AS A WITNESS AS OF 8/19/25, YOUKER ADMITTED TO DESTROYING EVIDENCE WHICH EXONERATES GORDON ALL OF GORDONS LEGAL MAIL & COMMUNICATION WAS THEN RESTRICTED

1/14/26 GORDON SUES YOUKER FOR "BIBLE BAN" (CASE # 3:26-CV-00046 MD TENN 2026)

3/25/26 GORDON IS SENT TO HOLE FOR OBTAINING A BIBLE FROM CHURCH WITH PERMISSION OF MINISTER, GORDON FILES A COMPLAINT IN COURT.

4/17/26 YOUKER GIVES TESTIMONY AGAIN IN GORDON CRIMINAL CASE FOR VIOLATING "JAIL POLICY" DUE GORDON TEXTING HIS GRANDMOTHER " I LOVE YOU AND MERRY CHRISTMAS" AS THE SOLE PURPOSE FOR THE HEARING. YOUKER PROCEEDS TO ADMIT HE & LINDQUIST STOLE LEGAL MAIL THAT WAS MARKED AS LEGAL MAIL, HAVE HELD INCOMING LEGAL MAIL, GAVE THE MAIL TO THE PROSECUTOR, & USED THE LEGAL MAIL & ITS CONTENTS AS AN EXHIBIT IN CRIMINAL COURT, AT NO TIME DID YOUKER HAVE A WARRANT OR PROBABLE CAUSE TO READ OUT-GOING LEGAL MAIL

4/20/26 GORDON GAVE NOTICE OF FILING TRO & WAS DENIED ACCESS TO ATTEND CHURCH BY YOUKER THAT NIGHT

4/23/26 YOUKER MOVES GORDON TO TOTAL ISOLATED HOUSING FOR NO REASON AFTER THE JUDGE TOLD HIM NOT TO RETALIATE ON 4/17/26, GORDON WAS PUNISHED FOR NOT WANTING TO BE IN ISOLATION AFTER VPER'S SEXUAL ABUSE

## ARGUEMENT

FORCING A PERSON TO PERFORM A SEX ACT AGAINST THEIR WILL IS SEXUAL ABUSE NOT SEXUAL HARASSMENT. THIS WAS NOT A DIRTY JOKE OR OFF-COLORED COMMENT. IT WAS A DIRECT ORDER TO MASTURBATE AGAINST THE WILL FOR THE SEXUAL GRATIFICATION OF APER. THIS TOOK PLACE IN A ISOLATED & COMPROMISING LOCATION. THE BODY CAM WAS DELETED & POD CAMERA WAS OVERWRITTEN ACCORDING TO LISA CARSON.

CMD YOUKER PLACED GORDON IN THE HOLE WITH NO PRIVILEGES AFTER REPORTING THE SEXUAL ABUSE. THIS IS NOT PROTECTIVE CUSTODY. PLACING APER TO WORK OVER GORDON AFTER THE INCIDENT IN AN ISOLATED CELL IS TORTURE & RETALIATION. YOUKERS CONTINUED ATTENDANCE IN UNRELATED CIVIL & CRIMINAL ACTIONS IS FURTHER RETALIATION UNDER THE 'GUISE OF LAW ENFORCEMENT. YOUKER HAS MADE IT FUNDAMENTALLY UNFAIR FOR GORDON TO REPRESENT HIMSELF WITH CONTINUED INTIMIDATION & HARASSMENT.

GORDON HAS BEEN PUNISHED & CRIMINALLY CHARGED FOR TAKING LAWFULL ACTIONS IN CIVIL COURT. YOUKER HAS RESTRICTED ACCESS TO BIBLES & USED COERCION OF ATHEIST POLICY TO PLACE A SUBSTANTIAL BURDEN ON GORDONS SINCERELY HELD RELIGIOUS BELIEFS, SUPPRESSED SPEECH & RESTRICTED MAIL, DENIED ACCESS TO TABLETS WITH A LAW LIBRARY & ABILITY TO MAKE LEGAL COPIES, DENIED F.O.I.A. REQUEST & OPEN RECORDS REQUEST THEN PLACED GORDON IN THE HOLE, YOUKER PLACED GORDON IN THE HOLE FOR HAVING A BIBLE.

