## IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | |
| | ) | |
| v. | ) | **Case No.:** B-CR230267 (23CR-17337) |
| | ) | B-CR230288 |
| ROBERT COLE GORDON | ) | B-CR230289 |
| | ) | B-CR230248 (23CR-17320) |
| | ) | B-CR230266 (23CR-17335) |
| | ) | B-CR230249 (23CR-17322) |
| | ) | N-CR230655 (23CR-17787) |
| | ) | N-CR240116 (24CR-17965) |
| | ) | V-CR240699 (24CR-18046) |
| | ) | N-CR240117 (24CR-17966) |
| | ) | N-CR230678 (23CR-17824) |
| | ) | N-CR230677 (23CR-17821) |

## ORDER REGARDING DEFENDANT'S COMMUNICATION

This cause came to be heard upon the State's Motion to Enforce Court Order before this honorable Court on April 17, 2026. The State of Tennessee was represented by Senior Assistant District Attorney Jennifer Dungan and Assistant District Attorney Dale Evans. The Defendant was represented by Attorney Geoffrey Coston. Following proof and argument of counsel, this Court orders as follows:

1. The Defendant is prohibited from using any and all forms of electronic communication pending further orders of the Court.

2. The Defendant is permitted to communicate with "approved persons" outside the Williamson County Jail by physical mail only. He may not use email, text messaging, video chats, or telephones.

3. A list of "Approved persons" will be submitted to the Williamson County Jail by the Defendant's attorney, Geoffrey Coston, within two weeks of entry of this Order.

4. The approved persons list is to be organized into legal and non-legal persons. The Defendant may only send and receive "Legal Mail" from persons on the "Legal Mail" list. Further, persons on the "legal" mail list may include only the Defendant's counsel of record, an attorney licensed in the proper jurisdiction who Defendant seeks to have represent him, a licensed attorney representing an opposing party in litigation with the Defendant, state or federal court clerk; or a legal aid clinic. Mr. Coston will verify that each person on the "Legal Mail" list that he submits are actually Defendant's counsel of record, an attorney licensed in the proper jurisdiction who Defendant seeks to have represent him, a licensed attorney representing an opposing party in litigation with the Defendant, state or federal court clerk; or a legal aid clinic. Persons on the "non-legal" mail list will be limited to immediate family members only. Defendant's sister, Minon Frye, who is an attorney in Oklahoma, may be included on the "non-legal" mail list, but will not be included on the "Legal Mail" list.

5. The State may object in writing to the inclusion of persons on the "approved persons" list.

6. The Court finds that the Defendant used the kiosk log-in information of other inmates to circumvent the Court's prior order restricting the Defendant's electronic communications, and that Defendant's housing in general population with multiple other inmates made it difficult for the Jail to monitor and prevent such activity. However, this Court finds that the decision on how to classify and house criminal defendants is to be left to the discretion of local detention officials and declines to order that the Defendant is to be specifically housed in

a particular method.

IT IS SO ORDERED.

Entered this, the 23rd day of April, 2026

Judge David H. Veile
Circuit Court Judge

PREPARED FOR ENTRY:


/s/ Dale L. Evans
Dale L. Evans
Assistant District Attorney General
BPR # 036791
7100 Commerce Way
Brentwood, TN 37174

/s/ Jennifer K. Dungan
Jennifer K. Dungan
Senior Assistant District Attorney General
BPR # 028433
7100 Commerce Way
Brentwood, TN 37174

Case 3:24-cv-01121    Document 84-1    Filed 05/15/26    Page 3 of 3 PageID #: 1244