# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT C. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00833 |
| | ) | |
| WILLIAMSON COUNTY SHERIFF'S | ) | |
| OFFICE, | ) | |
| CHAD YOUKER, | ) | |
| ASHLEY LINDQUIST, f/n/u APER, | ) | |
| CHRIS GRAY, | ) | |
| JEFF HUGHES, and | ) | |
| LISA CARSON, ESQ., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 65) recommending that the Court grant Defendant Lisa Carson's motion to dismiss (Doc. No. 18). In light of recommending dismissal of the claim against Carson, the Magistrate Judge also recommends denying Carson's pending motion to stay (Doc. No. 28) and motion to strike (Doc. No. 42) as moot.

The R&R, issued on April 29, 2026, notified Plaintiff that any objections must be filed within fourteen days. (Doc. No. 65 at 11-12). When service is made by mail, three additional days are added to the prescribed period. Fed. R. Civ. P. 6(d). In computing time, the Court excludes the day of the event that triggers the period, counts every intermediate day, and includes the last day of the period, unless the last day falls on a weekend or legal holiday, in which case the period continues to run through the next business day. Plaintiff's deadline to object was May 18, 2026. Plaintiff failed to timely object.

Because Plaintiff lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 65) in its entirety. Carson's motion to dismiss (Doc. No. 18) is **GRANTED**. The cruel and unusual punishment claim against Carson is **DISMISSED WITHOUT PREJUDICE**. Because all claims against Carson are dismissed, Carson's motion to stay (Doc. No. 28) and motion to strike (Doc. No. 42) are **DENIED AS MOOT**.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2