RECEIVED

MAY 2 2 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

v.                                    CASE # 3:24-CV-01121

CHAD YOUKER, ET AL                    JURY DEMAND

NOTICE OF RETALITORY CRIMINAL CHARGES

& MOTION TO JOIN OR CONSOLIDATE CASES

COMES NOW, ROBERT GORDON, GIVES NOTICE OF RETALIATION & MOVES THIS COURT TO JOIN CASES PURSUANT TO FRCP TO PROMOTE JUDICIAL ECONOMY, WHEREFORE PLAINTIFF STATES THE FOLLOWING

HISTORY

RETALITORY CRIMINAL CHARGES

PLAINTIFF FILED A POLICE REPORT WITH DEFENDANT LINDQUIST IN JANUARY 2024, AFTER PLAINTIFF WAS URINATED ON WHICH WAS VERIFIED ON VIDEO, WHILE ALSO REPORTING A NUMBER OF CRIMES WHICH ARE SUPPORTED WITH FORENSIC PROOF. THIS WAS A "SUBSTANTIATED" REPORT BY LINDQUIST. (EXHIBIT A)

IN MAY 2024 DEPUTY YARBOROUGH SLAMMED A METAL PIE FLAP ON PLAINTIFFS HAND BREAKING PLAINTIFFS FINGER. COINCIDENTLY DEPUTY'S BODY CAMERA "MALFUNCTIONED" PER CHAD YOUKER & DID NOT RECORD THE INCIDENT, YARBOROUGH APOLOGIZED TO PLAINTIFF FOR INCIDENT.

AGAIN IN MAY 2024 DEPUTY APER FORCED PLAINTIFF TO MASTURBATE. COINCIDENTLY DEPUTY'S BODY CAMERA "WAS DELETED" PER LISA CARSON. WHILE YOUKER STATED IT WAS NOT SEXUAL ABUSE AS IT "ONLY HAPPENED ONE TIME." YOUKER THEN

IN SEPTEMBER 2024 PLAINTIFF FILED THIS ACTION AFTER LEAVING THE "HOLE" FOR REPORTING SEXUAL ABUSE & FILING A FOIA REQUEST OUT OF RETALIATION BY YOUKER.

IN DECEMBER 2024 PLAINTIFF REQUESTED DEFENDANTS TO PRESERVE ALL CAMERA FOOTAGE VIA FORMAL FRCP. DEFENDANT CARSON SAID "ALL CAMERA FOOTAGE WAS DELETED & OVERWRITTEN" AS ANOTHER COINCIDENCE. IN MARCH 2026 THE NEW POSITION IS APER NEVER "ACTIVATED HIS CAMERA" BY DEFENDANTS IN JANUARY 2025 PLAINTIFF WAS CHARGED CRIMINALLY FOR "FILING A FALSE REPORT TO LT. ASHEY LINDQUIST" - THOUGH LINDQUIST HERSELF ALREADY SUBSTANTIATED THE REPORT & VERIFIED WITH FORENSIC PROOF BY AN UNBIASED THIRD PARTY EXPERT. THAT SAID, PLAINTIFF WAS ALSO CHARGED CRIMINALLY FOR FILING A LAW SUIT, SUBPOENAS PURSUANT TO TRCP & ARTICLE I SECTION 35 OF THE TENNESSEE CONSTITUTION ... VICTIMS ARE ABLE TO SEEK RESTITUTION WITHOUT HARASSMENT FROM THE CRIMINAL JUSTICE SYSTEM. A TOTAL OF 33 FELONY CHARGES. FROM JAIL. FOR REPORTING CRIMES, FILING A LAW SUIT, SUBPOENA, AND FOIA REQUEST PER TRCP. IN JANUARY 18TH 2025, DEFENDANT RAIDED PLAINTIFFS CELL SEARCHING FOR "SUBPOENAS" AND "LEGAL DOCUMENTS, PER DEPUTY COHEN & TRIPLETT THEN, YOUKER IMPLEMENTED THE "BIBLE BAN" THE SAME DAY.

ON 8/19/25 THIS COURT APPROVED THIS ACTION TO MOVE FORWARD. ON 8/20/25 YOUKER TESTIFIED IN PLAINTIFFS CRIMINAL CASE THOUGH NOT LISTED AS OF 8/19/25, THEN ON 4/17/26 YOUKER TESTIFIES HE STOLE PLAINTIFFS OUT-GOING LEGAL MAIL WITHOUT A WARRANT, GAVE THE LEGAL MAIL TO THE PROSECUTOR, WHOM USED THE LEGAL MAIL IN CRIMINAL COURT. CAUSING GREAT PREJUDICE

## JOINDER & CONSOLIDATION OF CASES

PLAINTIFF HAS THREE LEGITIMATE YET SEPERATE CASES WHICH OVERLAP SUBSTANIUALLY WITH THE SAME DEFENDANTS IN A

(1) SEX ABUSE & RETALIATION CASE# 3-24-CV-01121 MD TENN 2024

(2) BIBLE BAN & MINISTER BAN CASE# 3:26-CV-00046 MD TENN 2026

(3) STOLEN LEGAL MAIL & CENSORSHIP OF SPEECH CASE# 3:26-CV-00620 MD TENN 2026

DEFENDANTS CONTINUE TO VIOLATE & DEPRIVE CONSTITUTIONAL RIGHTS WHILE USING & WEAPONIZE THE DEFENDANTS TO CONTINUE TO RETALIATE IN MULTIPLE CAPACITIES.

THE HON. ALETA TRAUGER IS PRESIDING OVER THE "BIBLE BAN" & "LEGAL MAIL" CASES. PLAINTIFF SEEKS TO JOIN & CONSOLIDATE CASES TO PROMOTE JUDICIAL ECONOMY & KEEP CONSISTENT RULINGS AS MUCH OVERLAP EXIST.

PLAINTIFF HAS GREAT CONCERN THAT EVIDENCE & VIDEO CONTINUED TO BE DELETED & DEFENDANTS STEALING MORE LEGAL MAIL

## RELIEF REQUESTED

1 - CONSOLIDATE ALL CASES UNDER HON. ALETA TRAUGER

2 - ORDER PRESERVATION OF ALL EVIDENCE

3 - FOR ALL OTHER RELIEF DEEM PROPER

RESPECTFULLY,

(3)

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT TO DEFENDANTS VIA US MAIL ON 5/16/24

EMMERSON MARLATT
3310 W. END AVE #550
NASHVILLE, TN 37203

BRIAN SPITLER
735 BROAD ST #1100
CHATTANOOGA, TN 37064

Robert C Gibson
#65920
408 Century Ct
Franklin, TN 37064

LEGAL MAIL

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RECEIVED

MAY 22 2026

US DISTRICT COURT
719 CHURCH STE #1300
NASHVILLE, TN 37203

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

UNITED STATES OF AMERICA
FOREVER/USA

FOREVER / USA

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131