3:24-CV-01121 (8th)

RECEIVED

MAY 2 2 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

EXHIBIT A

FORENSIC EXPERT REPORT CONFIRMS PLAINTIFFS POLICE REPORT
WAS IN FACT TRUE. DEFENDANT LINDQUIST LIED OUT OF
RETALLATION CLAIMING THE REPORT WAS "FALSE", GREAT POLICE WORK

FORENSIC EXPERT HAS CONFIRMED ERIC MISHKIN COMMITTED AT LEAST...

1 - MAIL FRAUD x 25

2 - TAX FRAUD x 5

3 - IDENTITY THEFT x 26

4 - CRIMINAL IMPERSONATION OF A MINISTER x 7

5 - CHILD ENDANGERMENT

6 - FALSE REPORTS x 11

7 - FORGERY OF JUDGE & LAWYER SIGNATURE x 2

8 - FABRICATION OF GOVERNMENT RECORDS

9 - FABRICATION OF EVIDENCE x 2

10 - TAMPERING OF EVIDENCE x 12



Forensic Document Investigations

**FDI**

QUALITY WITH INTEGRITY

# Questioned Handwriting Case

# Robert Cole Gordon

# Documents Examined

Dianne Peterson, CFDE
370 South Lowe Ave.
Suite A #225
Cookeville, TN 38501
888.763.8881
DianneFDI@gmail.com
www.ForensicDocumentInvestigations.com

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 2 of 48 PageID #: 1294

Q1 0000-00-00 Gordon 65910

Q2 0000-00-00 Happy Halloween Card

Q3 0000-00-00 Hi Hang in there

Q4 0000-00-00 HTLC flowers

Q5 0000-00-00 I fell in love letter

Q6 0000-00-00 Orange Envelope hearts

Q7 2023-04-04 Judgement

Q8 2023-10-24 Envelope from HTLC

Q9 0000-00-00 Dear Cole

# Questioned Documents that were delivered to RCG as an inmate



# Forensic Document Investigations

**Dianne Peterson,** CFDE
Court-Qualified & Certified
Forensic Document Examiner/Handwriting Expert

# Opinion Report

## Prepared for: J. Gregory Burlinson

Case Style: State v. Robert Cole Gordon

Case Numbers: B-CCR230248, B-CR23049; B-CCR230266, B-CR230267, N-CR230655, N-CCR230677, C-CR230678, N-CR240116, N-CR240117, V-CR240699

Court: Circuit Court of Williamson County, TN

Attorney: J. Gregory Burlinson

**July 2nd, 2025,**

## Statement of Duty

My first and foremost duty is to remain impartial and objective and assist the judge and jury (the trier of fact) in matters that fall within my skill, knowledge, education, experience, and training as a forensic document examiner.

## Assignment

On May 7th, 2025, I was asked to examine Erin Kathryn Mishkin's handwriting and compare it to the handwriting on the documents in question to determine if it shares the same authorship.

## Hypotheses

The following mutually exclusive hypotheses were formulated before conducting the examination.

**H1**: The writer of the comparison handwriting produced the questioned handwriting.

**H2**: The questioned handwriting was written by someone other than the writer of the comparison handwriting.

## Basis For Forensic Handwriting Examination

Handwriting identifications are based on the following premises:

1. No two writers share the same combination of habitual handwriting characteristics. The combination of individual writing features makes writer identification possible.

2. No one writing freely and naturally can produce a signature or passage of text in precisely the same way twice; some degree of variation is always present unless the signature or text has been duplicated via photocopy or digital means.

Page **1** of **7**

1

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 4 of 48 PageID #: 1296



Forensic
Document
Investigations

3. While it is possible to write at a lower skill level than one's best, no one can exceed their best writing skill level.

## Handwriting Features Evaluated

Handwriting features that may be evaluated are the following: abbreviation; alignment; arrangement, formatting, and positioning; capitalization; connectedness and disconnectedness; cross strokes and dots, diacritics and punctuation; direction of strokes; distortion; embellishments; formation; freedom of execution; inconsistencies; legibility; line quality; method of production; pen hold and pen position; overall pressure and patterns of pressure emphasis; proportion; simplification; sister lines; size; skill; slant or slope; spacing; speed; initial, connecting, and terminal strokes; system; tremor; type of writing; and range of variation, both overall and with respect to each of the above features.

Significant similarities between the questioned handwriting and the comparisons will identify a writer. Any significant, unexplainable fundamental difference will be sufficient to eliminate the writer.

## Methodology

I analyzed, compared, and evaluated all the evidence in this case to conclude the genuineness of the questioned handwriting. I applied the **ANSI/ASB standard for Handwritten Examination**[1] as appropriate. These standards do not offer a standard operating procedure but guide the steps for examining a signature. Below are the steps I used to test **H1** and **H2**.

## Methods Applied for Forensic Handwriting Identification

**Step 1**. The quality and quantity of the handwriting were acceptable for the examination. They were of the same allograph.

**Step 2.** The documents were arranged chronologically, scanned, and stored in a JPEG format. They were identified as photocopies, labeled as questioned or comparison specimens, and placed in their respective folders.

**Step 3.** The scanned document images were opened **in Adobe©** Photoshop 2025, and the handwriting was cropped and extracted. The extraction removes background noise, such as printed text and other writing. Background noise or other text or writing can bias the examiner's view of the writing, causing the examiner's brain to see patterns that do not exist or miss essential aspects of the writing.

**Step 4.** The extracted handwriting was then placed, proportionally sized, and grouped accordingly in a side-by-side comparison between the questioned and comparison handwriting in PowerPoint software, part of the **Microsoft ©** Office Suite 365. Proportionally adjusting the width of the extracted handwriting does not change its proportions.

**Step 5**. An intra-comparison of the comparison exemplars proved that they were consistent with each other, so the comparison handwriting was used as the standard source baseline.

**Step 6.** The collective extracted handwriting was examined to determine the contributor's handwriting habits and variables. Similarities and dissimilarities were identified and noted.

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 5 of 48 PageID #: 1297



**Step 7. Iconico©** Screen Protractor and Screen Caliper Software were used to measure the angles, slants, and lengths of handwriting features.

**Step 8**. A conclusion was reached on whether the questioned handwriting was from the same or a different source. The conclusion is reported in accordance with **OSAC 2022-S-0034 Standards for the Expression of Source Opinions in Forensic Document Examination**.

**Step 10. Snagit©** and **Microsoft© PowerPoint Software** were used to illustrate the significant similarities and dissimilarities identified.

