3:24-CV-01121 (8m)

EXHIBIT B

ATTORNEY FOR HOLY TRINITY CHURCH CONFIRMS ERIN MISHKIN & HER STOLEN IDENTITY "ERICA LANE" ARE UNKNOWN TO THE CHURCH. THUS, IMPOSSIBLE FOR GORDON TO RECEIVE MAIL FROM "THE CHURCH" AS ADDRESSED ; MISHKIN USED POSTAL SERVICE TO CARRY OUT FRAUD.

ALSO, MISHKIN USED HER CREDIT CARD TO PAY FOR POSTAGE AT THE UPS STORE WHILE ON CAMERA — UPS STORE #7281 IS 127 YARDS FROM MISHKINS HOUSE IN FRANKLIN, TN.

PLAINTIFF WAS CRIMINALLY CHARGED FOR RECEIVING THESE LETTERS. ON 8/20/25 MISHKIN DENIES UNDER OATH SHE MAILED, WROTE, OR DIRECTED ANYONE THE LETTERS. THOUGH FORENSIC PROOF CLEARLY SHOWS OTHERWISE.

MORE GREAT POLICE WORK BY DEFENDANTS

Linnea Folger
President, Church Council
Holy Trinity Lutheran Church
525 Sneed Rd.
Nashville, TN 37221

November 25, 2024

Mr. Robert C Gordon
408 Century Ct
Franklin, TN 37064


To Whom It May Concern:

This letter is to confirm that neither Erica Lane nor Erin Mishkin are either employed by or are members of Holy Trinity Lutheran Church. If either of these individuals has listed Holy Trinity as their address, that is an error. These individuals are unknown to us.

Sincerely,

Linnea Folger
President, Church Council

Notary

Jasmine Young
Print

November 25, 2024
Date

STATE OF TENNESSEE NOTARY PUBLIC
JASZMINE YOUNG
DAVIDSON COUNTY

exp: 01/11/2026

309-2C9

Robert Cole Gordon – inmate

FAKE/STOLEN IDENTITY

MINISTER —▷ ERICA LANE
(615) 668-4000
THE UPS STORE #7281
STE 2
1441 NEW HWY 96 W
FRANKLIN TN 37064-4831

SAME —▷
ADDRESS
AS FORGERY
IN AUGUST

SHIP GORDON 65920
TO: 408 CENTURY CT

I LBS     I OF I
SHP WT: 1 LBS
DATE: 28 NOV 2023

FRANKLIN TN 37064-3986

TN 370 1-02

UPS GROUND

TRACKING #: 1Z 9VA 824 03 2289 4827

GORDON 65920
408 CENTURY CT

FRANKLIN TN 37064

P: BRENT     S: IN          I:

BILLING: P/P     JROD – 4300

1Z9VA824032289     4827
GVU1TKP     THFRAUDC001 NOV 29 01:26:28 2023
US     3701     HIP 23.9.0     ZT411R

B 42     P

11/28     (51)

Case 3:24-cv-01121     Document 91-2     Filed 05/22/26     Page 3 of 4 PageID #: 1343

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office



Robert C Gordon
#65920
408 Century Ct.
Franklin, TN 37064



UNITED STATES
OF AMERICA
FOREVER/USA

FOREVER / USA

US DISTRICT COURT
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL MAIL

RECEIVED
MAY 2 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131