IN THE US DISTRICT COURT FOR M.D. TENN AT NASHVILLE

ROBERT GORDON

v                                              CASE # 3:24-cv-01121

CHAD YOUKER, ET AL

## NOTICE OF ASSAULT

COMES NOW, ROBERT C GORDON, GIVES NOTICE OF CHAD YOUKER PHYSICALLY PUSHING PLAINTIFF IN THE CHEST LEAVING A RED MARK & BRUISE ON 4/29/26 IN SOLITARY CONFINEMENT CELL 130.

PLAINTIFF WOULD LIKE TO PRESS CRIMINAL CHARGES & HAVE COUNSELING DUE TO THE ASSAULT. PLAINTIFF REQUEST THIS COURT ORDER YOUKER TO STOP RETALIATING & PHYSICALLY TOUCHING PLAINTIFF IN ANY CAPACITY

## CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 6/1/26

EMMERSON MARUATT                    APRIL POMEO

3310 W. END # 550                  735 BROAD ST #100

NASHVILLE, TN 37203                 CHATTANOOGA, TN 37402

