IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V                                    CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED

JUL - 9 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

OBJECTION TO AMENDED ANSWER

COMES NOW, ROBERT GORDON, HEREBY OBJECTS & DISAGREES WITH DEFENDANTS AMENDED ANSWER.

PLAINTIFF RESERVES THE RIGHT TO AMEND HIS OBJECTION AT A LATER DATE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL 6/29/26 TO 3310 W. END AVE # 550 NASHVILLE, TN 37203



Robert C Roass
#G51320
408 Century Ct
Franklin, TN 37064

372033-7055 C019

US DISTRICT COURT
719 CHURCH ST #1700
NASHVILLE, TN 37203

LEGAL MAIL

RECEIVED
JUL 9 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FOREVER / USA

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131