**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-CV-01121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **OFFICE, CHAD YOUKER, ASHLEY** | ) | |
| **LINDQUIST, f/n/u APER, CHRIS GRAY,** | ) | **Magistrate Judge Luke A. Evans** |
| **JEFF HUGHES, and LISA CARSON, ESQ.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL OF COUNSEL

Please take notice that April D. Romeo, formerly of Copeland, Stair, Valz & Lovell, LLP, shall be withdrawn as counsel of record for Defendant Lisa Carson. Please remove April D. Romeo from all notices and correspondence in this matter.

Defendant Lisa Carson will continue to be represented by Brian S. Spitler of Copeland, Stair, Valz & Lovell, LLP. Please direct all future notices and correspondence to the undersigned counsel.

Respectfully submitted this 28th day of July, 2026.

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Brian S. Spitler*
BRIAN S. SPITLER, BPR. No. 334135
735 Broad Street, Suite 1100
Chattanooga, TN 37402
Phone: 423-777-4693
Fax: 423-648-2283
bspitler@csvl.law
*Counsel for Defendant Lisa Carson*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon all counsel of record by placing a true and exact copy of said pleading in the United States Mail with sufficient postage thereupon to carry the same to its destination, and/or by electronic mail, addressed as follows:

Robert C. Gordon
#65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064
*Pro Se Plaintiff*

Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550 Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
*Attorneys for Williamson Co. Defendants*

This 28th day of July, 2026.

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Brian S. Spitler*