IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

ROBERT GORDON

v

WCSO, ET AL

CASE # 3:24-CV-01121

RECEIVED

AUG 12 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## MOTION FOR DISCOVERY CONFERENCE

COMES NOW, ROBERT C GORDON, HEREBY MOVES THIS COURT PURSUANT TO FRCP 26.06 FOR A DISCOVERY CONFERENCE.

FRCP (A) - STATEMENT OF ISSUES AS THEY APPEAR - PLAINTIFF HAS MADE A GOOD FAITH EFFORT TO REACH COUNSEL FOR DEFENDANTS FOR A DISCOVERY PLAN. DEFENDANTS HAVE NOT PARTICIPATED OR REPLIED TO ANY REQUEST FOR A CONFERENCE OR ANY ATTEMPT TO CONFER. THE CORE ISSUE OF THE CASE IS SEXUAL ABUSE & RETALIATION

FRCP 26.06 (B) - PROPOSED PLAN & SCHEDULE - PLAINTIFF IS UNABLE TO COMPLY WITH LOCAL RULE 26 AS A "JOINT PROPOSED DISCOVERY PLAN" IS NOT POSSIBLE AS THE DEFENDANTS WILL NOT COOPERATE.

FRCP 26.06 (C) - LIMITATION PROPOSED TO BE PLACED ON DISCOVERY - PLAINTIFF PROPOSED A TEN YEAR OR FIRST DATE OF EMPLOYMENT FOR DATES. ALL ELECTRONICALLY STORED INFORMATION IS DISCOVERABLE

FRCP 26.06 (E) " PLAINTIFF MAKING THIS MOTION HAS MADE A REASONABLE EFFORT TO REACH AGGREEMENT WITH OPPOSING COUNSEL ON THE MATTERS SET FORTH IN THE MOTION. PLAINTIFF HAS PARTICIPATED IN GOOD FAITH EFFORT TO FRAME A DISCOVERY PLAN. NOTICE OF THIS MOTION HAS BEEN SERVED ON ALL PARTIES "

FRCP 26.06 (2) EVIDENCE IS STORED ELECTRONICALLY INCLUDING VIDEO, AUDIO, E-MAIL, TEXT THAT IS REQUIRED IN DISCOVERY. PLAINTIFF SEEKS AN ORDER PURSUANT TO FRCP 26.06 (3)

FRCP 26.06 (4) PLAINTIFF MOVES THIS COURT FOR AN ORDER REQUIRING COUNSEL TO CONFER TO REACH AN AGREEMENT ON (A) ELECTRONICALLY STORED INFORMATION (B) THE FORM OF PRODUCTION (C) STEPS TO PRESERVE RELEVANT INFORMATION (D) PRESERVATION OF DISCOVERABLE INFORMATION.

WHEREFORE PLAINTIFF REQUEST A DISCOVERY CONFERENCE PURSUANT TO FRCP 26.06 OR A CASE MANAGEMENT CONFERENCE UNDER M.D. LR 16 ξ UTILIZATION OF A SAMPLE CASE MANAGEMENT ORDER.

COUNSEL HAS NOT REPLIED TO ANY ATTEMPT TO CONFER.

FURTHERMORE, PURSUANT TO M.D. LR 16.02 ADR, PLAINTIFF MOVES THIS COURT TO CONSIDER ADR IN THE FUTURE FOR A COURT REFERRAL

RESPECTFULLY,

## CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 8/1/26 VIA US MAIL TO EMMERSON MARUTT 3310 WEST END AVE. SUITE 550 NASHVILLE, TN 37203

(3)



Robert Gordon
#257720
408 Century Ct
Franklin, TN 37064

RECEIVED
AUG 12 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court
719 Church St #1300
Nashville, TN 37203

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FOREVER / USA

LEGAL
MAIL

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131