RECEIVED

AUG 1 2 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

EXHIBIT A

RULE 26 (f)

ATTEMPT TO CONFER

3:24-CV-01121

(KM)

RE: FRCP 26(f), 30, 33

ARRANGING CONFERENCE FOR DISCOVERY

PLAN & PRESERVING DISCOVERABLE INFORMATION

PURSUANT TO FRCP 26(f) THIS IS A REQUEST

TO ARRANGE A CONFERENCE FOR DISCOVERY AND

DISCUSS THE FOLLOWING ITEMS:

A - BRIEF SUMMARY OF THIS CASE & PROPOSED SCHEDULE

B - PRESERVING DISCOVERABLE INFORMATION

C - BASIS FOR SUBJECT MATTER JURISDICTION

D - RELATIONSHIP OF THIS CASE TO OTHERS

E - CONTEMPLATED AMENDMENTS

F - ANTICIPATED DISCOVERY DISPUTES, ELECTRONIC INFORMATION

G - FACILITATION / ARBITRATION / CASE EVALUATION

H - ANTICIPATED MOTION PRACTICE

I - SETTLEMENT

I WOULD LIKE TO CONFER ON JULY 10, 2026

AT 408 CENTURY COURT FRANKLIN, TN 37064.

PLEASE ADVISE YOUR SCHEDULE OVER THE NEXT TWO

WEEKS, OR CONFIRM YOUR ATTENDANCE.

RESPECTFULLY,

RE: REQUEST FOR PRODUCTION OF DOCUMENTS                                    5/20/26

PURSUANT TO RULE 34 OF FRCP, THIS IS A REQUEST THAT YOU ("YOU" MEANS BY YOU INDIVIDUALLY & ANYONE YOU ARE INVOLVED WITH JOINTLY) PRODUCE & PERMIT INSPECTION OF DOCUMENTS & TANGIBLE OBJECTS AS LISTED.

TCA 36-4-106 PROHIBITS YOU FROM HIDING, DESTROYING OR SPOILING, IN WHOLE OR IN PART, ANY EVIDENCE ELECTRONICALLY STORED OR ON ANY COMPUTER HARD DRIVE OR OTHER MEMORY STORAGE DEVICES. YOUR VIOLATION OF THIS PROHIBITION COULD RESULT IN YOUR BEING FOUND IN CONTEMPT & PUNISHED ACCORDINGLY.

PLEASE REMEMBER THAT THIS REQUEST IS CONTINUING IN NATURE & THAT YOU ARE REQUIRED TO SUPPLEMENT IT & ALL THE ABOVE REQUESTS WITH SUCH ADDITIONAL DOCUMENTS THAT YOU HAVE ACCESS IN THE FUTURE. YOU ARE TO ORGANIZE & LABEL THE DOCUMENTS YOU PRODUCE TO CORRESPOND WITH THE CATEGORIES IN THIS REQUEST PURSUANT TO FRCP 34.

DOCUMENT INCLUDES THE ORIGINAL & ANY OTHER NONIDENTICAL COPY (WHETHER DIFFERENT FROM THE ORIGINAL BECAUSE OF NOTES MADE ON SUCH OR OTHERWISE) OF ALL NOTES, E-MAILS, MINUTES OF MEETINGS, REPORTS, CALLS, LETTERS, TELEGRAMS, TEXT MESSAGES, MEMORANDUM, DISKS, BACKUPS, DIGITAL FILES, TRANSCRIPTS OF TELEPHONE CONVERSATIONS, DIARIES, SOUND REPORTS, AND ALL OTHER DOCUMENTARY MATERIAL OF ANY NATURE WHATSOEVER, TOGETHER WITH ANY ATTACHMENTS THERETO OR ENCLOSURES THEREWITH OF ANY FORM OF COMMUNICATION.

