# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:24:CV-1121** |
| **v.** | ) | **Judge Waverly D., Crenshaw, Jr.** |
| | ) | **Magistrate Judge Luke A. Evans** |
| **WILLIAMSON COUNTY SHERIFF'S** | ) | |
| **OFFICE, CHAD YOUKER, ASHLEY** | ) | |
| **LINDQUIST, f/n/u APER, CHRIS GRAY,** | ) | |
| **JEFF HUGHES,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## WILLIAMSON COUNTY DEFENDANTS'
## MOTION FOR SANCTIONS AGAINST PLAINTIFF

Come Defendants Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and Sheriff Jeff Hughes (collectively the "Williamson County Defendants" or "these Defendants") by and through undersigned counsel, and move the Court for the imposition of sanctions and filing restrictions on Plaintiff Robert Cole Gordon pursuant to the Court's inherent authority to sanction a party who litigates in bad faith, vexatiously, wantonly, or for oppressive reasons. [1]

For cause, these Defendants would show that Plaintiff has engaged in the following

---

[1] This filing is substantially similar to a brief previously filed by separate counsel in a case involving the same Plaintiff and one of the same Defendants. See *Gordon v. Youker*, M.D. Tenn. Case No. 3:26-cv-00046, DE 37. Undersigned counsel has obtained that firm's permission to use and adapt its work to the extent the arguments in that prior filing apply in this case, and has ensured that the instant pleading meets all requirements of Fed. R. Civ. Pr. 11(b) in terms of its application to this case. This filing also contains additional arguments that were not available to separate counsel in the other pending case, due to Plaintiff's continued sanctionable behavior that has occurred or has been discovered since that filing.

1

sanctionable conduct: (1) Plaintiff filed two affidavits, purportedly from two other inmates, containing fabricated allegations of sexual abuse and forged signatures; (2) Plaintiff submitted a Complaint to the Court purportedly on behalf of another inmate containing a false allegation of sexual abuse and an IFP application falsely claiming that inmate had made requests for a trust account statement on dates when the inmate was not incarcerated; (3) Plaintiff submitted false claims in his own name that he was assaulted by Defendant (there is video evidence to the contrary) and that all Christian religious services in the Jail were cancelled; (4) Plaintiff has engaged in repetitive and abusive filings across multiple lawsuits; and (5) Plaintiff has filed documents and claims with the Court purportedly on behalf of other inmates without their knowledge or consent. Plaintiff has a documented history of presenting false evidence and testimony to courts, filing frivolous litigation, and failing to comply with court orders.

Defendants respectfully request that the Court: (1) Dismiss with prejudice all of the pending cases filed in Robert Gordon's name; (2) Recommend that the dismissals be deemed strikes under the Prison Litigation Reform Act (PLRA); (3) Restrict Robert Gordon from filing any civil case or document including any person other than himself as a plaintiff; and (4) Restrict Robert Gordon from filing further pro se actions without a certification from the Court that the claims asserted are not frivolous and that the suit is not brought for an improper purpose.

In support of this Motion, Defendants submit the attached Memorandum of Law, Notice of Filing with Exhibits thereto, the Affidavit of Chad Youker with Exhibits thereto, and a Motion for Leave to Manually File Video Exhibits.

*Signature Block and Certificate of Service on Next Page.*

2

/s/ <b><i>Emmerson Y. Marlatt</i></b>

Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
(615) 244-3370
<i>Attorneys for Williamson Co. Defendants</i>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on or about the 12th day of August 2026 to:

Robert C. Gordon
# 65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064

<b>/s/ Emmerson Y. Marlatt</b>
Emmerson Y. Marlatt

3