# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232290 | | 10/02/2023 21:55 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 09/28/2023 02:30 | 09/28/2023 03:50 | Karaczewski, Chase |
| **Location of Incident** | | **Incident Type** |
| Criminal Justice Center | | Informational |

ORIGINAL

**Offenses**

| INFO | INFORMATIONAL |
|---|---|

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Karaczewski, Chase - 1437

**Incident Narrative**

On Thursday, September 28, 2023, at approximately 02:30pm, as I was reviewing inmate video visitations from the week, I noticed a handful of videos from Inmate Robert Cole Gordon (W/M, DOB: ▮▮▮▮ that appeared to be harassing in nature. As I watched the videos thoroughly, I discovered the female Inmate Gordon was calling was the victim of the investigation he is currently being housed for. The female Inmate Gordon called was identified as Erin Mishkin. It is important to note that when Inmate Gordon was first arrested, Mrs. Mishkin was documented as a victim and Inmate Gordon was not to communicate with her. Since, Inmate Gordon has made numerous phone calls, text messages, and video chats with Mrs. Mishkin. Majority of these communications have appeared to be negative and argumentative through both parties. With this, I decided to block the video chat access for Inmate Gordon until further notice so he cannot contact Mrs. Mishkin anymore. I have also blocked Mrs. Mishkin's phone number from Inmate Gordon so he cannot text or call her. Staff Sergeant Gray and Captain Youker were advised of this incident. With no further actions required, I returned to normal duties.

See "Images / Attachments" for video chats referring to the incident.

**Approving Official Name**

*Kelly Wells*

Wells, Kelly                                    Date/Time: 10-2-23

**Reporting Official Name**

*[signature]* - #2413

Karaczewski, Chase                             Date/Time:

Case 3:24-cv-01121    Document 112-1    Filed 08/12/26    Page 1 of 1 PageID #: 2706