# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232297 | | 05/28/2026 11:45 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 09/28/2023 09:30 | 09/29/2023 09:56 | Gray, Chris |

| Location of Incident | Incident Type |
|---|---|
| Male Pod Two | Administrative Segregation/Disciplinary Board |

### Offenses

| | |
|---|---|
| 2.D | Using telephone or kiosk for purposes of harassment. (In addition to the penalties stated above, the penalty for this infraction includes the loss of telephone/kiosk messaging privileges until that privilege is re-instated by the Division Lieutenant or de |
| 3.Q | Violation and/or abuse of mail rules located in inmate hand book: *In addition to the penalties stated above, inmates found to be abusing mail privileges (using another inmate's name, improperly using indigent paper, envelopes, etc.) will have non-privile |

### Offenders

GORDON, ROBERT COLE - 202200060472

### Victims

### Witnesses

### Complainants

### Others

Gray, Chris - 811

### Incident Narrative

On 09/28/2023, it was brought to my attention that Inmate Robert Cole Gordon (W/M, DOB: ███████ was sending out letters to the victim (Erin Mishkin) of his current charges through legal mail. On 09/29/2023, at approximately 0930 hours, I intercepted two letters going out from Inmate Gordon, that were marked legal mail. The letters stated, "Law Office of John Ballard", however, after a quick search online, the addresses did not match. I verified the address on the letters to be his home address, where Erin is still living. After confirming this information, I gathered reasonable suspicion to open and inspect the letters. Upon opening the letters, I quickly noticed it was not legal material; it was letters to his victim.

In addition, upon further investigation, Inmate Gordon repeatedly contacted Erin by video chat, where she told him several times to stop contacting her. During these interactions, Inmate Gordon was verbally abusive to Erin. All video chat conversations are recorded and will be saved on the server.

At approximately 1000 hours, Sergeant Lockhart and I confronted Inmate Gordon regarding his violations of the Rules and Regulations, and served him with the following Disciplinary Board charges. Inmate Gordon was placed on Administrative Segregation pending a Disciplinary Board Hearing.

Inmate Gordon violated the following facility Rules and Regulations:

2.D. Using telephone or kiosk for purposes of harassment. (In addition to the penalties stated above, the penalty for this infraction includes the loss of telephone/kiosk messaging privileges until that privilege is re-instated by the Division Lieutenant or designee).

(The inmate was observed harassing his victim on video chat)

3.Q. Violation and/or abuse of mail rules located in inmate handbook: *In addition to the penalties stated above, inmates found to be abusing mail privileges (using another inmate's name, improperly using indigent paper, envelopes, etc.) will have non-privileged mail suspended for thirty (30) days.

(The inmate was sending letters to his victim by labeling it legal mail)

Inmate Gordon's and Erin's home address:

███████

Case 3:24-cv-01121    Document 112-2    Filed 08/12/26    Page 1 of 2 PageID #: 2707

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232297 | | 06/22/2026 10:27 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 09/28/2023 09:30 | 09/29/2023 09:56 | Gray, Chris |
| **Location of Incident** | | **Incident Type** |
| Male Pod Two | | Administrative Segregation/Disciplinary Board |

Law Office of John Ballard
1224B Columbia Ave
Ste 200
Franklin, TN 37064

Attached Documents:
Copies of the two envelopes.
Copies of the two letters

**Approving Official Name**

_Youker, Chad_     2230       Date/Time: 9/25/2023

**Reporting Official Name**

_Gray, Chris_    #1910       Date/Time: 9/29/23 @ 09:56

Case 3:24-cv-01121    Document 112-2    Filed 08/12/26    Page 2 of 2 PageID #: 2708