# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232331 | | 10/02/2023 15:26 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 10/02/2023 11:30 | 10/02/2023 11:36 | Gray, Chris |
| **Location of Incident** | | **Incident Type** |
| Male Pod One, Pod 309. | | Disciplinary Board |

**Offenses**

3.Q  Violation and/or abuse of mail rules located in inmate hand book: *In addition to the penalties stated above, inmates found to be abusing mail privileges (using another inmate's name, improperly using indigent paper, envelopes, etc.) will have non-privile

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

**Incident Narrative**

On 10/02/2023, at approximately 1130 hours, I intercepted a letter going out that was marked legal mail. The letter stated, "Law Office of John Ballard", I recognized it from my investigation last week with Inmate Robert Cole Gordon (W/M, DOB: ████████, (Refer to JMS#20232297). I verified the address on the letters to be his home address, where his victim is still living, the same as the previous letters. After confirming this information, I gathered reasonable suspicion to open and inspect the letters. Upon opening the letters, I quickly noticed it was not legal material; it was letters to his victim again.

Upon further investigation, the letter did not have a return name and address. However, the bottom of the letter had Inmate Gordon's signature, which matched the letters from him the previous week.

Inmate Gordon violated the following facility Rules and Regulations:

3.Q. Violation and/or abuse of mail rules located in inmate handbook: *In addition to the penalties stated above, inmates found to be abusing mail privileges (using another inmate's name, improperly using indigent paper, envelopes, etc.) will have non-privileged mail suspended for thirty (30) days.

(The inmate was sending out a letter to his victim by labeling it legal mail)

Inmate Gordon's and Erin's home address:

████████████

Law Office of John Ballard
1224B Columbia Ave
Ste 200
Franklin, TN 37064

Attached Documents:
Copies of the two envelopes.
Copies of the two letters

**Approving Official Name**

2236

Youker, Chad

Date/Time:

**Reporting Official Name**

Jail Report 100

Page 1 of 2

Case 3:24-cv-01121    Document 112-3    Filed 08/12/26    Page 1 of 2 PageID #: 2709

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232331 | | 10/02/2023 15:26 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 10/02/2023 11:30 | 10/02/2023 11:36 | Gray, Chris |
| **Location of Incident** | | **Incident Type** |
| Male Pod One, Pod 309. | | Disciplinary Board |

_C. Gray #7910_                                    Date/Time: _10/2/23 @ 3:27pm._

Gray, Chris

Case 3:24-cv-01121    Document 112-3    Filed 08/12/26    Page 2 of 2 PageID #: 2710