#  Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20232886 | | 12/22/2023 12:23 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 12/18/2023 17:45 | 12/18/2023 18:10 | Catron, Hunter |
| **Location of Incident** | | **Incident Type** |
| Pod 309 | | Disciplinary Board |

**Offenses**

3.U    Passing/receiving of commissary, letters, issued food or any other item

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Catron, Hunter - 1608

Lockhart, CJ - 1523

Youker, Chad - 1252

**Incident Narrative**

On December 18, 2023, at approximately 5:45 P.M. a confidential informant handed me a letter, informing me that Inmate Robert Cole Gordon (W/M, DOB: ████ ) was attempting to pass and receive mail to his wife, who has a no contact order against him. It is important to know, that Inmate Gordon attempted to use another inmates name to send out a letter to his wife. After investigating said letter, I found that it was indeed Inmate Gordon attempting to contact his wife, the letter is addressed to his wife's address. Inmate Gordon was served Disciplinary Board appropriately according to his actions. Shift Supervisor, Sergeant Lockhart, was notified as well as Captain Youker. A DVR Burn will be submitted. I resumed the rest my normal duties.

**Approving Official Name**

_C. Lockhart 2485_

Lockhart, CJ

Date/Time: 12/22/23

**Reporting Official Name**

_Hunter Catron 2592_

Catron, Hunter

Date/Time: 12/23/23

Case 3:24-cv-01121    Document 112-4    Filed 08/12/26    Page 1 of 1 PageID #: 2711