

# Jail Incident Report *ORIGINAL*

| Incident Number 20240793 | Other Number | Printed Date/Time 04/12/2024 09:22 |
|---|---|---|
| **Date and Time of Incident** 04/09/2024 15:40 | **Date and Time Reported** 04/11/2024 16:59 | **ReportedBy** Youker, Chad |
| **Location of Incident** Criminal Justice Center by Phone/Mail/Text/Email | | **Incident Type** Administrative Segregation/Disciplinary Board |

**Offenses**

| 2.A | Harassment: Any form of harassment. In addition to penalties above, if phone/kiosk/mail is used to violate this infraction, the abused privileges may be suspended until re-instated by the Division Captain or designee. |
|---|---|
| Ad Seg | Placed on Administrative Segregation |

**Offenders**

**Victims**

**Witnesses**

**Complainants**

**Others**

GORDON, ROBERT COLE - 202200060472

Youker, Chad - 1252

**Incident Narrative**

On April 9, 2024, at approximately 1540 hours, I received a phone call from Assistant District Attorney Jennifer Dungan. ADA Dungan explained that one of the letters sent out around April 1, 2024, by Inmate Robert Cole Gordon (W/M, DOB: ▉▉▉▉▉) addressed to ▉▉▉▉▉▉, a private school where Inmate Gordon's ex-wife, Erin Kathryn Mishkin (W/F, DOB: ▉▉▉▉▉), currently has children attending. ADA Dungan expressed concern, noting that Ms. Mishkin has an active Order of Protection against Inmate Gordon and fears that this letter may be a form of harassment, as Inmate Gordan is not their paternal father; therefore, he has no reason to contact that school. Ms. Mishkin further explained that the letter was brought to the attention of the school's security director, who, instead of responding, contacted Ms. Mishkin directly.

On April 11, 2024, I received a Public Information Request by mail to the Williamson County Sheriff's Office by Inmate Gordon who is housed in Pod 309, Cell 272. In this request, Inmate Gordon sought all information pertaining to Ms. Mishkin's arrest history, child custody case, civil and criminal court proceedings, as well as all police reports involving Ms. Mishkin's name or address, along with records of emails, texts, and phone calls between him and Ms. Mishkin. I promptly contacted ADA Dungan, informing her of the request and requesting a copy of the Order of Protection, along with a statement from Ms. Mishkin opposing the release of this information. Ms. Mishkin responded via email around 1516 hours, providing both the Order of Protection and a statement requesting that we withhold the requested information.

On April 11, 2024, approximately 1300 hours, the Franklin Police Department informed Staff Sergeant Chris Gray, that Inmate Robert Gordon had attempted to contact Leslie Duke, a victim in his case who also has a Temporary Restraining Order against Inmate Gordon. Please reference JMS Incident Number 20240791 for further details.

This matter was discussed with ADA Jennifer Dungan, which revealed that Inmate Gordon had also been attempting to communicate with one of his former attorneys, Emily Moore Leininger, who also has an Order of Protection against him.

Considering the aforementioned information and attached documents, Inmate Gordon was placed on Administrative Segregation pending Disciplinary Board for harassment via mail. Inmate Gordon will be restricted from all forms of communication excluding privileged mail, until further notice. In addition, Inmate Gordon will receive a letterhead stating that he will not be receiving his requested documents. The letterhead will be attached to the report, placed in Records, and placed in his Booking File. An Administrative Segregation form was completed. A DVR Burn Request will not be submitted.

**Approving Official Name**

Date/Time:

Case 3:24-cv-01121    Document 112-5    Filed 08/12/26    Page 1 of 2 PageID #: 2712

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20240793 | | 04/12/2024 09:22 |
| Date and Time of Incident | Date and Time Reported | ReportedBy |
| 04/09/2024 15:40 | 04/11/2024 16:59 | Youker, Chad |
| Location of Incident | | Incident Type |
| Criminal Justice Center by Phone/Mail/Text/Email | | Administrative Segregation/Disciplinary Board |

Lindquist, Ashley  A . _[signature]_ 2377

04·12·24 / 0923

**Reporting Official Name**

_[signature]_ 2376

Date/Time: 4-12-24

Youker, Chad