# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20240791 | | 06/22/2026 10:29 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 04/11/2024 13:00 | 04/11/2024 14:31 | Gray, Chris |

| Location of Incident | Incident Type |
|---|---|
| CJC | Informational |

**Offenses**

INFO  INFORMATIONAL

**Offenders**

**Victims**

**Witnesses**

**Complainants**

**Others**

GORDON, ROBERT COLE - 202200060472

**Incident Narrative**

On 4/11/2024, at approximately 1300 hours, I received a phone call from Franklin Police Department's Dispatch. The Dispatcher advised me that Franklin Police were taking a call, where Inmate Robert Cole Gordon, who is in our custody wrote a letter to L████ D████, who has a Temporary Protection Order against him. The Dispatcher informed me that they were just notifying us and there was no action needed.
Reference Franklin PD Case # 2024001119
NIC#████████

**Approving Official Name**

C. ████ #7910

Gray, Chris

Date/Time: 4/11/24 @ 14:31

**Reporting Official Name**

C. ████ #7910

Gray, Chris

Date/Time: 4/11/24 @ 14:31

Jail Report 100                          Page 1 of 1

Case 3:24-cv-01121    Document 112-6    Filed 08/12/26    Page 1 of 1 PageID #: 2714