# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20261008 | | 04/23/2026 17:38 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 04/23/2026 14:34 | 04/23/2026 16:43 | Whitney, Hunter |

| Location of Incident | Incident Type |
|---|---|
| 600 Horseshoe in front of pod 607 door. | Disciplinary Board |

### Offenses

1.N    Refusal of Restraint/Escort: Passively or actively resisting restraint or escort.

2.C    Housing Refusal/Changing Housing Location: Refusal to enter/exit the cell/bunk when directed by staff. Changing cell/bunk location without approval. Refusing a cellmate without reasonable justification.

3.A    Direct Order: Inmates shall follow directives given by staff/volunteers.

### Offenders

GORDON, ROBERT COLE - 202200060472

### Victims

### Witnesses

### Complainants

### Others

Head, Keaton - 1724

Stanfield, Mathew - 1692

Whitney, Hunter - 1702

Whittaker, Steven - 1667

### Incident Narrative

On April 23, 2026, at approximately 2:34 PM, Inmate Robert Cole Gordon refused a housing change from Pod 607 to Pod 110, Cell 130. Upon my arrival at Pod 607, I observed Inmate Gordon standing outside the pod door next to all of his property. I began to explain to Inmate Gordon that he was being moved to Pod 110, Cell 130, at which point Inmate Gordon began arguing and refusing his new housing.

In response to Inmate Gordon refusing to follow directives, I ordered Inmate Gordon to turn around, face the wall, and place his hands behind his back. Inmate Gordon refused and continued to argue. Immediately after my order, Deputy Stanfield arrived on scene and ordered Inmate Gordon to turn around and place his hands behind his back. Inmate Gordon refused to comply.

In response to Inmate Gordon's continued refusal to comply with directives, Deputy Stanfield gained control of Inmate Gordon's right arm and guided it behind his back. During this time, I gained control of Inmate Robert Cole Gordon's left hand and also guided it behind his back. After both of Inmate Gordon's hands were behind his back, Deputy Head placed wrist restraints onto Inmate Gordon's wrists and secured them. Inmate Robert Cole Gordon was then escorted to Pod 110, Cell 130, by Deputy Stanfield, Deputy Head, and myself. After Inmate Gordon was secured into Cell 130, Deputy Head and I returned to Floor 2 and gathered all of his personal property. Once Inmate Gordon's personal property was collected, Deputy Head transported all of the items to Inmate Gordon in Pod 110, Cell 130. No further incident occurred. Shift Supervisor, Lieutenant James, has been informed of this situation, and a DVR burn has been submitted.

**Approving Official Name**

Date/Time: 04/23/2026 17:38

James, Luke

**Reporting Official Name**

Date/Time: 04/23/2026 17:38

Whitney, Hunter

Jail Report 100         Page 1 of 1

Case 3:24-cv-01121    Document 112-7    Filed 08/12/26    Page 1 of 1 PageID #: 2715