| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 09:00AM | MALE 180 | MALE G.E.D. | FEMALE RECOVERY | MALE G.E.D. | MALE G.E.D. | |
| 09:30AM | MALE 180 | MALE G.E.D. | FEMALE RECOVERY | MALE G.E.D. | MALE G.E.D. | |
| 10:00AM | MALE 180 | MALE G.E.D. | MALE RECOVERY | MALE G.E.D. | MALE G.E.D. | |
| 10:15AM | FEMALE 180 | MALE G.E.D. | CELEBRATE FEMALES | MALE G.E.D. | MALE G.E.D. | |
| 11:15AM | FEMALE 180 | MALE G.E.D. | CELEBRATE FEMALES | MALE G.E.D. | MALE G.E.D. | |
| 11:30AM | | FEMALE G.E.D. | CELEBRATE FEMALES | FEMALE G.E.D. | FEMALE G.E.D. | |
| 12:00PM | | FEMALE G.E.D. | | FEMALE G.E.D. | FEMALE G.E.D. | |
| 12:30PM | | FEMALE G.E.D. | | FEMALE G.E.D. | FEMALE G.E.D. | |
| 1:00PM | MALE PARENTING | FEMALE G.E.D. | ANGER MANAGEMENT | FEMALE G.E.D. | FEMALE G.E.D. | BAPTISM (1ST PERSON) |
| 1:30PM | MALE PARENTING | | ANGER MANAGEMENT | BRIDGE CHURCH | | |
| 2:00PM | FEMALE PARENTING | | ANGER MANAGEMENT | BRIDGE CHURCH | | BAPTISM (2ND PERSON) |
| 2:30PM | FEMALE PARENTING | | ANGER MANAGEMENT | | | |
| | | | CLASS ENDS | | | |

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 7:00PM | CHURCH OF CHRSIT | PRIMITIVE BAPTIST     B | FIRST MISS.     B | FEMALE A.A. | 4TH AVE. CHURCH | MALE CONCORD |
| 8:00PM | CHURCH OF CHRSIT | PRIMITIVE BAPTIST     B | FIRST MISS. (BAPTIST) | FEMALE A.A. | OF CHRIST | MALE CONCORD |
| 7:15PM | BAPTIST CHURCH | St.Phillip's     Catholic | | MALE A.A. | | |
| 8:15PM | BAPTIST CHURCH | | | MALE A.A. | | |
| ROOM | B & C | 2nd and 4 Tuesday meets | | | | |
| | | | CLASS ENDS | | | |

Case 3:21-cv-01121 Document 112-8 Filed 08/12/25 Page 1 of 1 PageID #: 2716