Case 3:24-cv-01121   Document 112-9   Filed 08/12/26   Page 1 of 2 PageID #: 2717

RE: AGREEMENT & MY APOLOGY - CONFIDENTIAL                                                                  4/23/26

Mr. YOUNGER,

FIRST, I'D LIKE TO THANK YOU FOR YOUR TESTIMONY & ACKNOWLEDGEMENT OF WHAT HAPPENED WITH APER. THAT IS ALL I'VE LOOKED FOR OVER THE LAST TWO YEARS. THE EXPERIENCE SCARED ME, BUT BOTH YOU & MS. LINDQUIST ACKNOWLEDGED LAST WEEK THE EVENT DID HAPPEN FOR THE FIRST TIME. I REALLY APPRECIATE THAT MORE THAN YOU KNOW. I AM WILLINGLY TO MOVE PAST THIS EVENT NOW. HOPEFULLY YOU ARE ALSO. BEING IN ISOLATION REALLY SCARES ME ALOT AFTER THAT HAPPENED. AGAINST THE ADVICE OF MY LAWYERS, I AM WILLING TO DISMISS ALL PENDING LITIGATION AGAINST YOU & THE OTHERS. I CAN ALSO ENSURE ALL OTHER PENDING LITIGATION FROM INMATES WILL TERMINATE. MY GOAL HERE IS TO BE OF MAXIMUM SERVICE TO OTHERS & I MUST FORGIVE OTHERS IF I EVER EXPECT FORGIVENESS OF OTHERS. I NEEDED TO STAND UP FOR MYSELF IN THAT SITUATION AS I FELT DEMORALIZED & EMBARRASSED AFTER IT HAPPENED. SPENDING MONTHS IN THE HOLE AFTERWARDS WAS NOT IDEAL BUT I FOUND GOD VIA THE AA BOOK & WAS BAPTIZED BY Mr CROW & Mr SHINNICK AS A RESULT. I WOULD LIKE TO COME TO AN AGREEMENT ON A PURE HANDSHAKE AND GOOD FAITH WITHOUT LAWYERS THAT I FEEL WILL BE MUTUALLY BENEFICIAL. I ASK YOU DO NOT SHARE THIS LETTER WITH ONE & WE WILL WORK OUT THE PAPER WORK DETAILS. I NEED TO PREPARE FOR TRIAL & I CANNOT FEASIBLY DO SO FROM HERE. IN EXCHANGE FOR A DISMISSAL OF ALL LAWSUITS I ASK THE FOLLOWING

① NEVER PLACE AN INMATE IN ISOLATION AFTER FILING A PREA OR SEXUAL ABUSE CLAIM

② ALLOW PHYSICAL AA BOOKS FOR ALL INMATES, JUST LIKE BIBLES. I HAVE A DONOR IF YOU AGREE

③ MINISTER VISITS - ALLOW THE AA & CELEBRATE RECOVERY GUYS VISIT WITH INMATES FOR CONFESSION - 12 STEPS INCLUDING MIKE SHINNICK, THOUGH NOT "MINISTERS" THEY ARE HELPING ALOT OF MEN

④ ALLOW ME & ALL INMATES TO GO TO CHURCH, VHA, MOV, & ANY RELIGIOUS PROGRAMMING AT FREE WILL UP TO 30 — NO LIST — FOR CHURCH TOT.

⑤ MAIL - NOTIFY SENDER & RECIPIENT IF YOU DON'T MAIL, DON'T JUST TAKE IT. ASK QUESTIONS IF THERE IS QUES MY MOM & GRANMA WROTE ME EVERYDAY & NOW I DON'T EVEN KNOW IF THEY ARE ALIVE - DUE PROCESS

⑥ REMOVE ME FROM ISOLATION, GO BACK TO THE STATUS QUO AS OF 4/22/26, GENERAL POPULATION, SAME CELL, SAME BED, SAME EVERYTHING

(7) RESUME LOCKDOWN AT 10:00 PM AS ITS THE ONLY WAY MANY MEN CAN SPEAK WITH THEIR FAMILY ON PHONE, VIDEO OR EVEN SPEAK WITH THEIR LAWYERS (MOST INMATES ARE NOT FROM HERE, TIME ZONES)

(8) NO LIST FOR CHURCH, IT DETERS MEN FROM GOING, CAP ATTENDANCE AT 30 TOTAL LIKE ALL CLASSES

(9) STOP TESTIFYING IN MY DIVORCE & CRIMINAL CASES, YOU HAVE NO AFFILIATION WITH THE CASE.

AGAIN, IN EXCHANGE I WILL DISMISS ALL PENDING LITIGATION & HAVE THE OTHERS DISMISS THEIR CASES AS WELL, I DON'T FEEL THESE REQUEST ARE UNREASONABLE AS IT IS REALLY JUST THE FORMER POLICY & STATUS QUO OF A PRIOR DATE.


AGAIN THANK YOU FOR ACKNOWLEDGING WHAT HAPPENED WITH APOP, I WAS IN FEAR, SCARED, AND EMBARRASSED AFTER IT HAPPENED. I'M AWARE YOU ARE NOT AT FAULT FOR APOPS CHOICES, TELL MS. LINDQUIST I APPRECIATE HER NOTE ON THE KIOSK, I "THANK YOU?" FOR PLACING ME IN THE HOLE FOR MONTHS ON END AS I FOUND GOD WITH THAT AA BOOK WHILE IN THERE, JUST NOT AGAIN. IF YOU ARE AGREEABLE PLEASE HAVE THE DEPUTIES RETURN ME TO MY GENERAL POPULATION CELL BY NOON ON MONDAY APRIL 27, 2026. UPON RETURNING TO GENERAL POPULATION I WILL WRITE UP THE PAPERWORK TO DISMISS ALL LITIGATION.


IF I AM NOT MOVED TO GENERAL POPULATION BY NOON ON 4/27/26 I WILL ASSUME YOU DO NOT AGREE AND FURTHER LITIGATION WILL ENSUE, I HOPE WE CAN FIND A MUTUALLY BENEFICIAL RESOLUTION. I DO NOT FEEL THE NEED TO CONTINUE FIGHTING, THE SAYING "IN WAR THE VICTOR ONLY SEEMS TO WIN" IS VERY TRUE. IT WOULD NOT BE THE BEST USE OF OUR TIME NOR WOULD IT BE OF MAXIMUM SERVICE TO YOU. I MADE A PROMISE TO GOD TO BE OF MAXIMUM SERVICE TO OTHERS, INCLUDING OUR ENEMIES, I'M NOT SURE WHAT WE HAVE TO LOSE AS WE ARE AT A WORSE CASE SCENARIO. I'M LOCKED AWAY IN ISOLATION & YOU JUST SAID EVERYTHING I NEEDED. I'D LIKE TO SHOW PEOPLE EVEN THE WORST OF ENEMIES CAN FORGIVE EACH OTHER, AND TRUST ME WHEN I SAY THIS IS A FIRST, BUT HOPEFULLY YOU WILL WORK WITH ME & ACCEPT MY APOLOGY FOR ANY PAIN I HAVE CAUSED

Case 3:24-cv-01121    Document 112-9    Filed 08/12/26    Page 2 of 2 PageID #: 2718