| Inmate Name Case Number | Jail Intake Signature[1] | Court Document Signature[2] |
|---|---|---|
| Anderson, Jordan #3:26-cv-00716 | | |
| Armstrong, Robert #3:26-cv-00567 | | |
| Armstrong, Samuel #3:26-cv-00519 | | |
| Baker, David #3:26-cv-00520 | | |
| Banks, Marcanzo #3:26-cv-00393[3] | | |

---

[1] The signatures in this column came from intake paperwork signed by the inmates when they entered the Jail. See Youker Aff. ¶ 24.

[2] The signatures in this column came from either the Complaint or IFP Application filed in the inmate's case.

[3] This case was dismissed for failure to comply with court orders. *Banks v. Youker,* No.3:26-cv-00393, DE 7.

| | | |
|---|---|---|
| Beccera Rojas, Orlando #3:26-cv-00581 | | Oralando Oscaldo Becerra Rojas |
| Bennett, Samuel #3:26-cv-00467[4] | Samuel Bennett <br> nmate Name (printed) | SAMUEL BENNETT |
| Bridgeforth, Ray #3:26-cv-00546 | | Ray Bridgeforth JR. |
| Bushaw, Christopher #3:26-cv-00394 | | CHRIS BUSHAW |
| Byrd, Jordan #3:26-cv-00437[5] | | JORDAN BYRD |
| Catignani, James #3:26-cv-00436 | S eAT | JAMES CATIGNANI |
| Chambers, Stephen #3:26-cv-00442 | | STEPHEN C. CHAMBERS |

---

[4] This case was dismissed for failure to prosecute and failure to comply with court orders. *Bennett v. Youker*, No. 3:26-cv-00467, DE 6.

[5] This case was dismissed for failure to prosecute and failure to comply with court orders. *Byrd v. Youker*, No. 3:26-cv-00437, DE 6.

| | | |
|---|---|---|
| Dalton, James<br>#3:26-cv-00524 | *[signature: James Dalton]* | *[signature] JAMES DALTON* |
| Daniels, Triaiquan<br>#3:26-cv-00521 | *[signature]* | *[signature: TD] TRIAIQUAN DANIELS* |
| Davis, Frank Jeffery<br>#3:26-cv-00548 | *[signature: Frank Davis]* | *[signature: Frank Davis] Frank Jeffery Davis* |
| DeBerry, Tony<br>#3:26-cv-00360 | *[signature]* | *[signature: Tony DeBerry]* |
| Diemert, Daniel<br>#3:26-cv-00639 | *[signature: Daniel Diemert]* | *[signature] DANIEL DIEMERT* |
| Fletcher, Curtis<br>#3:26-cv-00172 | *[signature]* | *[signature] Applicant's signatu[re] CURTIS FLETCHER* |
| Fuentes, Jurgen<br>Dietrich<br>#3:26-cv-00525 | *[signature: Jurgen]* | *[signature: Jurgen]* |
| Foxworth, Ramone<br>#3:26-cv-00552 | *[signature]* | *[signature] Ramone Ryan Foxwort[h]* |

| | | |
|---|---|---|
| Freeman, Raymond<br>#3:26-cv-00582 | | |
| Fullen, Cody<br>#3:26-cv-00434<br>#3:26-cv-00458[6] | | |
| Garner,<br>Marquavious<br>#3:26-cv-00063 | | |
| Harris, Cory<br>#3:26-cv-00605 | | |
| Hart, Aubrey<br>#3:26-cv-00369[7] | | |
| Hawkins, Andrew<br>#3:26-cv-00433 | | |

---

[6] This case was dismissed for failure to prosecute. *Fullen v. Youker*, No. 3:26-cv-00458, DE 6.

[7] This case was dismissed for failure to prosecute. *Hart v. Youker*, No. 3:26-cv-00369, DE 6.

| | | |
|---|---|---|
| Hixon Daquarius<br>#3:26-cv-00262 | | |
| Holiday, Keith<br>#3:26-cv-00441 | | KEITH HOLIDAY |
| Holland, Dustin<br>#3:26-cv-00435 | | Dustin Holland<br>Dustin Holland |
| Humphrey,<br>Batavion<br>#3:26-cv-00656 | | Batavion Humphrey |
| Kelton, Tyler<br>3:26-cv-00640 | Tyler Kelton | |
| King, Brian<br>#3:26-cv-00439[8] | | Brian King<br>BRIAN E. KING |
| LeClaire,<br>Christopher<br>#3:26-cv-00527 | NO SIGNATURE ON INTAKE PAPERWORK | CHRISTOPHER LECLAIRE |
| Little, Cortez<br>#3:26-cv-00176<br>#3:26-cv-00233[9] | | Cortez Little<br>Cortez Lamont Little |

[8] This case was dismissed for failure to prosecute. *King v. Youker*, No. 3:26-cv-00439, DE 6.

