# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24:CV-1121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **OFFICE, CHAD YOUKER, ASHLEY** | ) | **Magistrate Judge Luke A. Evans** |
| **LINDQUIST, f/n/u APER, CHRIS GRAY,** | ) | |
| **JEFF HUGHES, and LISA CARSON,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## WILLIAMSON COUNTY DEFENDANTS' MOTION TO FOR LEAVE TO MANUALLY FILE VIDEO EXHIBITS

Comes now, pursuant to LR 7.01, Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and Sheriff Jeff Hughes (collectively, the "Williamson County Defendants" or "these Defendants"), by and through undersigned counsel, and submit this Motion for Leave to Manually File Video Exhibits. In support of its Motion for Sanctions and Memorandum of Law in Support thereof, these Defendants would, with the Court's permission, file the following videos:

(1) Exhibit H – Video of Garner Interview

(2) Exhibit I – Video of Moore Interview

(3) Exhibit J – Video of June 9th, 2026, incident with Youker.

(4) Exhibit J (continued) – Alternative view of June 9th, 2026, incident with Youker.

(5) Exhibit L – Video from May 15th mail pass

(6) Exhibit M – Video of Dalton Interview June 2, 2026

*Signature Block and Certificate of Service on Next Page.*

1

/s/ <b><i>Emmerson Y. Marlatt</i></b>
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
(615) 244-3370
*Attorneys for Williamson Co. Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on or about the 12th day of August 2026 to:

Robert C. Gordon
# 65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064

<b>/s/ Emmerson Y. Marlatt</b>
Emmerson Y. Marlatt

2