RECEIVED
AUG 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

NOTICE OF MEDICAL EMERGANCY,
MOTION TO EXTEND TIME STAY, AND
NOTICE OF FILING AFFIDAVITS

COMES NOW, ROBERT GORDON, HEREBY GIVES NOTICE OF AN EMERGANCY EYE SURGERY & MOVES THIS COURT TO EXTEND TIME ON FILINGS FOR 90 DAYS UNTIL VISION IS RESTORED TO NORMAL AND IS "ABLE TO RETURN TO WORK". PLAINTIFF HAS HAD HEAD INJURIES RECENTLY. PLAINTIFF HAS NO VISION IN HIS RIGHT EYE & DOUBLE VISION IN HIS LEFT AFTER RETINA SURGERY AND CONCUSSION. BASIC TASK ARE VERY DIFFICULT, PLAINTIFF NEED TO LIE FLAT ON A BED FOR A NUMBER OF DAYS.
WHEREFORE PLAINTIFF PRAYS FOR STAY OR EXTENSION OF TIME DUE TO MEDICAL EMERGANCY FOR 90 DAYS.

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 8/15/26 TO EMMERSON MARCUITT

3310 W. END AVE # 550

NASHVILLE, TN 37203

RESPECTFULLY,

ROBERT GORDON
#67920
408 CENTURY CT
FRANKLIN, TN 37064

FOREVER / USA

RECEIVED
AUG 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE TN 37203

LEGAL

37203287095 C019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131

This correspondence is from an inmate in a correctional Institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office