RECEIVED
AUG 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:26-CV-01121 (KM)

AFFIDAVITS - EXHIBITS

CODY WIGGINS

DEVIN PHILLIPS

KEVIN RICCOBONITO

# AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY; I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY AND STATE THE FOLLOWING TO THE BEST OF MY KNOWLEDGE: I HAVE REQUESTED ASSISTANCE FROM ROBERT GORDON.

THE "BIBLE LAWSUIT" AGAINST CAPTAIN CHAD YOUKER AND OTHER DEFENDANTS IS PERFECTLY LEGITIMATE & THE CLAIMS ARE TRUE. THE JAIL DID RESTRICT ACCESS TO BIBLES & RELIGIOUS MATERIALS FOR A CONSIDERABLE AMOUNT OF TIME, AS I PLAN TO DISCLOSE MORE FULLY IN MY OWN LAWSUIT AGAINST CAPTAIN YOUKER AND OTHER DEFENDANTS. THE "BIBLE LAWSUIT" AND ITS PARTIES ARE COMMON KNOWLEDGE AT THE JAIL, & I BELIEVE ALLEGATIONS THAT ROBERT GORDON FORGED DOCUMENTS IN RELATION TO THIS SUIT ARE CATEGORICALLY FALSE & AN ATTEMPT TO MAKE HIS LAWSUIT AND THE BROADER "BIBLE LAWSUIT" APPEAR ILLEGITIMATE (WHICH IS EXACTLY WHAT I TOLD TENNESSEE BUREAU OF INVESTIGATION'S DETECTIVES WHO QUESTIONED ME ABOUT THIS LAWSUIT). I HAVE SEEN, WHILE WORKING AS A TRUSTEE, JAIL STAFF READING MY PERSONAL & LEGAL MAIL & HAVE WITNESSED THEM DESTROYING MY LEGAL MAIL, MOST NOTABLY, MY PETITION FOR HABEAS CORPUS RELIEF. CAPTAIN YOUKER AND HIS GOONS ARE NOT ABOVE OBSTRUCTING JUSTICE & I BELIEVE THEM (OR AN AGENT OF THEIRS, SUCH AS AN INMATE HOPING TO INCUR FAVOR OR AVOID PUNISHMENT) FORGED THE LAWSUIT THAT WAS FILED IN MY NAME TO MAKE THE LAWSUITS APPEAR ILLEGITIMATE. AFTER SPEAKING WITH THE SPECIAL AGENT FROM TBI, I WAS PLACED IN SEGREGATION WITHOUT ACCESS TO PHONES IN A POD WITH ONLY TWO PEOPLE: ROBERT GORDON & DEVIN PHILLIPS. I AM CLEARLY BEING RETALIATED AGAINST. I AM IN GRAVE FEAR OF FURTHER RETALIATION, EVEN OF DEATH OR SERIOUS BODILY HARM BY STAFF MEMBERS WHO HAVE RETALIATED AGAINST ME PERSONALLY & AGAINST OTHERS (SUCH AS GORDON & PHILLIPS). WE ARE, ALL THREE, STRAIGHT, WHITE, CHRISTIAN MEN WHO ATTEND CHURCH & BIBLE STUDIES REGULARLY, AND ARE BEING RETALIATED AGAINST BY NON-SPIRITUAL, HOMOSEXUALS. THIS IS CLEARLY NOT A COINCIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS 8/1/2026
AFFIANT #169255

AFFIDAVIT

I, DEVIN PHILLIPS, GIVE OATH AFTER BEING SWORN UNDER PENALTY OF PERJURY, AM OVER AGE 18, COMPETENT TO TESTIFY, AND STATE THE FOLLOWING TO THE BEST OF MY KNOWLEDGE

1- Robert cole Gordon did not forge any documents

2- I personally requested mr. Gordon to assist me in filing a lawsuit against captain youker as well as verious other legal documents. per 28 cfr 543.11

3- I am currently placed in segregation and in fear for my life that the jail staff + youker might harm me or attempt to retaliate against me.

4- The bible lawsuit is 100% ligitimate and all allegations are true.

5- I believe captain Youker has conspired to forge documents to try and deligitimize the bible lawsuit as well as other lawsuits brought against him + the jail. I have personally been denied documents needed to file lawsuits by jail + jail staff

6- I personally attend church & bible studies 3-4 times a week with ~~[illegible]~~ Mr. Gordon. He is an ~~[illegible]~~ upstanding citizen & all around person.

7- I have personally witnessed roughly 25-30 instances of sexual abuse and personally been victim of these abuses dozens of times. Including being told to strip naked bend at the waist and spread my butt cheeks. I've witnessed 7 guys be forced to strip naked in front of a group of 20 other guys watching. Sexual abuse is rampant at this Jail by the hands of the gaurds & staff. I also don't believe homosexual males should be performing strip searches and pat downs

8- I have personally been intimidated by LT. Turner, LT Lockheart, Fairchild, Head, Finney, and Captain Youker to the point at which I feared for my life. I wrote grievances about these incidents but was told they had the right to yell at me, ~~and~~ scare me, retaliate against me, and cause me to fear for ~~my~~ my life

[illegible]

9- I have been retaliated against for filing a grievence about inmates being sexually abused by Sargent Crowe.

10- Deputy wright personally told me that he locked Karl bjork in the walk in cooler in the kitchen as a joke and that Karl needs to man up and get over it.

11- during a strip search performed in my pod that was done in front of everyone I was forced to watch inmates strip naked + was next in line to have to strip in front of everyone until an emergancy stopped the searches.

12- I have seen personally racist comments from deputies. as well as antisemetic comments.

Further Affiant saith not.

[illegible signature] ID 8994

Affiant 8-1-26

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064




RECEIVED
AUG 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE TN 37203

LEGAL

37203$7095 C019

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office