RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENN

ROBERT GORDON

V CASE # 3-24-CV-01121

WCSO, ET AL

21 DAY SAFE HARBOR NOTICE TO DEFENDANTS

COMES NOW, ROBERT GORDON, HEREBY GIVES NOTICE TO DEFENDANTS PURSUANT TO FRCP 11 OF 21 DAY SAFE HARBOR PROVISION.

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 8/14/26 TO EMMERSON MARCUTT
3310 W. END AVE # 550
NASHVILLE, TN 37203

Robert Gordon
#65720
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
21 AUG 2026 PM 6 L




RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court
719 Church St #1300
Nashville, TN 37203

37203-709525

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC® C137131
© USPS 2022