**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24:CV-1121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S OFFICE, CHAD YOUKER, ASHLEY LINDQUIST, f/n/u APER, CHRIS GRAY, JEFF HUGHES, and LISA CARSON,** | ) | **Judge Waverly D. Crenshaw, Jr.**<br>**Magistrate Judge Luke A. Evans**<br><br>**JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**WILLIAMSON COUNTY DEFENDANTS' RESPONSE TO THE PLAINTIFF'S MOTION FOR DISCOVERY CONFERENCE**

Comes now, pursuant to LR 7.01, Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and Sheriff Jeff Hughes (collectively, the "Williamson County Defendants" or "these Defendants"), by and through undersigned counsel, and submit this Response to the Plaintiff's Motion for Discovery Conference (DE 109).

These Defendants note that the Plaintiff's motion requests a discovery conference pursuant to "FRCP 26.06". There is no R. 26.06, F.R.C.P, and, therefore, the Plaintiff has not provided the Court with a legal basis to provide the requested relief. As such, the Plaintiff's motion should be denied.

***/s/ Emmerson Y. Marlatt***
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
(615) 244-3370
*Attorneys for Williamson Co. Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 26th day of August, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to the plaintiff, and/or by operation of the Court's electronic filing system to:

| | |
|---|---|
| Robert C. Gordon<br>#65920<br>Williamson County Sheriff's Office<br>408 Century Court<br>Franklin, TN 37064 | Brian S. Spitler, #32649<br>April D. Romeo, #30966<br>COPELAND, STAIR, VALZ & LOVELL, LLP<br>735 Broad Street, Suite 1100<br>Chattanooga, TN 37402<br>Ph: (423) 777-4693<br>bspitler@csvl.law<br>aromeo@csvl.law<br>*Attorneys for Lisa Carson* |

/s/ ***Emmerson Y. Marlatt***
Emmerson Y. Marlatt