IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V

CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED
AUG 27 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

PACKET TWO

NOTICE OF FILING EXHIBITS

IN OPPOSITION OF MOTION FOR

SANCTIONS EXHIBIT R - Z

COMES NOW, ROBERT GORDON, GIVES NOTICE OF FILING EXHIBITS IN OPPOSITION TO SANCTIONS "EXHIBIT R - Z"

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 8/14/26 VIA US MAIL TO EMMORSON MARLATT 409 CENTURY CT FRANKLIN TN 37064

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

RECEIVED

AUG 27 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court
719 Church St #1300
Nashville, TN 37203

1 of 3







Legal Mail