RECEIVED
AUG 2 7 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

PACKET THREE

NOTICE OF FILING EXHIBITS

IN OPPOSITION OF MOTION FOR

SANCTIONS EXHIBIT AA-UU

COMES NOW, ROBERT GORDON, GIVES NOTICE OF FILING EXHIBITS IN OPPOSITION TO SANCTIONS "EXHIBIT AA-UU"

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 8/14/26 VIA US MAIL TO EMMERSON MARCATT 408 CENTURY CT FRANKLIN, TN 37064

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064

RECEIVED

AUG 27 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

2 OF 3







LEGAL
MAIL