In The United States District Court
For Middle District of Tennessee
Nashville Division

RECEIVED
AUG 2 8 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Robert C. Gordon
plaintiff,

V

case # 3:24-CV-1121

WCSO, et al

Motion to intervene

Comes now Devin Phillips hereby moves this court pursuant to frcp 24 to intervene in this action wherefor Mr. Phillips states the following

opposing council Emmerson Marlatt has made many false alligations and misrepresentations to this court.

I can 100% without a doubt say that the bible ban lawsuit is legit. James Dalton who filed his lawsuit knew what he was doing at the time and has told me this

on many occassions. Any statement made to defraud this Bible Ban lawsuit is more then likely made by the Jail or Captain Youker to try and derail a perfectly legit law suit.

I have witnessed ~~[illegible]~~ ~~[illegible]~~ sexual abuses by the Jail when they (Deputys Crowe, Fenn) forced inmates to be ~~[illegible]~~ strip searched in front of a Pod of roughly 25 other men or Face Punishment. After this took place 4 inmates filed PREA's and were not only told it wasn't a PREA but that the Guard who conducted the strip searches was the deputy that came to take the PREA's. I Personally filed a grievance using the grievance drop box about the deputies forcing inmates to expose themselves to the entire pod and was given a disiplinary write up for doing so. by deputy Crowe.

At the same time as the Jail was forcing inmates to strip nude in front of the entire pod they also decided to have a "Random" drug test

the odd thing about the randomness of the test was it included every African American in the pod and no one else. when I pointed out the racism by the officers (Crowe) they added one white person.

When I was a trustee we were subjected to strip searches where we we forced to strip naked, squat and cough. and then after a squat and cough we were told to bend at the waste and spread our butt cheeks. we were then told to look at the deputy and told to grab our penis and scrotum and lift it up to show the deputys under our scrotum. If you objected to this search you would be written up and thrown in the "hole". You also were not allowed to quit your Job to get away from the oddly sexual strip searches without being punished by having your good time taken from you.

I believe that more than a dozen times I have been a victim of sexual abuse by this Jail. I fear talking about it or

reporting it for fear of retaliation by the Jail.

I have had LT James cause me to fear for my safety by cursing me out and moving towards me in a striking manner. The entire Pod was distraught by his actions and was concerned for me. when I told the Jail of this incident they told me they would not look into it. After I had put in a half dozen grievances LT Drishill said they had looked into it and nothing happened and that I needed to stop making a fuss about it. But when I talked to the dozen people that witnessed what happened they said the Jail had not investigated anything.

I believe that the management of this Jail colludes to stop anyone from bringing any truth to light about the sexual abuses, assaults, mistreatments, or anything that makes this Jail look bad. These actors are but not limited too, LT lockhart, LT James, LT drishill, Lt obehmier, LT lirquist, Wells, Finney, Peterson, Captain Youker etc.

WHEREFORE NON-PARTY MR PHILLPS PRAYS TO JOIN & INTERVENE THIS ACTION AS A VICTIM OF SEXUAL ABUSE WITH THE SAME CLAIMS & TO DETER OPPOSING COUNSEL FROM FURTHER FRAUD UPON THE COURT

RESPECTFULLY,

Devin Phillips

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT TO EMMERSON MARLATT ON 8/20/26 VIA US MAIL.



Case 3:24-cv-01121 Document 119 Filed 08/28/26 Page 5 of 6 PageID #: 3058

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064

NASHVILLE TN 370
25 AUG 2026 PM 7 L




RECEIVED
AUG 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

37203-709525