IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

RECEIVED
AUG 2 8 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WISE, ET AL

MOTION PURSUANT TO FRCP 5.2

- PRIVACY PROTECTION UNDER SEAL

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT PURSUANT TO FRCP 5.2 TO FILE ALL EXIBITS UNDER SEAL AS IT IS NOT POSSIBLE TO REDACT INFORMATION AT THIS TIME & CONTAINS TAX INFORMATION, BANK ACCOUNTS, MINOR CHILDREN AND IS REQUIRED FOR AUTHENTICITY & IDENTIFICATION

WHEREFORE PLAINTIFF PRAYS FOR RELIEF TO SEAL ALL EXHIBITS UNDER FRCP 5.2.

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 3/14/26 VIA US MAIL TO EMMERSON MARCATT 3310 W. END AVE # 550 NASHVILLE, TN 37203

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
25 AUG 2026 PM 7 L




RECEIVED
AUG 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
719 Church St #1300
Nashville, TN 37203

LEGAL MAIL

37203-709525