IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

ROBERT C. GORDON
PLAINTIFF

CASE NO.: 3:24:CV-1121

V.

WILLIAMSON COUNTY SHERIFFS' OFFICE, ET AL.
DEFENDANTS

MOTION TO INTERVENE BY NON-PARTY

COMES NOW NON-PARTY CODY HEATH WIGGINS RESPECTFULLY MOVING THIS HONORABLE COURT TO ALLOW HIM TO INTERVENE, PURSUANT TO FRCP 24, IN THIS PRESENT CASE & STATES THE FOLLOWING:

RECEIVED
AUG 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

1) EMMERSON Y. MARCATT & HOWARD & FISHER, PLLC, WHILE REPRESENTING THE DEFENDANTS IN THIS CASE HAVE MISREPRESENTED & TAKEN OUT OF CONTEXT STATEMENTS SUPPOSEDLY MADE BY CODY HEATH WIGGINS IN AN ATTEMPT TO DISCREDIT THE PLAINTIFF & HIS SUIT. OPPOSING COUNSEL'S STATEMENTS ARE CATEGORICALLY FALSE & DETRIMENTAL TO WIGGINS' CHARACTER, HEALTH & SAFETY.

2) I HAVE PERSONALLY BEEN VICTIM TO & WITNESSED SEXUAL ABUSE AT THE HANDS OF DEPUTY APER, & HAVE BEEN PERSONALLY INFORMED OF SEXUAL ABUSE OF MULTIPLE OTHER INMATES BY JAIL STAFF & ADMINISTRATION. THE JAIL GENERALLY, & CAPTAIN CHAD YOUKER, SPECIFICALLY, HARBORS, EMPLOYS & PROTECTS SEXUAL PREDATORS WHILE SILENCING & RETALIATING AGAINST VICTIMS & CREATING UNSAFE & HOSTILE ENVIRONMENTS FOR SAID VICTIMS, SPECIFICALLY TARGETING STRAIGHT, WHITE, CHRISTIAN MALES. I HAVE BEEN RETALIATED AGAINST FOR FILING GRIEVANCES & REPORTS, AS WELL.

[signature] / CODY HEATH WIGGINS-#169253 8/22/2026

*** CERTIFICATE OF SERVICE ***

I HEREBY CERTIFY THAT A TRUE & CORRECT COPY OF THE FOREGOING DOCUMENT HAS BEEN MAILED TO THE DEFENDANTS ON OR ABOUT THE 22ND DAY OF AUGUST 2026.

/s/ CHW / CODY HEATH WIGGINS - #64253 8/22/2026

Cody Heath Wiggins – #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

[LEGAL MAIL]

NASHVILLE TN 370
25 AUG 2026PM 7 L




RECEIVED
AUG 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court, Middle District of Tennessee
719 Church St.
Suite 1300
Nashville, TN 37203

37203-709499

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

[LEGAL MAIL]