IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

ROBERT GORDON

V

CASE # 3:24-CV-01121

WCSO, ET AL

## OBJECTION TO DEFENDANTS MOTION FOR SANCTIONS

COMES NOW, ROBERT GORDON, HEREBY OBJECTS & GIVES REPLY TO DEFENDANTS MOTION FOR SANCTIONS WHEREFORE PLAINTIFF STATES THE FOLLOWING:

FIRST & FOREMOST PLAINTIFF HAS NOT LITIGATED IN BAD FAITH, VEXATIOUSLY, WANTONLY, OR FOR OPPRESSIVE REASON. OPPOSING COUNSEL HAS NOT & CANNOT POINT TO ONE SINGLE EXAMPLE OF "BAD FAITH" LITIGATION IN THIS ACTION BY PLAINTIFF. COUNSEL HAS REQUESTED SANCTION BASED ON OTHER CASES WHICH WERE NOT SANCTIONED...

FURTHERMORE, THIS LITIGATION BEGAN DUE TO DEFENDANTS REPEATED DEMANDS TO PERFORM SEXUAL ACTS AGAINST PLAINTIFFS WILL & WAS THEN RETALIATED AGAINST FOR REPORTING THE SEXUAL ABUSE, NONE OF WHICH EQUATES TO "BAD FAITH" LITIGATION. THE FACT THAT CHAD YOUKER IS A HOMOSEXUAL IS UTTERLY RELEVANT IN A MALE ON MALE SEXUAL ABUSE LITIGATION.

INHERENT AUTHORITY

IN ADDITION TO RULE 11 & § 1927, FEDERAL COURTS POSSESS INHERENT AUTHORITY TO SANCTION A PARTY WHO ACTS IN BAD FAITH (CHAMBERS V NASCO, INC 501 US 32 1991) UNLIKE RULE 11 OR § 1927, HOWEVER, SUCH INHERENT POWER IS "A LIMITED SOURCE" IMPLIED "FROM THE NEED TO MAKE THE COURT FUNCTION" ID AT 42. FURTHER, WHEN THERE IS BAD FAITH CONDUCT IN THE COURSE OF LITIGATION THAT COULD BE ADEQUATELY SANCTIONED UNDER ALTERNATE SANCTION MECHANISMS, THE COURT SHOULD RELY ON SUCH MECHANISMS RATHER THAN INHERENT POWER, ID AT 50

HERE, AS A MATTER OF WELL SETTLED LAW, SANCTIONS VIA INHERENT POWER (OR ANY OTHER MECHANISM) IS NOT PROPER, PLAINTIFF HAS NOT ACTED IN BAD FAITH & HAS NOT DISRUPTED THE "ORDERLY OR EXPEDITIOUS DISPOSITION OF CASE" (LINK V WABASH R. CO 370 US 626 1962).

PLAINTIFF HAS NOT ABUSED THE "JUDICIAL PROCESS" IN ANY CAPACITY, NOR HAS COUNSEL POINTED TO ONE. "A PRIMARY ASPECT OF THAT DISCRETION IS THE ABILITY TO FASHION AN APPROPRIATE SANCTION FOR CONDUCT WHICH ABUSES THE JUDICIAL PROCESS" (CHAMBERS 501 US AT 44, APARTMENT INSIDERS LLC V HENSON 3:25-CV-01137 M.D TENN 4/6/26)

SANCTIONS AGAINST PLAINTIFF ARE NOT APPROPRIATE. HOWEVER, PLAINTIFF WILL SEEK SANCTIONS AGAINST COUNSEL FOR HIS LAZY & UNPROFESSIONAL FILINGS. WHERE, AS HERE, COUNSEL HAS COPIED FILINGS FROM LEE AND THOMPSON, ESQ WHOM WAS CAUGHT RED-HANDED MAKING FALSE REPRESENTATION TO THE COURT IN HER PLEADING & ISSUED AN APOLOGY ON THE RECORD... SOMEHOW COUNSEL THOUGHT IT WISE TO COPY VERBATIUM SUCH PLEADINGS OF FRAUD UPON THE COURT.

## ALLEGATIONS

(1) BOTH MARQUAVIOUS GARNER & JEREMIAH MOORE GAVE LEGITIMATE AFFIDAVITS & SIGNED IN FRONT OF WITNESSES ON CAMERA. A VIDEO COUNSEL IS IN POSSESSION OF, LET ALONE THESE CASES ARE SEPERATE FROM THIS CASE

WCSO IS A HAVEN FOR SEXUAL ABUSE WITH NUMEROUS INCIDENTS OVER A DECADE INCLUDING (D.H. v WILLIAMSON CNTY 951 F3d 709 6TH CIR 2020) WHERE A WCSO DEPUTY SEXUALLY ABUSED A SPECIAL NEEDS CHILD & RETALIATED AGAINST THE CHILD BY SEGREGATED HOUSING. ALSO (HAWKINS v WCSO, ET AL 3:25-CV-00012 M.D. TENN 3/22/25) WAS "TASER IN THE SHOWER, THEN SEXUALLY ABUSED" WHILE BEING HANDCUFFED THE

DEPUTY "LAID ON TOP OF HIM WHILE HE WAS NAKED RUBBING HIS GENITALS ON HIS BUTTOCKS."

