UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT C. GORDON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMSON COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | Case No. 3:24-cv-01121<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

Plaintiff Robert Gordon filed a notice of an emergency eye surgery and motion to extend the time on filings for ninety days, until his vision is restored to normal. (Doc. No. 114.) Gordon has failed to provide sufficient documentation to support his claim for a stay in this matter. The motion is DENIED without prejudice to refiling with supporting documentation.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge