IN THE US DISTRICT COURT FOR MIDDLE DISTRICT TENNESSEE

ROBERT GORDON

V

CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED

SEP 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

OBJECTION TO FILE VIDEO EXHIBITS

COMES NOW, ROBERT GORDON, HEREBY OBJECTS TO DEFENDANTS MOTION TO FILE VIDEO EXHIBITS. DEFENDANTS HAVE NOT AUTHENTICATED THE FILINGS NOR SHARED THE VIDEOS WITH PLAINTIFF.

FED R. EVID. 901 REQUIRES AUTHENTICATING OR IDENTIFYING EVIDENCE WHICH HAS NOT BEEN PROVIDED. IN ADDITION, THESE VIDEOS WOULD BE OBJECTED DUE TO HEARSAY UNDER RULE FED R. EVID 801 & 802. THESE VIDEOS OR RECORDINGS ARE NOT THE ORIGINAL AS REQUIRED UNDER FED R EVID 1002. THERE IS A QUESTION TO AUTHENTICITY AND THE DUPLICATE IS NOT ADMISSIBLE UNDER FED R. EV. 1003.

DEFENDANTS HAVE PROVIDED NO AFFIDAVITS OR PROOF OF SERVICE BY AFFIDAVIT PURSUANT TO FRCP 4(l), 32, 43(c), 56, 65(b), OR ACT OF CONGRESS 10 USC 7730, 29 USC 161(4), 38 USC 5206. THE EVIDENCE IS NOT RELEVANT UNDER FED R. EV. 401 OR 402.

GIVEN THE LACK OF CREDIBILITY OF DEFENDANTS &

OPPOSING COUNSEL IN THIS MATTER AND FRAUD BY MR. MARLATT WITH CONTINUED MISREPRESENTATIONS TO THE COURT & COPYING OTHER LAWYER FILINGS WITHOUT INVESTIGATING CLAIMS, AUTHENTICITY IS IN QUESTION.

WHEREFORE, PLAINTIFF REQUEST THIS COURT TO DENY VIDEO BE ADMITTED AS EVIDENCE PURSUANT TO FED. R. EVID & FRCP. COERCION & FRAUD BY DEFENDANT IS PROBABLE.

RESPECTFULLY,

## CERTIFICATE OF SERVICE

I CERTIFY A TRUE COPY WAS SENT ON 8/15/26 VIA US MAIL TO EMMERSON MARLATT TO 409 CENTURY CT FRANKLIN, TN 37064

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
1 SEP 2026 PM 5 L




RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
719 Church St #1300
Nashville, TN 37203

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022