RECEIVED

SEP 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:24-cv-01121 (KM)

EXHIBIT A

AFFIDAVITS

- CODY WIGGINS
- DEVIN PHILLIPS
- KEVIN RICONSCUITO.

AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY; I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY AND STATE THE FOLLOWING TO THE BEST OF MY KNOWLEDGE: I HAVE REQUESTED ASSISTANCE FROM ROBERT GORDON.

THE "BIBLE LAWSUIT" AGAINST CAPTAIN CHAD YOUKER AND OTHER DEFENDANTS IS PERFECTLY LEGITIMATE & THE CLAIMS ARE TRUE. THE JAIL DID RESTRICT ACCESS TO BIBLES + RELIGIOUS MATERIALS FOR A CONSIDERABLE AMOUNT OF TIME, AS I PLAN TO DISCLOSE MORE FULLY IN MY OWN LAWSUIT AGAINST CAPTAIN YOUKER AND OTHER DEFENDANTS. THE "BIBLE LAWSUIT" AND ITS PARTIES ARE COMMON KNOWLEDGE AT THE JAIL, & I BELIEVE ALLEGATIONS THAT ROBERT GORDON FORGED DOCUMENTS IN RELATION TO THIS SUIT ARE CATEGORICALLY FALSE & AN ATTEMPT TO MAKE HIS LAWSUIT AND THE BROADER "BIBLE LAWSUIT" APPEAR ILLEGITIMATE (WHICH IS EXACTLY WHAT I TOLD TENNESSEE BUREAU OF INVESTIGATIONS' DETECTIVES WHO QUESTIONED ME ABOUT THIS LAWSUIT). I HAVE SEEN, WHILE WORKING AS A TRUSTEE, JAIL STAFF READING MY PERSONAL & LEGAL MAIL & HAVE WITNESSED THEM DESTROYING MY LEGAL MAIL, MOST NOTABLY, MY PETITION FOR HABEAS CORPUS RELIEF. CAPTAIN YOUKER AND HIS GOONS ARE NOT ABOVE OBSTRUCTING JUSTICE & I BELIEVE THEY (OR AN AGENT OF THEIRS, SUCH AS AN INMATE HOPING TO INCUR FAVOR OR AVOID PUNISHMENT) FORGED THE LAWSUIT THAT WAS FILED IN MY NAME TO MAKE THE LAWSUITS APPEAR ILLEGITIMATE. AFTER SPEAKING WITH THE SPECIAL AGENT FROM TBI, I WAS PLACED IN SEGREGATION WITHOUT ACCESS TO PHONES IN A POD WITH ONLY TWO PEOPLE: ROBERT GORDON & DEVIN PHILLIPS. I AM CLEARLY BEING RETALIATED AGAINST. I AM IN GRAVE FEAR OF FURTHER RETALIATION, EVEN OF DEATH OR SERIOUS BODILY HARM BY STAFF MEMBERS WHO HAVE RETALIATED AGAINST ME PERSONALLY & AGAINST OTHERS (SUCH AS GORDON & PHILLIPS). WE ARE, ALL THREE, STRAIGHT, WHITE, CHRISTIAN MEN WHO ATTEND CHURCH & BIBLE STUDIES REGULARLY, AND ARE BEING RETALIATED AGAINST BY NON-SPIRITUAL, HOMOSEXUALS. THIS IS CLEARLY NOT A COINCIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] Cody Heath Wiggins 8/1/2026
AFFIANT
1164255

AFFIDAVIT

I, DEVIN PHILLIPS, GIVE OATH AFTER BEING SWORN UNDER PENALTY OF PERJURY, AM OVER AGE 18, COMPETENT TO TESTIFY, AND STATE THE FOLLOWING TO THE BEST OF MY KNOWLEDGE

1- Robert cole Gordon did not forge any documents

2- I personally requested mr. Gordon to assist me in filing a lawsuit against Captain Youker as well as various other legal documents. per 28 CFR 543.11

3- I am currently placed in segregation and in fear for my life that the Jail staff + Youker might harm me or attempt to retaliate against me.

4- The bible lawsuit is 100% ligitimate and all [illegible] are true.

5- I believe captain Youker has conspired to forge documents to try and delegitimize the bible lawsuit as well as other lawsuits brought against him & the Jail. I have personally been denied documents needed to file lawsuits by Jail [illegible] staff

6- I personally attend church & bible studies 3-4 times a week with ~~[illegible]~~ Mr. Gordon, He is an ~~[illegible]~~ upstanding citizen & all around person.

