IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

ROBERT GORDON

V

CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED
SEP 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## REPLY TO DEFENDANTS RESPONSE FOR A DISCOVERY CONFERENCE

COMES NOW, ROBERT GORDON PURSUANT TO LR 16.01 AND FRCP 26 GIVES REPLY, WHEREFORE PLAINTIFF STATES THE FOLLOWING:

26.06 IS A RULE UNDER TN RULES OF CIVIL PROCEDURE & WAS INADVERTENTLY REFERRED TO. PLAINTIFF SEEKS TO HAVE INITIAL CASE MANAGEMENT CONFERENCE UNDER M.D.L.R. 16.01

PLAINTIFF HAS ATTEMPTED TO CONFER WITH COUNSEL UNDER FRCP 26(f) YET OPPOSING COUNSEL HAS ACTED IN BAD FAITH FOR NINE MONTHS IN AN ATTEMPT TO EVADE DISCOVERY

PLAINTIFF IS SEEKING BOTH A DISCOVERY CONFERENCE & CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL & FEDERAL RULES. IN THE ALTERNATIVE, PLAINTIFF SEEKS RELIEF VIA MDLR 16.02 & ASSIGN THIS MATTER TO ADR.

THESE ARE BASIC RULES OF THE COURT &
THEREFORE SHOULD BE GRANTED. PLAINTIFF STILL SEEKS A
STAY AFTER TWO SURGERIES.

RESPECTFULLY,

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US
MAIL ON 8/31/26 TO COUNSEL EMMERSON MARCATT
3310 W. END AVE SUITE 550 NASHVILLE, TN 37203

Robert Gerrer
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
4 SEP 2026 PM 5 L





RECEIVED
SEP 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN


US District Court Clerk
719 Church St # 1300
Nashville, TN 37203

LEGAL

37203-709525

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office


FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022