IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO ET AL

RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NOTICE OF FILING EXHIBITS

COMES NOW, ROBERT GORDON, GIVES NOTICE OF FILING EXHIBITS WHICH DIRECTLY CONTRADICTS OPPOSING COUNSEL FRAUDULENT CLAIMS.

THE DEFENDANTS HAVE STOLEN OTHER EVIDENCE WHICH CONTRADICTS THEIR CLAIMS. OBVIOUSLY MR MARLATT WILL NOT SHARE THESE EXHIBITS WHICH CONTRADICT HIS CLAIMS.

RESPECTFULLY

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL TO ALL PARTIES AT 408 CENTURY CT FRANKLIN, TN 37064

Devin Phillips #8224
408 Century Ct
Franklin, TN 37064



RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN





US DISTRICT COURT
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAL
MAIL

37203$7095 C019

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131


THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022