RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:24-cv-01121 KM

EXHIBIT 1A

SIGNATURES OF LITIGANTS. ON CONSENT FORMS

BY PROVIDING MY NAME & INMATE ID I AM REQUESTING & AUTHORIZING POWER OF ATTORNEY FOR PURPOSE OF ALL ASSISTANCE , RESEARCH, COMPLETE, FILE, AND SIGN ALL COURT DOCUMENTS COLE GORDON, I AM AWARE & UNDERSTAND ALL STATEMENTS ARE I OWN AND HOLD ALL PARTIES CLEAR FROM ANY DAMAGES AS RESULT THEREOF & TAKE FULL RESPONSIBILITY FOR MY STATEMENTS. E ASSISTANCE COLE GORDON GIVES IS FREE OF CHARGE & I HAVE NOT EN COERCED IN ANY CAPACITY AND FILING OF ANY LEGAL DOCUMENTS IS UE BY MY OWN REQUEST. ALL INFORMATION IS TRUE TO MY KNOWLEDGE . AGREE TO READ ALL DOCUMENTS & BY PROVIDING MY FULL NAME & ID I AM ERIFYING ALL STATEMENTS ARE FACT, MY OWN, AND IN AGREEMENT THEREOF. AM KNOWINGLY, WILLINGLY, AND INTENTIONALLY PURSUING LITIGATION AGAINST IND YOUKER, WCSO, AND ALL DEFENDENTS LISTED I HAVE READ 28 CFR 543.11 & PLRA.

110 Village Green Dr ✓
Lloyd Eckwood Antioch TN
67787 37013

(11) [redacted] ✓

(12) William McCandless ✓
3125 Boxley valley rd
Franklin Tn. 37064
5037

(13) ELMER VARGAS ✓
76371

(14) Michael Josiel Hercules Nataer 21
77723

(15) JAMARIEA WEBSTER ✓
78413
828 HAMPSTEAD LANE
Murf, TN 37129

(16) Tyler Gary Lock ✓
369161
5537 carters creek Pike
Thompsons station TN 37179

- Nathanial Martin ~~3609 Stakers In~~
ID-2026007307
Mail-3609 Stakers In S Nashville, TN
37209

- Chikezie Nonyelu ✓
51104
3157 Bush Dr Franklin TN
37064

- Zachary ~~Brown~~ Brown ✓
76240
1981 Moore Rd Lewisburg TN
37091

- Theo Frazier
61392

- Devon Thompson 79799
488 Hargis Lane Sparta TN 385..

- Brandon Mussey 82369
509 Rock St ~~Shelbyville~~
Shelbyville TN 37160

- Juan Ramos de la cruz
79476
441 harding Pl nashville TN
37211

Gage Hevey ✓
1125 Tollgate Village
Thompson Station 35711

205 447 9320
gjwhevey@gmail.com

#80743
1753 Phone
0116 Kiosk

Gregory Mattheus ✓
#16207
203 Clark Dr
Columbia TN 38401

Michael Ford 80434 ✓

~~[illegible]~~

Landon Path (82226)

10171 north twin springs RD
37025 Bon Aqua TN

① Jesse Vanderpool ✓
41789
607 Seidor Cobb Way
White Bluff, TN 37187

② Rynell Ware -629-900-0215 ✓

77672
3109 Barretts Ridge Dr.
Murfreesboro, TN, 37130

③ Ricardo Abel Vabor ✓

82079
Foxglove Dr 360-A
Nashville, TN, 37211

④ Jonathan Stockman ✓
79931 - 629-256-1155
205 church St white bluff TN
37187

⑤ Antony Pope
37064 128 Cabot lane Franklin TN ✓

⑥ Charles C. Crain ✓
41521
1101 Down Blvd #313, Franklin TN
37064

⑦ Lloyd Eckwood ✓
67787

⑧ Jammy Price ✓
35592
1411 Cagle Rd.
Ashland city TN
37015

⑨ Patrick Leach ✓
69535

1010 Dowell Street
Cookeville, TN ~~38504~~
38501

⑩ Prince Mutabazi ✓
64172

4829 Compassion Ln
Murfreesboro TN. ~~37~~[illegible]6

Scott Allen Raney - 72654 / 54 McQuade Circle McMinnville TN 37110
Darryl Allen 82570 2612 W Heiman # APT 6Y
Sherrell Smith 60567 - 500 Rock springs Rd. APT. C#6 Nashville, TN 37208
Dean Sanchez 79920 Smyrna, TN 37167
2068 lequire ln spring hill TN 37174
Jacob Burney - 65172 - 400 Wandering Trail Franklin, TN 37067
Nicholas Bingham 69825 6937 Sunnywood Dr, Nashville, TN 37211
Benjamin Wallace #17203 7106 Haskell school rd Fairview TN 37062
Jeffrey Ledbetter # 79401 2345 Elkton Pike, Pulaski, TN 38478

