IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V

CASE # 3:24-CV-01121

WESA, ET AL

MOTION TO INTERVENE

COMES NOW, NON-PARTY DEVIN PHILLIPS, HEREBY MOVES THIS COURT TO INTERVENE PURSUANT TO FRCP 24 AS A CLAIM AGAINST THE DEFENDANTS. WHEREFORE MR PHILLIPS STATES HE IS A SEXUAL ABUSE VICTIM AT THE HANDS OF DEFENDANTS WHO HAS BEEN RETALIATED AGAINST FOR PROTECTED CONDUCT. FRCP 24 ALLOWS FOR INTERVENTION.

MR PHILLIPS IS IN FEAR FOR HIS LIFE TO COME FORWARD, BUT HAS BEEN LEFT WITH NO CHOICE.

MR PHILLIPS PRAYS FOR RELIEF TO INTERVENE IN THIS MATTER AS HE HAS CLAIMS DIRECTLY RELATED TO THE ISSUES AT HAND IN THIS ACTION

RESPECTFULLY,
[signature]
Devin Phillips #8999

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL TO DEFENDANTS & PARTIES AT 408 CENTURY CT FRANKLIN, TN 37064

Devin Phillips #8224
408 Central Ct
Franklin, TN 37064




US District Court
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL

RECEIVED
SEP 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

37203$7095 C019

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

© USPS 2022
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC® C137131