RECEIVED
SEP 15 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

PACKET ONE

NOTICE OF FILING EXHIBITS

IN OPPOSITION OF MOTION FOR

SANCTIONS EXHIBIT A - Q

COMES NOW, ROBERT GORDON, GIVES NOTICE OF FILING EXHIBITS IN OPPOSITION TO SANCTION "EXHIBIT A-Q"

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 8/14/26 VIA US MAIL TO EMMERSON MARCATT 409 CENTURY CT FRANKLIN, TN 37064

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064







RECEIVED
SEP 15 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
719 Church St #1300
Nashville, TN 37203

3 of 3

Legal
Mail