IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT C. GORDON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WILLIAMSON COUNTY SHERIFF'S OFFICE, CHAD YOUKER, ASHLEY LINDQUIST, f/n/u APER, CHRIS GRAY, JEFF HUGHES, and LISA CARSON,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:24:CV-1121**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br>**Magistrate Judge Luke A. Evans**<br><br>**JURY DEMAND** |

---

**COUNTY DEFENDANTS' SECOND MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Pursuant to R. 12(c), F.R.C.P., Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and Sheriff Jeff Hughes (collectively, the "Williamson County Defendants" or the "County Defendants"), by and through undersigned counsel, submit to the Court this Motion for Judgment on Pleadings on the First Amended Complaint (DE 77), seeking dismissal of the instant action. This case should be dismissed because the County Defendants are entitled to qualified immunity and the allegations in the First Amended Complaint are contradicted by the exhibits to the Memorandum of Law in Support of this Motion for Judgment on the Pleadings such that the contents of the exhibits trump the allegations.

Specifically, the First Amended Complaint is subject to dismissal because (1) the pleadings demonstrate that Plaintiff is not entitled to relief pursuant to a Fourteenth Amendment violation for pretrial detention amounting to punishment; (2) the pleadings demonstrate that Plaintiff is not entitled to relief pursuant to a First Amendment claim for retaliation against Captain Youker; (3) the pleadings demonstrate that Plaintiff is not entitled to relief on Plaintiff's unscreened due

process and equal protection claims, were the Court to consider such claims; and (4) notwithstanding that the pleadings demonstrate that Plaintiff cannot succeed on the merits of these claims, the allegations, if true, would not constitute the violation of clearly established constitutional rights.

Respectfully submitted,

**/s/ *Emmerson Y. Marlatt***
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
*Attorneys for the Williamson County Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 17th day of September, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to Plaintiff, to the following address:

Robert C. Gordon
#65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064

**/s/ *Emmerson Y. Marlatt***
Emmerson Y. Marlatt