**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24:CV-1121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S OFFICE, CHAD YOUKER, ASHLEY LINDQUIST, f/n/u APER, CHRIS GRAY, JEFF HUGHES, and LISA CARSON,** | ) | **Judge Waverly D. Crenshaw, Jr.** **Magistrate Judge Luke A. Evans** |
| | ) | |
| **Defendants.** | ) | |

---

**AFFIDAVIT OF CHAD YOUKER IN SUPPORT OF THE COUNTY DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Chad Youker, being first duly sworn deposes and says:

1. I am over the age of eighteen (18), have personal knowledge of the facts set forth below, and am competent to testify. The statements in this Affidavit are true to the best of my knowledge and belief.

2. I am the Captain over the Detention Division of the Williamson County Sheriff's Office.

3. I am a duly authorized custodian of records for the Williamson County Sheriff's Office and I have authority to certify the records thereof. All documents referenced in this Affidavit were prepared in the ordinary course of operations with the Williamson County Sheriff's Office. All documents created by the Williamson County Sheriff's Office that are referenced in this Affidavit were made at or near the time by—or from information transmitted by—someone with knowledge; were kept in the course of a regular conducted activity of the Williamson County Sheriff's Office; and the making of such records was a regular practice of that activity.

4. A true and correct copy of Gordon's handwritten grievance from May 12, 2024 is attached hereto as Exhibit A.

5. A true and correct copy of the incident reports from the May 12, 2024 incident are attached hereto as Exhibit B.

6. A true and correct copy of Gordon's grievances and requests concerning his fear for his safety and placement in protective custody, along with the incident report from June 10, 2024 explaining the basis for his placement in protective custody is attached hereto as collective Exhibit C.

7. A true and correct copy of Gordon's signed waiver of protective custody status is attached hereto as Exhibit D.

8. A true and correct copy of Gordon's April 23, 2026 grievance is attached hereto as Exhibit E.

FURTHER AFFIANT SAITH NOT.

Chad Youker

STATE OF TENNESSEE )
COUNTY OF WILLIAMSON )

Sworn to and subscribed before me this 17th day of September, 2026.

Kelly Dawn Bennett
Notary Public

My Commission Expires: November 14, 2028

KELLY DAWN BENNETT STATE OF TENNESSEE NOTARY PUBLIC WILLIAMSON COUNTY

Respectfully submitted,

/s/ ***Emmerson Y. Marlatt***
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
*Attorneys for the Williamson County Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 17th day of September, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to Plaintiff, to the following address:

| | |
|---|---|
| Robert C. Gordon<br>#65920<br>Williamson County Sheriff's Office<br>408 Century Court<br>Franklin, TN 37064 | |

**/s/ *Emmerson Y. Marlatt***
Emmerson Y. Marlatt