CORPORAL JOHNSON,

MAY 7TH 10PM - MATHIS ASSAULTS GORDON BY KICKING
"LIGHTS OUT" HIM IN SLEEP CAUSING SWELLING & BRUISING
THIS IS ASSAULT. NEW DEPUTY WITNESS

THURSDAY 9TH 4PM- "CHOW PASS" YARBOUROUGH CURSES & SLAMS
MY HAND IN PIE FLAP THIS IS ASSAULT
DEPUTY PHAN WITNESS & INMATE BRINKLEY

FRIDAY NIGHT 10PM - "LIGHTS OUT" MANLOVE WRITES GORDON UP
MAY 10TH AFTER REFUSING TO PROVIDE BOTTOM BUNK
MEDICAL HAS SURGERY SCHEDULED FOR
GORDON DUE TO COLON CANCER
THIS IS HARASSMENT. ~~[illegible]~~ DEPUTY PONCE WITNESSED

SUNDAY MAY 12TH - "AFTER LUNCH" 10:30-11AM DEPUTY APER
YELLS AT MR GORDON WHILE IN
SHOWER "TO FONDLE HIMSELF" ON 3
DIFFERENT OCCASIONS. THE ENTIRE POD
HEARD DEPUTY APER.
THIS IS SEXUAL HARRASMENT BY AN
AUTHORITY FIGURE / VOYERISM

I AM TIRED OF THIS ABUSIVE TREATMENT. IF I SAID AND DID THESE THINGS TO A FEMALE DEPUTY I WOULD GIVEN STREET CHARGES. I AM IN FEAR FOR MY SAFETY DUE TO THIS INTENTIONAL INFLICTION OF ABUSE.
I WANT A WRITTEN APOLOGY FROM EACH DEPUTY AND I WANT TO PLACE STREET CHARGES VIA A POLICE REPORT. I AM ALSO FEARFUL OF FURTHER RELIATION OF CONTINUED PHYSICAL & SEXUAL ABUSE.
THIS IS NOTICE THAT I WILL BE PURSUEING LEGAL ACTION IN CHANCERY COURT FOR THIS ABUSE ON EACH DEPUTY INDIVIDUAL & OFFICIAL CAPACITY.

RESPECTFULLY,

[signature]

ROBERT "COLE" GORDON