# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |
| **Location of Incident** | | **Incident Type** |
| Floor One, Pod 309 | | Informational |

**Offenses**

INF O INFORMATIONAL

**Offenders**

**Victims**

**Witnesses**

**Complainants**

GORDON, ROBERT COLE - 202200060472

**Others**

Aper, Drew - 1607

Gray, Chris - 811

Lindquist, Ashley - 1410

Lockhart, CJ - 1523

**Incident Narrative**

On May 12, 2024, at approximately 11:53 am, while conducting Safety and Security Rounds on the top of Pod 309, Inmate Robert Cole Gordon (W/M, DOB:09/17/1984) grabbed my attention. Inmate Gordon asked if I was recording and express complaints about Deputy Aper with his written grievance. Inmate Gordon stated that Deputy Aper made inappropriate comments while Inmate Gordon was in the shower. Inmate Gordon proceeded to hand me his written grievance due to the kiosk being broken in the facility at this time. My body camera footage has been submitted. Deputy Aper was then removed from Floor One for further investigation. The written grievance was given to Sergeant Lockhart.

| Supplement Date | Supplement Prepared By |
|---|---|
| 05/20/2024 13:03 | Lindquist, Ashley |

**Supplement Narrative**

On May 12, 2024, at approximately 1217 hours, Sergeant Lockhart and I conversed about an incident. Sergeant Lockhart advised that Inmate Gordon filed a written grievance that alleged Deputy Andrew Aper made a sexual remark. Sergeant Lockhart advised that Deputy Aper had reported a statement to him, prior to the allegation. The statement that Deputy Aper reported to Sergeant Lockhart was, "Why don't you stop touching yourself." Based on Sergeant Lockhart's letterhead, Deputy Aper claimed that he and Inmate Gordon had been making remarks towards each other in a joking manner. While Deputy Aper was conducting rounds, Deputy Aper claimed her heard Inmate Gordon make a statement in a disrespectful tone and then Deputy Aper made the statement above. I reviewed the pod camera footage and Deputy Aper's Body Worn Camera. Deputy Aper is clearly seen on camera, but did not activate his Body Worn Camera until he was about to exit Pod 309.

On May 13, 2024, at approximately 1156 hours, Staff Sergeant Chris Gray and I entered Cell 334, to interview Inmate Gordon. Inmate Gordon was disrespectful and made remarks that were uncalled for towards us. I advised Inmate Gordon that his disrespect is uncalled for and that we are here to speak with him about his complaint. I began the interview and requested, for Inmate Gordon to tell us what happened. Inmate Gordon claimed that Deputy Aper loitered around the shower on the top tier in Pod 309 and made a sexual remark towards him. Inmate Gordon claimed that Deputy Aper stated, "Fondle yourself", and loitered around the shower he was in for approximately 60 to 90 seconds. Inmate Gordon alleged that he thought he misheard and requested Deputy Aper to repeat himself. Inmate Gordon claimed that Deputy Aper repeated himself. I then concluded the interview and we exited Pod 309.

On May 15, 2024, at approximately 1445 hours, Staff Sergeant Gray and I spoke with Deputy Aper. Deputy Aper advised of the remark above that he stated to Inmate Gordon. Deputy Aper advised that he stated, "Why don't you stop touching yourself", towards Inmate Gordon. Deputy Aper alleged that he heard Inmate Gordon make a comment in a disrespectful tone. Staff Sergeant Gray and I notified Deputy Aper that failure to use his Body Worn Camera is a policy violation. We notified Deputy Aper that he would be receiving disciplinary action for two policy violations. Once the meeting concluded, Deputy Aper returned to his normal duties.



CONFIDENTIAL

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |
| **Location of Incident** | | **Incident Type** |
| Floor One, Pod 309 | | Informational |

Summation: I have determined Inmate Gordon's allegation against Deputy Aper, to be not PREA related. The statements from Inmate Gordon and Deputy Aper are conflicting, which we are unable to determine the actual statement. However, this was an isolated incident, which does not meet PREA Standards. Inmate Gordon claimed that Deputy Aper loitered around the shower from 60 to 90 seconds, which was false. I made my determination based on supporting camera footage and interviews of those involved. As stated above, Deputy Aper received disciplinary action for his conduct and failure to use and/ or activate his body cam. At this time, my investigation has concluded and nothing further to report. End of report.

| Supplement Date | Supplement Prepared By |
|---|---|
| 05/15/2024 11:29 | Gray, Chris |

**Supplement Narrative**

On May 12, 2024, I received a phone call from Sergeant C. Lockhart informing me that Inmate Gordon handed them a letter making several allegations against staff. See attached letter. At this time, I advised Sergeant Lockhart to place the letter in my mailbox and the administration would look into it the following Monday.

