| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/13/2024 3:47:25 pm CDT | Request ID | 766621 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 05/14/2024 07:42:46 am CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | the medical staff has scheduled a procedure for me due large amounts of blood coming from my rectum. i have been written up because i am not physically able to climb on the top bunk without blood exiting my rectum. there is a high likelyhood i have colon cancer based on the current diagnosis from the report. please help me address this issue.if i was in a wheelchair no one would make me climb on the top bunk. i hope for no further retaliation in filing this complaint |
| Admin Notes | |
| Notes to Inmate | Medical determines if you are in need of a bottom bunk pass, which they have advised that you are not required to have one. You may file a sick call to be evaluated further in regards to your complaint. This matter is also not an ADA Complaint. Please file your grievance or request directed to medical staff. -Sgt. Lindquist |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/13/2024 3:49:42 pm CDT | Request ID | 766622 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Captain Youker | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/06/2024 01:45:38 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i continue to be notified that no one from the courts is receiving my mail. please send my legal mail out in a timely manner the week in which it was received. thank you |
| Admin Notes | |
| Notes to Inmate | Sir, I send your mail out the day I get it. Your mail is not being held for any reason more than a few hours after i receive it. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/14/2024 12:15:16 pm CDT | Request ID | 766818 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/06/2024 11:47:54 am CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | This is an online documentation of the PREA complaint i filed with corporal johnson on sunday 5/12/24 about the deputy making sexual comments while i was in the shower |
| Admin Notes | |
| Notes to Inmate | Sir, SSgt. Gray and I interviewed you in regards to this complaint. Your complaint was found not prea related. -Sgt. Lindquist |

| | | | |
|---|---|---|---|
| This is an APPEAL | | | |
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/18/2024 11:34:06 am CDT | Request ID | 767905 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 05/21/2024 05:23:15 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | yes, i am bleeding |
| Admin Notes | |
| Notes to Inmate | Per medical, you do not qualify for a bottom bunk pass. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/19/2024 5:51:11 pm CDT | Request ID | 768148 |
| Location | 309 - 334 | Kiosk | 309 Right |
| Assigned To | Captain Youker | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/06/2024 05:30:24 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | for some reason my legal mail is grossly delayed in reaching the courts and the intended destination causes legal issues due to mandatory timelines in filing certain papers. this has heen occurring for over a month and very problematic on a number of fronts. please do send my legal mail out the same day i submit the mail. thank you |
| Admin Notes | |
| Notes to Inmate | Sir, you have submitted several of the same grievances regarding this. We are not holding your mail. When you send mail out, it comes to me as you are already aware. I verify that you are not sending anything where it is not supposed to go, if I have any questions, I bring it to you and ask, which I have done in the past. Once I am done with it, I take it directly to the mail room. The only time it may be delayed is if I do not get to it first thing that day and it ends up going out the very next morning. If your mail is truly delayed, I assure you, that we are not holding it back. -Capt. C. Youker- |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/21/2024 9:14:55 pm CDT | Request ID | 768773 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/05/2024 08:52:16 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | there are 12 witnesses that did witness this event.....didnt speak with them eh? |
| Admin Notes | |
| Notes to Inmate | Sir, this issue has been addressed with the deputy. Do not think it went ignored. We are not going to tolerate staff speaking to individuals in an inappropriate manner. From what I can see, although inappropriate, per PREA, and the WCSO policy, what you reported would not* fall under harassment which reads as follows; Sexual harassment: includes 1. Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed toward another; and 2. Repeated verbal comments or gestures of a sexual nature to an inmate by a staff member, contractor, or volunteer, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures. Although the comment was unprofessional, it was not harassment because it was only stated one time and not repeated. Again, this has been addressed and if it continues by anyone, please notify us immediately. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/23/2024 5:15:28 pm CDT | Request ID | 769256 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | Captain Youker | Kiosk ID | 10222 |
| Status | Resolved | Status Entered | 06/10/2024 07:05:16 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | good day sir, as i was written up for a law that i legally did not break i would like my 20 days deducted from the hole time i am serving as per tennessee law this in of itself is a violation of law. |
| Admin Notes | |
| Notes to Inmate | Sir, you plead guilty to that rule violation with d-board which wived any due process for an appeal or any further discussion in regards to that incident. Again, I advised that your request was being looked into by our legal department as there is a standing OOP against you from the victim in which you are requesting the information. Lastly, you have no reason to be in fear of your safety, however because you have stated this to me, I will have you placed on Protective Custody immediately. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 05/29/2024 3:37:14 pm CDT | Request ID | 770764 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | Captain Youker | Kiosk ID | 10222 |
| Status | Neutral | Status Entered | 06/06/2024 05:34:26 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: captain youker, i am following up on my request for production of all public records WCSO is the custodian of. please do produce these documents per tennessee law. have a good day sir

