# Williamson County Sheriff's Office

**Jeff Hughes, Sheriff**

408 Century Court
Franklin, Tennessee 37064
(615) 790-5560


I, Robert Cole Gordon, request to be taken off of Protective Custody (PC) status.

I am aware that I may be placed back into the general population and my daily activities scheduled/unscheduled may be with any/all other inmates housed at the Williamson County Jail. I am not currently in fear for my life or safety and I am requesting this status change of my own free will. This change has not been forced or coerced by anyone.

Signed
[signature]

Printed
Robert Cole Gordon

Witnessed
W. [signature] 2504

Date
08/20/2024

Approved
A. [signature] 2377