| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 04/23/2026 4:10:58 pm CDT | Request ID | 1070920 |
| Location | 110 - 130 | Kiosk | 110 |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 63453 |
| Status | Resolved Unsubstantiated | Status Entered | 04/29/2026 03:03:34 pm CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

Grievance: Youker this is official notice of filng TRO against you and your staff due to retaliation. date is 4/23/26 at 4pm central time - you are enjoined from placing me in solitary confinement and ordered to return me to general population. neither you nor your co-defendants are to touch my mail or come about me out fear for my life and physical safety. this is in compliancevwith rule 65 FRCP. You must inform your attorney ASAP.

Admin Notes

Notes to Inmate: Inmate Gordon, No one is retaliating against you. You are not in solitary confinement. You are housed in a housing area with other inmates. Your mail will be handled in accordance with federal and state law, sheriff's office policy, and court orders. -Lt. Lindquist

| | | | |
|---|---|---|---|
| Inmate Name | ROBERT GORDON | Inmate ID | 65920 |
| Created | 04/28/2026 11:42:41 am CDT | Request ID | 1072204 |
| Location | 110 - 130 | Kiosk | 110 |
| Assigned To | Lieutenant Lindquist | Kiosk ID | 63453 |
| Status | Resolved Unsubstantiated | Status Entered | 05/04/2026 02:43:04 pm CDT |
| Status By | Lieutenant Lindquist | Classification | (no classification assigned) |

Grievance: i need my inmate trust account --- also per court order on 4/17/26 youker was ordered to not retaliate or change my housing under the guise of something else. furhermore, it was ordered my mail restrictions were lifted as it violates the constitution.... send all my mail out and provide all my mail to me.

Admin Notes

Notes to Inmate: We will get you a copy of your inmate trust account. There has not been any retaliation. Your mail will be handled in accordance with federal and state law, sheriff's office policy, and court orders. -Lt. Lindquist