**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-CV-01121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S OFFICE, CHAD YOUKER, ASHLEY LINDQUIST, f/n/u APER, CHRIS GRAY, JEFF HUGHES, and LISA CARSON, ESQ.** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | **Magistrate Judge Luke Evans** |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

**<u>COUNTY DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RULING OF MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Come Defendants, Chad Youker, Ashley Lindquist, Chris Gray, and Jeff Hughes (the "County Defendants"), by and through undersigned counsel and pursuant to R. 6(b)(1)(A), F.R.C.P., and R. 26(c), F.R.C.P., and submit this Motion to Stay Proceedings Pending Ruling on their Motion for Judgment on the Pleadings (DE 134; DE 135). For cause, Defendants would show the Court that they have a currently pending Motion based on qualified immunity defenses, and that discovery proceedings would impinge upon the protections from participating in discovery that are afforded while such motions are pending.

For the reasons discussed herein and in the accompanying Memorandum of Law filed herewith, the County Defendants respectfully request that the Court stay these proceedings until the Motion for Judgment on the Pleadings is resolved.

*(Signature Block and Certificate of Service on Next Page).*

Respectfully submitted,

***/s/ Emmerson Y. Marlatt***

Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
*Attorneys for the Williamson County Defendants*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on this the 18th day of September, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to Plaintiff, to the following address:

Robert C. Gordon
#65920
Williamson County Sheriff's Office
408 Century Court
Franklin, TN 37064

***/s/ Emmerson Y. Marlatt***
Emmerson Y. Marlatt