IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 22 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

MOTION TO INTERVENE

COMES NOW, NON-PARTY DEVIN PHILLIPS, HEREBY MOVES THIS COURT TO INTEREVENE PURSUANT TO FRCP 24 AS A CLAIM AGAINST THE DEFENDANTS, WHEREFORE MR PHILLIPS STATES HE IS A SEXUAL ABUSE VICTIM AT THE HANDS OF DEFENDANTS WHO HAS BEEN RETALIATED AGAINST FOR PROTECTED CONDUCT, FRCP 24 ALLOWS FOR INTERVENTION.

MR PHILLIPS IS IN FEAR FOR HIS LIFE TO COME FORWARD, BUT HAS BEEN LEFT WITH NO CHOICE.

MR PHILLIPS PRAYS FOR RELIEF TO INTERVENE IN THIS MATTER AS HE HAS CLAIMS DIRECTLY RELATED TO THE ISSUES AT HAND IN THIS ACTION

RESPECTFULLY,

[signature]

Devin Phillips #8999

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL TO DEFENDANTS & PARTIES AT 408 CENTURY CT FRANKLIN, TN 37064

Robert Gordon
#65520
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
18 SEP 2026 PM 7 L


FOREVER / USA

RECEIVED
SEP 22 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
[illegible]
NASHVILLE, TN 37203

LEGAL
MAIL

37203-709525

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022