IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED
SEP 22 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

MOTION TO INTERVENE

COMES NOW, CODY WIGGINS, PURSUANT TO FED. R. CIV. P 24 HEREBY MOVES THIS COURT TO INTERVENE, WHEREFORE MR WIGGINS STATES HE HAS BEEN SEXUALLY ABUSED & HARASSED BY DEPUTY APER, AND WAS RETALIATED AGAINST FOR FILING A GRIEVANCE BY DEFENDANTS. THESE CLAIMS ARE ALMOST IDENTICLE TO THIS ACTION & RELEVANT TO THE VICTIMS IN THIS ACTION, FRCP 24 ALLOWS FOR INTERVENTION IN THIS ACTION.

MR WIGGINS IS IN FEAR FOR HIS LIFE DUE TO CONSTANT RETALIATION, WIGGINS PRAYS FOR RELIEF TO INTERVENE IN THIS MATTER AS HE HAS CLAIMS DIRECTLY RELATED TO ISSUE AT HAND IN THIS MOTION

RESPECTFULLY,

[signature]

#69253

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL TO DEFENDANTS & PARTIES AT 408 CENTURY CT FRANKLIN, TN 37064



Case 3:24-cv-01121 Document 140 Filed 09/22/26 Page 1 of 2 PageID #: 3371

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

RECEIVED
SEP 22 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
18 SEP 2026 PM 7 L


FOREVER / USA

US District Court Clerk
719 Church St #1300
~~[illegible]~~
Nashville, TN 37203

Legal
Mail

37203-709525

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022