IN THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

NOTICE OF FILING AFFIDAVITS

COMES NOW, ROBERT GORDON, GIVES NOTICE OF FILING AFFIDAVITS FROM VICTIM CODY WIGGINS & DEVIN PHILLIPS

RESPECTFULLY,

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 9/17/26 TO EMMERSON MARCUM AT 408 CENTURY CT FRANKLIN, TN 37064

[signature]

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064







RECEIVED
SEP 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT
719 CHURCH ST. #1300
NASHVILLE, TN 37203

LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