YOUKER & LINDQUIST HAVE CONSPIRED TO STEAL LEGAL MAIL, GIVE NO NOTICE TO THE SENDER OR RECIPIENT THE MAIL WAS TAKEN & IGNORE THE

LIBERTY INTEREST OF GORDON'S COMMUNICATION. YOUKER HAS OPENED & READ THE LEGAL MAIL, GAVE IT TO THE PROSECUTOR, & USED THE MAIL AS AN EXHIBIT IN CRIMINAL COURT CAUSING GREAT PREJUDICE. YOUKER HAS BLOCKED ACCESS TO THE COURTS & COMMUNICATION WITH LAWYERS WHILE VIOLATING ATTORNEY-CLIENT PRIVILEGE. NO WARRANTS HAVE EVER BEEN OBTAINED NOR PROBABLE CAUSE SHOWN. NO OTHER SIMILARLY SITUATED PERSON IS TREATED THIS WAY. YOUKER CONTINUES TO RETALIATE AFTER GORDON PURSUES LEGAL RECOURSE. YOUKER IS ATTEMPTING TO USE THE CRIMINAL COURT ROOM AS HIS VENDETTA AGAINST GORDON. IT IS NOT UNLAWFUL TO FOLLOW THE LAWS & RULES OF CIVIL PROCEDURE.

YOUKER CONTINUES TO PLACE GORDON IN SOLITARY CONFINEMENT UNDER THE CONSTANT THREAT OF SEXUAL ABUSE. THIS IS NOT A ISOLATED, BRIEF, OR NOT SEVERE INCIDENT, CLEARLY. FAVORABLE, TANGIBLE EVIDENCE HAS BEEN DESTROYED BY YOUKER IN GORDON'S CRIMINAL CASE, YOUKER HAD A DUTY TO PRESERVE THE EVIDENCE YET FAILED TO DO SO.

READING GORDON'S CONFIDENTIAL COMMUNICATION WITH HIS SISTER, WHO IS ALSO AN ATTORNEY & OPENING, READING THEIR LEGAL MAIL IS JUST ONE OF MANY YOUKER VIOLATIONS OF CONSTITUTIONAL RIGHTS. THERE IS NO POSSIBLE WAY JEFF HUGHES IS UNAWARE OF HIS EMPLOYEES ACTIONS.

APCF HAS RUINED ANY DIGNITY & BODILY INTEGRITY OF GORDONS, WHILE YOUKER & LINDQUIST HAVE MALICIOUSLY & SADISTICALLY FOUND A WAY TO VIOLATE THE MAJORITY OF THE CONSTITUTIONAL RIGHTS OF GORDON.

THE STATE HAS A CLEAR CONFLICT OF INTEREST, AN ACTUAL CONFLICT WITH APPEARANCE OF IMPROPRIETY AS THE PROSECUTOR CANNOT ETHICALLY ADVOCATE & PROSECUTE HUSBAND & WIFE AT THE SAME TIME. USING STOLEN LEGAL MAIL & BLOCKING ACCESS TO COURTS & LAWYERS IN CRIMINAL PROCEEDINGS IS THE EPITOME OF APPEARANCE OF IMPROPRIETY. THE PROSECUTION HAS FAILED TO PROPERLY AVOID THE APPEARANCE OF IMPROPRIETY AS SET FORTH IN CANON NINE OF CODE OF RESPONSIBILITY AS "COMPROMISING INTEREST & DIVIDED LOYALTIES" EXIST PER TN R. S. CT 8. THE ENTIRE PROSECUTION WAS TAINTED BEFORE THE GRAND JURY & INHERENTLY IMPROPER & FUNDAMENTALLY UNFAIR.

LHAD YOUKER HAS REMOVED ALL DOUBT BY HIS ACTIONS. GORDON HAS NO CRIMINAL RECORD & WAS ARRESTED ON 11/29/22 FOR MISDOMEANOR DOMESTIC. HE IS HELD WITHOUT BOND WITH A TOTAL OF 68 CHARGES FROM JAIL. GORDON'S FIRST AVAILABLE TRIAL DATE IS APRIL 2027 AND YOUKER IS HOLDING GORDON IS ISOLATION UNTIL THEN FOR NO REASON OTHER THAN RETALIATION. YOUKER CANNOT SHOW HE WOULD PLACED GORDON IN SEGREGATION ABSENT FILING A GRIEVANCE, WHICH IS PROTECTED CONDUCT.