## List of Documents Examined

### Questioned Documents

The documents labeled **Q1-Q9** contain the questioned handwriting of Erin Kathryn Mishkin.

| LABEL | TYPE | TITLE OF DOCUMENT | DATE |
|---|---|---|---|
| Q1 Lines 1-3 | Photocopy | Gordon 65910 | Date Not Present (DNP) |
| Q2 Lines 1-5 | Photocopy | Happy Halloween Card | DNP |
| Q3 Lines 1-11 | Photocopy | Hi Hang in there | DNP |
| Q4 Lines 1-3 | Photocopy | HTLC flowers | DNP |
| Q5 Lines 1-4 | Photocopy | I fell In love letter | DNP |
| Q6 | Photocopy | Orange Envelope hearts | DNP |
| Q7 | Photocopy | Judgement | 04-04-2023 |
| Q8 Lines 1-3 | Photocopy | Envelope from HTLC | 10-24-2023 |
| Q9 Lines 1-9 | Photocopy | Dear Cole | DNP |

Page **3** of **7**

3



**Forensic Document Investigations**

## Comparison Documents

The documents labeled **C1-C12** contain the purported comparison handwriting of Erin Kathryn Mishkin.

| LABEL | QUALITY/TYPE | TITLE OF DOCUMENT | DATE |
|---|---|---|---|
| C1 | Photocopy | Affidavit EM | Date Not Present (DNP) |
| C2 Lines 1-9 | Photocopy | Amended Order | DNP |
| C3 Lines 1-10 | Photocopy | Dispossession of Firearms OP p1 of 2 | DNP |
| C4 Lines 1-7 | Photocopy | Petition for Order of Protection page 2 of 6 | DNP |
| C5 Lines 1-8 | Photocopy | Petition for Order of Protection page 3 of 6 | DNP |
| C6 Lines 1-3 | Photocopy | Temporary Order of Protection p 2 of 3 | DNP |
| C7 | Photocopy | Affidavit 12 13 14 | 00-00-2023 |
| C8 Lines 1-32 | Photocopy | In the past year | 02-19-2023 |
| C9 Lines 1-6 | Photocopy | In conclusion | DNP |
| C10 Lines 1-11 | Photocopy | Petition for Order of Protection p 1 of 6 | 12-19-2023 |
| C11 Lines 1-5 | Photocopy | Petition for Order of Protection | 12-19-2023 |
| C12 Lines 1-10 | Photocopy | Order of Protection page 1 of 6 | 12-28-2024 |

Case 3:24-cv-01121   Document 91-1   Filed 05/22/26   Page 7 of 48 PageID #: 1299



# Forensic Document Investigations

## Assumptions

I have no firsthand knowledge of the production, execution, or history of any material presented for the examination.

I assumed that the copies received were true and correct reproductions of the originals.

The dates on all the documents were also assumed to be correct.

## Limitations

The comparison handwriting was not as contemporary as initially recommended.

Photocopies and scans can be subject to distortion, appearing more diminutive, lighter, darker, or skewed on the page. They may also possibly obtain artifacts that might have been on the printer glass, such as " white-out trash" from a previous photocopy.

## Results of Examination

After a detailed study following the methods and procedures commonly utilized and accepted in the forensic and document examination field, the following observations and findings were noted as agreeing with both bodies of handwriting are as follows: stroke directions, cross strokes, slant, size and proportions, utilization of space, writing speed, spatial alignment, initial and terminal strokes, skill level, legibility, method of construction, pen-lift, spacing, capitalizations, positioning, writing patterns and letter forms and numbers.

The letter forms a writer develops and consistently makes in writing are reproductions of the mental master image the person holds. The reproductions on paper are never quite identical to, but are representative of, the mental image. The variance or fluctuation of letter forms around the master pattern is the normal variation that occurs because the hand is not driven with precision.[3]

Handprinting and handwritten numerals are susceptible to identification as cursive writing.
Letter height relationships have significance in identification because writers are not aware that they make certain letter heights higher than others or that they habitually do so.[4]

Writing size reflects the unconscious range of movement of the hand and finger. Although a writer can control the size of the writing deliberately, it is difficult to maintain an unaccustomed writing size.[5]
Habitual patterns in handwriting are those features repeated so often they have become fixed in the mind and are written spontaneously, without constant awareness, in the shaping of forms and strokes.[6]

Natural variation is always present in normal writing. A writer cannot intentionally change habitual subconscious patterns. Unique prevailing characteristics exist in every person's handwriting that distinguish it from someone else's.

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 8 of 48 PageID #: 1300



Forensic Document Investigations

The range of variation of the questioned handwriting falls within the normal variation of the comparison handwriting. The questioned handwriting had significant fundamental similarities and did not exhibit any significant dissimilarities.

This report includes demonstrative exhibits that illustrate the significant similarities between the questioned and comparison handwriting and the labeled document images.

## Opinion Scale

The conclusion is intended to convey the degree of support provided by the observed evidence for Hypothesis 1 (**H1**).

## Conclusion

The findings strongly support the hypothesis that the question (**Q1-Q9**) and comparison (**C1-C12**) of Erin Kathyn Mishkin's handwritings are from the **same source**, rather than different sources.

## Declaration

I, Dianne Peterson, do solemnly declare under the penalty of perjury that the opinion given in this report is true and correct.

My observations and opinions are based solely on the material provided. Should additional information or documentation be submitted, I reserve the right to update my opinion.

I'm not a party to the stated matter and have no stake in the case's outcome.

## Final Remarks

If you require additional information regarding the stated findings and opinions, please do not hesitate to contact me.

Should you need my testimony in this matter, please notify me immediately so I can schedule a time on my calendar and ensure adequate preparation.

Respectfully Submitted,

*Dianne Peterson*

**Dianne Peterson,** CFDI
*Certified Forensic Document Examiner*
*370 South Lowe Ave.*
*Suite A #225*
*Cookeville, TN 38501*
*1.888.763-8881*
*diannefdi@gmail.com,*
*www.ForensicDocumentInvestigations.com*

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 9 of 48 PageID #: 1301


Forensic
Document
Investigations

[1] *(2022)* **American Academy of Forensic Sciences,** *Standard for Examination of Handwritten Items | American Academy of Forensic Sciences (aafs.org)*
[2] *(2022) OSAC Standard for the Expression of Source Opinions in Forensic Document Examination (https://www.nist.gov/system/files/documents/2024/06/28/OSAC)*
[3-6] **(1992) Roberson, Edna W. Fundamentals of Document Examination, Nelson-Hall Publishers, p. 73-93.**

Attachments: Images of the Document Examined, Demonstrative Exhibits, Glossary of Handwriting Characteristics, and CV.

Case 3:24-cv-01121     Document 91-1     Filed 05/22/26     Page 10 of 48 PageID #: 1302



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| Q7 2023-04-04 Judgement | C1 0000-00-00 Affidavit EM |
| Q9 0000-00-00 Dear Cole Line 10 | C7 2023-00-00 Affidavit 12 13 14 |
| | C11 2023-12-19 Petition for Order of Protection |
| | C2 0000-00-00 Amended Order Line 1 |
| | C3 0000-00-00 Dispossession of Firearms OP p1 of 2 Line 2 |
| | C12 2024-12-28 Order of Protection page 1 6 Line 1 |

Illustration 1. Significant Similar Proportions

1. The yellow ovals illustrate the upper curve of the epsilon "E" in "Erin" in the **Q7** and **Q9** documents and comparison documents **C1**, **C2**, **C3**, **C7**, **C11**, and **C12**. The upper curve is proportionally smaller than the lower curve.