Case 3:24-cv-01121     Document 109-1     Filed 08/12/26     Page 3 of 12 PageID #: 2123

IF ANY OF THE REQUESTED DOCUMENTS IS PRIVILEGED MATERIAL & WOULD OTHERWISE BE PRODUCIBLE HEREUNDER, YOU ARE TO IDENTIFY SAID MATERIAL AND EXPLAIN WHY IT IS PRIVILEGED. IN ORDER TO SIMPLIFY THE ISSUES & RESOLVE AS MANY MATTERS OF FACTS AS POSSIBLE BEFORE TRIAL, YOU ARE FURTHER REQUESTED THAT IF ANY OF THE REQUEST OR PORTIONS THEREOF CAN'T BE ANSWERED, IT SHALL BE ANSWERED TO THE EXTENT POSSIBLE WITH THE REASONS FOR NOT ANSWERING MORE FULLY SET OUT SPECIFICALLY. IF YOU OBJECT TO ANSWERING OR FAIL TO ANSWER ANY REQUEST CALLING FOR CERTAIN INFORMATION OR TO THE IDENTIFICATION OF CERTAIN DOCUMENTS ON THE GROUNDS OF EITHER ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT DOCTRINE, OR BOTH, OR ANY OTHER CLAIM OF PRIVILEGE, THEN, ABOUT SUCH INFORMATION OR SUCH DOCUMENTS ALLEGEDLY SUBJECT TO SUCH ASSERTED OBJECTION, YOU ARE REQUESTED TO SUPPLY AN IDENTIFICATION OF SUCH INFORMATION OR DOCUMENT, IN WRITING WITH SUFFICIENT SPECIFICITY TO PERMIT THE COURT TO REACH A DETERMINATION IN THE EVENT OF A MOTION TO COMPEL AS TO THE APPLICABILITY OF THE ASSERTED OBJECTION, TOGETHER WITH AN INDICATION OF THE BASIS FOR THE ASSERTION OF THE OBJECTION BASED ON ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT DOCTRINE OR ANY CLAIM OF PRIVILEGE. IN THE CASE OF DOCUMENTS, THE FULL IDENTIFICATION OF WHICH IS OBJECTED TO BECAUSE OF EITHER THE ATTORNEY-CLIENT OR WORK PRODUCT OR ANY CLAIM OF PRIVILEGE, SUCH PARTIAL IDENTIFICATION CALLED FOR BY THIS INSTRUCTION SHALL INCLUDE THE NATURE OF THE DOCUMENT, THE SENDER OR AUTHOR, THE RECIPIENT OF EACH COPY, THE DATE, THE NAME OF EACH PERSON TO WHICH THE ORIGINAL OR ANY COPY WAS CIRCULATED, THE NAME APPEARING ON ANY CIRCULATION LIST ASSOCIATED WITH SUCH DOCUMENT, AND A SUMMARY STATEMENT OF THE SUBJECT MATTER OF THE DOCUMENTS IN SUFFICIENT DETAIL TO PERMIT THE COURT TO REACH A DETERMINATION IN THE EVENT OF A MOTION TO COMPEL, BUT NOT SO COMPLETE AS TO VITIATE THE EFFECTIVENESS OF THE ASSERTION OF THE OBJECTION.

2

INSPECTION & COPYING SHALL COMMENCE ON JULY 10, 2026 AND WILL CONTINUE UNTIL COMPLETE. PLEASE CONFIRM THIS DATE & TIME OTHERWISE IT WILL BE ASSUMED THAT YOU WILL NOT COMPLY WITH THIS REQUEST.

PURSUANT TO RULES OF CIVIL PROCEDURE 34 YOU ARE TO ORGANIZE & LABEL THE DOCUMENTS YOU PRODUCE TO CORRESPOND WITH THE PARAGRAPHS IN THIS REQUEST. WHEN THERE IS MORE THAN ONE TYPE OF DOCUMENT FOR A REQUEST, YOU ARE TO USE SUB-FILES TO KEEP THESE DOCUMENTS SEPERATE. FOR EXAMPLE, A RESPONSE TO A REQUEST ON DEFERRED COMPENSATION WOULD REQUIRE A SEPERATE FOLDER FOR EACH PLAN WITH THE SUB-FILE IDENTIFIED BY LETTER (5-A PENSION PLAN, 5-B IRA, 5-C 401(K))

THIS REQUEST IS PROPOUNDED BY PLAINTIFF IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE & THE APPLICABLE RULES OF COURT TO BE ANSWERED UNDER OATH IN THE TIME PRESCRIBED BY LAW.