[9] This case was dismissed for failure to prosecute and failure to comply with court orders. *Little v. Youker*, No. 3:26-cv-00233, DE 5.

| | | |
|---|---|---|
| Lores-Acosta, Erik<br>#3:26-cv-00508 | | |
| McGrew, Benjamin<br>#3:26-cv-00528 | | |
| McKethan, Vontrell<br>#3:26-cv-00501[10] | | |
| Moore, Jeremiah<br>#3:26-cv-00440[11] | | |
| Morrison, Wyatt<br>#3:26-cv-00491 | | |
| Nalls, Larry Dillon<br>#3:25-cv-01185[12] | | |

[10] This case was dismissed for failure to prosecute and failure to comply with court orders. *McKethan v. Youker*, No. 3:26-cv-00501, DE 8.

[11] This case was dismissed for failure to prosecute and failure to comply with court orders. *Moore v. Youker*, No. 3:26-cv-00440, DE 8.

[12] This case was dismissed for failure to prosecute and failure to comply with court orders. *Nalls v. Youker*, No. 3:26-cv-001185, DE 6.

| | | |
|---|---|---|
| Nicholson, Bobby<br>#3:26-cv-00438 | *[signature]* | *[signature]*<br>BOBBY NICHOLSON |
| Phillips, Devin<br>#3:26-cv-00571<br>#3:26-cv-00720 | *[signature]* | *[signature]*<br>DEVIN JOSEPH PHILLIPS |
| Reed, Chevy<br>#3:26-cv-00465[13] | *[signature]* | *[signature]*<br>CHEVY L. REED |
| Riconoscuito,<br>Kevin<br>#3:26-cv-00154 | *[signature]*<br>ignature | KEVIN RICONOSCUITO<br>*[signature]* |
| Rodgriguez-<br>Barrera, Cristian<br>#3:26-cv-00572 | *[signature]* | *[signature]* |
| Villalta, Manuel<br>#3:26-cv-00507[14] | *[signature]* | *[signature]*<br>MANUEL H. VILLALTA |
| White, Gary<br>#3:26-cv-00534 | *[signature]* | *[signature]*<br>Gary ALAN WHITE |

---

[13] This case was dismissed for failure to prosecute and failure to comply with court orders. *Reed v. Youker*, No. 3:26-cv-00465, DE 6.

[14] This case was dismissed for failure to prosecute and failure to comply with court orders. *Villalta v. Youker*, No. 3:26-cv-00507, DE 8.

| | | |
|---|---|---|
| Wiggins, Cody<br>#3:26-cv-00457[15] | | COOY WIGGINS |
| Woods, Ankhamon<br>#3:26-cv-00570 | | AnkHamon woods |
| Woods, Dwayne<br>#3:26-cv-00411 | re | DWAYNE WOODS |
| Zahar, Baker Phillip<br>#3:26-cv-00604 | | BakerZahar<br>Baker Phillip Zahar<br>Phillip Baker Zaher |

[15] This case was dismissed after Wiggins submitted a letter to the Court stating that he did not file the complaint and IFP Application in this case. *Wiggins v. Youker*, 3:26-cv-00457, DE 6 & 7.

# Williamson County Corrections

████████████████████

**Booking Information**

Name: **ANDERSSON, JORDAN CARROLL**

Original                                    Current Information

Date Booked
**07/22/2025**

| Completed by: | Love - 1646 | Date/Time: | 07/22/2025 23:53 |
|---|---|---|---|
| Reviewed by: | | Date/Time: | |
| Inmate's Signature: | | Date/Time: | |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 9 of 60 PageID #: 2727

# Williamson County Corrections

█████████████████████

**Booking Information**

Name: **ARMSTRONG, ROBERT LEE Jr**

| Original | Current Information |
|---|---|
| Date Booked | |
| 01/31/2026 | ███████████████████████ |

████████████████████████████████████████

| | | Date/Time: | 02/01/2026 04:36 |
|---|---|---|---|
| Completed by: | Peterson - 1628 | | |
| Reviewed by: | | Date/Time: | |
| Inmate's Signature: | | Date/Time: | |

# Williamson County Corrections

███████████████████

**Booking Information**

Name:  **ARMSTRONG, SAMUEL JOSEPH**

Original                                                      Current Information

Date Booked
**02/03/2026**

███████████████████████████████████████████

Completed by:    Vasquez - 1572                                                                Date/Time: 02/03/2026 19:33

Reviewed by:                                                                                   Date/Time:

Inmate's Signature:                                                                            Date/Time:

Jail Report 54

# Williamson County Corrections

████████████████████

## Booking Information

Name: **BAKER, DAVID EUGENE II**

| Original | Current Information |
|---|---|
| Date Booked | |
| **12/10/2024** | |

Completed by:    Moore - 1654              Date/Time:   12/10/2024 19:56

Reviewed by:                                       Date/Time:

Inmate's Signature:                           Date/Time:

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 12 of 60 PageID #: 2730

Williamson County Corrections

## Booking Information
Name: **BANKS, MARCANZO DESHAWN**

| | Original | Current Information |
|---|---|---|
| Date Booked | 09/25/2025 | |