PLAINTIFF DOES NOT NEED TO FABRICATE OR FORGE TWO RANDOM AFFIDAVITS WHEN THERE ARE 160 REFERENCEABLE CASES ONLINE INCLUDING (BAKER V WCSO, ET AL 3:25-CV-00138 M.D. TENN) WHERE MR BAKER HAD BEEN RAPED "AGAIN" BY AN INMATE WITH HIV. IN ANY FASHION THESE TWO ALLEGATIONS ARE NOT PART OF THIS ACTION.

MOST RECENTLY, CODY WIGGINS CAME FORWARD WITH HIS OWN SEXUAL ABUSE & RETALIATION SITUATION WHICH WILL BE UTTERLY RELEVANT TO THIS ACTION...

(2) PURSUANT TO 28 CFR 543.11 PLAINTIFF HAS A STATUTORY RIGHT TO ASSIST INMATES IN PREPARING LEGAL DOCUMENTS. PLAINTIFF HAS NO DUTY OR OBLIGATION TO RENDER THESE FREE SERVICES TO VICTIMS WHO ARE UNEDUCATED, STRUGGLE TO READ, AND IN FEAR OF RETALIATION...

THE ALLEGATIONS ARE NOT FALSE, IF THERE WAS AN INADVERTANT MISTAKE IN DATES IT IS DE MINIMUS MISTAKE OF THE VICTIM, NOT THE PLAINTIFF. HELPING VICTIMS OF SEXUAL ABUSE BY

STATE ACTORS IS NOT SANCTIONABLE OFFENSE

(3) PLAINTIFF WAS 100% UNEQUIVOCALLY ASSAULTED BY CHAD YOUKER. IN FACT, DUE TO THE ASSAULT FROM DEPUTIES ON 4/24/26 PLAINTIFF IS REQUIRED TO HAVE SURGERY. YOUKER HAD NO REASON TO EVEN TOUCH THE PLAINTIFF.

PURSUANT TO TCA 39-13-101 ASSAULT IS A PERSON COMMITS ASSAULT WHO: (1) INTENTIONALLY, KNOWING, OR RECKLESSLY CAUSES BODILY INJURY TO ANOTHER (2) INTENTIONALLY OR KNOWINGLY CAUSES ANOTHER TO REASONABLY FEAR IMMINENT BODILY INJURY OR (3) INTENTIONALLY OR KNOWINGLY CAUSES PHYSICAL CONTACT WITH ANOTHER AND A REASONABLE PERSON WOULD REGARD THE CONTACT AS PROVOCATIVE.

YOUKER ATTEMPTED TO PROVOKE THE PLAINTIFF & HE INTENTIONALLY PUSHED PLAINTIFF CAUSING PHYSICAL CONTACT. YOUKER STEPPED TOWARD THE PLAINTIFF WITH BOTH FEET & ARMS OUT.

AS A MATTER OF LAW, THIS IS A ASSAULT. PLAINTIFF IS YET AGAIN A VICTIM OF YOUKER. PLAINTIFF HAS BEEN DENIED THE ABILITY TO REPORT THIS CRIME. PLAINTIFF FEARED IMMINENT BODILY

INJURY AS THE ASSAULT ON 4/24/26 OCCURED HAS AN INTIMIDATION TACTIC AFTER CHURCH VIOLATING TCA 39-17-306 (b) & 39-17-309

THE WEEK PLAINTIFF NOTIFIED THE COURT THAT ALL RELIGIOUS SERVICES WERE CANCELLED IT WAS BECAUSE THIS FACT HAPPENED. THIS IS NOT EVEN AN ARGUEMENT, AND UTTERLY IRRELEVANT TO THIS CASE.

THESE IRRELEVANT "SANCTIONABLE OFFENSES" HAVE NOTHING TO DO WITH THIS ACTION.

(4) PLAINTIFF HAS FILED NO "ABUSIVE" FILINGS IN ANY LAWSUIT. THE FACT THAT CHAD YOUKER IS A RAGING HOMOSEXUAL WHO FILMS MALE INMATES NUDE IS UTTERLY RELEVANT TO THIS CASE. STILL SOMEHOW ALL VIDEO WAS DELETED HERE... (YOUKER DOES NOT DENY BEING HOMOSEXUAL OR FILMING MEN) PLAINTIFF DID MISCONSTRUE THE FRCP VS LR'S MTD FOR TRO/PI FILINGS & WAS UNDER THE IMPRESSION THAT EACH PART OF THE CRITERIA FOR A TRO/PI UNDER M.D.L.R. & F.R.C.P. REQUIRED A SEPERATE FILING. THIS CAUSED NO INJURY & DID NOT ABUSE THE JUDICIAL PROCESS WITH AN INADVERTANT ERROR BY A PRO-SE LITIGANT SUBMITING THE SAME FILINGS FOR THE TRO/PI.

(5) PLAINTIFF HAS FILED NO CLAIMS OF OTHERS WITHOUT KNOWLEDGE OR CONSENT. THIS IS CATEGORICALLY FALSE. NOT ONLY IS IT FALSE THERE IS EVIDENCE THAT DIRECTLY CONTRADICTS THESE CLAIMS.