7- I have personally witnessed roughly 25-30 instances of sexual abuse and personally been victim of these abuses dozens of times. including being told to strip naked bend at the waist and spread my butt cheeks. I've witnessed 7 guys be forced to strip naked in front of a group of 20 other guys watching, Sexual abuse is rampant at this Jail by the hands of the gaurds & staff. I also don't believe homosexual males should be performing strip searches and pat downs

8- I have personally been intimidated by LT. Turner, LT. Lockheart, Fairchild, Head, Finney, and Captain Youker to the point at which I feared for my life, I wrote grivences about these incidents but was told they had the right to yell at me, ~~and~~ scare me, retaliate against me, and cause me to fear for ~~m~~ my life

[initials]

9- I have been retaliated against for filling a grievance about inmates being sexually abused by Sargent Crowe.

10- Deputy Wright personally told me that he locked Karl Bjork in the walk in cooler in the kitchen as a joke and that Karl needs to man up and get over it.

11- during a strip search performed in my pod that was done in front of everyone I was forced to watch inmates strip naked + was next in line to have to strip in front of everyone until an emergency stopped the searches.

12- I have seen personally racist comments from deputies, as well as anti semetic comments.

Further Affiant Saith not.

[signature] ID 8994
Affiant 8-1-26

AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN THAT I AM A COMPETENT PERSON OVER THE AGE OF 18 WITH PERSONAL KNOWLEDGE OF ALL STATEMENTS MADE HEREIN, AND THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION & BELIEF, & THAT I BRING THIS PETITION NOT OUT OF LEVITY OR COLLUSION WITH ANY OTHER PARTY, BUT IN SINCERITY & TRUTH, SO HELP ME GOD.

1) CHAD YOUKER & HIS COUNSEL HAVE MADE CLAIMS PERTAINING TO MY INVOLVEMENT IN THE "BIBLE BAN" LAWSUIT, SUGGESTING THAT ROBERT COLE GORDON FILED THE LAWSUIT IN MY NAME. IF THAT IS THEIR TRUE BELIEF, WHY WOULD CHAD YOUKER THEN HOUSE ME WITH DEVIN PHILLIPS & ROBERT COLE GORDON IN A SEGREGATED UNIT; ALONE, AFTER MAKING THESE ALLEGATIONS? WOULD THAT NOT REASONABLY BREED HOSTILITY BETWEEN THE THREE OF US & CREATE AN UNSAFE ENVIRONMENT FOR US? FURTHER, WHY HAS YOUKER'S COUNSEL NOT INCLUDED MY STATEMENTS TO THE SPECIAL AGENT FROM THE TENNESSEE BUREAU OF INVESTIGATION REGARDING THIS MATTER? WHY HAVE THEY NOT INCLUDED THE STATEMENTS OF MR. MICHAEL VAN DOBBS, KEVIN RECONISCUTO, DEVIN PHILLIPS, OR OTHERS WHO WERE INTERROGATED REGARDING THIS MATTER? CHAD YOUKER & HIS COUNSEL (& THEIR SUBORDINATES) WILL DO OR SAY WHATEVER IT TAKES TO OBSTRUCT JUSTICE IN THIS CASE. THEY HAVE ALREADY LOST OR DESTROYED MUCH OF MY LEGAL MAIL, INCLUDING DOCUMENTS PERTAINING TO MY OWN LAWSUIT & MY PETITION FOR HABEAS CORPUS RELIEF.

2) IF MS. FINNEY INDEED STATED THAT MS. FAIRCHILD WAS A "WOMAN OF GOD & WOULD NOT SAY THAT" (PERTAINING TO MS. FAIRCHILD'S STATEMENTS IN REFERENCE TO THE BIBLE BAN), SHE IS GUILTY OF BEARING FALSE

WITNESS. IN FACT, MS. FAIRCHILD IS NOTORIOUSLY GODLESS, PERVERSE & PROFANE. I HAVE FILED SEVERAL GRIEVANCES PERTAINING TO HER ABUSIVE LANGUAGE & HAVE HEARD OF MANY OTHER INMATES DOING THE SAME. I PERSONALLY READ GRIEVANCES FILED BY FORMER INMATE DAVID BAKER REGARDING MS. FAIRCHILD'S ABUSIVE SPEECH. CHAD YOUKER, HIS SUBORDINATES & HIS COUNSEL HAVE GONE TO EXTRAORDINARY LENGTHS TO COVER THESE FACTS UP & TO MAKE THE LAWSUIT APPEAR ILLEGITIMATE.

3) JAMES DALTON MOST CERTAINLY FILED HIS OWN LAWSUIT & PERSONALLY TOLD ME & OTHER INMATES HE FILED HIS LAWSUIT. IF HE IS NOW STATING HE DID NOT FILE IT, IT IS A LIE, LIKELY UNDER DURESS FROM RETALIATION BY YOUKER & HIS SUBORDINATES. HE HAS BEEN VERY OPEN ABOUT FILING THE SPECIFIC LAWSUIT IN QUESTION HERE.