Manuel A Villalta
#81274

Erik L Lores-Acosta
#78085

# JAMES S. DALTON
1170

# SAMUEL ARMSTRONG
74551

[illegible]

# BENJAMIN MALIK LAWRENCE McGREW
81161

# Christopher LeClaire
#72231

# DAVID BAKER

# DUSTIN HOLLAND 79425

# MONTANA DEAREY 44484

x JASON LAVERT WASHINGTON
# 81241

x MARLON M. MATURE-COREY
# 79977

* WYATT M. MORRISON
# 78237

~~Daniels Jr~~
* Triniquan Daniels 74378

* ROBERT LEE ARMSTRONG JR

25983

* Ventrell Mckethan
69694

* DEVIN PHILLIPS
8994

* JASON McCAIN
77911

* BRANDON RUSSELL
56364

I don't know how
To Fill out paper
work for the Bible
law Suit will you
please do it for me
and mail it out

Thank you

Greg Matthews

COLE ~ Fill THIS
LAWSUIT 4 BIBLES
OUT 4 me. Andrea
IS COP I'M SUEING
in franklin

DAGON
1170

~~Por~~ Por favor ayudame
Desecito tu asistencia
Puedes escribir esto para
mi

Nathaniel Phillips
97 Wallace rd APt. 150 Nash TN 37211
82439 Bible lawSuit.

BRYAN Reyes 68288
703 Magnolia DT FRANKLIN TN
37064

**BUERGER, MOSELEY & CARSON, PLC**
ATTORNEYS AT LAW
4068 RURAL PLAINS CIR STE. 100
FRANKLIN, TENNESSEE 37064

LEE ANN THOMPSON
lthompson@buergerlaw.com

TELEPHONE 615-794-8850
TELEFAX 615-790-8861

STEPHEN COREY CIMMBERS #72861

– ACLU
– BOARD
– VANDY

VANDY
131 21ST AVE S.
NASHVILLE, TN 37203

4/24/26 YOUKER

March 19, 2026

Marquavious Garner, #69276
Williamson County Jail
408 Century Court
Franklin, TN 37064

JEREMIAH MOORE # 3/13/26

BOBBI NICHOLSON #64038

RE: *Marquavious Garner v. Chad Youker*
Case No. 3:26-cv-00063

NATHANIEL MARTIN #81518

3:26-cv-00262

DAVID NIXON DREW HAWKINS KEITH HOLIDAY #76310

Dear Mr. Garner,

Enclosed please find Defendant's Motion to Dismiss and Affidavit of Chad Youker in Support of Defendant's Motion to Dismiss with exhibits, which were filed in this matter.

RAYMOND FREEMAN #77485

DEBORAH #44984

BUSHAW #60152

RICO ROSCUITY #67115

Sincerely,

M. Parrott
Paralegal

HOWARD #72425

[redacted]

CATIGIANI 60574

Encs.

QUA GARNER 3/14/26
901-530-2649
#69276

SAM BONNER #33

[redacted]

KARL W BOCRK #167742

DANIEL EVERETT

DOBBS #15
3:25-cv-01122

[redacted]

DUANE WOODS #78726

BUSHAW #60152
3:26-cv-00394

THIS IS A LEGAL CONTRACT WITH THE CAMPBELL GROUP LLC – PRO BONO
I AM REQUESTING ASSISTANCE TO COMPLETE LEGAL PAPERS,
BY PROVIDING MY NAME & INMATE ID I AM REQUESTING & AUTHORIZING
POWER OF ATTORNEY FOR PURPOSE TO COMPLETE ALL, FILE ANY, & SIGN ALL
COURT DOCUMENTS ON BEHALF OF MYSELF TO COLE GORDON
ALL STATEMENTS ARE MY OWN, ALL CLAIMS ARE MY OWN AND
ACCEPT ARE FILINGS AS AN INDIVIDUAL. I HOLD COLE GORDON
HARMLESS [illegible]
I AM KNOWINGLY WILLINGLY, INTENTIONALLY PURSUING LITIGATION AGAINST

RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Devin Phillips #8524
408 Central Ct
Franklin, TN 37064

US District Court
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL




37203$7095 C019

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022