On Monday, May 13, 2024, I reviewed the letter with Captain Chad Youker and Sergeant Ashley Lindquist. Upon review, I advised Sergeant Lindquist to investigate the Sexual Harassment allegation; involving Deputy Andrew Aper and I would investigate the other allegation of misconduct.

Inmate Gordon's first allegation was that Deputy Johnathan Mathis kicked him on May 7, 2024, at approximately 2200 hours, while he was asleep, causing swelling and bruising. Upon review of the Body Worn-Camera and the cell cameras, Deputy Mathis enters Cell 337 instructing Inmate Gordon to move off the floor. Inmate Gordon had his mattress on the floor, where he was sleeping, which is a violation of the WCSO Inmate Rules. Deputy Mathis attempted to get Inmate Gordon's attention, with several voice commands. After Inmate Gordon did not acknowledge him, Deputy Mathis appeared to lightly kick Inmate Gordon's mattress to get his attention, which can be observed from the cell camera view. (IP: 23, Cam 11, @ 2207 hours). During Deputy Mathis' interaction with Inmate Gordon, at no time did Inmate Gordon complain about how he was woken up. At this time, Inmate Gordon has not submitted any grievance or medical request regarding medical concerns.

Summation: Unfounded. Deputy Mathis was performing his normal duties and no misconduct occurred.

Inmate Gordon's second allegation was that Deputy James Yarbrough slammed the pie flap on his hand during a chow pass on May 9, 2024, at approximately 1600 hours. Upon review of Deputy Yarbrough's Body Worn-Camera, it appears that he was having issues with it cutting on and off, and there was no Body Worn-Camera footage of the incident. I reviewed the Cell camera (IP: 23, Cam 11 @ 1640 hours), I observed Deputy Yarbrough passing his cellmate, Inmate John Isaac Brinkley (W/M, DOB: 04/16/2003) a sandwich and juice through the pie flap and speaks to them both before shutting the pie flap. During this time, Inmate Gordon was standing next to the door and did not have any part of his body near the pie flap while it was being shut. A short time later, at approximately 1647 hours, Deputy Yarbrough returns with a juice and sandwich for Inmate Gordon. After reviewing this incident, Deputy Yarbrough was currently working, at this time, I contacted Deputy Yarbrough and had him step into my office. I asked Deputy Yarbrough about his interaction with Inmate Gordon on this particular incident. Deputy Yarbrough advised that he ran out of sandwiches and juices while passing out chow and Inmate Gordon and his cellmate Inmate Brinkley was being disrespectful and demanding chow. Deputy Yarbrough informed me that he left and returned with a sandwich and juice for Inmate Gordon, but did not know what Inmate Gordon was claiming regarding the pie flap. I asked Deputy Yarbrough why he did not have Body Worn-Cameras footage of the incident and he informed me that he was having issues trying to keep it charged.

Summation: Unfounded. Deputy Yarbrough was performing his normal duties and no misconduct occurred.

Inmate Gordon's third allegation was that Deputy Nick Manlove was harassing him by writing him up for sleeping on the floor and refusing to get back on the bunk. Inmate Gordon is claiming he needs a bottom bunk pass due to having colon cancer. At this time, I reviewed the disciplinary report (JMS# 20241049) from Deputy Manlove. Deputy Manlove states in his report that he verified with Medical, Nurse Ashley whether or not Inmate Gordon had a bottom bunk pass. Nurse Ashley advised Deputy Manlove that it was not

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241056 | | 06/10/2024 07:38 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 05/12/2024 11:53 | 05/12/2024 12:54 | Johnson, Mary |
| **Location of Incident** | | **Incident Type** |
| Floor One, Pod 309 | | Informational |

documented that he had a bottom bunk. I consulted with Nurses Pam and Kristy in Medical after reviewing the disciplinary report. They both advised me that he does not have a bottom bunk pass nor does he need one at this time. All video evidence surrounding this incident was attached to JMS #20241049.

Summation: Unfounded. Deputy Manlove was enforcing the rules and regulations according to policy and procedures.

**Approving Official Name**

Date/Time: ____________

Gray, Chris

**Reporting Official Name**

Date/Time: ____________

Johnson, Mary

CONFIDENTIAL