Admin Notes:

Notes to Inmate: Sir, as I advised this afternoon. We are aware of your request. I have responded. I am currently working on an answer to this with the County Attorney. I thank you for your patience. -Capt. C. Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/02/2024 7:38:01 pm CDT | Request ID | 771961 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/10/2024 07:59:32 am CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

Grievance: since deputy aper repeated the sexual comments making me feel threatened, scared, and in fear for further sexual harassment as he made the comment 3 times this would qualify as a PREA violation. that said, i am requesting counseling services for the unprofessional sexual comments made by deputy aper while i was in the shower.

Admin Notes:

Notes to Inmate: I spoke with Nurse Pam on 06/06/2024 to speak with you about your concerns sir. This is also not a PREA Related matter based on the findings of this incident. -Sgt. Lindquist

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/05/2024 10:48:52 am CDT | Request ID | 772719 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | Kelly Wells | Kiosk ID | 10222 |
| Status | Resolved Substantiated | Status Entered | 06/07/2024 03:33:48 pm CDT |
| Status By | Kelly Wells | Classification | (no classification assigned) |

Grievance: can you please provide a time/charge sheet. thank you for your assistance.

Admin Notes:

Notes to Inmate: YOU DO NOT HAVE A TIME SHEET SINCE YOU ARE NOT SENTENCED - BUT i WILL SEND YOU A CHARGE SHEET

| | | | |
|---|---|---|---|
| This is an APPEAL | | | |
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/06/2024 6:17:48 pm CDT | Request ID | 773166 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Denied | Status Entered | 06/07/2024 06:51:08 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |
| Grievance | these are not fabricated stories. what a coincidence yarboroughs camera stopped working...... i have not signed a HIPPA release for anyone in this facility including you and my surgery/procedure has yet to occur, so i doubt you moonlight as an onocologist. please do keep me posted on the actions taken to correct the sexual comments made while i was in the shower by deputy apear. please ask your self this, would you like to be kicked while sleeping? if i kicked mathis in any capacity i would have assault charges pressed and rightfully so. i am not a dog. if i made comments to a female deputy of a sexual nature god only knows what would happen. you and your staff are better than this and i do demand to be treated with the same human decency that i give you and your staff. good day sir. | | |
| Admin Notes | | | |
| Notes to Inmate | Sir, I never claimed to be an oncologist. I was only giving you facts in which they were given to me by our medical staff. And you do not need to sign a hipaa ("hippa") waiver in order for me to speak to medical regarding medical issues in which you are claiming. You are in our custody, therefor I am required to have an idea of what is going on to make sure you are being given the proper care in which you need. As, I have said to you several time already, both in writing and in person, Deputy Aper has been addressed for the incident that took place. I am done with the back and forth. This has been handled to the point in which it needs to be with us, and if you need to take me to court as you threatened yesterday during our conversation, that is your right to do so. -Capt. C. Youker- | | |