### DAMAGES

THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS HAS CAUSED MENTAL ANGUISH, NIGHTMARES, PTSD, ANXIETY, DEPRESSION, THOUGHTS OF SUICIDE. GORDON HAS BEEN DEPRIVED HIS CONSTITUTION RIGHTS OF BODILY INTEGRITY, RETALIATION, ACCESS TO COURTS, LAWYERS, AND MAIL, RELIGIOUS FREEDOM & COERCION OF RELIGION, SPEECH DEPRIVATION, EQUAL PROTECTION, DUE PROCESS, ALSO DEPRIVED OF MEDICAL & MENTAL HEALTH CARE DUE TO TRAUMA OF SEXUAL ABUSE & RETALIATION.

## CONCLUSION

SUBSTANTIAL SUPREME COURT & 6TH CIRCUIT PRECEDENT MAKE IT CLEAR THE DEFENDANTS VIOLATED ESTABLISHED RIGHTS, QUALIFIED IMMUNITY SHALL BE DENIED, AND DEFENDANTS ARE LIABLE UNDER 42 USC 1983 FOR VIOLATIONS. PLAINTIFF HAS MET THE OBJECTIVE STANDARD SET OUT IN "KINGSLEY" TO PREVAIL AS A MATTER OF LAW THE COMMUNITY STANDARDS OF DECENCY ARE DIFFERENT IN 2026 - 20 YEARS AGO PEOPLE COULD SMOKE INDOORS WHICH IS NOT THE PRESENT CASE, AS OUR CIVILIZED SOCIETY HAS EVOLVED IN 2026. FORCING A PERSON TO MASTURBATE VIOLATES ESTABLISHED RIGHTS, AS DOES LOCKING SAID PERSON IN SEGREGATION FOR MONTHS BECAUSE SEXUAL ABUSE WAS REPORTED. NOR CAN DEFENDANTS SHOW THEY WOULD TAKE THE SAME ACTION ABSENT OF PROTECTED ACTIVITY.

PHYSICAL FORCE DOES NOT MATTER, EXPLICIT THREATS DO NOT MATTER, BUT NON CONSENSUAL ENCOUNTERS OF SEXUAL ABUSE THAT ARE EFFECTUATED BY ORDERING THE PLAINTIFF TO MASTURBATE DOES MATTER; IT DOES NOT CHANGE THE FACT THAT THE DEFENDANTS REQUIRED TO ENGAGE IN SEXUAL ACTS AGAINST WILL WHETHER IT WAS ONCE, TWICE, OR MANY TIMES. THUS, IN 2026 THIS SEXUAL ABUSE AND STATE ACTORS SHALL BE HELD ACCOUNTABLE AS A FUNDAMENTAL VIOLATION OF LIBERTY WHILE LACKS ALL SOCIAL VALUE OR PENOLOGICAL INTEREST, AND NO RATIONAL PERSON COULD BELIEVE SEXUAL ABUSE BY A STATE ACTOR IS CONSTITUTIONALLY PERMISSIBLE UNDER DUE PROCESS OR ANY OTHER AMENDMENT.

RESPECTFULLY,

## PRAYERS FOR RELIEF

1) JURY DEMAND

2) APPOINT COUNSEL PER 28 USC 1915

3) $ 25,000,000 USD IN DAMAGES

4) AWARD ALL COURT COST & FEES, AND DISCRETIONARY FEES

5) ENFORCE THE CONSTITUTION & DROP ALL PRIVILEGES & RETURNED TO FLOOR TWO HOUSING

6) FOR ALL OTHER RELIEF DEEM PROPER


## CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 5/11/26 TO

EMMERSON MARLATT                    BRYAN SPITLER

3310 W END #550                    735 BROAD ST #1100

NASHVILLE, TN 37203                CHATTANOOGA, TN 37402


NOTICE - MEMORANDUM OF LAW TO FOLLOW SEPERATELY

CLERK - PLEASE CONFIRM RECEIPT OF THIS FILING

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370

11 MAY 2026 PM 6

FOREVER / USA

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

RECEIVED

MAY 13 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

37203-709525