2. The light blue ovals illustrate the lower curve of the epsilon "E" in "Erin" in the **Q7** and **Q9** documents and comparison documents **C1**, **C2**, **C3**, **C7**, **C11**, and **C12**. The lower curve is proportionally larger than the upper curve.

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 11 of 48 PageID #: 1303



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| **Q1** 0000-00-00 Gordon 65910 Line 1 | **C2** 0000-00-00 Amended Order Line 5 |
| **Q8** 2023-10-24 Envelope from HTLC Line 1 | **C3** 0000-00-00 Dispossession of Firearms OP p1 of 2 Line 5 |
| | **C8** 2023-02-19 In the past year Line 2 |
| | **C9** 0000-00-00 In conclusion Line 2 |
| | **C12** 2024-12-28 Order of Protection page 1 of 6 Line 5 |

Illustration 3. Significantly Similar Connectedness and Disconnectedness

1. The yellow rectangles illustrate the formation of "Gord" in "Gordon" in the **Q1** and **Q8** documents and comparison documents **C2**, **C3**, **C8**, **C9**, and **C12**. The "G," "o," "r," and "d" are connected or have narrow spacing between the letterforms in each writing illustrated above.
2. The light blue rectangles illustrate the formation of "on" in "Gordon" in the **Q1** and **Q8** documents and comparison documents **C2**, **C3**, **C8**, **C9**, and **C12**. A space is observed between the "d" and "o," while the "o" and "n" are connected in each writing illustrated above.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| **Q1 0000-00-00** Gordon 65910 Line 1 | **C2 0000-00-00** Amended Order Line 5 |
| **Q8 2023-10-24** Envelope from HTLC Line 1 | **C3 0000-00-00** Dispossession of Firearms OP p1 of 2 Line 5 |
| | **C10 2023-12-19** Petition for Order of Protection p 1 of 6 Line 5 |
| | **C12 2024-12-28** Order of Protection page 1 of 6 Line 5 |

Illustration 2. Significantly Similar Letterforms and Connecting Strokes

1. The green ovals illustrate the similar loop formation on the arm of the "G" which connects to the "o" in "Gordon" in the **Q1** and **Q8** documents and comparison documents **C2**, **C3**, **C10**, and **C12**.

2. The blue arrows illustrate that the connection stroke between the "o" and "n" of "Gordon" begins at the base of the "o" and then starts the stem of the "n" in the **Q1, Q8, C2, C3, C10,** and **C12** documents.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 5. Significant Similar Method of Construction and Positioning

1. The yellow rectangles illustrate the similar three-stroke method of construction of the "F" in the **Q1, Q6,** and **Q8** documents and comparison documents **C5** and **C8**. Additionally, the "F" and "r" in "Franklin" are connected in the **Q1** and **Q8** documents, as well as in comparison documents **C5** and **C8.**
2. The blue arrows illustrate the missing i-dot in the **Q1** and **Q8** documents and comparison documents **C5** and **C8.**
3. The green ovals **and** arrows illustrate the similar positioning of the crossbar of the "T" in the **Q1** and **Q8** documents and comparison document **C5**. The crossbar of the "T" is positioned above the top of the "N" in "TN" in the **Q1, Q8,** and **C5** documents.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDI
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| Q4 0000-00-00 HTLC flowers Line 1 | C8 2023-02-19 In the past year Line 23 |

Illustration 4. Significantly Similar Proportions and Connectedness

1. The green lines illustrate the similar heights between the "c" and "h" in "church" in the **Q4** document and the **C8** document.
2. The blue arrows illustrate the similar connectedness between the "r" and "c" in "church" in the **Q4** document and the **C8** document.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | | Comparison Handwriting of Erin Kathryn Mishkin | |
|---|---|---|---|
| Q9 0000-00-00<br>Dear Cole<br>Line 8 | | C8 2023-02-19<br>In the past year<br>Line 12 | |

Illustration 7. Significantly Similar Connectedness and Proportions

1. The red arrows illustrate the similar connectedness between the top of the "e" and "x" in the **Q9** and **C8** documents.
2. The blue lines and yellow lines illustrate that the aperture at the base of the "x" is much smaller than it is at the top trough.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| **Q3 0000-00-00**<br>Hi Hang in there<br>Line 8 | **C3 0000-00-00**<br>Dispossession of<br>Firearms OP p1 of 2<br>Line 9 |
| **Q3 0000-00-00**<br>Hi Hang in there<br>Line 3 | **C11 2023-12-19**<br>Petition for Order<br>of Protection |

Illustration 6. Significantly Similar Connecting Strokes and Letterforms

1. The green arrows illustrate the open eyelet of the "a" in "back" in the **Q3** and **C3** documents.
2. The blue traced strokes illustrate the similar garland-shaped connecting strokes in "back" and "mail" in the **Q3**, **C3**, and **C11** documents.
3. The yellow ovals illustrate the loop formation in the upper curve of the "c" in "back" in the **Q3** and **C3** documents.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | | Comparison Handwriting of Erin Kathryn Mishkin | |
|---|---|---|---|
| Q1 0000-00-00 Gordon 65910 Line 1 | | C4 0000-00-00 Petition for Order of Protection page 2 of 6 Lines 1, 2, 3 | |
| Q1 0000-00-00 Gordon 65910 Line 2 | | C5 0000-00-00 Petition for Order of Protection page 3 of 6 Line 7 | |
| Q1 0000-00-00 Gordon 65910 Line 3 | | C8 2023-02-19 In the past year Line 1 | |
| Q4 0000-00-00 HTLC flowers Line 1 | | C8 2023-02-19 In the past year Line 9 | |
| Q8 2023-10-24 Envelope from HTLC Line 1 | | C8 2023-02-19 In the past year Line 9 | |
| Q8 2023-10-24 Envelope from HTLC Line 3 | | | |

Illustration 12. Significantly Similar Writing Pattern

1. The blue arrows illustrate the open top of zero in the **Q1**, **Q8**, **C5**, and **C8** documents.
2. The yellow ovals illustrate the S-shaped number five in the **Q1**, **Q4**, **C4**, and **C8** documents. The lower curve of the five is shorter than the cap arm of the number in the **Q1**, **Q4**, and **C8** documents.
3. The green arrows illustrate the direction change stroke on the bottom of the two that moves upward and to the right in the **Q1**, **Q8**, and **C8** documents.
4. The red arrows illustrate the continuous stroke pattern of the "8," and it is open right cusp in the **Q1** and **C8** documents.
5. The blue ovals illustrate the space between the initial stroke and the direction change of the "9"; it is open in the **Q1**, **Q8**, **C4**, and **C8** documents.