PLEASE REMEMBER THE ABOVE REQUEST IS CONTINUING IN NATURE AND SHOULD BE SUPPLEMENTED AS YOU BECOME AWARE OF ADDITIONAL OR DIFFERENT INFORMATION.

YOU ARE REQUIRED TO PRODUCE SUPPLEMENTARY RESPONSES TO REQUESTS FOR DOCUMENTS & SUCH ADDITIONAL DOCUMENTS IF YOU OBTAIN FURTHER OR DIFFERENT DOCUMENTS FROM THOSE THAT ARE DESCRIBED HEREIN. IF YOU FAIL TO PRODUCE DOCUMENTS ABOUT ANY EXPERT OR FACT WITNESS SUFFICIENTLY BEFORE TRIAL SO THAT WE CAN PREPARE PROPERLY FOR THEIR TESTIMONY, WE INTEND TO OBJECT TO THAT WITNESS BEING ALLOWED TO TESTIFY. "YOU" INCLUDES ANYONE ACTING ON YOUR BEHALF. "YOUR" OR "OWNED BY YOU" INCLUDES ANY INTEREST YOU HAVE, INCLUDING, BUT NOT LIMITED TO, INTEREST HELD IN ANY CAPACITY FOR YOU OR IN WHICH YOU OR SOMEONE HELD AN INTEREST IN ANY CAPACITY FOR YOU IN ANY DEGREE

IN RESPONDING TO THESE REQUEST, YOU ARE TO FURNISH SUCH DOCUMENTS AS ARE AVAILABLE TO YOU & ANY THAT YOU HAVE ACCESS TO THAT ARE CURRENTLY IN POSSESSION OF ANY AGENT, SERVANT, EMPLOYEE, INCLUDING, BUT NOT LIMITED TO DOCTORS, ATTORNEYS, MINISTERS, INVESTIGATORS, EXAMINERS, TESTATORS, EVALUATORS EMPLOYED BY YOU OR ON YOUR BEHALF.

WE LOOK FORWARD TO YOUR COMPLIANCE WITH THE DISCOVERY PROCESS. PLEASE REACH OUT DIRECTLY WITH QUESTIONS.

RESPECTFULLY,

ROBERT C. GORDON

(1) ALL DOCUMENTS THAT REFLECT ANY LAWSUIT, DEPOSITION, CLAIM, CAUSE OF ACTION, OR JUDGEMENT TO WHICH HAVE BEEN A PARTY OR IN WHICH YOU HAVE PARTICIPATED IN ANY DEGREE SINCE SEPTEMBER 1, 2023 OR YOUR FIRST DAY OF EMPLOYMENT, WHICHEVER IS EARLIER.

(2) ALL PHOTOGRAPHS, VIDEOS, LETTERS, E-MAILS, STATEMENTS, RECORDINGS, VIDEOTAPES, AUDIOTAPES, DOCUMENTS, DISKS, DIGITAL FILES, BACKUPS & TANGIBLE THINGS THAT WOULD SUPPORT YOU AND/OR YOUR POSITION ON ANY ISSUE OF THIS CASE. THIS SPECIFICALLY INCLUDES ANY ITEM YOU WILL ATTEMPT TO INTRODUCE IN ANY MOTION, HEARING, TRIAL, DEPOSITION, OR INTERROGATORY.

(3) ALL DOCUMENTS INCLUDING, BUT NOT LIMITED TO, CALENDARS, TEXT MESSAGES, i MESSAGES, EMAILS, DIARIES, LOGS, JOURNALS, RESUMES, LETTERS, DISKS, VIDEO, DIGITAL FILES, BACKUPS, MEMORANDUMS YOU OR YOUR AGENT HAVE KEPT, VIEWED, OR USED SINCE SEPTEMBER 1, 2023 OR YOUR FIRST DAY OF EMPLOYMENT, WHICHEVER IS EARLIER, THAT SHOW YOUR ACTIVITIES OF A PERSONAL OR BUSINESS NATURE OR COULD BE USED TO RECORD OF PAST RECOLLECTION OR FOR THE PURPOSE OF REFRESHING THE RECOLLECTION OF ANY POTENTIAL WITNESS IN THE CASE.