---

| | | Date/Time: | 09/25/2025 15:23 |
|---|---|---|---|
| Completed by: | Campbell - 1662 | | |
| Reviewed by: | | Date/Time: | |
| Inmate's Signature: | *[signature]* | Date/Time: | |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 13 of 60 PageID #: 2731

RELEASE AUTHORIZATION

CHILTON VENDING
P O BOX 31
PLEASANT VIEW TN 37146
615-777-0977

## INMATE TRUST FUND ACCOUNT RELEASE AUTHORIZATION

My signature below serves as verification that I am being released from the Williamson County Detention Facility today and am authorizing Commissary Services of Nashville to mail me a check (in lieu of a debit card at time of release) for any funds remaining in my Inmate Trust Fund Account after all required disbursements have been made to cover medical co-pays, fees owed to Williamson County, funds for any commissary orders as well as the $2.00 fee for processing and mailing my check.

PLEASE PRINT CLEARLY

Becerra-Rojas , Orlando ████████
NAME                 I.D. NUMBER

_____    N A    ████████
PHONE NUMBER       SOCIAL SECURITY NUMBER   DATE OF BIRTH

_____
STREET ADDRESS - APARTMENT OR LOT NUMBER

_____
CITY - STATE - ZIP

_____    6-04/2026
Signature          Date

IMPORTANT: Release Forms are picked up Monday afternoon; checks are mailed Tuesday after commissary refunds have been processed. The check fee is $2.00.

# Inmate Education

The Prison Rape Elimination Act (PREA) is federal legislation aimed at eliminating sexual abuse and sexual harassment in confinement settings. In accordance with PREA, the WCSO provides the following information to inmates:

The Williamson County Sheriff's Office (WCSO) has a zero tolerance policy toward all forms of sexual abuse and sexual harassment.

Inmates may report incidents or suspicions of sexual abuse or sexual harassment in the following ways:
- Verbally or in writing to any WCSO staff member,
- Through the grievance process, or
- By calling : <u>(615) 721-3050</u>

## <u>Inmates Detained for Civil Immigration Purposes:</u>

Inmates detained solely for civil immigration purposes may report incidents of sexual abuse or sexual harassment to the Department of Homeland Security and/or relevant consular officials. Contact information for consular officials will be provided upon request. The Department of Homeland Security can be reached by mail or telephone:

Office of Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Building 410, Mail Stop #0190
Washington, D.C. 20528
Toll Free: 1-866-644-8360

DHS Office of Inspector General
Attn: Office of Investigations
245 Murray Lane SW
Mail Stop # 0305
Washington, D.C. 20528
Toll Free: 1-800-323-8603

I have reviewed and I understand this information.

<u>Samuel Bennett</u>
Inmate Name (printed)

<u>Samuel Bennett</u>
Inmate Signature

<u>2-3-22</u>
Date

# Williamson County Corrections

███████████████████████████

**Booking Information**

Name:  **BRIDGEFORTH, RAY AMBRIC**

| Original | Current Information |
|---|---|
| Date Booked | |
| **04/17/2026** | ███████████████ |



| | | Date/Time: | 04/17/2026 15:07 |
|---|---|---|---|
| Completed by: | Barga - 1589 | | |
| Reviewed by: | | Date/Time: | 04/17/2026 15:07 |
| Inmate's Signature: | | Date/Time: | 04/17/2026 15:07 |

Case 3:24-cv-01121     Document 112-10   Page Filed 08/12/26     Page 16 of 60 PageID #: 2734

# Williamson County Corrections

████████████████████████

<u>Booking Information</u>

Name: **BUSHAW, CHRISTOPHER MICHAEL**

| Original | Current Information |
|---|---|

Date Booked
**03/26/2026**

| Completed by: | Barga - 1589 | Date/Time: | 03/26/2026 13:07 |
|---|---|---|---|
| Reviewed by: | | Date/Time: | 03/26/2026 13:07 |
| Inmate's Signature: | | Date/Time: | 03/26/2026 13:07 |

**Booking Information**

Name: **BYRD, JORDAN MICHAEL**

Original           Current Information

| Date Booked | |
|---|---|
| **12/22/2025** | |

| | | Date/Time: | |
|---|---|---|---|
| Completed by: | Vasquez - 1572 | Date/Time: | 12/22/2025 19:15 |
| Reviewed by: | | Date/Time: | |
| Inmate's Signature: | | Date/Time: | |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 18 of 60 PageID #: 2736

# Williamson County Corrections

████████████████

**Booking Information**

Name:  **CATIGNANI, JAMES CHRISTOPHER Jr**

|  | Original | Current Information |
|---|---|---|
| Date Booked | | |
| **11/30/2025** | | |

| | | |
|---|---|---|
| Completed by: | Vasquez - 1572 | Date/Time: 11/30/2025 21:55 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | J eAT | Date/Time: |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 19 of 60 PageID #: 2737