COUNSEL HAS FAILED TO INVESTIGATE HER OWN CLAIMS, OR RATHER THE CLAIMS OF LEE ANN THOMPSON, ESQ AS MR MARCATT COPIED THE PLEADINGS.

PLAINTIFF HAS NEVER PRESENTED FALSE EVIDENCE OR GIVEN FALSE TESTIMONY WHICH IS ACTUALLY SUPPORTED WITH <u>FORENSIC</u> <u>PROOF</u>. NOR HAS PLAINTIFF BEEN CHARGED WITH PERJURY EVER. WHICH IN ITSELF IS AMAZING AS PLAINTIFF HAS BEEN CRIMINALLY CHARGED FOR FILING F.O.I.A. REQUEST & SUBPOENAS... AND SENDING LEGAL MAIL TO LAWYERS.

DEFENDING FRAUD IS <u>NOT</u> FILING FRIVOLOUS LITIGATION & EXERCISING CONSTITUTIONAL RIGHTS IS NOT UNLAWFUL. OUR CONSTITUTION WAS CREATED TO PROTECT CITIZENS AGAINST THE GOVERNMENT... PLAINTIFF CANNOT BE FORCED TO <u>NOT</u> READ HIS BIBLE. AGAIN, UNRELATED & SANCTIONS WOULD AMOUNT TO DOUBLE-JEOPARDY AS PLAINTIFF HAS ALREADY BEEN


Case 3:24-cv-01121 Document 124 Filed 08/31/26 Page 7 of 26 PageID #: 3083

PUNISHED FOR HAVING A BIBLE, THOUGH IT SHOULD BE NOTED TCA 41-21-211 REQUIRES VIA STATUTE THAT PLAINTIFF BE PROVIDED A BIBLE.

OF THE FIVE EXAMPLES GIVEN BY COUNSEL NONE ARE RELATED TO THIS CASE OR WOULD AMOUNT TO "BAD FAITH", NOR HAS THE JUDICIAL PROCESS BEEN VIOLATED.

OPPOSING COUNSEL IS REQUESTING SANCTIONS ON ISSUE TOTALLY IRRELEVANT TO THIS CASE & HAS FILED PLEADINGS FOR IMPROPER PURPOSES TO HARASS. COUNSEL HAS VIOLATED FRCP 11 & THE INHERENT AUTHORITY IS NOT EVEN THE PROPER MECHANISM TO REQUEST SANCTIONS (IF THERE WAS A SANCTIONABLE OFFENSE)

DEFENDANTS MOTION SHOULD BE DENIED.

YOUKER AFFIDAVITS

YOUKER HAS PERJURED TESTIMONY IN ELEVEN AFFIDAVITS AS MOST RECENTLY NOTED IN GORDON V YOUKER & GORDEN V WCSO, AND DOBBS V YOUKER ALL IN M.D. TENN COURTS

WCSO DEPUTY WAS FILMED WATCHING "GAY PORN" WHILE ON DUTY & WAS FILMED

MASTURBATING ON DUTY, THIS MIGHT CONSTITUTE AS A FAILURE TO PROTECT, OR A SANCTIONABLE OFFENSE. OPPOSING COUNSEL FAILED TO DOCUMENT OR MENTION THE INCIDENT. YOUKERS DECEPTIVE & FRAUDULENT STATEMENTS IN THIS AFFIDAVIT AS FOLLOWS

(#5) GORDON WAS THE PROTECTED PARTY OF OOP AFTER ERIN MISHKINS ARREST AS GORDON WAS THE VICTIM. MISHKIN PLEAD GUILTY TO HER CRIMES. THE OOP WAS VALID THROUGH NOVEMBER 2023 PROTECTING GORDON. MISHKIN VIOLATED HER "NO CONTACT ORDER" BY TEXTING, CALLING, AND HARASSING GORDON.

YOUKER FAILED TO ARREST MISHKIN FOR VIOLATING THE OOP WITH VIDEO PROOF. IN REALITY, MISHKIN VIOLATED HER OOP OVER 100 TIMES BY HARASSING TEXT TO PLAINTIFF. GORDON WAS NOT CRIMINALLY CHARGED BECAUSE HE IS THE VICTIM.

(#6) PLAINTIFF & HIS WIFE HAD LEGITIMATE CIVIL CASES PENDING IN 2022-2026. DIVORCE, CUSTODY, REAL ESTATE, MADE "LEGAL MAIL" A NECESSITY. SENDING A "SUBPOENA" VIA MAIL & A REQUIREMENT OF CIVIL PROCEDURE IS NOT UNLAWFUL. AGAIN GORDON ADDRESS IS ALSO MISHKINS ADDRESS & THE PARTIES FILED TAXES TOGETHER. GORDON IS STILL THE PROTECTED PARTY IN 2023

& BOND CONDITIONS CANNOT "KNOWINGLY BE VIOLATED" WHEN YOU ARE NOT ON BOND. GORDON IS THE VICTIM OF VERBAL ABUSE. THE MAIL CLEARLY SHOWED "C/O KATHRYN GORDON" (I.E. ERIN KATHRYN GORDON) GORDON WAS NOT CRIMINALLY CHARGED.

(#7) A SUBPOENA IS NOT A "LETTER" NOR IS A "FOIA" REQUEST. GORDON IS THE PROTECTED PARTY OF AN OOP.