4) I AM WELL-AWARE OF MULTIPLE INSTANCES OF SEXUAL ABUSE PERPETRATED BY JAIL STAFF WITHIN WILLIAMSON COUNTY JAIL. IN FACT, THIS FACILITY HARBORS, EMPLOYS & PROTECTS SEXUAL PREDATORS & SILENCES VICTIMS — A FACT I PLAN TO ADDRESS IN MY OWN LITIGATION. I WAS INFORMED PERSONALLY OF THE SEXUAL ASSAULTS OF MR. ROBERT COLE GORDON, MARQUAVIUS GARNER & JEREMIAH MOORE AT THE HANDS OF DEPUTY APER BY EACH NAMED VICTIM & WAS EVEN SEXUALLY ABUSED BY THAT DEPUTY WHILE IN SUICIDE WATCH IN NOVEMBER 2025, & BY TWO OTHER DEPUTIES IN THE SPRING OF 2026. JAIL STAFF PROTECTS SEXUAL PREDATORS, COVERS UP SEXUAL CRIMES & SILENCES VICTIMS. AGAIN, I WILL ADDRESS THESE FACTS MORE FULLY, AT RISK OF FURTHER RETALIATION, IN MY OWN LITIGATION IN U.S. DISTRICT COURT.

5) I HAVE PERSONALLY WITNESSED JAIL STAFF READING MY LEGAL MAIL & OTHER INMATES' LEGAL MAIL, TAMPERING WITH SAID LEGAL MAIL & DESTROYING SAID LEGAL MAIL. JAIL ADMINISTRATORS COMMONLY DELETE & DESTROY & HIDE LEGITIMATE INMATE GRIEVANCES FOR NO OTHER PURPOSE EXCEPT TO EVADE & OBSTRUCT JUSTICE.

6) I HAVE PERSONALLY BORNE WITNESS TO THE LEGAL REQUEST SIGNED BY HUNDREDS OF INMATES, OBVIOUSLY IN THEIR OWN HAND & WITH THEIR OWN INMATE IDENTIFICATION NUMBERS, SPECIFICALLY ASKING ROBERT LOVE GORDON TO ASSIST THEM IN THE FILING OF LITIGATION & AUTHORIZING POWER OF ATTORNEY. THE HANDWRITING IS OBVIOUSLY DIFFERENT & VARIED, & MANY SIGNATURES INCLUDE THE INMATES' PERSONAL MAILING ADDRESSES.

7) I FEEL THAT JAIL ADMINISTRATION TAKES ADVERSE ACTION AGAINST STRAIGHT, WHITE, CHRISTIAN MEN, & I HAVE PERSONALLY WITNESSED & BEEN PARTY TO THEIR TARGETING, HARASSMENT & RETALIATION ON THESE BASES. I HAVE BEEN RETALIATED AGAINST FOR FILING GRIEVANCES & FEAR FOR MY SAFETY AT THE HANDS OF JAIL STAFF.

8) I PLAN TO SUE EMERSON MARLATT AND HOWARD & FISHER, PLLC FOR USING STATEMENTS SUPPOSEDLY MADE BY ME (ENTIRELY OUT OF CONTEXT), PUTTING ME AT RISK OF LIFE & LIMB.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY WIGGINS — AFFIANT          8/22/2026 — DATE

# AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, KEVIN RICONOSCUITO, AFTER BEING DULY SWORN ACCORDING TO LAW, GIVE OATH AND SAY, I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS & PENALTY OF PERJURY

1) ON OR ABOUT MAY 12, 2024 I PERSONALLY WITNESSED DEPUTY APER DEMAND ROBERT GORDON TO "FONDLE HIMSELF" WHILE MR GORDON WAS IN THE SHOWER

2) I WITNESSED DEPUTY APER REPEAT HIMSELF MULTIPLE TIMES WITH THE SAME DEMAND, I WAS PERSONALLY IN FEAR FOR MY SAFETY, AND IN FEAR OF RETALIATION IF I REPORTED.

3) ON OR ABOUT MAY 13, 2024 DEPUTY APER APPROACHED ME WHILE IN THE SHOWER AND DEMANDED "JACK OFF IN THERE." I FILED AN INTERNAL P.R.E.A. GRIEVENCE

4) DEPUTY APER PLACES ME IN GREAT FEAR OF SEXUAL ABUSE AND FURTHER RETALIATION

SWORN & SUBSCRIBED BEFORE ME ON THIS 1st DAY OF October, 2025

TERRIE PAYNE STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF WILLIAMSON

Terrie Payne
NOTARY PUBLIC

2/14/2026
MY COMMISSION EXPIRES

KEVIN RICONOSCUITO

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
1 SEP 2026 PM 5 L
STATION




RECEIVED
SEP 0 4 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
[illegible] 37203
NASHVILLE, TN

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022