| | | | |
|---|---|---|---|
| This is an APPEAL | | | |
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/07/2024 2:09:12 pm CDT | Request ID | 773396 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/10/2024 06:54:27 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |
| Grievance | mr youker, thank you for your reply. given the number of recent incidents with your staff (i.e. when aper instucted me to masterbate while i was in the shower and yarbourghs violent rage...) this posses a number of problems with retaliation hence i have grave concerns with my safety and overall well being at your facility. futhermore, as ive have previously stated receiving legal mail over 30 days late and wrongfully opened by deputy caldwell. my privileged communications has been violated on more than one ocassion and coercion between parties is a true threat. have a good day sir. | | |
| Admin Notes | | | |
| Notes to Inmate | Sir, to my knowledge, you received your legal mail one time late and already opened. That issue was addressed and this should not happen in the future. Your fear of "retaliation" is not needed. You have yet to have anything take place since any of these complaints that could be considered retaliation. If you do, please advise so that can be addressed. -Capt. C. Youker- | | |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/15/2024 3:04:52 pm CDT | Request ID | 775515 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/24/2024 10:14:49 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i respectively disagree. this is a blatant violation from that sexual predator |
| Admin Notes | |
| Notes to Inmate | Sir, the deputy admitted to what he said and he was held accountable. We have no way to know exactly what he said as your stories, although similar, are different. Sergeant Lindquist has spoke with Medical about this, and Nurse Pam should have, or will be speaking with you in regard to this incident. In regard to Deputy Aper, he resigned for matters unrelated to this incident and no longer works for the Sheriff's Office. -Capt. C. Youker- |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/15/2024 3:08:12 pm CDT | Request ID | 775517 |
| Location | 309 - 338 | Kiosk | 309 Right |
| Assigned To | (all) | Kiosk ID | 10222 |
| Status | Resolved Unsubstantiated | Status Entered | 06/24/2024 10:19:03 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i am free for my safety from your staff and further retaliation. please do not allow these deputies around me,including deputy aper due to his sexual harassment while i was unclothed in the shower |
| Admin Notes | |
| Notes to Inmate | As I stated in a previous complaint that I just answered, Deputy Aper has resigned in regards to personal matters. As for the other two deputes, upon investigation to your allegations toward the other deputies, I see no reason to restrict their interaction with you. Due to you being in fear for your safety, you have been placed on Protective Custody Status. This will assist us and you by reducing the interaction in which you have with staff so you will not feel threatened. It will also help us investigate any further claims that you make regarding my staff. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/19/2024 5:12:36 pm CDT | Request ID | 776555 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/04/2024 09:24:38 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: mr youker - i do not appreciate your retaliation because i filed a complaint due to deputy aper sexually harassing me by intructing me to fondel myself for his sexual gratification. i do not feel safe around deputy aper or the other deputies that assaulted me. i expect to be housed in general population. please stop with your retaliation as its frightening that you are willing to retaliate this blatantly and also dissapointing to see you trying to cover these events up. #metoo

Admin Notes

Notes to Inmate: Sir, you stated that you are in fear of staff. If you are in fear of your safety, it is best for us to place you on PC to reduce the amount of interaction you have with staff, and the interaction, because it is limited, will be easier to monitor and review. This is not retaliation for anything. We address Deputy Aper for the remark made, and we reviewed and investigated your claims of assault, and they were found to be false. -Capt. C. Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/20/2024 8:16:09 pm CDT | Request ID | 776936 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Medical MTA | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/21/2024 09:28:37 am CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |

Grievance: may i please have the results from the ultrasound of my liver. thank you for your assistance.

Admin Notes

Notes to Inmate: I will see what i can find out for you. You will be given these result on Tuesday by the provider.

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/21/2024 6:51:26 pm CDT | Request ID | 777225 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Resolved | Status Entered | 06/24/2024 11:25:50 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: ok thank you for your help

Admin Notes

Notes to Inmate: CY

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/24/2024 11:56:00 am CDT | Request ID | 777804 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Shift Alpha | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/25/2024 06:00:25 pm CDT |
| Status By | Shift Alpha | Classification | (no classification assigned) |

Grievance: i am attempting to complete a number of classes on the tablets and gain the certificate. can those of us not on D Board please receive the tablets each day. thank you

Admin Notes

Notes to Inmate: i will fix this issue Sir. -Sgt Martinez

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/26/2024 10:01:36 am CDT | Request ID | 778418 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/03/2024 02:00:58 pm CDT |
| Status By | Inmate Resources | Classification | (no classification assigned) |