20



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| Q2 0000-00-00 Happy Halloween Card Line 2 | C8 2023-02-19 In the past year Line 7 |
| Q5 0000-00-00 I fell In love letter Line 2 | C9 0000-00-00 In conclusion Line 5 |
| | C11 2023-12-19 Petition for Order of Protection Line 3 |
| Q5 0000-00-00 I fell In love letter Line 4 | |

Illustration 11. Significantly Similar Letter Size

1. The blue ovals illustrate the large, elliptical shape of the lower loop of the "y" in the **Q2**, **Q5**, **C8**, **C9**, and **C11** documents.
2. The green traced strokes illustrate the U-shaped cup of the "y" in the **Q2**, **Q5**, **C8**, **C9**, and **C11** documents.

DEMONSTRATIVE EXHIBITS | ERIN KATHRYN MISHKIN



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 10. Significantly Similar Stroke Direction and Letterforms

1. The yellow arrows illustrate the open top of the "o" in "Cole" in the **Q9**, **C2**, **C3**, and **C8** documents. In the **Q9** and **C2** and **C3** documents, the terminal stroke of the "o" begins the initial stroke of the "o," with an interior loop on the left.

2. The green arrows illustrate the rightward curve on the bottom of the "l" in "Cole" on the **Q9**, **C2**, **C3**, and **C8** documents.

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 20 of 48 PageID #: 1312



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDI
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| **Q3 0000-00-00** Hi Hang in there Line 2 — $114^0$ | **C8 2023-02-19** In the past year Line 16 — $110^0$ |
| **Q3 0000-00-00** Hi Hang in there Line 6 — $93^0$ | **C8 2023-02-19** In the past year Line 24 — $105^0$ |

Illustration 10. Significantly Similar Slant and Terminal Strokes

3. The green arrows illustrate the similar garland-shaped terminal stroke between the "a" and "m" in the **Q3** and **C8** documents.
4. The dotted green lines illustrate the similar slant of the "I" of $93^0$-$114^0$ in the **Q3** and **C8** documents.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | Comparison Handwriting of Erin Kathryn Mishkin |
|---|---|
| Q3 0000-00-00<br>Hi Hang in there<br>Line 2 | C8 2023-02-19<br>In the past year<br>Line 16 |
| Q3 0000-00-00<br>Hi Hang in there<br>Line 6 | C8 2023-02-19<br>In the past year<br>Line 24 |

Illustration 9. Significantly Similar Connecting Strokes and Method of Construction

1.  The blue arrows illustrate the similar garland-shaped connecting stroke between the "a" and "m" in the **Q3** and **C8** documents.
2.  The green rectangles illustrate the single downstroke formation of "I" in the **Q3** and **C8** documents.



Demonstrative Exhibits for
Questioned Handwriting Case of
Erin Kathryn Mishkin
Prepared by Dianne Peterson, CFDE
370 South Lowe Ave. Suite A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com

| Questioned Handwriting of Erin Kathryn Mishkin | | Comparison Handwriting of Erin Kathryn Mishkin | |
|---|---|---|---|
| Q3 0000-00-00<br>Hi Hang in there<br>Line 5 | | C5 0000-00-00<br>Petition for<br>Order of<br>Protection page<br>3 of 6<br>Line 2 | |
| Q3 0000-00-00<br>Hi Hang in there<br>Line 9 | | C5 0000-00-00<br>Petition for<br>Order of<br>Protection page<br>3 of 6<br>Line 3 | |

Illustration 8. Significantly Similar Letterforms and Connectedness

1. The blue arrows illustrate similar connectedness between the "t" and "o" in the **Q3** and **C5** documents. Also, the "o" is open at the top in the **Q3** and **C5** documents.

THERE'S "NO BODY"
I'D RATHER HANG OUT WITH
THAN YOU!

HAPPY HALLOWEEN

your family

Hang in there. You are loved.

24



1 Gordon 45920
2 408 Century Ct
3 Franklin TN 37064

Q1

Hi.

Hang in there. I am trying. I'm not sure if you are getting mail but I'll keep writing because its helpful to hope. You are always on my mind.

Work is going well. I am working two jobs. Kids situation is still the same— they keep pushing the date back. I have not/will not talk to Lacy. I'm still super hope you are too.

I lov you ♡

Q3



Holy Trinity Lutheran Church
525 Sneed Read W
Nashville TN 37221

Q4 1

I fell in love with all your flaws & sins
Your scars are really gorgeous
I see light in all the darkness.

You are loved.

Q5



Q6

28

Case 3:24-cv-01121     Document 91-1     Filed 05/22/26     Page 29 of 48 PageID #: 1321



Dear Cole —
I love you
so much.
You are so
handsome. I
like being married
to you. Can we
please have sex
today? I ♡ you.
♡ Erin

Q9

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 30 of 48 PageID #: 1322

C1 0000-00-00 Affidavit EM

C2 0000-00-00 Amended Order

C3 0000-00-00 Dispossession of Firearms OP p1 of 2

C4 0000-00-00 Petition for Order of Protection page 2 of 6

C5 0000-00-00 Petition for Order of Protection page 3 of 6

C6 0000-00-00 Temporary Order of Protection p 2 of 3

C7 2023-00-00 Affidavit 12 13 14

C8 2023-02-19 In the past year

C9 0000-00-00 In conclusion

C9 2023-12-19 Order of Protection  p 1 of 3

C10 2023-12-19 Petition for Order of Protection p 1 of 6

C11 2023-12-19 Petition for Order of Protection

C12 2024-12-28 Order of Protection page 1 of 6

# Comparison Documents of Erin Kathryn Mishkin

## AFFIDAVIT OF ERIN MISHKIN

STATE OF TENNESSEE)

COUNTY OF WILLIAMSON)

I, Erin Mishkin, after being duly sworn according to law, give oath and say:

1.  I am over the age of 18 years old. I am married to Mr. Gordon and understand that Mr. Gordon is charged with several criminal offences in which the State of Tennessee alleges I am the victim of the offense.

2.  I was arrested in October of 2022 for Domestic Assault against Mr. Gordon.

3.  I have filed for divorce in Williamson County in March of 2023 against Mr. Gordon.

4.  I have a current civil custody case in Williamson County with David Scott Mishkin for my alcohol related violations of our parenting plan.

5.  I do not believe that Mr. Gordon poses a threat to me or any member of our family. I have willingly dismissed all Temporary Restraining Orders against Mr. Gordon.