(4) ALL DOCUMENTS PERTAINING TO, WITH, ABOUT, OR IN REFERENCE TO PLANTIFF OR HIS AGENTS IN ANY CAPACITY WITH YOURSELF OR ANY PERSON THAT COULD BE A POTENTIAL WITNESS SINCE SEPTEMBER 1, 2023 OR YOUR FIRST DAY OF EMPLOYMENT, WHICHEVER EARLIER. THIS INCLUDES

ANY INTERNAL, CONFIDENTIAL, MEDICAL, GRIEVANCES, TEXT, EMAILS OR ANY FORM OF COMMUNICATION IN ANY CAPACITY, WITH ANYONE.

(5) ALL DOCUMENTS OR THINGS GIVEN TO, CONSULTED OR USED BY, ANY PERSON WHO HAS INVESTIGATED OR HAS KNOWLEDGE OF ANY MATTER RELATING TO THIS CASE IN ANY CAPACITY INCLUDING, BUT NOT LIMITED TO ANY WITNESS, EXPERT, DETECTIVE OR INVESTIGATOR AND COPIES OF ANY REPORTS, COMMUNICATION, PHOTOS, RECORDINGS, OR DOCUMENTS GENERATED OR CONSULTED BY SAID PERSON INCLUDING TO ALL REPORTS, DRAFTS, NOTES, OR COMPUTATIONS.

(6) ALL DOCUMENTS PERTAINING TO YOUR EMPLOYMENT & HISTORY INCLUDING PROMOTIONS, DISCIPLINE, INVESTIGATIONS YOU HAVE BEEN A PART OF IN ANY CAPACITY, INCOME, EXPENSES, TAX RETURNS, INCOME STATEMENTS, BANK STATEMENTS, LIABILITIES, INSURANCE, MALPRACTICE, RETIREMENT ACCOUNTS, PENSION, IRA, 401K, DEFERRED COMPENSATION PLANS, ANNUITIES, STOCKS, BONDS, MORTGAGES, LEASES, BONUS SINCE SEPTEMBER 1, 2023 OR YOUR FIRST DAY OF EMPLOYMENT WHICHEVER IS EARLIER. PLEASE PROVIDE DOCUMENTATION OF ALL TAX RETURNS & BANK STATEMENTS FOR ANY ACCOUNT HELD BY YOU INDIVIDUALLY OR JOINTLY.

SPECIFICALLY ALL COMMUNICATION OF ANY CAPACITY DEALING WITH YOUR JOB DUTIES, EMPLOYMENT, OR ANY JOB OR WORK RELATED FUNCTION OR ACTIVITY INCLUDING, BUT NOT LIMITED TO, EMAILS, TEXT, LETTERS, INTERNAL MESSAGES, OR ANY FORM OF DIGITAL COMMUNICATION WITH ANYONE SINCE SEPTEMBER 1, 2023, OR YOUR FIRST DAY OF EMPLOYMENT, WHICHEVER IS EARLIER.

4

(7) PLEASE PROVIDE A COPY OF ALL OF PLAINTIFFS FILES, DOCUMENTS UVIDEO CHAT, PHONE CALLS, TEXT, EMAILS, MAIL, LEGAL MAIL, OR COMMISSARY DEPOSITS, INCLUDING GRIEVANCES, REQUEST, INTERNAL COMMUNICATION, CONFIDENTIAL FILES SINCE SEPTEMBER 1, 2023. PLEASE PROVIDE ALL INFORMATION ASSOCIATED WITH ANY COMMISSARY DEPOSIT MADE TO PLAINTIFF INCLUDING NAME, DATE, EMAIL, USD AMOUNT, ALIAS, CREDIT CARD INFORMATION, OR DRIVERS LICSENSE OR FORM OF IDENTIFICATION SINCE SEPTEMBER 1, 2023

(8) ALL NAMES, ADDRESS, AND CONTACT INFORMATION TO ANY PERSON WHO IS A PARTY TO THIS ACTION OR MIGHT BE A WITNESS OR EXPERT WITNESS OR ANY PERSON WHOM MAY BECOME A PARTY OR HAS KNOWLEDGE TO THIS CASE IN ANY CAPACITY. PLEASE IDENTIFY EACH PERSON, BY NAME, ADDRESS, PLACE OF EMPLOYMENT AND PHONE NUMBER YOU EXPECT TO CALL AS AN WITNESS OR EXPERT AT TRIAL, STATE THE SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TETIFY, QUALIFICATION OF EXPERT, SUBSTANCE OF FACTS & OPINION WHICH THE EXPERT IS EXPECTED TO TESTIFY, AND A SUMMARY OF THE GROUNDS FOR EACH OPINION