# Williamson County Corrections

[REDACTED]

**Booking Information**

Name:   **CHAMBERS, STEPHEN COREY**

|              Original              |              Current Information              |

Date Booked
**12/09/2025**

[REDACTED]

Completed by:   Wright - 788          Date/Time:   12/09/2025 14:17

Reviewed by:          Date/Time:

Inmate's Signature:          Date/Time:

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 20 of 60 PageID #: 2738

# Williamson County Corrections

██████████████

**Booking Information**

Name: **DALTON, JAMES SCOTT**

Date Booked
**09/12/2025**

████████████████████████████████████████

| | | |
|---|---|---|
| Completed by: | Peterson - 1628 | Date/Time: 09/12/2025 20:13 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | *[signature]* | Date/Time: |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 21 of 60 PageID #: 2739

# Williamson County Corrections

█████████

**Booking Information**

Name: **DALTON, JAMES SCOTT**

Original                                Current Information

Date Booked

**09/12/2025**

Completed by:     Peterson - 1628                                Date/Time: 09/12/2025 20:13

Reviewed by:                                                     Date/Time:

Inmate's Signature:   X James Dalton                             Date/Time:

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 22 of 60 PageID #: 2740

# Williamson County Corrections

██████████████████

## Booking Information
Name: **DANIELS, TRIAIQUAN R**

| Original | Current Information |
|---|---|
| Date Booked **04/01/2026** | |

| | | | |
|---|---|---|---|
| Completed by: | Blair - 1506 | | Date/Time: 04/01/2026 14:43 |
| Reviewed by: | | | Date/Time: 04/01/2026 14:43 |
| Inmate's Signature: | | | Date/Time: 04/01/2026 14:44 |

**Booking Information**

Name:   **DAVIS, FRANK JEFFERY**

Original

| Date Booked |
|---|
| **09/08/2025** |

Completed by:     Campbell - 1662                                                  Date/Time:  09/08/2025 14:56

Reviewed by:                                                                            Date/Time:

Inmate's Signature: Frank-Davis                                              Date/Time:

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 24 of 60 PageID #: 2742

**Booking Information**

Name: **DEBERRY, TONY MONTANA**

| Original | Current Information |
|---|---|
| Date Booked | |
| **10/08/2024** | |

Completed by: James - 1651        Date/Time: 10/08/2024 19:06

Reviewed by:        Date/Time:

Inmate's Signature:        Date/Time:

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 25 of 60 PageID #: 2743



# WILLIAMSON COUNTY SHERIFF'S OFFICE

## DUSTY RHOADES, SHERIFF

408 CENTURY COURT
FRANKLIN, TENNESSEE 37064
(615) 790-5560



I, _Daniel Leo Diemert_, request to be taken off of Protective Custody (PC) status.

I am aware that I may be placed back into the general population and my daily activities scheduled/unscheduled may be with any/all other inmates housed at the Williamson County Jail. I am not currently in fear for my life or safety and I am requesting this status change of my own free will. This change has not been forced or coerced by anyone.

Signed

Witnessed

_C. ___ #4910_

Approved

_C. ___ #4910_

Printed

_Daniel Diemert_

Date

_6/5/23_

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 26 of 60 PageID #: 2744

# Williamson County Corrections

██████████████

**Booking Information**

Name: **FLETCHER, CURTIS WAYNE Jr**

| Original | Current Information |
|---|---|
| Date Booked | |
| 09/19/2025 ██████████ | ████████████████ |

██████████████████████████████████████

| | | |
|---|---|---|
| Completed by: | Campbell - 1662 | Date/Time: 09/19/2025 17:46 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | | Date/Time: |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 27 of 60 PageID #: 2745

# Williamson County Corrections
## Jail Educational Questionnaire

**Name:** EWERT FUNTES, JURGEN DIETRICH █████████ **Date:** 09/25/2024

**School Name Last Attended:** CHILI

**If not this county, where:**

**City:**         **State:**       **Year:** 2018

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☐ |
| Did you receive a GED? (Check if yes) | ☐ |
| Highest Grade Completed: | 12 |
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

_____
Signature

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 28 of 60 PageID #: 2746

# Williamson County Corrections

██████████████████████████████

**Booking Information**

Name: **FOXWORTH, RAMONE RYAN**

|  Original | Current Information |
|---|---|
| Date Booked | |
| **03/25/2026** | |



| | | Date/Time: |
|---|---|---|
| Completed by: | Head - 1724 | 03/25/2026 19:21 |
| Reviewed by: | K. Head #2748 | 03/25/2026 19:21 |
| Inmate's Signature: | *(signature)* | 03/25/2026 19:22 |