(#8) THIS IS FALSE. GORDON IS THE VICTIM...

(#9) FIRST, THE ADA PROSECUTING GORDON IS SIMULTANEOUSLY PROSECUTING MISHKIN. YOUKER FAILS TO ADMIT THESE "LETTERS" ARE SUBPOENAS WHICH EXPOSE FELONY ACTS OF FRAUD. YOUKER HAS FACILITATED TO THE FURTHERANCE OF FRAUD. WHILE VIOLATING TENNESSEE OPEN RECORDS ACT, AND THE CRIMINAL INJURIES COMPENSATION ACT.

FURTHERMORE, PLAINTIFF REQUESTED RECORDS AS A "VICTIM BILL OF RIGHTS" (TENN CONST. ART. I SEC 35), TCA 29-13-103 BURDEN OF PROOF DOCUMENTATION WHICH IS A STATUTORY REQUIREMENT OF A VICTIM TO PROVIDE. PLAINTIFF SOUGHT RESTITUTION AS A VICTIM...

YOUKER WAS REQUIRED BY LAW TO PROVIDE THE PUBLIC RECORDS & FAILED TO HIS DUTIES OF STATE LAW.

(6)

YOUKERS STATEMENT THAT A FORMER ATTORNEY OF HIS HAD AN OOP IS AN ABSOLUTE LIE. GORDON EX-WIFE IS A LOCAL LAWYER BUT HE IS THE PROTECTED PARTY.

(#10) A SUBPOENA SENT VIA MAIL & THEN SERVED BY THE SHERIFFS IS NOT UNLAWFUL. THIS IS FALSE.

(#11) YOUKER MOVED GORDON TO ISOLATION OUT OF RETALIATION DUE TO HIS RIDICULOUS TESTIMONY ON 4/17/26. THERE WERE NO OTHER PEOPLE HOUSED THERE & CLEARLY LABLED "SPECIALTY HOUSING" NOT GENERAL POPULATION.

(#12) THIS IS FALSE. WHILE GORDON WAS IN CHURCH YOUKER WENT TO PLAINTIFFS CELL & THREW ALL ITEMS IN THE HALL TO INTIMIDATE THE PLAINTIFF FROM ATTENDING CHURCH DUE TO LITIGATION OVER BIBLE ACCESS. JAIL STAFF ASSAULTED PLAINTIFF RESULTING IN GREAT BODILY INJURY & SURGERY AT VANDERBILT ON 8/14/26 TO CORRECT THE INJURIES. PLAINTIFF DOES <u>NOT</u> HAVE ALL NORMAL PRIVILEGES OF GENERAL POPULATION AS OF THIS DAY. PLAINTIFF IS EVEN FORCED TO EAT IN HIS CELL LIKE AN ANIMAL FOR BREAKFAST, AND HAD NO LOCAL CHANNELS LIKE ABC, CBS, NBC THAT ALL GENERAL POPULATION PODS HAVE ACCESS TO. PLAINTIFF HAS NO HANDICAP RAILS IN HIS CELL

THOUGH REQUIRED BY DOCTORS ORDERS TO PROVIDE & EVERY GENERAL POPULATION POD HAS A HANDICAP CELL BESIDES THE POD 101 WHERE PLAINTIFF IS HOUSED KNOWN AS "SPECIAL HOUSING" YOUKER DOES NOT WANT PLAINTIFF ASSISTING INMATES TO SUE HIM.

(#13) GARNER & MOORE SIGNED THEIR AFFIDAVITS ON CAMERA. FORENSIC PROOF EXIST EACH PERSONALLY SIGNED THEIR STATEMENTS.

(#14) RAYMOND FREEMAN WAS SEXUALLY ABUSED BY WCSO STAFF. THIS IS COMMON KNOWLEDGE.

(#16) YOUKER IS SEEN ON CAMERA STEPPING AT PLAINTIFF WITH ARMS OUT. COMMONLY KNOWN AS A PUSH & ASSAULT. YOUKER MADE PHYSICAL CONTACT IN A PROVOCATIVE MANNER.

(#17) CHRISTIAN RELIGIOUS SERMONS WERE CANCELLED & ALL RELIGIOUS SERVICES LEADERS CAN & WILL ATTEST TO THIS, ALONG WITH STAFF. SERVICES WERE "REINSTATED" AFTER PLAINTIFF FILINGS AS THE "JAILS LOCKS HAD BEEN BROKEN"...

EXHIBIT "K" IS A CALENDAR FROM 2023. AND THIS DECEPTIVE EXHIBIT IS TOTALLY FALSE & A MISREPRESENTATION TO THIS COURT.

THE CLASSES LISTED IN EXHIBIT "K" DO NOT EXIST. A FACT LEE ANN THOMPSON IS WELL AWARE OF AFTER PLAINTIFF FILED RULE 11 SANCTIONS.