Grievance: i am kindly requesting your assistance to have an affidavit notarized

Admin Notes

Notes to Inmate: DUP

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/27/2024 3:44:04 pm CDT | Request ID | 778847 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/03/2024 02:04:54 pm CDT |
| Status By | Inmate Resources | Classification | (no classification assigned) |

Grievance: i have an urgent need to have an affidavit notarized for court. please do assist as ms payne is OOO

Admin Notes

Notes to Inmate: DUP

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/28/2024 1:57:25 pm CDT | Request ID | 779148 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/04/2024 09:06:43 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: thank you as there are no tablets again in 305. if we are not allowed to attend classes and church events i feel we should always have access to the tablets to practice our religion and further our education

Admin Notes

Notes to Inmate: Sir, we only have a certain amount of tablets that the state provides tot he jail. These are not a requirement. -Capt. C. Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/01/2024 11:29:17 am CDT | Request ID | 779866 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/03/2024 02:00:32 pm CDT |
| Status By | Inmate Resources | Classification | (no classification assigned) |

Grievance: can we please get assistance with another notary as it appears there are multiple notaries at the sheriffs office and waiting weeks to be able to submit legal documents is beyond inconvenient.

Admin Notes

Notes to Inmate: YOU GOT YOU PAPERS NOTARIZED TP I WAS ON VACTION AND I AM THE NOTARY FOR THE JAIL. TP

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/02/2024 2:11:58 pm CDT | Request ID | 780193 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/04/2024 11:12:12 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: i need a certified copy of my inmate trust account