6.  I am an alcoholic in recovery. I have completed in-patient treatment twice in the last year. I have been to alcohol rehabilitation five (5) times over a four-year period. I am currently completing IOP while working the 12-steps with an A.A. sponsor. Mr. Gordon has paid for all alcohol rehabilitation and psychiatric therapy during our marriage.

7.  I am currently sober.

8.  Mr. Gordon has never been physically violent with me or any family member. Mr. Gordon has never pushed, grabbed, hit, strangled, slapped, kicked, or threaten to attempt to be violent.

9.  Mr. Gordon has never stolen, attempted to steal, rob, burglarize, or break into our marital home or personal property.

10. I relapsed from a short stint of sobriety in May of 2021 was under the influence of alcohol and prescription medicine every day from June of 2021 through April of 2023. I was only completely sober while at in-patient rehabilitation.

11. I was under the influence of alcohol and prescription medicine during my court testimony and during each police report.

J 87
# 127

12. I have been medically diagnosed with several mental health issues since 2019. I am prescribed to several medications that have a negative mind-altering effect with my alcohol abuse disorder.

13. I was extremely intoxicated and abusing prescription medicine on each incident that occurred on November 29th 2022, February 23rd 2023, and March 18th 2023. Mr. Gordon has never been violent, nor was not violent on or about any of these dates.

14. I ask the court to dismiss all pending charges against Mr. Gordon and allow for me to continue treatment for alcohol abuse and psychiatric conditions.


Erin Mishkin


SWORN TO AND SUBSCRIBED before me this the 20th day of July , 2023.

NOTARY PUBLIC

June 2, 2025
MY COMMISSION EXPIRES

NOTARY PUBLIC
County of Williamson
Katherine Morton
My Commission Expires
June 2, 2025
STATE OF TENNESSEE

J 88
# 128

⑤ Custody Rights – Does anyone besides you or the Respondent claim to have custody or visitation rights to the children that you and Respondent have together? ☐ Yes ☒ No   If "Yes," who?

Name                                                    Address

_____        _____

_____        _____

⑥ Describe Abuse – (use additional sheets of paper if necessary and attach to Petition)

Describe abuse, stalking or assault (include, IF APPLICABLE, information about abuse or fear of abuse to your child(ren), personal property or animals)

1 See Attached

Where and when did this happen?

most recent letter received on 12/17/23 to my home (805 Founders Point Blvd Franklin, TN 37064)

All other letters and phone calls also to my home.

All above has happened in Williamson County TN (11/29/22 - present)

Describe any weapons used.

3. 8-23-2023 - CR 17337- Hands
2- 7-3-23 -2023 CR 17335 - hands, weapon
11-29-72-00 2023 CR 17320 - pillow, hands

I ask the court to make the following Orders after the hearing: (check all that apply)

⑦ ☒ No Contact
Please order the Respondent to not contact: ☒ me ☒ my children under 18, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

⑧ ☒ Stay Away
Please order the Respondent to stay away from ☒ my home ☒ my workplace or ☒ from coming about me for any purpose.

10/27/2021
Form #OP2021-1                          Petition for Order of Protection                    C5      page 3 of 6

37

The Court having reviewed the Petition for Temporary Order of Protection and finding, pursuant to TCA §36-3-605(a), that Petitioner is under an immediate and present danger of abuse from the Respondent and good cause appearing, the court issues the following:

*Warningl*
☐ Weapon involved
☐ Has or owns a weapon

*Orders to the Respondent:*

☑ Do not abuse, threaten to abuse, hurt or try to hurt, or frighten Petitioner and/or Petitioner's minor children under 18.

☑ Do not put Petitioner and/or Petitioner's minor children under 18 in fear of being hurt or in fear of not being able to leave or get away.

☑ Do not stalk or threaten to stalk Petitioner and/or Petitioner's minor children under 18.

☑ Do not come about the Petitioner and/or Petitioner's minor children protected by this order (including coming by or to a shared residence) for any purpose.

☑ Do not contact the Petitioner and/or Petitioner's minor children protected by this order either directly or indirectly, by phone, email, messages, mail or any other type of communication or contact.

☐ If the parties share(d) a residence, Respondent must immediately and temporarily vacate the residence shared with the Petitioner, pending a hearing on the matter.

☐ If the parties shared a residence, Respondent can obtain his/her clothing and personal effects such as medicine as follows: (List process as approved by local law enforcement personnel)

_____

_____

_____

_____

☑ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

☑ Other orders: DO not send mail to my home & not give my address out to any third party to err mail to my home do not have any third party/landlord mail for any reason.

☑ **Go to court** on *(date):* _____ at _____ ☐ a.m. / ☐ p.m.

at *(location)* WILLIAMSON COUNTY JUDICIAL BLDG @ 135 4TH AVENUE SOUTH, FRANKLIN, TN. 37064

You must obey these orders until the date of the hearing or until changes are made by the court. If you do not agree with these orders, go to the court hearing and tell the court why. If you do not go, the court can make orders against you. You have the right to bring your own lawyer. If you do not obey all orders on this form, you may be fined and sent to jail.

Only the court can change this Order. Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner tries to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be sent to jail for up to 10 days and fined up to $50 for each violation

*(TCA § 36-3-610)*

Date _____ Time _____ ☐ a.m. ☑ p.m. ▶ _____
Judicial officer's signature

## Warnings to Respondent:

A copy of this Order will be sent to all law enforcement agencies where Petitioner resides AND any court in which the respondent and petitioner are parties to an

This is a Court Order

Temporary Order of Protection (ORDER OF THE COURT)

page 2 of 3

01/01/17
Form #OP2017-2

C6

38

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 35 of 48 PageID #: 1327

ELECTRONICALLY FILED
2023 Dec 19 4:32 PM - 23CV-52319
Williamson County, Clerk & Master

## Petition for Order of Protection and Order for Hearing

Case # (the clerk fills this in):

~~2023-OP~~ _____

In the ~~GENERAL SESSIONS~~ Court of WILLIAMSON County, TN

Petitioner's name: *(person needing protection)*
(List Child's name if filed on behalf of person under 18 years of age pursuant to TCA §36-3-602)

Erin _____ Katrngn _____ Mishkin _____
first / middle / last

**Check If Applicable:**

☐ Petitioner is under 18 and this Petition is being filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602. *This request is being made by* _____ who is ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

☐ This request is being made by a law enforcement officer pursuant to TCA §36-3-619.
Person on whose behalf this Petition is filed consents in writing to the filing and signs here

➡ _____

**\*\*PETITIONER'S CHILDREN UNDER 18 THAT PETITIONER BELIEVES ARE IN NEED OF PROTECTION:**

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|---|---|---|---|---|---|
| 1. Nicholas Mishkin | 9 | non | 3. Jack Mishkin | 5 | none |
| 2. Emma Mishkin | 7 | non | 4. | | |

**Respondent's Information** *(person you want to be protected from):*

Rupert _____ Cole _____ Gordon _____ 9/17/84
first / middle / last / date of birth (MM/DD/YYYY)