(9) PLEASE STATE NAMES, ADDRESS, PLACE OF EMPLOYMENT, AND PHONE NUMBERS OF ALL PERSONS WHOM YOU ARE AWARE WHO HAVE KNOWLEDGE RELATING TO THIS CASE OR HAVE WITNESSED RELEVANT FACTS AND DESCRIBE THEIR KNOWLEDGE. THIS INCLUDES ANY PERSON NOT LIMITED TO ACCOUNTANTS, DETECTIVES, INVESTIGATORS, OR INDIVIDUALS USED FOR THE PURPOSE OF OBTAINING FACTS ABOUT THIS CASE. FOR INDIVIDUALS USED OR HIRED PROVIDE A SUMMARY OF FACTS THAT WERE DISCOVERED BY SAID INDIVIDUAL.

(5)

(10) PLEASE PROVIDE ALL NAMES OF ALL EMPLOYEES WHO HAVE BEEN TERMINATED, PUNISHED, WRITTEN-UP, ON ANY INFRACTION OF POLICY OR LAW FOR A PERIOD OF THE LAST 20 YEARS AND PROVIDE ALL SUPPORTING DOCUMENTATION AND EMPLOYEE RECORDS.

(11) PROVIDE ALL PREA GRIEVANCES FILED SINCE 2006 IN OR ABOUT ANY WILLIAMSON COUNTY EMPLOYEE. PROVIDE ALL DOCUMENTS PERTAINING TO THE INVESTIGATION, COMPLAINT, OUTCOME, AND DEMOGRAPHICS OF VICTIMS.

# INTERROGATORIES

1) WHEN DID YOU BECOME AWARE THAT DEPUTY APER FORCED THE PLAINTIFF TO MASTURBATE FOR HIS SEXUAL GRATIFICATION? WHAT ACTIONS DID YOU TAKE AFTER BECOMING AWARE? IF YOU TOOK NO ACTION EXPLAIN WHY. DID YOU REVIEW BODY CAM VIDEO FROM THE INCIDENT OR VIDEO FROM THE POD? INTERVIEW WITNESSES?

2) PLEASE DIFFERENTIATE BETWEEN SEXUAL ABUSE OR SEXUAL HARASSMENT. IF I HELD A TASER WHILE YOU WERE IN THE SHOWER AND FORCED YOU TO MASTERBATE WOULD YOU CONSIDER THIS ABUSE OR HARASSMENT? WHY DID WCSO TAKE NO ACTION AGAINST DEPUTY APER YET HE WAS COINCIDENTLY TERMINATED?

3) WHY WAS THE PLAINTIFF PLACED IN INVOLUNTARY SEGREGATION AFTER THE INCIDENT? WHY WAS PROTOCOL NOT FOLLOWED? IF YOU WERE FORCED TO MASTURBATE ONE TIME DOES THIS CONSTITUTE AS ABUSE OR HARASSMENT OR BOTH?

4) IS IT NORMAL PROTOCOL OF JOB DUTIES FOR DEPUTIES TO ENTER SHOWER AREAS AND DEMAND INMATES TO MASTURBATE FOR THEIR SEXUAL GRATIFICATION? IF YES, PLEASE EXPLAIN. IF NO, PLEASE EXPLAIN WHY DEPUTY APER BROKE PROTOCOL. PROVIDE EXAMPLES OF ALL EMPLOYEE TRAINING AND PROCEDURES

5) HOW MANY TIMES DOES A LAW ENFORCEMENT OFFICER HAVE TO DEMAND A PERSON MASTURBATE TO MAKE IT UNLAWFUL? DO YOU ENFORCE ALL

RECEIVED

AUG 12 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Robert Gordon
#GS520
408 Century Ct
Franklin, TN 37064

US District Court
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL



FOREVER / USA

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131