# Williamson County Corrections

███████████████████████████████

## Booking Information

Name: **FREEMAN, RAYMOND EUGENE**

Original | Current Information

Date Booked
**04/29/2026**

███████████████████████████████████

| | |
|---|---|
| Completed by: | Vasquez - 1572 |
| Reviewed by: | *(signature)* |
| Inmate's Signature: | *(signature)* |

| | |
|---|---|
| Date/Time: | 04/29/2026 16:17 |
| Date/Time: | 04/29/2026 16:17 |
| Date/Time: | 04/29/2026 16:17 |

# Williamson County Corrections

Booking Information
Name: **FULLEN, CODY RAY**

Original

Current Information

Date Booked
**12/12/2025**

| | | |
|---|---|---|
| Completed by: | Wright - 788 | Date/Time: 12/12/2025 14:55 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | | Date/Time: |

Print Date 12/12/2025 14:55

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 31 of 60 PageID #: 2749

# Inmate PREA Education

The Prison Rape Elimination Act (PREA) is federal legislation aimed at eliminating sexual abuse and sexual harassment in confinement settings. In accordance with PREA, the WCSO provides the following information to inmates:

The Williamson County Sheriff's Office (WCSO) has a zero tolerance policy toward all forms of sexual abuse and sexual harassment.

Inmates may report incidents or suspicions of sexual abuse or sexual harassment in the following ways:
- Verbally or in writing to any WCSO staff member,
- Through the grievance process, or
- By calling: (615) 721-3050 (A free, confidential, and external resource for reporting)
- By contacting the Sexual Assault Center via phone call to 800-879-1999 or in writing to 101 French Landing Dr. Nashville, TN, 37028

## Inmates Detained for Civil Immigration Purposes:

Inmates detained solely for civil immigration purposes may report incidents of sexual abuse or sexual harassment to the Department of Homeland Security and/or relevant consular officials. Contact information for consular officials will be provided upon request. The Department of Homeland Security can be reached by mail or telephone:

Office of Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Building 410, Mail Stop #0190
Washington, D.C. 20528
Toll Free: 1-866-644-8360

DHS Office of Inspector General
Attn: Office of Investigations
245 Murray Lane SW
Mail Stop # 0305
Washington, D.C. 20528
Toll Free: 1-800-323-8603

I have reviewed and I affirm that I understand this information. I also understand that this information and additional PREA related information is provided via video format and played in each housing unit of the facility routinely.

Marquavious Garner
Inmate Name (printed)

_____

_____
Date

# Williamson County Corrections

**Booking Information**

Name: **HARRIS, CORY DAMON**

Original | Current Information
---

Date Booked
**04/22/2026**

| | | |
|---|---|---|
| Completed by: | Love - 1646 | Date/Time: 04/22/2026 20:26 |
| Reviewed by: | S. Lopez | Date/Time: 04/22/2026 20:30 |
| Inmate's Signature: | Cory Harris | Date/Time: 04/22/2026 20:30 |

# Williamson County Corrections

## Jail Educational Questionnaire

**Name:** HART, AUBREY LEE

**Date:** 09/07/2025

**ID Number:** ████████████

**School Name Last Attended:** Homeschool

**If not this county, where:**

**City:**                     **State:** TN    **Year:** 2010

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☐ |
| Did you receive a GED? (Check if yes) | ☑ |
| Highest Grade Completed: | 12 |
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

_Signature_

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 34 of 60 PageID #: 2752

# Williamson County Corrections

██████████████████

**Booking Information**

Name:  **HAWKINS, ANDREW JOSEPH**

Original

Date Booked
**09/09/2025**

████████████████████████████████████████

| Completed by: | Vasquez - 1572 | | Date/Time: | 09/09/2025 22:04 |
|---|---|---|---|---|
| Reviewed by: | | | Date/Time: | |
| Inmate's Signature: | | | Date/Time: | |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 35 of 60 PageID #: 2753

# Williamson County Corrections

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Booking Information**

Name: HUDSON, **DAQUARIUS MONTREY**

Original                                                    Current Information

Date Booked
04/02/2025

| Completed by: | Elliott - 1611 | Date/Time: | 04/02/2025 22:42 |
|---|---|---|---|

Reviewed by:                                                                Date/Time:

Inmate's Signature:                                                         Date/Time:

**Booking Information**

Name: **HOLIDAY, KEITH NMN**

Original

Date Booked
**12/21/2024**

Completed by: Elliott - 1611 | Date/Time: 12/21/2024 20:45

Reviewed by: _____ | Date/Time: _____

Inmate's Signature _____ | Date/Time: _____

Print Date 12/21/2024 20:45

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 37 of 60 PageID #: 2755

**Booking Information**

Name: **HOLLAND, DUSTIN LEE**

Original                                                    Current Information

Date Booked
**10/28/2025**

Completed by: Love - 1646                                   Date/Time: 10/28/2025 04:57

Reviewed by:                                               Date/Time:

Inmate's Signature:                                        Date/Time:

# Williamson County Corrections

████████

<u>Booking Information</u>

Name:   **HUMPHREY, BATAVION J**

|        Original        |        Current Information        |
|------------------------|-----------------------------------|
| Date Booked<br>**05/02/2026** | ███████████████████████ |



| Completed by: | Blair - 1506 | Date/Time: | 05/02/2026 12:59 |
|---------------|--------------|------------|-------------------|
| Reviewed by: | | Date/Time: | 05/02/2026 12:59 |
| Inmate's Signature: | | Date/Time: | 05/02/2026 13:00 |

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 39 of 60 PageID #: 2757

# Inmate Education

The Prison Rape Elimination Act (PREA) is federal legislation aimed at eliminating sexual abuse and sexual harassment in confinement settings. In accordance with PREA, the WCSO provides the following information to inmates:

The Williamson County Sheriff's Office (WCSO) has a zero tolerance policy toward all forms of sexual abuse and sexual harassment.