(#19) BOTH LECLAIRE & LORES-ACOSTA SIGNED A CONSENT FORM TO SUE YOUKER FOR ACCESS TO BIBLES DUE TO YOUKERS UNLAWFUL "BIBLE BAN" & VIOLATION OF TCA 41-21-211

(#20) JAMES DALTON ATTEMPTED TO SABOTAGE THE "BIBLE BAN" LAW SUIT DUE TO SOME ISSUE WITH HIS GANG MEMBERS & DEBTS. DALTON ADMITTED TO HIS ATTEMPT TO FILE FALSE REPORTS. THE BIBLE BAN & ALL ALLEGATIONS ARE 100% LEGITIMATE ON RECORDED ON CAMERA. THIS IS NOT A DISPUTE. DALTON STOLE MICHAEL VAN DOBBS LEGAL PAPERS & FILED HIS OWN PAPERS.

(#21) GORDON ATTEMPTED TO RESOLVE ISSUE WITH YOUKER OUT OF FEAR & INTIMIDATION OF BEING SEXUALLY ABUSED AGAIN. YOUKER PLACED GORDON IS ISOLATED HOUSING WHERE GORDON HAD PREVIOUSLY BEEN ABUSED & A COMMON TACTIC OF YOUKER IS RETALIATE & PLACE ABUSE VICTIMS IN ISOLATION SO FURTHER SEXUAL ABUSE CAN TAKE PLACE. GORDON HAD REQUESTED A BIBLE VIA A CLASS ACTION LAW SUIT.

(#24) YOUKER CALLED THE TBI TO ONLY FIND OUT EACH & EVERY INMATE KNEW & TOOK PART IN THE CLASS ACTION LAW SUIT FOR BIBLES & AGAINST ABUSE.

YOUKER IS A CRIMINAL & SEXUAL PREDATOR.

REPLY TO "MEMORANDUM OF LAW" FILED BY DEFENDANTS MOTION FOR SANCTIONS

FACTS

I. THESE STATEMENTS OF DEFENDANTS IS UTTERLY DECEPTIVE, MISLEADING, AND A TOTAL MISREPRESENTATION TO THIS COURT.

GORDON IS A VICTIM OF ERIN MISHKINS AFTER HER ARREST & GUILTY PLEA. GORDON FILED FOR DIVORCE & SUED MISHKIN FOR RESTITUTION OF CRIMINAL INJURIES COMPENSATION ACT.

GORDON HAD AN OOP AGAINST MISHKIN FROM 10/8/22 - 11/1/23 AS PART OF HER PLEA DEAL. MISHKIN RETALIATED & FILED MULTIPLE FALSE REPORTS WHILE SHE IS AN ALCOHOLIC & SCHIZOPHRENIC.

ERIN MISHKIN EVEN REQUESTED ALL CHARGES BE DISMISSED AGAINST GORDON. GORDON HAS BEEN CONVICTED OF NO CHARGES, OTHER THAN CONTEMPT OF COURT.

DURING GORDON'S INCARCERATION MISHKIN PRETENDED TO BE A MINISTER FROM HOLY TRINITY LUTHERAN CHURCH USING A STOLEN IDENTITY & US POSTAL SERVICE TO CARRY OUT FRAUD. GORDON, AS THE PROTECTED PARTY DUE BEING MISHKINS VICTIM, WAS TO BE FREE FROM HARASSMENT. MISHKIN CONTACTED GORDON VIA MAIL, TEXT, PHONE, AND E-MAIL. MISHKIN ASKED 286 TIMES IN 30 DAYS FOR GORDON TO CALL HER.

GORDON WAS REQUIRED BY LAW TO PROVIDE PUBLIC RECORDS AS A VICTIM OF CRIME TCA 29-13-103. YOUKER WOULD NOT COMPLY WITH OPEN RECORDS, FOIA, SUBPOENAS, OR TCA 29-13-103.

MISHKIN FORGED COURT RECORDS SHOWING HER CRIMINAL CHARGES WERE DISMISSED & FORGED HER ATTORNEYS SIGNATURE JONATHAN TURNER (WHOM LATER WITHDREW) ALSO HON TOM TAYLOR'S SIGNATURE.

AS A COINCIDENCE, MISHKINS EX-HUSBAND FILED PHOTOS AS PUBLIC RECORDS IN CUSTODY CASE TAKEN BY A PRIVATE INVESTIGATOR WHICH EXONERATE GORDON OF EVERY CHARGE. HOWEVER, COURT CLERK & WILLIAMSON

COUNTY EMPLOYEES DENIED THE PUBLIC RECORDS EXISTED... YOUKER TOOK PART IN THIS FRAUD

MISHKIN PRETENDING TO BE A MINISTER FROM A CHURCH WHILE SIMULTANEOUSLY CLAIMING GORDON & MISHKINS WHERE NEVER MARRIED & A MINISTER FORGED A SIGNATURE ON THE WEDDING CERTIFICATE... YET ALSO FILED 2023 TAXES AS JOINT.

MISHKIN USED FORGED COURT RECORDS FROM WILLIAMSON COUNTY TO OBTAIN WORK AS A TEACHER AT WILLIAMSON COUNTY SCHOOLS AS SHE COULD NOT PASS A BACKGROUND CHECK AFTER 2022 ARREST & 2019 SODOMY CASES WHERE SHE SEXUALLY ASSAULTED DAVID MISHKIN ANALLY (2019-OP-23 MISHKIN V MISHKIN).