Admin Notes

Notes to Inmate: This is not a grievance matter. You will need to send this to the request system. Also, I believe I have already provided this to you. If so, this is only required every 6 months from the date . -Capt. C. Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/11/2024 11:33:42 am CDT | Request ID | 782485 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/12/2024 08:55:35 am CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | my pin is not set up in 305. pkease update so i can use the phone. thank you |
| Admin Notes | |
| Notes to Inmate | Your account has been linked to be housed in Pod 305 when I reviewed your account. I have reset your pin, therefore, you will need to create a new pin the next time you use the phone. -Sgt. Lindquist |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/15/2024 9:29:39 am CDT | Request ID | 783461 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | LT. Driskill | Kiosk ID | 9868 |
| Status | Resolved | Status Entered | 07/15/2024 10:54:40 am CDT |
| Status By | LT. Driskill | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | may i please have you come notarize a document for me |
| Admin Notes | |
| Notes to Inmate | This is not a grievance. -SGT. Driskill |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/17/2024 9:52:11 am CDT | Request ID | 784133 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | LT. Driskill | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/17/2024 01:04:26 pm CDT |
| Status By | LT. Driskill | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | can you please come by this week for legal mail copies |
| Admin Notes | |
| Notes to Inmate | This is not a grievance. Use the request system for requests. -SGT. Driskill |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/19/2024 11:52:19 am CDT | Request ID | 784793 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | m MailRoom | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/19/2024 01:10:32 pm CDT |
| Status By | m MailRoom | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i hadva book delivered today. can you please bring it to 305. |
| Admin Notes | |
| Notes to Inmate | Mr. Gordon, I have not received any packages containing books for you as of right now. I will keep looking for your book to be delivered. JC |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/22/2024 4:04:48 pm CDT | Request ID | 785583 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 07/30/2024 06:03:42 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i have been denied an opportunity to pursue education by being placed in 305 against my will and have now been denied the opportunity to study for the GED and LSAT though ive had the book mailed to me and not allowed to join classes in person. i feel i am being retaliated against as a victim of sexual harassment by deputy aper. please stop discriminating against victims and bring my book. |
| Admin Notes | |
| Notes to Inmate | Sir, according to your booking information, which you answered upon intake, you have 8 years of college. Which could be a doctorate, two bachelors, or other commination. With that being said, you do not qualify to participate in the GED Program. In regard to your book, it does not meet the size requirements permitted to be allowed in the facility. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/23/2024 4:03:55 pm CDT | Request ID | 785875 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | m MailRoom | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/29/2024 08:55:33 am CDT |
| Status By | m MailRoom | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i have a book mailed into my property that i would like access to read. please bring to pod 305. |
| Admin Notes | |
| Notes to Inmate | Mr. Gordon, can you please tell me the book you are referring too? The only book that is in your property, the LSAT Trainer book( this book was too big upon being delivered). JC |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 07/31/2024 4:22:27 pm CDT | Request ID | 788239 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/16/2024 07:54:55 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | but im being denied of privilegeds from education and religion by being placed on PC against my will and for no reason as deputy aper coincidently resigned right after i spoke with your county attorney.... that said i expect to be able to participate in regular rehabilatative, educational, and religious activities that are offered to all inmates. i should not continue to be punished for being a victim of sexual harassment. |
| Admin Notes | |
| Notes to Inmate | 1. Deputy Apers resignation had nothing to do with your letter sent to the County Attorney. Deputy Aper made an inappropriate comment and was held accountable. His resignation was voluntary and had nothing to do with that. 2. You are on PC due to your complaints of being in fear of safety from staff. 3. Unfortunately, for safety reasons, inmates on PC are unable to participate in group church services. And again, you do not qualify for GED so you would not be allowed to attend in gen pop. -Capt. C Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/04/2024 6:16:56 pm CDT | Request ID | 789309 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Kitchen Supervisor | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/06/2024 03:36:51 am CDT |
| Status By | Kitchen Supervisor | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | if we are no longer able to have dairy free food from the kitchen please remove the restriction from commissary |
| Admin Notes | |
| Notes to Inmate | It has been done. CR |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/05/2024 12:28:16 pm CDT | Request ID | 789483 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Shift Bravo | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/14/2024 06:13:32 pm CDT |
| Status By | Shift Bravo | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | 305 has not had razors since july 15th. can we please get razors? |
| Admin Notes | |
| Notes to Inmate | Sir, you received a Razor on 8/3/24 and on 8/10/24. Razor Pass is conducted every Saturday in the facility. -Sgt. Lovelace |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/08/2024 6:56:23 pm CDT | Request ID | 790479 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Kitchen Supervisor | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/12/2024 03:35:59 am CDT |
| Status By | Kitchen Supervisor | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i have not been able to eat my meals this week. can you please ask the kitchen to have my no dairy trays. im not sure why these were discontinued |
| Admin Notes | |
| Notes to Inmate | You need to get with medical for this request. CR |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/12/2024 4:56:47 pm CDT | Request ID | 791339 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Resolved | Status Entered | 08/15/2024 09:55:01 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | yes i have an order from the court per TCA 41-21-807 to provide a new trust account document within 15 days of today. thank you |
| Admin Notes | |
| Notes to Inmate | I will get this to you today. But again, things like this are not grievances, they are request matters. Thanks. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/12/2024 4:58:32 pm CDT | Request ID | 791340 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Medical MTA | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/14/2024 11:06:03 am CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | can someone from medical please let ms hucklebee know about my special diet. i spoke with nurse pam saturday about this issue thank you |
| Admin Notes | |
| Notes to Inmate | |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/14/2024 4:19:50 pm CDT | Request ID | 791830 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | LT. Driskill | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/15/2024 09:55:20 am CDT |
| Status By | LT. Driskill | Classification | (no classification assigned) |

Grievance: can i please get legal copies in 305. thank you

Admin Notes

Notes to Inmate: This is not a grievance. -SGT. Driskill

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/15/2024 9:41:01 am CDT | Request ID | 791983 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Medical MTA | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/15/2024 11:18:28 am CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |

Grievance: please provide the medically ordered special dairy free die. thank you

Admin Notes

Notes to Inmate

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/15/2024 10:25:55 am CDT | Request ID | 791998 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Denied | Status Entered | 08/16/2024 08:16:21 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: this is a right as an inmate to have legal copies provided when ordered by court