Williamson County Jail _____ _____ TN
street address / city / state / zip

Respondent's Employer: _____
Employer's name / Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | |
|---|---|---|---|---|---|
| ☑ Male | ☑ White | ☐ Black | ☐ Brown | Height | 6'1 |
| ☐ Female | ☐ Asian | ☐ Grey | ☑ Hazel | Weight | 210 |
| | ☐ Black | ☐ Blond | ☐ Blue | Social Sec. # | (Provided to Clerk's office if known) Do not list it here. XXXXXXXXXXXXXXXXXXXXX |
| | ☐ Hispanic | ☐ Bald | ☐ Green | | |
| | ☐ Other: | ☑ Brown | ☐ Gray | Scars/Special Features | Tattoo on back and arm |
| | | ☐ Other: | ☐ Other: | Phone Number | 504 353 5408 |

Case 3:24-cv-01121   Document 91-1   Filed 05/22/26   Page 36 of 48 PageID #: 1328

In conclusion, I want this cycle of abuse from Robert Burden to end so my children and I can live a safe and happy life. I am asking the city I reside in, Williamson County, TN, for their support to do so with an order of protection and any other means deemed appropriate.

2/19/23

In the past year, (father) Cole Gordan has been charged multiple times with violent crimes against myself. Charges include robbery of my home, aggravated burglary of my home, aggravated assault (multiple) domestic assault (multiple) violation of bond conditions (multiple) violation of a no contact order (multiple) and aggravated stalking. As a result Cole is currently held incarcerated at: Williamson County Jail with bond revoked since 9/2023. (2023-CR 17824, 17521, 17987, 17337, 17335, 17322, 17320)

I have endured physical, emotional and sexual abuse from this man that has been life altering. Cole has sent me death threats, threatened death, caused physical harm to my body, several bruise that required attention from the doctor, concussion, broken toe and teeth scratches on my chest that left a scar and multiple broken ribs. Cole has caused damage to my home, car and possessions. The emotional abuse was far worse and I am currently in intensive PTSD therapy.

Not only have I endured the life altering trauma by this man, but Cole has also harassed everyone close to me. These people include my mother and sister (who were awarded a no contact through the City of Spring Hill, TN), my ex-husband David Mankin if his home, David's counsel, my counsel, my treatment center, my coworkers, my past employer (Clearview Baptist Church) and current employer (Franklin Special School District where I am a special education teacher)

In September 2023, FSSD took legal action against Cole when he impersonated a police officer (2023 CR 3655) and harassed my school officials and fellow colleagues to the point that school dismissed but kids were questioned for the safety of all that day.

Cole has been asked by myself, attorneys, family, my ex husband, the kids, the jail, police officers, DAs, and detectives to stop contact and he continues.

C8

40

12. I have been medically diagnosed with several mental health issues since 2019. I am prescribed to several medications that have a negative mind-altering effect with my alcohol abuse disorder.

13. I was extremely intoxicated and abusing prescription medicine on each incident that occurred on November 29th 2022, February 23rd 2023, and March 18th 2023. Mr. Gordon has never been violent, nor was not violent on or about any of these dates.

14. I ask the court to dismiss all pending charges against Mr. Gordon and allow for me to continue treatment for alcohol abuse and psychiatric conditions.

Erin Mishkin

SWORN TO AND SUBSCRIBED before me this the ___ day
_____ o _____ 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES

NOTARY PUBLIC
County of Williamson
Katherine Morton
My Commission Expires
Su Oct 2, 2023
STATE OF TENNESSEE

C7

**AFFIDAVIT**

STATE OF TENNESSEE )

COUNTY OF WILLIAMSON)

I, Erin Mishkin, after being duly sworn according to law, give oath and say:

1. I understand that Mr. Gordon is charged with several criminal offenses in which the State of Tennessee alleges I am the victim of the offense.

2. I am in favor of being able to communicate with Robert Cole Gordon, by electronic means, including text messaging and emails, as well as via telephone for the purposes of discussing marital financial matters and so that we can participate in joint remote therapy if/when appropriate.

3. I understand that Mr. Gordon's current bail conditions require him to be under house arrest and wear a GPS monitoring device.

4. I would like for the Court to remove the condition of bail that requires Mr. Gordon to be on house arrest, as I believe this is extreme, unnecessary, and detrimental to his well-being.

4. I would like for the Court to remove the condition of bail that requires Mr. Gordon to be on house arrest, as I also believe it is detrimental to his employment responsibilities.

Erin Mishkin

C1

33

ELECTRONICALLY FILED
2024 Feb 28 9:39 PM 23CV-52319
Williamson County, Clerk & Master

**Order of Protection**
☐ **Amended Order**
☐ Petitioner is under 18

Case # *(the clerk fills this in):*

In th. _____ Court of <u>WILLIAMSON</u> _____ County, TN

**Petitioner** *(person needing protection)*

Erin _____ Kathryn _____ Mishkin _____
first / middle / last

**Petitioner's Children under 18 Protected by this Order:**

Name, Age, Relationship to Respondent
1. Nicholas Mishkin - 9
2. Emma Mishkin - 7

Name, Age, Relationship to Respondent
3. Jack Mishkin - 5
4. _____

**X** **Respondent's Information** *(person you want to be protected from):*

Rebria _____ Cru _____ Gordon _____ 9/17/84
first / middle / last / date of birth (MM/DD/YYYY)

Williamson County Jail _____ TN _____
street address / city / state / zip

Respondent's Employer: _____
Employer's name _____ Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White | ☐ Black | ☐ Brown | Height | 6' 1 | Weight 210 |
| ☐ Female | ☐ Asian | ☐ Grey | ☑ Hazel | Social Sec. # (If known) | (Provided to Clerk's office if known) **Do not list it here. XXXXX** | |
| | ☐ Black | ☐ Blond | ☐ Blue | | | |
| | ☐ Hispanic | ☐ Bald | | Scars/Special Features | tattoo on back and arm | |
| | ☐ Other: | ☑ Brown | ☐ Green | | | |
| | | ☐ Other: | ☐ Grey | Phone Number | 501 353 5408 | |
| | | | ☐ Other: | | | |

**Petitioner's relationship to the Respondent** *(Check all that apply):*
☐ We are married or used to be married.
☑ We live together or used to live together.
☐ We have a child together.
☑ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____
☐ We are the children of a person whose relationship is described above *(Specify):* _____
☑ The Respondent has stalked me.
☐ The Respondent has sexually assaulted me.
☐ Other: _____

**STOP**

This is a Court Order,

Revised STATE OF TENNESSEE
Form #OP20 WILLIAMSON COUNTY
Order of Protection
I, THE UNDERSIGNED CLERK & MASTER, DO HEREBY
CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL
OF THIS INSTR... ...HIS CAUSE.
JAKOB L. SCHWENDIMANN, Clerk & Master

Page 4 OF 6

C2

CHANCERY COURT SEAL WILLIAMSON CO. TN

Billing telephone number: _____

New account holder *(name).* _____

All telephone numbers to transfer to new account holder:

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

☐ Check box to include attachment with additional telephone number(s).