Inmates may report incidents or suspicions of sexual abuse or sexual harassment in the following ways:
- Verbally or in writing to any WCSO staff member,
- Through the grievance process, or
- By calling : <u>(615) 721-3050</u>

## Inmates Detained for Civil Immigration Purposes:

Inmates detained solely for civil immigration purposes may report incidents of sexual abuse or sexual harassment to the Department of Homeland Security and/or relevant consular officials. Contact information for consular officials will be provided upon request. The Department of Homeland Security can be reached by mail or telephone:

Office of Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Building 410, Mail Stop #0190
Washington, D.C. 20528
Toll Free: 1-866-644-8360

DHS Office of Inspector General
Attn: Office of Investigations
245 Murray Lane SW
Mail Stop # 0305
Washington, D.C. 20528
Toll Free: 1-800-323-8603

I have reviewed and I understand this information.

Tyler Nelton
Inmate Name (printed)

_Inmate Signature_

4/20/2021
Date

# Williamson County Corrections

█████████████████████████

**Booking Information**

Name:   **KING, BRIAN EUGENE**

|                | Original | Current Information |
|----------------|----------|---------------------|
| Date Booked    | **03/22/2026** | |



| | | |
|---|---|---|
| Completed by: | Love - 1646 | Date/Time: **03/23/2026 00:14** |
| Reviewed by: | *S. [signature]* | Date/Time: **03/23/2026 00:17** |
| Inmate's Signature: | *[signature]* | Date/Time: **03/23/2026 00:17** |

Case 3:24-cv-01121     Document 112-10     Page 1 of 1     Filed 08/12/26     Page 41 of 60 PageID #: 2759

# Williamson County Corrections
## Jail Educational Questionnaire ~~(partially obscured)~~

**Name:** LITTLE, CORTEZ LAMONT                                            Date: 02/08/2025

School Name Last Attended:   ANTIOCH

**If not this county, where:**  DAVIDSON

**City:**  ANTIOCH                        **State:**  TN        **Year:**  2008

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☑ |
| Did you receive a GED? (Check if yes) | ☐ |
| Highest Grade Completed: | 12 |
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

X _____

Signature

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 42 of 60 PageID #: 2760

# Williamson County Corrections
## Jail Educational Questionnaire

**Name:** LORES-ACOSTA, ERIK L          ███████          **Date:** 10/28/2025

███████████████████████████████████

**School Name Last Attended:** CUBA

**If not this county, where:**

**City:**                          **State:**          **Year:**

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☐ |
| Did you receive a GED? (Check if yes) | ☐ |

**Highest Grade Completed:**

| | |
|---|---|
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

_____
Signature

# Williamson County Corrections

████████████████

**Booking Information**

Name: **MCGREW, BENJAMIN MALIK**

| Original | Current Information |
|---|---|
| Date Booked **04/01/2026** | |

| | | |
|---|---|---|
| Completed by: | Peterson - 1628 | Date/Time: 04/01/2026 03:00 |
| Reviewed by: | | Date/Time: 04/01/2026 03:01 |
| Inmate's Signature: | | Date/Time: 04/01/2026 03:01 |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 44 of 60 PageID #: 2762

## Williamson County Corrections

**Booking Information**

Name: **MCKETHAN, VONTRELL MALACHI**

|  Original | Current Information |
|---|---|
| Date Booked **05/27/2026** |  |



| | | Date/Time: |
|---|---|---|
| Completed by: | Vasquez – 1572 | 05/27/2026 19:36 |
| Reviewed by: | | 05/27/2026 19:36 |
| Inmate's Signature: | | 05/27/2026 19:36 |

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 45 of 60 PageID #: 2763

**Booking Information**

Name: **MOORE, JEREMIAH MARQUES**

∙ Original                                    Current Information

Date Booked
08/24/2023

Completed by:    Karaczewski - 1437                                    Date/Time: 08/24/2023 10:44

Reviewed by:                                                      Date/Time:

Inmate's Signature: *Jeremiah moore*                        Date/Time:

Case 3:24-cv-01121     Document 112-10     Filed 08/12/26     Page 46 of 60 PageID #: 2764

# Williamson County Corrections

Booking Information

Name: **MORRISON, WYATT NICHOLSON**

Original

Date Booked
**07/12/2025**

| | |
|---|---|
| Completed by: | Love - 1646 |

Date/Time: 07/13/2025 03:38

Reviewed by:

Date/Time:

Inmate's Signature: *(signature)*

Date/Time:

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 47 of 60 PageID #: 2765

# Inmate Education

The Prison Rape Elimination Act (PREA) is federal legislation aimed at eliminating sexual abuse and sexual harassment in confinement settings. In accordance with PREA, the WCSO provides the following information to inmates:

The Williamson County Sheriff's Office (WCSO) has a zero tolerance policy toward all forms of sexual abuse and sexual harassment.