ON 8/19/25 THIS COURT ISSUED AN ORDER FOR THIS CASE TO PROCEED. COINCIDENTLY ON 8/20/25 MISHKIN PERJURED TESTIMONY 188 TIMES INCLUDING SOME FABRICATED STORY OF RECEIVING DIAPERS. GORDON NEVER SENT A MESSAGE TO ARRANGE SOMEONE TO DELIVER A PACKAGE BUT RATHER GOOGLED WHERE TO FILE A CLASS ACTION (COLUMBIA OR NASHVILLE) IF YOU LIVE IN WILLIAMSON COUNTY. GORDON ONLY USED LEGAL MAIL TO SEND LEGAL MAIL AS REQUIRED BY THE RULES OF CIVIL PROCEDURE. PLAINTIFF FATHER & GRANDMOTHER ARE PARTIES TO CIVIL ACTION IN BOTH STATE, FEDERAL, & TRIBAL (240491 DAVIDSON [illegible])

COURTS. THUS SENDING LEGAL MAIL IS REQUIRED AS A MATTER OF LAW. AGAIN, GORDON IS THE VICTIM OF MISHKIN, NEVER HIT OR ASSAULTED ANYONE, SEE (CASE #3:26-CV-01168 MD TENN).

THE COURT FOUND THE 8/20/23 ORDER WAS OVERLY RESTRICTIVE & VIOLATED THE FIRST AMENDMENT. PLUS, THE ORDER WAS FOR THE SHERIFFS OFFICE, NOT THE PLAINTIFF.

YOUKER ALSO STOLE OUTGOING LEGAL MAIL, OPENED THE MAIL, AND GAVE IT TO ADA TO USE IN CRIMINAL COURT ON 4/17/26. GORDON NEVER "MISLABLED" LEGAL MAIL. WHICH IS UTTERLY OBVIOUS BY THE STOLEN MAIL USED AS AN EXHIBIT CONTAINING A FORENSIC REPORT... YOUKER COMMITTED MAIL FRAUD.

GORDON APPEALED THE 7/10/26 COURT RULING AS GORDON SENT FIVE LETTERS TO ATTORNEY, MINON FRYE, LABLED AS LEGAL MAIL, WHO IS ALSO HIS SISTER, AND PARTY TO LITIGATION... GORDON ALSO CALLED HIS FAMILY AFTER HIS NEPHEW WAS KILLED IN A CAR WRECK IN WHICH JAIL STAFF NOTIFIED GORDON OF THE DEATH... GORDON ALSO CALLED FIRE DEPARTMENT & LOCAL DOCTOR WHEN HIS 95 YEAR OLD GRANDMOTHER FELL WAS BADLY INJURED.

GORDON OWN ATTORNEY ADMITTED HE ACCIDENTLY CONFUSED THE "FAMILY" LIST & THE "LAWYER" LIST AND LISTED GORDON SON, KNOX AGE 10, AS A LAWYER... THIS WAS A NON-ISSUE. GORDON HAS A CONSTITUTIONAL RIGHT TO SEND & RECEIVE MAIL & A FEDERAL RIGHT TO COUNSEL IN ICWA CASES.

II. PLAINTIFF LAWSUITS.

GORDON V HORTON & GORDON V TURNER ARE THE SAME SUIT AND SUPPORTED WITH FORENSIC PROOF. GORDON V SCHLENDIMANN & GORDON V BOARD ARE THE SAME CASE AS WELL AS LEININGER & SMITH CASE. IT IS NOT UNLAWFUL TO FILE A MOTION TO INTERVENE IN A LAW SUIT. NOR IS IT A SANCTIONABLE OFFENSE.

GORDON HAS NEVER PRESENTED FALSE INFORMATION TO THE COURT. NOR, HAS OPPOSING COUNSEL GIVEN ONE EXAMPLE OF A "FALSE" INFORMATION. NOR HAS GORDON EVER FILED A LAWSUIT FOR SOMEONE WITHOUT THEIR CONSENT.

INMATES HAVE ALWAYS BEEN REQUIRED TO PUT NAME & ID # ON ENVELOPES AS EVIDENCED BY JAIL POLICY SIGNED INTO EFFECT OCTOBER 1998... ANOTHER LIE OF COUNSEL.

III. SANCTIONABLE CONDUCT

A – THIS IS FALSE AS NOTED EARLIER. GORDON IS NOT RESPONSIBLE FOR CLAIMS OF OTHERS.

ON PAGE 8 COUNSEL SAY "FREEMAN WAS ONLY EVER HOUSED ... FROM 4/28/26 TO 5/1/26" THEN BELOW "FREEMAN WAS IN THE BOOKING AREA OF THE JAIL FOR ABOUT TEN MINUTES ON 6/19/23."

THUS, DIRECTLY CONTRADICTING THEIR OWN STATEMENTS. GORDON NEVER REQUESTED A TRUST ACCOUNT FOR ANYONE NOR IS IT EVEN POSSIBLE. HOWEVER, FREEMAN SHOULD SUE THESE SEXUALLY PREDATORS, AND ANY ISSUES SHOULD BE TAKEN UP WITH THE PARTIES.