Admin Notes

Notes to Inmate: Please submit this on the request system or ask a deputy. Thanks. -Capt. C. Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/16/2024 3:55:59 pm CDT | Request ID | 792382 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Medical MTA | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/19/2024 08:00:05 am CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i had a colonostopy and it was ordered from the doctor to refrain from dairy. ive had this diet forba year and woukd appreciate following medical orders |
| Admin Notes | |
| Notes to Inmate | |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/16/2024 4:58:24 pm CDT | Request ID | 792402 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/21/2024 01:13:27 pm CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | ive been in lockdown since 4/11/24. i would like to be removed from PC. it makes no sense to hold me in PC just because you to fire deputy aper for sexual harassment. the retaliation has gone on long enough. furthermore i am being denied of my standard privileges to religious, education, and rehabilitative services. thank you for proving the inmate trust account information |
| Admin Notes | |
| Notes to Inmate | Mr. Gordon, I removed you from PC Status on 08/20/2024 and you signed the waiver sir. -Lt. Lindquist |

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/16/2024 5:00:18 pm CDT | Request ID | 792403 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | (all) | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/16/2024 08:24:58 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | we have not had razors in 305 in 5 weeks. clippers were provided on the 15th of july and august but no razors. why can 305 not have razors each saturday |
| Admin Notes | |
| Notes to Inmate | I will address with the shift to make sure razors are being passed per the schedule. Thanks. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/19/2024 10:27:45 am CDT | Request ID | 792912 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Captain Youker | Kiosk ID | 9868 |
| Status | Resolved | Status Entered | 08/27/2024 08:59:13 am CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: pod 305 hardly ever has access to tablets for pro se litigants. we are on lock down 23/1 thus having access to work on pending litigation is crucial. this is a basic request that is easily resolved.

Admin Notes

Notes to Inmate: Mr. Gordon. You are now currently in Gen Pop and should have better access to these tablets. Had I seen this before, I would have made it a point to make sure you had easier access to the tablets. -Capt. C Youker-

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/30/2024 11:04:32 am CDT | Request ID | 795879 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | Inmate Resources | Kiosk ID | 9864 |
| Status | Resolved Substantiated | Status Entered | 09/03/2024 12:26:28 pm CDT |
| Status By | Inmate Resources | Classification | (no classification assigned) |

Grievance: i had court tuesday during the project return class. can you please provide the documentation

Admin Notes

Notes to Inmate: WHY DID YOU PUT IN THIS GRIEVANCE WHEN YOU SENT TWO MESSAGES? YOU NEED TO WAIT FORE A RESPONSE BACK. TP

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 09/10/2024 3:54:16 pm CDT | Request ID | 798714 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | (all) | Kiosk ID | 9864 |
| Status | Resolved | Status Entered | 09/18/2024 12:54:01 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

Grievance: this was is violation to the PREA Standards

Admin Notes

Notes to Inmate: Sir, you have been removed from PC at this time, per your request. The allegations you made regarding the staff was unfounded. At the point in time you were placed on PC, was not pending an investigation or due to your PREA complaint. It was due to you continuously claiming you were in fear for your safety. -Capt. C. Youker-

This is an APPEAL

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 09/10/2024 4:10:34 pm CDT | Request ID | 798723 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | (all) | Kiosk ID | 9864 |
| Status | Resolved Unsubstantiated | Status Entered | 09/18/2024 12:56:23 pm CDT |
| Status By | Captain Youker | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | thabk you for allowing me back into gen pop after over 100 days of being placed on involuntary segregation denying me of all privileges, programs, and education. i still would like to be able to speak with nurse pam about mental health issues arrising from the sexual harassment incident on 5/12/24. i would like to know if this harassment from deputy aper was reported to law enforcement of franklin pd or the district attorneys office as required by 28 CFR 115.76 |
| Admin Notes | |
| Notes to Inmate | Sir, there was a preliminary investigation completed, and nothing was found that needed to be raised to the level of a criminal investigation. You are welcome to place a sick call in to speak with the new Mental Health Counselor. Nurse Pam is no longer on site at this facility. -Capt. C. Youker- |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 09/12/2024 8:27:37 am CDT | Request ID | 799118 |
| Location | 364 | Kiosk | 364 LEFT |
| Assigned To | Medical MTA | Kiosk ID | 9853 |
| Status | Resolved Substantiated | Status Entered | 09/13/2024 11:32:51 am CDT |
| Status By | Medical MTA | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i have requested multiple times to provide a list of all medication |
| Admin Notes | |
| Notes to Inmate | |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 09/18/2024 11:32:58 am CDT | Request ID | 800591 |
| Location | 364 | Kiosk | 364 Right |
| Assigned To | Shift Charlie | Kiosk ID | 9864 |
| Status | Resolved Substantiated | Status Entered | 10/03/2024 10:28:42 am CDT |
| Status By | Shift Charlie | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | i am in urgent need of legal copies |
| Admin Notes | Inmate did not reply CPL. Dawson |
| Notes to Inmate | |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/19/2024 5:15:11 pm CDT | Request ID | 5096352 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Sergeant Gray | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 06/21/2024 12:12:52 pm CDT |
| Status By | Sergeant Gray | | |