*If the judge makes this order, you will be financially responsible for the transferred wireless telephone number or numbers, including the monthly service costs and costs of any mobile device associated with the wireless telephone number or numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

(10) ☐ Other Orders: *(General Relief)* Do not send mail to my home, do not give my address out to any third party to send stop mail to my home, do not have any third party contact me for any reason.

I also ask the court to: me for any reason.

1. Make an immediate Temporary Order of Protection. (*Ex-Parte Order of Protection*)
2. Notify law enforcement in this county of that Order.
3. Serve the Respondent a copy of that *Order* and Notice of Hearing to take place within **15 days** of service.
4. Serve a copy of the Request, Notice of Hearing and Temporary Order on the parents of the Petitioner (if the Petitioner is under 18 years of age) unless the Court finds that this would create a serious threat of serious harm to the Petitioner. *T.C.A. §36-3-605 (c )*

Petitioner (parent/legal guardian/caseworker/law enforcement personnel) signs below in front of a notary public and swears that he/she believes the above information is true:

➡ _____ Date: 12/19/23

Notary fills out below (TCA §36-3-602) –
I declare that the Petitioner has read this Petition,
and swears it be true to the best of her/his knowledge.
Sworn and subscribed before me, the undersigned authority,

By *(Print name of notary,*

On this date:

▸
_____       _____
Notary or Court Clerk or Judicial Officer signs here       Date notary's commission expires

~~DEBBIE MCMILLAN BARRETT~~
~~CIRCUIT COURT CLERK~~
135 FOURTH AVENUE SOUTH
FRANKLIN, TN 37064

DEBRA A. STEVENS
NOTARY PUBLIC AT LARGE
WILLIAMSON COUNTY, TN

10/27/2021
Form #OP2021-1

Petition for Order of Protection

C11

43

ELECTRONICALLY FILED
2024 Feb 28 8:39 PM  03CV-52319
Williamson County, Clerk & Master

**Order of Protection**
☐ **Amended Order**
☐ Petitioner is under 18

| Case # *(the clerk fills this in):* |
| --- |
|  |

In the _____ Court of WILLIAMSON _____ County, TN

**Petitioner** *(person needing protection)*

Erin _____ Kathryn _____ Munkin

first                                     middle                                      last

**Petitioner's Children under 18 Protected by this Order:**

Name, Age, Relationship to Respondent          Name, Age, Relationship to Respondent

1. Nicholas Minkin - 9                    3. Jack Mishkin - 5

2. Emma Minkin - 7                        4: _____

**Respondent's Information** *(person you want to be protected from):*

Reba _____ Lee _____ Gordon _____ 9/17/84

first                    middle                      last                  date of birth (MM/DD/YY)

Williamson County Jail _____ _____ TN _____

street address                                 city                    state      zip

Respondent's Employer: _____

Employer's name                                          Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
| --- | --- | --- | --- | --- | --- | --- |
| ☑ Male | ☑ White | ☐ Black | ☐ Brown | Height | 0'1 | Weight 210 |
| ☐ Female | ☐ Asian | ☐ Grey | ☑ Hazel | Social Sec. # (If known) | (Provided to Clerk's office if known) Do not list it here. XX | |
| | ☐ Black | ☐ Blond | ☐ Blue | | | |
| | ☐ Hispanic | ☐ Bald | | Scars/Special Features | tattoo on back and arm | |
| | ☐ Other: | ☑ Brown | ☐ Green | | | |
| | | ☐ Other: ___ | ☐ Grey | Phone Number | 601 353 5408 | |
| | | | ☐ Other: ___ | | | |

**Petitioner's relationship to the Respondent** *(Check all that apply):*

☐ We are married or used to be married.          ☑ We live together or used to live together.
☐ We have a child together.                       ☑ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____
☐ We are the children of a person whose relationship is described above *(Specify):* _____
☑ The Respondent has stalked me.                 ☐ The Respondent has sexually assaulted me.
☐ Other: _____

**STOP**

Revised 07/01/22
Form #OP2018-7

This is a Court Order.

Order of Protection

C12
44    page 1 OF 6

① Check all of the following that apply to the Petitioner:

   a. ☐ We are married or used to be married.
   b. ☑ We live together or used to live together.
   c. ☐ We have a child together.
   d. ☑ We are dating, used to date, or have had sex.
   e. ☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____
   f. ☐ We are the children of a person whose relationship is described above *(Specify):* _____
   g. ☑ The Respondent has stalked me.
   h. ☐ The Respondent has sexually assaulted me.
   i. ☐ Other: _____

**Warning!**
☐ Weapon involved
☐ Has or owns a weapon

② List all children under 18 that you have:
   ☑ *Check here if listing addresses would put you or your child in danger. If so, leave any spaces for addresses blank.*

| Name of Child | Age | Is Respondent the parent of the child? (Write "yes" or "no") | Does the child need to be protected from the Respondent? | Child's address |
|---|---|---|---|---|
| nichaei mimkin | 9 | no | yes | |
| Emma minkin | 7 | no | yes | |
| Jack minkin | 5 | no | yes | |
| | | | | |
| | | | | |
| | | | | |

③ Where else have the children (that you and Respondent have together) lived during the last 6 months?

Children's previous addresses            Who did they live with at this address?

_____      _____
_____      _____
_____      _____
_____      _____

④ Other Court Cases – Is there any court, other than this court, in which the respondent and petitioner are parties to an action? (including cases in which the parties have children in common)
☑ Yes ☐ No    If "Yes," fill out below:

County and State of other case: WILLIAMSON TN     Case Numb.. _____ (if you know it)

Kind of case *(check all that apply):* ☑ Divorce ☑ Domestic Violence ☑ Criminal ☐ Juvenile ☐ Child Support
☐ Other *(specify):* multiple violent criminal charges in williamson where I am listed as the victim.