Inmates may report incidents or suspicions of sexual abuse or sexual harassment in the following ways:
- Verbally or in writing to any WCSO staff member,
- Through the grievance process, or
- By calling : <u>(615) 721-3050</u>

## Inmates Detained for Civil Immigration Purposes:

Inmates detained solely for civil immigration purposes may report incidents of sexual abuse or sexual harassment to the Department of Homeland Security and/or relevant consular officials. Contact information for consular officials will be provided upon request. The Department of Homeland Security can be reached by mail or telephone:

Office of Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Building 410, Mail Stop #0190
Washington, D.C. 20528
Toll Free: 1-866-644-8360

DHS Office of Inspector General
Attn: Office of Investigations
245 Murray Lane SW
Mail Stop # 0305
Washington, D.C. 20528
Toll Free: 1-800-323-8603

I have reviewed and I understand this information.

_____
Inmate Name (printed)

_____
Inmate Signature

_8 12 22_
Date

# Williamson County Corrections

████████████████████

**Booking Information**

Name: **NALLS, LARRY DILLON**

Original

Date Booked
**08/12/2022**

████████████████████████████████████████████

| | | |
|---|---|---|
| Completed by: | Fultz-Miller - 1512 | Date/Time: 08/12/2022 19:39 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | | Date/Time: |

# Williamson County Corrections

████████████████

**Booking Information**

Name: **NICHOLSON, BOBBY LEE**

Original | Current Information

Date Booked
**04/07/2025**

Completed by: Elliott - 1611 | Date/Time: 04/08/2025 02:19

Reviewed by: | Date/Time:

Inmate's Signature: *Bobby Nicholson* | Date/Time:

# Williamson County Corrections

Name: **PHILLIPS, DEVIN JOSEPH**

Original

Date Booked
**02/13/2026**

| | |
|---|---|
| Completed by: | Barga - 1589 |

Date/Time: 02/13/2026 15:42

Reviewed by: 

Date/Time:

Inmate's Signature:

Date/Time:

Print Date 02/13/2026 15:42

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 51 of 60 PageID #: 2769

# Williamson County Corrections

███████████████

**Booking Information**

Name: **REED, CHEVY LEE**

Original

Date Booked
**01/03/2025**

| | |
|---|---|
| Completed by: | Wright - 788 | Date/Time: 01/03/2025 22:16 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | *[signature]* | Date/Time: |

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 52 of 60 PageID #: 2770

# Williamson County Corrections

## Jail Educational Questionnaire

**Name:** RICONOSCUITO, KEVIN ALLEN ████████████ **Date:** 04/12/2023

████████████████████████████████

**School Name Last Attended:** MT. TAHOMA

**If not this county, where:**

**City:** TACOMA      **State:** WA    **Year:** 2009

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☐ |
| Did you receive a GED? (Check if yes) | ☑ |
| Highest Grade Completed: | 11 |
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

_____

Signature

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 53 of 60 PageID #: 2771

# Williamson County Corrections

**Booking Information**

Name: **RODRIGUEZ-BARRERA, CRISTIAN**

Original

Date Booked
**05/29/2025**

Completed by: Shavers - 1616

Date/Time: 05/29/2025 19:22

Reviewed by:

Date/Time:

Inmate's Signature:

Date/Time:

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 54 of 60 PageID #: 2772

# STATE OF TENNESSEE
## GENERAL SESSIONS & CRIMINAL COURT OF WILLIAMSON COUNTY

WE, VILLALTA, MANUEL ALBERTO, Principal/Defendant and County Wide and Tracey Howard Sureties, agree to bind ourselves and pay the State of Tennessee $10,000

Dollars, unless the said defendant shall appear before the Court of General Sessions/Criminal Court, at Williamson County, Tennessee on 24th day of April, 20 26, at 9:00 O'clock A m., and from day to

day until the case is finally concluded and if, the Principal be bound over to the Grand Jury, then before the Criminal Court of

Williamson County from Term to Term until the case there be finally concluded and shall not depart the Court without leave.