OF NOTE, YOUKER IS LIAR & FAILED TO SUBMIT HIS BODY CAMERA AS REQUIRED BY POLICY. WHAT YOUKER DEEMS AS "GUIDANCE" IS IN REALITY "ASSAULT." YOUKER SHOULD BE ARRESTED. NOR IS THERE AN EXAMPLE OF "NON-COMPLIANCE"

B. – OPPOSING COUNSEL ASK FOR SANCTIONS FOR "MULTIPLE IDENTICAL FILINGS ACROSS UNRELATED CASES" WHILE COLLATERALLY FILING THIS MOTION FOR SANCTION WHICH WAS COPIED VERBATIM FROM ANOTHER LAWYER IN AN UNRELATED CASE ... IT APPEARS MR MARLATT IS WISHING TO IMPOSE

(19)

Case 3:24-cv-01121 Document 124 Filed 08/31/26 Page 19 of 26 PageID #: 3095

SANCTIONS UPON HIMSELF FOR THIS EXACT CONDUCT. HERE, OPPOSING COUNSEL HAS FILED FALSE & MISLEADING STATEMENTS

ON 4/30/26 GORDON DID FILE MOTIONS OUT OF FEAR OF BEING SEXUALLY ABUSED. YOUKER PLACED GORDON IS SEGREGATION FOR "VIOLATING THE MAIL POLICY" THREE YEARS AFTER THE ALLEGED INCIDENT, NOT BECAUSE YOUKER NEEDED TO "MONITOR THE MAIL."

IF GORDON BROKE SOME LAW OR ORDER HE WOULD HAVE BEEN BOOKED & CHARGED FOR THE 2023 MAIL, BUT HE WAS NOT. SENDING A FOIA REQUEST OR SUBPOENA VIA RULES OF CIVIL PROCEDURE IS NOT HARASSMENT NOR UNLAWFUL

FIRST, GORDON WAS SEXUALLY ABUSED BY APER WHILE IN THE EXACT SAME HOUSING SITUATION. SECOND, YOUKER HAS NOT & CANNOT GIVE A LEGITIMATE REASON TO MOVE GORDON TO "SPECIAL HOUSING" THREE YEARS LATER... IF "SPECIAL HOUSING" IS "GENERAL POPULATION" YOUKER HAS NOT DIFFERENTIATED THE PENOLOGICAL JUSTIFICATION TO "MONITOR COMMUNICATIONS." THE FACT IS COMMUNICATION ARE MONITORED THE EXACT SAME METHOD & PROCEDURE THROUGHOUT THE JAIL. YOUKERS

POST-HOC RATIONALIZATIONS FOR RETALIATION ARE NOT LEGITIMATE. NO MATTER WHERE GORDON IS HOUSED THROUGHOUT THE JAIL COMMUNICATIONS ARE MONITORED THE SAME WAY. FINALLY, ONLY CHRISTIAN STRAIGHT MALES THAT HAVE SUED YOUKER ARE PLACED IN "SPECIAL HOUSING" POD 101. COINCIDENCE, I THINK NOT.

NOT BEING A GREAT PRO-SE LAWYER IS NOT A SANCTIONABLE OFFENSE WHEN THE DEFENDANTS RESTRICT ACCESS TO A LAW LIBRARY CONTAINING THE FRCP... YOUKER CREATED THIS ISSUE & SITUATION WITH INTENT, JUST AS YOUKER IS A HOMOSEXUAL WHO FILMS MALE INMATES IN QUASI-NUDE & NUDE AREAS. YOUKER CREATES AN ISSUE TO CRY WOLF...

IT SHOULD BE NOTED GORDON REQUESTED YOUKER TO STOP PLACING SEXUAL ABUSE VICTIMS IN ISOLATION IN ACCORDANCE WITH PREA POLICY & STATUTORY REGULATIONS. YOUKER WILL NOT COMPLY WITH THE LAW.

ON PAGE 10 PARAGRAPH #2 "NONE. OF THE ABOVE LAWSUITS CONCERN LEGAL MAIL", YET IN PAGE 6 "IN MAY 2026, HE FILED A LAWSUIT AGAINST YOUKER... ALLEGING INTERFERENCE WITH HIS MAIL..." (GORDON V YOUKER 3:26-CV-00620 M.D TENN)

GORDON IS CURIOUS IF COUNSEL EVEN READ THE FILINGS COPIED AS STATEMENTS DIRECTLY CONTRADICT EACH OTHER THROUGHOUT THE ENTIRE FABRICATED FALSE FILING.

C. THIS ENTIRE SECTION IS CATEGORICALLY FALSE. NOT ONLY DID EACH INMATE KNOW OF LAW SUITS FILED, SIGNED CONSENT FORMS TO JOIN LEGAL ACTION, AND DID SO ON CAMERA.

OPPOSING COUNSEL IS IN POSSESSION OF ALL RELATED EVIDENCE WHICH DIRECTLY CONTRADICTS HER FILINGS COPIED FROM OTHER COUNSEL.

COUNSEL IS WELL AWARE OF HIS FRAUD UPON THE COURT & VIOLATIONS OF RPC 3.3

OF NOTE, INMATE DALTON WAS NEVER HOUSED IN POD 644 & STOLE INMATE "VAN DOBBS" LEGAL PAPERS IN ATTEMPT TO "GET RICH QUICK" AS HE BOASTED ABOUT HIS THEFT & FRAUD. SANCTIONS WOULD BE APPROPRIATE FOR DALTON & YOUKER FOR FILING THIS FRIVOLOUS MOTION. DALTON'S PLEADINGS WERE SIGNED & MAILED BY HIMSELF. "MICHAEL VAN DOBBS" FILED HIS PAPER SIX MONTHS PRIOR. THE ALLEGED ACTIONS ARE FACTS & ON VIDEO.