| | |
|---|---|
| Request | there is no reason i should be in PC just because i am a victim of PREA sexual harassment from deputy aper requesting me to fondle myself for his sexual gratification. please move mebto general population asap |
| Admin Notes | |
| Notes to Inmate | Due to your statements of being in fear of our safety from our staff you will remain on Protective Custody until a review can be done. We conduct reviews quarterly. Staff Sergeant Gray |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 06/20/2024 8:12:54 pm CDT | Request ID | 5098260 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Inmate Resources | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 07/01/2024 09:18:09 am CDT |
| Status By | Inmate Resources | | |

| | |
|---|---|
| Request | can we please have books brought to 305 |
| Admin Notes | |
| Notes to Inmate | WHEN I HAVE TIME SET ASISDE TO PASS BOOKS. |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/07/2024 3:54:05 pm CDT | Request ID | 5171975 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Kitchen Supervisor | Kiosk ID | 9868 |
| Status | Resolved Substantiated | Status Entered | 08/12/2024 03:38:03 am CDT |
| Status By | Kitchen Supervisor | | |

| | |
|---|---|
| Request | hello - i have had a special diet since september last year. some reason this week ive been taken off the special diet as im allergic to dairy. can you please help resolve this issue or guide me to the diet that is most similar that i can be added to. thank you for your assistance. |
| Admin Notes | |
| Notes to Inmate | You need to get with medical for this request. CR |

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 08/10/2024 5:42:40 pm CDT | Request ID | 5176778 |
| Location | 305 - 286 | Kiosk | 305 Left |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 9868 |
| Status | Resolved Unsubstantiated | Status Entered | 08/22/2024 02:06:08 pm CDT |
| Status By | Lieutenant Lindquist | | |

| | |
|---|---|
| Request | is it possible for you to take me off of PC? i would like to participate in the programs the jail has to offer like church, etc and do not feel PC is needed. |
| Admin Notes | |
| Notes to Inmate | This matter was taken care of sir. -Lt. Lindquist |

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 20241293 | | 08/20/2025 13:37 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 06/10/2024 07:15 | 06/10/2024 12:03 | Gray, Chris |
| **Location of Incident** | | **Incident Type** |
| Male Pod One, Pod 305, Cell 338. | | Protective Custody |

**Offenses**

PRO
TEC PROTECTIVE CUSTODY
T

**Offenders**

GORDON, ROBERT COLE - 202200060472

**Victims**

**Witnesses**

**Complainants**

**Others**

Gray, Chris - 811

Youker, Chad - 1252

**Incident Narrative**

On 6/10/2024, at approximately 0715 hours, Captain Youker advised me that Inmate Robert Cole Gordon (W/M, DOB: 09/17/1984)(Pod 305, Cell 338) would need be placed on Protective Custody due to comments he had made on an Inmate Grievance (See attached Grievance # 769256). Inmate Gordon stated he was in fear of his safety due to our staff. At this time, Inmate Gordon will be placed on Protective Custody until further review.

**Approving Official Name**

Date/Time:

Youker, Chad

**Reporting Official Name**

Date/Time:

Gray, Chris