Case 3:24-cv-01121    Document 91-1    Filed 05/22/26    Page 44 of 48 PageID #: 1336

WRITTEN BY ERIN

# Firearms Declaration
## (TCA §36-3-625 - Order of Protection)

Case # (the clerk fills this in):

In the _____ Court of WILLIAMSON _____ County, TN

**Petitioner's name** (person needing protection) [**Petitioner's children under 18 that are in need of protection are listed below]:
If Petitioner is under 18, insert child's name if filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602. This request is being made by _____ who is ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

Erin                    Katnryn                    Mishkin
first                   middle                     last

**Petitioner's Children under 18 Protected by this Order:**

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|------|-----|----------------------------|------|-----|----------------------------|
| 1. Emma Mishkin | 7 | | 2. Jack Mishkin | 5 | |
| 3. Nicholas Mishkin | 9 | | 4. | | |

**Respondent's Information:**

Robert                  Cole                       Gordon                     9/17/84
first                   middle                     last                       date of birth (MM/DD/YYYY)

Williamson County Jail                             TN
street address                                     city                       state    zip

Respondent's Employer: _____
Employer's name                                    Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | |
|-----|------|------|------|------------------------------|---|
| ☒ Male | ☒ White | ☒ Black | ☐ Brown | Height | 6'1 |
| ☐ Female | ☐ Asian | ☐ Grey | ☒ Hazel | Weight | 210 |
| | ☐ Black | ☐ Blond | ☐ Blue | Social Sec. # | |
| | ☐ Hispanic | ☐ Bald | ☐ Green | Scars/Special Features | tatoo on back and arm |
| | ☐ Other: | ☐ Other: ___ | ☐ Gray | Phone Number | 80 353 5408 |
| | | | ☐ Other: ___ | | |

STOP

**To the Respondent:** Pursuant to TCA §36-3-625, you shall dispossess (no longer have in your possession) all firearms within forty-eight (48) hours of the issuance of the Order of Protection.

Fill out this form and file it with the Court Clerk within the time frame the Court has ordered you to do so, or within 1 business day of surrendering your firearms.

1. **Start and End Dates of the Order of Protection**

   The Respondent was given reasonable notice of the hearing and an opportunity to be heard. The Respondent understands that s/he must not own or have any firearms while the Order is in effect.

   This Order starts (date): _____ This Order ends (date): _____

2. **Firearms Disposal (Respondent must read and fill out below):**

   I understand I may not own or have firearms while this Protective Order is in effect.

   ➢ Check one box below:

   ☒ I do not own or possess firearms (skip to signature line on page 2)
   ☐ I own or possess firearms (continue filling out the rest of the form)

   C3

# DIANNE PETERSON, CFDE®

## CURRICULUM VITAE

**COURT-QUALIFIED EXPERT WITNESS TESTIMONY AS A FORENSIC DOCUMENT EXAMINER /HANDWRITING EXPERT IN THE FOLLOWING COURTROOMS:**

FL-Probate, Circuit

AL- Circuit,

KY- Family

TN- General Sessions, Chancery, Criminal

GA- Superior, Probate, Municipal

BAHAMAS: Supreme

**EDUCATION**

- ❖ Bachelor of Science, East Tennessee State University (ETSU), 2013
- ❖ Forensic Document Examination Course by Kathie Koppenhaver, 2012
- ❖ International School of Forensic Document Examination (ISFDE), 2007-2009

**PROFESSIONAL AFFILIATIONS/CERTIFICATION/PUBLISHED ARTICLE**

- ❖ Member of the Scientific Association of Forensic Examiners (SAFE)
- ❖ Treasurer of SAFE 2014-Currently
- ❖ SAFE Membership Committee
- ❖ Certification as a Forensic Document Examiner by SAFE, 2017, Recertified 2024-2029
- ❖ Journal of Forensic Research: How to Submit Evidence for A Questioned Signature Case, 2018

**PROFICIENCY TESTING/CONTINUING EDUCATION**

- ❖ Completed Handwriting Document Examination Proficiency Testing Successfully by Collaborative Testing Services (CTS) 2015, 2020, 2023
- ❖ Forensic Document Examination Seminar, Edgewood, MD, 2011
- ❖ Forensic Document Examination Seminar & Workshop, Palm Beach, FL 2014
- ❖ National Association of Document Examiners (NADE) Seminar, Nashville, TN, 2015
- ❖ American Academy of Forensic Science (AAFS) Online Conference 2021

- ❖ Scientific Association of Forensic Examiners (SAFE) International Online Conferences: 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com

46

ALIGNMENT- arrangement of writing on a page.

ABSENT CHARACTER—a character or character combination that is present in one body of writing but not present in another body of writing.

CONNECTORS- a line that joins letters and sometimes words.

CHARACTER- any language symbol (letter, numeral, punctuation mark, or other sign)

CHARACTERISTIC- a feature, quality, attribute, or property of writing.

DIACRITICS- accent marks used over letters such as an i-dot.

DISTORTED WRITING- writing that does not appear natural but may be.

EMBELLISHMENT- a decorative detail or feature added to make the writing more attractive.

GARLAND- a sagging dish like connection that joins one letter to another.

INITIAL STROKE- beginning stroke or the approach stroke, the first stroke that commences a line letter.

LEGIBILITY- letters and words distinguishable or not.

LETTER DESIGN/LETTERFORMS- the master image of reproductions of letters a person holds in their head.

LINE QUALITY is the character and details of the lines in the writing, and it is a product of movement, speed, and pressure.

MASTER PATTERN- range of writing habits of an individual writer.

MEDIAL LETTERS- letters located in the center of a word.

METHOD OF CONSTRUCTION- the number of strokes and complexities that form a letter.

PATCHING- retouching strokes of writing

PATTERNS- the habitual movement of the writing.

PEN LIFTS- places where the pen is lifted from the paper.

PRESSURE- the quality of the written line caused by the downward force of the pen on the paper.

PROPORTION- relative size, height, and width of one handwriting part to another.

RHYTHM-harmonious, orderly, and recurrent movements of the writing.

SKILL LEVEL—a factor of movement—is the high level of ability, proficiency, and ease of performance gained through repeated practice.

>  High-skill level- smooth and fast writing

>  Lower-skill level: slow writing, clumsy letterforms, irregular heights, spacing and sizing of letters, Pen stops, and
>  angularity. (Deliberate manner and conscious attention to the act of writing.

SLANT/SLOPE-tilt of the writing to the left or right from the 90° or vertical position.

SPACING- the measurement between words, letters, or letter combinations.

TERMINAL STROKE-final or ending strokes on a word or letter.
TREMOR—loss of muscular control of the writing instrument that results in deviations or discontinuities in the quality of the writing strokes is frequently found.

UTILIZATION OF SPACE AND SPATIAL ALIGNMENT- Margin patterns, placement of signatures on the signature line, baseline alignment, and writing arrangement.

WRITING SIZE- reflects each writer's unconscious range of movement of the hand and fingers. The height of the letters, especially the small letters, is the usual way to estimate the size of the letters.

WRITING SPEED-rapidity of movement in all physical activity

VARIATION—the natural change in handwriting due to the human hand's inherent inability to write with mechanical precision.

45

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

RECEIVED

MAY 22 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Robert C Gipson
#65920
408 Century Ct
Franklin, TN 37064

US District Court
719 Church St #1300
Nashville, TN 37203

LEGAL MAIL




UNITED STATES OF AMERICA
FOREVER/USA

FOREVER / USA

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131