Charge IDENTITY THEFT; FRAUDULENT USE OF CREDIT CARD;

## NOTICE
## IF YOU ARE A PROFESSIONAL BONDSMAN

**AMOUNT OF CHARGES TO YOU.** The Premium fee for your bond should not be more than ten percent (10%) of the face amount of your bond. For example, if your bond is $2,500, the premium on the bond should not be more than $250.00. In addition to this amount, the law also permits a one-time $25 initiation fee. (T.C.A. 40-11-316)

**INSIST ON A RECEIPT.** The law, (T.C.A. 40-113-04), requires a bail bondsman to keep a duplicate receipt. The receipt must show the name of the person paying money or pledging property, the name of the person for whom it was paid, the account or purpose for which it is received, and the suit, action or matter in which the money is paid.

**COLLATERAL THAT CAN BE REQUIRED.** If a bondsman insists on collateral in addition to the ten percent (10%) premium fee, you may wish to talk to another bondsman. However, a bondsman may accept collateral, and if the bondsman accepts collateral, the bondsman must give you a written receipt for the collateral, and the receipt shall give in detail a full description of the collateral received and the terms of redemption as required by T.C.A. 40-11-126(8).

**A BONDSMAN MAY NOT LOCK YOU BACK UP OR SURRENDER YOU ARBITRARILY OR WITHOUT GOOD CAUSE. GOOD CAUSE MAY INCLUDE FAILURE TO PERFORM YOUR OBLIGATIONS UNDER THE CONTRACT YOU HAVE WITH YOUR BONDSMAN (T.C.A. 40-11-126(7) & 40-11-132).**

COURTROOM APPEARANCE. The Court orders you to comply with the following dress code when attending court, to wit: MEN shall dress with long pants, shirt and shoes. WOMEN shall wear a dress, or long pants with a shirt or blouse and shoes. Violators may be held in contempt of court.

Witness our hands this the 13TH day of APRIL, 20 26.

County Wide Bail Bonding LLC
Name of Bonding Company

X _____
Principal

Tracy Howard
Agent/Sureties

101 Confederate Dr. Franklin TN
Address

931-626-1830  Phone #
37064

I have collected the $12.00 tax required by law.

Tracy Howard
Bonding Agent

Jalinh Amato
Approved by

SS# _____

D.O.B _____

4/13/26
Date Accepted and Filed

# Williamson County Corrections

████████████████

**Booking Information**

Name: **WHITE, GARY ALAN**

| Original | Current Information |
|---|---|

Date Booked
**06/09/2025**

████████████████████████████████

████████████████████████████████████████████████████████████

| | | |
|---|---|---|
| Completed by: | Love - 1645 | Date/Time: 06/09/2025 23:34 |
| Reviewed by: | | Date/Time: |
| Inmate's Signature: | | Date/Time: |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 56 of 60 PageID #: 2774

# Williamson County Corrections

███████████████████████

**Booking Information**

Name: **WIGGINS, CODY HEATH**

| | Original | Current Information |
|---|---|---|
| Date Booked | **11/12/2023** | |

| | | Date/Time: | |
|---|---|---|---|
| Completed by: | Shoap - 1169 | Date/Time: | 11/12/2023 08:19 |
| Reviewed by: | | Date/Time: | |
| Inmate's Signature: | | Date/Time: | |

Case 3:24-cv-01121    Document 112-10    Filed 08/12/26    Page 57 of 60 PageID #: 2775

# Williamson County Corrections

[REDACTED]

**Booking Information**

Name: **WOODS, ANKHAMEN NMN**

Original

Date Booked
**04/15/2025**

[REDACTED]

| | |
|---|---|
| Completed by: | Peterson - 1628 |
| Reviewed by: | |
| Inmate's Signature: | |

Date/Time: 04/15/2025 15:26

Date/Time:

Date/Time:

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 58 of 60 PageID #: 2776

# Williamson County Corrections

## Jail Educational Questionnaire

**Name:** WOODS, DWAYNE MICHAEL

**Date:** 08/20/2025

**School Name Last Attended:** CARNESIE

**If not this county, where:**

**City:** BROOKLYN   **State:** NY   **Year:** 1985

| | |
|---|---|
| Were you in special education classes? (Check if yes) | ☐ |
| Were you in LD classes? (Check if yes) | ☐ |
| Were you in ED classes? (Check if yes) | ☐ |
| Did you graduate from High School? (Check if yes) | ☐ |
| Did you receive a GED? (Check if yes) | ☑ |
| Highest Grade Completed: | 11 |
| Would you like to take educational classes while in Custody? (Check if yes) | ☐ |
| Is this individual to be in Custody for 10 days or more? (Check if yes) | ☐ |
| Has this information been forwarded to the local school board? (Check if yes) | ☐ |

X _Dwayne Woods_

Signature

Case 3:24-cv-01121   Document 112-10   Filed 08/12/26   Page 59 of 60 PageID #: 2777

# Williamson County Corrections

**Booking Information**

Name:   ZAHAR, BAKER PHILLIP

Original

Date Booked
05/02/2025

| | |
|---|---|
| Completed by: | Burdick - 1642 |
| Reviewed by: | |
| Inmate's Signature: | |

Date/Time:  05/02/2025 20:40

Date/Time:

Date/Time:

Print Date 05/02/2025 20:40