ROUGHLY 20 INMATES SUBMITTED NOTARIZED AFFIDAVITS IN CASE # 3:26-CV-00046 DOC #52 EXPRESSING FEAR OF RETALIATION OF YOUKER FOR REQUESTING BIBLES & FEAR TO WORSHIP GOD ALMIGHTY TO THE DICTATES OF THEIR CONSCIENCE. THUS, YOUKER VIOLATED WELL ESTABLISHED TENN CONSTITUTIONAL RIGHTS IN ART. I SEC. 3.

IT IS NOT A SANCTIONABLE OFFENSE TO ASSIST INMATES IN LEGAL WORK TO GAIN ACCESS TO BIBLES.

E. TCA 39-14-114 FORGERY IS DEFINED "A PERSON COMMITS AN OFFENCE WHO FORGES A WRITING WITH INTENT TO DEFRAUD OR HARM ANOTHER"

28 CFR 543.11 ALLOWS INMATES TO ASSIST INMATES TO COMPLETE ALL PAPERS FOR THE COURT

ASSISTING A PERSON TO GAIN ACCESS TO A BIBLE & EXERCISE A CONSTITUTIONAL RIGHT & STATUTORY RIGHT (TCA 41-21-211) IS NOT "WITH INTENT TO DEFRAUD OR HARM ANOTHER" IT IS LITERALLY BY DEFINITION A LAWFULL ACT. YOUKERS ARGUMENT IS MERITLESS & NEEDS TO ACCEPT THE FACT THERE WILL BE OVER 300 LAWSUITS AGAINST HIM & CONTINUE UNTIL ALL APPEALS ARE EXHAUSTED. BANNING BIBLES & SEXUAL ABUSE WILL NEVER BE TOLERATED.

IV. FORENSIC REPORTS, EXHIBITS, AND SUBSEQUENT LITIGATION TOTALLY DERAIL THIS ARGUMENT & IS WITHOUT MERIT. RULE 60 MOTIONS HIGHLIGHT GORDON'S EX-WIFE FRAUD. FURTHERMORE, GORDON WAS NOT SANCTIONED IN ANY OF THESE PROCEEDING LET ALONE DIVORCE CASES FROM STATE COURTS. ALL ALLEGATIONS ARE FALSE & DENIED. COUNSEL SHOULD READ CASE# 3:26-CV-01168 M.D TENN 2026 IN GORDON'S EXHIBITS THE FRAUDULENT ACTIVITY IS CLEARLY HIGHLIGHTED. ERIN MISHKIN WAS CAUGHT RED HANDED FORGING COURT RECORDS & A MARRIAGE LICENSE AFTER CRIMINALLY IMPERSONATING A MINISTER FROM A LOCAL CHURCH USING A STOLEN IDENTITY OF A MINISTER. MISHKIN ATTEMPTED TO DEFRAUD HER BILLIONAIRE EX-HUSBAND OF ALIMONY PAYMENTS THE MISHKINS OWN SOUTHALL RESORT IN FRANKLIN, TN & GORDON A NAMED PARTNER AT IBM LEADING NORTH & SOUTH AMERICA.

ERIN MISHKIN FILED FOR DIVORCE, THEN CLAIMED SHE WAS NEVER MARRIED, YET IN HER FILING NAMED "DATE & PLACE OF MARRIAGE: FRANKLIN, TN COURTHOUSE 9/17/21" THE DOCTRINE OF COLLATERAL ESTOPPEL, PLUS THE WEDDING VIDEO, AND MISHKINS LETTER TO GORDON "I LIKE BEING MARRIED TO YOU," WITH THE FORENSIC REPORT AS PROOF MISHKIN IS A FRAUD.

## REPLY TO ARGUMENT

I. DISAGREE

A. DISAGREE

B. DISAGREE

C. DISAGREE

D. DISAGREE

## CONCLUSION

OPPOSING COUNSEL LITERALLY COPIED THIS PLEADING FROM ANOTHER LAWYER & DID NOT TAKE THE TIME TO EVEN WRITE HIS OWN PLEADING. SEXUAL ABUSE IS RAMPANT & RETALIATION IS THE MODUS OPERANDI. NOT ONE CASE MENTIONED HAS REACHED RES JUDICATA. SANCTIONING A VICTIM OF SEXUAL ABUSE TELLS THE WORLD THE POLICE ARE ABOVE THE LAW & CAN RAPE, SODOMIZE, HARASS, RETALIATE AGAINST VICTIMS UNDER THE COLOR OF THE LAW. SANCTIONS ARE NOT APPROPRIATE. DEFENDANTS MOTION SHOULD BE DENIED.

PLAINTIFF WILL SEEK RULE 11 SANCTIONS AGAINST COUNSEL FOR DECEPTIVE MISREPRESENTATIONS TO THE COURT & IMPROPER PURSUITS TO HARASS.

## CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 8/20/26 TO EMMERSON MARCATT

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

**RECEIVED**
AUG 31 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court
719 Church St #1300
Nashville, TN 37203




LEGAL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022