3:24-cv-01121 (KM)

RECEIVED
SEP 2 4 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER THE AGE OF 18, AM COMPETENT TO TESTIFY, + HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF.

1) I AM A PRETRIAL DETAINEE INCARCERATED IN WILLIAMSON COUNTY JAIL IN FRANKLIN, TENNESSEE SINCE NOVEMBER 11, 2023. I AM AN HONORABLY DISCHARGED, DISABLED MARINE CORPS VETERAN WITH NO CRIMINAL HISTORY OR CONVICTIONS. I HAVE SUFFERED SUBSTANTIALLY AT THE HANDS OF DEFENDANTS IN THIS CASE + OTHER JAIL STAFF, + HAVE BEEN/AM BEING CRUELLY + UNUSUALLY PUNISHED PRIOR TO CONVICTION BY THE DEFENDANTS.

2) ON 8/22/2026, I FILED MY FIRST-EVER COMPLAINT, ALONG WITH THREE OTHER PLAINTIFFS WITHIN THE JAIL, IN THE U.S. DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE AGAINST EMPLOYEES OF THE JAIL (INCLUDING CHAD YOUKER, JASPER DRISKILL, ALLYSSA FINNEY, + OTHERS). THIS COMPLAINT FOCUSED PRIMARILY ON RETALIATION AGAINST MYSELF + THE OTHER PLAINTIFFS BY JAIL STAFF.

3) ON 7/27/2026, I WAS REMOVED FROM MY JOB AS A LAUNDRY TRUSTEE FOR FILING A GRIEVANCE, + THEN WAS REQUIRED, AGAINST MY WILL, TO WORK AS A POD TRUSTEE IN POD 633, AFTER SPECIFICALLY STATING I DID NOT CONSENT TO WORKING AS A POD TRUSTEE VERBALLY + VIA THE ELECTRONIC GRIEVANCE SYSTEM. I WAS AFRAID NOT TO DO MY JOB, AS INMATE PRIVILEGES ARE CONTINGENT ON THE POD'S CLEANLINESS, FOR WHICH I WAS FORCED TO BE RESPONSIBLE. ON 7/29/2026, I WAS INTERVIEWED BY A SPECIAL AGENT WITH THE TENNESSEE BUREAU OF INVESTIGATION ABOUT MY KNOWLEDGE OF ANOTHER WELL-KNOWN LAWSUIT OF WHICH JAIL STAFF ARE PLAINTIFFS. BASED ON MY TESTIMONY, I WAS REMOVED FROM GENERAL POPULATION

AND PLACED IN "SPECIALTY HOUSING UNIT" POD 11D, WHERE I WAS STILL REQUIRED TO WORK AS A POD TRUSTEE, UNTIL ON OR AROUND 8/22/2026. POD 11D CONSISTS OF THREE INMATES: INMATE ROBERT GORDON, A COLLEGE-EDUCATED MAN WHO HAS FILED SEVERAL LAWSUITS AGAINST THE JAIL'S STAFF; DEVIN PHILLIPS, A COLLEGE-EDUCATED MAN WHO HAS FILED A LAWSUIT AGAINST JAIL STAFF; AND MYSELF, A COLLEGE-EDUCATED MAN WHO WAS VERY OPEN ABOUT HIS INTENT TO FILE LAWSUITS AGAINST JAIL STAFF & FINALLY DID ON 8/22/2026, THANKS TO THE ASSISTANCE OF ROBERT GORDON & DEVIN PHILLIPS WHO KNEW WHAT WAS REQUIRED. JAIL STAFF INSISTS WE ARE GENERAL POPULATION; WE ARE NOT. WE ARE SEGREGATED & ISOLATED FROM THE REST OF THE JAIL, FOR ONE. AGAIN, ONLY THE THREE OF US ARE IN THIS POD, & SINCE 9/2/2026, I AM THE ONLY INMATE IN POD 11D NOT LOCKED IN HIS CELL 22.5 HOURS PER DAY, & I DO NOT GET RECREATION FOR THREE HOURS EACH DAY (THAT ALL OTHER GENERAL POPULATION INMATES DO GET), <u>AND</u> I HAVE NO ONE TO INTERACT WITH, SINCE GORDON & PHILLIPS ARE LOCKED BEHIND THEIR DOORS THE ENTIRE TIME I'M ON "RECREATION!" WE COMMONLY DO NOT RECEIVE THE SAME PRIVILEGES & CARE AS OTHER PODS & WE ARE CONSISTENTLY HARASSED, TARGETED & RETALIATED-AGAINST. IN FACT, POD 11D HAS BECOME A "WRITE-UP MILL" WHERE JAIL STAFF FABRICATES PETTY RULE VIOLATIONS TO PUNISH US FOR WHILE IGNORING LEGITIMATE VIOLATIONS ELSEWHERE IN THE JAIL SO THAT THEY CAN HARASS, BULLY & INTIMIDATE US, RESTRICTING OUR COMMUNICATION WITH THE OUTSIDE WORLD & OTHER INMATES, & OUR ACCESS TO THE LAW LIBRARY THAT WE REQUIRE TO COMPLETE OUR LAWSUITS. NO OTHER POD IN THE JAIL IS EITHER SET-UP THIS WAY OR TREATED THIS WAY. IT IS CLEARLY RETALIATORY.

4) IN MY NEARLY THREE CONSECUTIVE YEARS AS A PRETRIAL DETAINEE OF THE JAIL, I HAVE NOT BEEN CONVICTED OF <u>ANY</u> RULE VIOLATIONS — NOT A SINGLE ONE. SINCE FILING MY LAWSUIT ON 8/22/2026, I HAVE BEEN WRITTEN-UP THREE TIMES & HAVE BEEN FOUND GUILTY OF "PASSING/RECEIVING" VIOLATIONS TWICE & AM AWAITING MY DISCIPLINARY BOARD HEARING FOR "POSSESSION OF MINOR CONTRABAND" AT THE TIME OF THIS WRITING. HERE ARE THE DETAILS OF EACH OF THOSE WRITE-UPS. ON 8/30/2026, I FILED AN ELECTRONIC REQUEST FOR ACCOMMODATIONS FOR MY SINCERELY-HELD RELIGIOUS CONVICTION TO ENGAGE IN SABBATH-FASTING, CITING IN MY REQUEST THE JAIL'S ACCOMMODATIONS FOR JEWISH/KOSHER, ISLAMIC/HALAL/RAMMADAN FASTING, AND PAGAN/WICCAN DIETS. JASPER DRISKILL, PER HIS OWN TESTIMONY, REVIEWED THE CAMERA FOOTAGE OF 8/30/2026 ON 8/31/2026 TO VERIFY THAT I WAS ACTUALLY FASTING. AFTER SEEING THAT I WAS, INDEED, FASTING DRISKILL DENIED MY REQUEST FOR FASTING ACCOMMODATIONS <u>AND</u> WROTE MY PODMATES & I UP FOR PASSING/RECEIVING BECAUSE I PLACED MY TRAY AT MY USUAL SPOT AT THE TABLE, WALKED AWAY, & MY PODMATES APPARENTLY ATE FROM MY TRAY. IT IS WORTH NOTING THAT BOTH PODMATES TESTIFIED THAT I NEVER INDICATED THAT THEY COULD HAVE MY TRAY. IT IS OBVIOUS THAT DRISKILL WAS <u>NOT</u> RUNNING BACK THE CAMERAS TO VERIFY THAT I WAS FASTING, BUT WAS LOOKING FOR A REASON TO JUSTIFY DENYING MY REQUEST & TO PUNISH ME. OTHERWISE, WHY WOULD HE STILL DENY MY REQUEST AFTER VERIFYING THAT I WAS FASTING IF HIS INTENTIONS WERE TRULY TO VERIFY THAT I WAS FASTING? I AM AFRAID TO PRACTICE MY RELIGION UNDER THREAT OF PUNISHMENT!

SINCE THIS WAS MY "FIRST STRIKE," I WAS SENTENCED TO 20 DAYS WITHOUT PRIVILEGES, WHICH, IN A NORMAL POD ("GENERAL POPULATION") WOULD MEAN LOSING COMMUNICATION PRIVILEGES. SINCE MY PODMATES HAVE MORE THAN THREE WRITE-UPS EACH, THEY WERE SENTENCED TO 15 DAYS IN "LOCKDOWN." THIS MEANS OUR POD IS NOW A LOCKDOWN POD, WHICH IS STRANGE, SINCE EVERY OTHER INMATE WHO IS PUNISHED VIA LOCKDOWN IS REMOVED FROM GENERAL POPULATION & PLACED IN A LOCKDOWN POD. I AM THE <u>ONLY</u> INMATE WITH ONLY A MINOR WRITE-UP WHO IS ISOLATED & SEGREGATED IN A LOCKDOWN POD. YES, I RECEIVE APPROXIMATELY 4 HOURS OF "RECREATION" (THE REST OF THE GENERAL POPULATION PODS GET AN AVERAGE OF 12 HOURS), BUT THIS JUST MEANS I GET A LITTLE EXTRA SQUARE FOOTAGE — I'M STILL ALONE! AS A MARINE CORPS VETERAN WITH SERVICE-CONNECTED MENTAL HEALTH DIAGNOSES, THIS IS MENTALLY & EMOTIONALLY EXCRUCIATING. MY PANIC ATTACKS, ANXIETY, NIGHTMARES & DEPRESSION HAVEN'T BEEN THIS BAD IN A VERY LONG TIME & IT'S ALL DUE TO THE STRESS OF ISOLATION & THE HARASSMENT I'M ENDURING. I AM THE FIRST PERSON WHO, ON PUNISHMENT FOR THEIR FIRST-EVER WRITE-UP, CANNOT ORDER COMMISSARY, CANNOT USE THE ENTERTAINMENT OR STATE TABLETS, & CANNOT ATTEND PROGRAMS OR CHURCH/BIBLE STUDIES. (I AM A DEVOUT CHRISTIAN & A VOLUNTARY TUTOR IN THE GED PROGRAM.) THE RESTRICTIONS ON TABLETS & PROGRAMS/CHURCH APPARENTLY BEGAN/TOOK EFFECT ON 9/9/2026. IT IS ALSO WORTH NOTING THAT LEGITIMATE PASSING/RECEIVING TAKES PLACE DAILY THROUGHOUT THE JAIL, NONE SO BRAZENLY AS IN POD 707, WHERE INMATES PLACE THEIR TORTILLA-SANDWICHES IN A COMMUNAL PASSING/RECEIVING POT EVERY SINGLE DAY IN PLAIN VIEW OF DEPUTIES & CAMERAS & LITERALLY RIGHT IN FRONT OF DRISCOLL'S OFFICE! STAFF REFUSES TO

EXPLAIN HOW THIS PASSING/RECEIVING IS SOMEHOW DIFFERENT OR TO ACTUALLY DEFINE WHAT QUALIFIES AS PASSING/RECEIVING IN LIGHT OF INSTANCES SUCH AS THESE & IN OTHER, LESS OBVIOUS CASES. SERGEANT LOTT, WHO CLAIMED TO ENFORCE EVERY RULE VIOLATION REFUSED TO ANSWER WHEN CONFRONTED WITH THE FACT THAT SHE IGNORES LEGITIMATE, BRAZEN VIOLATIONS OF PASSING/RECEIVING EACH TIME SHE WORKS. WHEN ASKED WHY HE THOUGHT WE WERE WRITTEN-UP, DEPUTY PARAMORE STATED, ON 9/3/2026 AT APPROXIMATELY 1420 IT WAS "TIT-FOR-TAT," WHICH IS CLEARLY A REFERENCE TO RETALIATION, A FACT HE CONFIRMED ON 9/9/2026 AT AROUND 2925. EVEN THEIR LONG-STANDING DEPUTIES KNOW THESE WRITE-UPS ARE RETALIATORY — THEY ARE JUST TOO COWARDLY TO STAND UP FOR WHAT IS RIGHT!

ON 9/2/2026, MY PODMATES & I WERE WRITTEN UP FOR VIOLATING THE PASSING/RECEIVING RULE IN AN INCIDENT THAT TOOK PLACE ON 8/26/2026. ON 8/26, INMATE GORDON WAS GIVEN MEDICAL SHOES, SINCE HE SUFFERS FROM A NECROTIC HIP & LITERALLY JUST, A FEW DAYS PRIOR, HAD RETINAL DETACHMENT SURGERY DUE TO PREVIOUS ABUSES BY JAIL STAFF. GORDON, WHO COULD NOT SEE AFTER SURGERY, ASKED PHILLIPS & I TO DETERMINE WHETHER THE SHOES HAD SHOE LACES & WHAT SIZE THEY MIGHT BE. SIZING WAS A CHALLENGE, SINCE THE SHOES WERE FOREIGN, SO PHILLIPS & I PUT THE SHOE ON FOR A FEW SECONDS EACH TO TRY TO GUAGE THE SIZING BEFORE RETURNING THEM TO INMATE GORDON WITH OUR ASSESSMENT. THE PERSON WHO WROTE US UP WAS NOT A FLOOR DEPUTY ON 8/26 & DID NOT WORK AT THE JAIL ANY LONGER AT THE TIME OF OUR DISCIPLINARY BOARD HEARING ON 9/8/2026, & AS SUCH, COULD NOT BE CALLED TO TESTIFY & COULD NOT BE QUESTIONED.

STILL, STAFF COULD NOT CLEARLY DEFINE PASSING/RECEIVING & REFUSED TO DISTINGUISH BETWEEN WHY THIS INSTANCE WAS PASSING/RECEIVING WHEN INSTANCES OF APPARENTLY OBVIOUS PASSING/RECEIVING WERE SOMEHOW EITHER NOT, IN FACT, PASSING/RECEIVING, OR WERE OTHERWISE IMMUNE TO PROSECUTION. AGAIN, I WAS FOUND GUILTY & SENTENCED TO ANOTHER 14 DAYS WITHOUT PRIVILEGES. IT IS WORTH NOTING THAT THIS WRITE-UP WAS SERVED RIGHT AFTER I RETURNED FROM BIBLE STUDY & THE SAME DAY I FILED ANOTHER REQUEST FOR RELIGIOUS ACCOMMODATIONS, SPECIFICALLY STATING THAT MY RELIGION REQUIRES THAT I HELP OTHERS & GIVE FREELY, UNLESS DOING SO WOULD HURT THEM OR OTHERS OR CLEARLY INTERFERED WITH A PENOLOGICAL INTEREST. ON 9/9/2426, AFTER FILING A REQUEST DETAILING MY RESPONSE TO DEPUTY FINNEY'S ROMANS CHAPTER 13 COMMENTS, TWO DEPUTIES RANSACKED MY CELL, TAKING MANY OF MY INK PENS & LEAVING ME WITH A COUPLE OF DRY, MOSTLY DEPLETED ONES, & THEN WROTE ME UP FOR HAVING "MINOR CONTRABAND." THE ITEMS I HAD IN MY POSSESSION WERE <u>ALL</u> ISSUED TO ME. THE STATE TABLET LISTED AS CONTRABAND WAS GIVEN TO ME BY A DEPUTY; THE "ALTERED SHOES" WERE ISSUED TO ME MORE THAN 8 MONTHS PRIOR & I HAVE CONTINUOUSLY ASKED FOR NEW ONES SINCE THEY ARE NOT, IN FACT, ALTERED, BUT ARE IN DISREPAIR; THE BOOK WAS ISSUED TO ME MONTHS PRIOR WHEN DEPUTIES RESTRICTED OUR POD'S TABLETS FOR THIRTY DAYS; AND THE UNIFORM WAS MY USED SPARE TRUSTEE UNIFORM I HAVE BEEN ASKING DEPUTIES TO TAKE FROM ME SINCE I WAS REMOVED FROM THE TRUSTEE POD! I CANNOT FORCE A DEPUTY TO TAKE THINGS OR TO ISSUE ME NEW THINGS. ALSO ON 9/9, I WAS INFORMED THAT THE RULES CHANGED [illegible]

5) TCA 41-2-111 DETAILS REQUIREMENTS FOR DISCIPLINARY BOARD PROCEEDINGS & APPEALS. IT IS WORTH NOTING THAT EVERY MEMBER IS EITHER A DEFENDANT IN MY COMPLAINT FILED IN THE DISTRICT COURT OR THE SUBORDINATE OF SOMEONE LISTED IN THE COMPLAINT. TCA 41-2-111 ENTITLES INMATES TO AN APPEAL TO THE SHERIFF (THE WORKHOUSE CAVEAT DOES NOT APPLY, SINCE THIS IS NOT A WORKHOUSE); HOWEVER, I WAS DENIED THAT RIGHT & WAS ONLY ALLOWED TO APPEAL TO DEPUTY CHIEF MOORE, WHO DIDN'T EVEN BOTHER TO COMPLETE THE APPEAL FORM, LEAVING THE "TO" LINES & "DATE" LINES BLANK & SELECTING THE BOX FOR "THE PUNISHMENT IS FAIR" & NOT THE BOX FOR "THE VERDICT IS JUST," EVEN THOUGH I WAS CLEARLY ONLY APPEALING THE VERDICT & NOT THE PUNISHMENT. THE APPEALS FORM HAD LITERALLY TWO TINY LINES TO ARGUE YOUR APPEAL & CLEARLY STATED ADDITIONAL DOCUMENTATION WOULD NOT BE REVIEWED OR CONSIDERED.

6) CLEARLY I AM BEING ISOLATED, TARGETED, HARASSED, INTIMIDATED & RETALIATED-AGAINST BY JAIL STAFF BECAUSE I FILED A COMPLAINT AGAINST THEM, IN ACCORDANCE WITH THE U.S. CONSTITUTION. I LIVE IN CONSTANT FEAR OF FURTHER RETALIATION. THE INTENTIONAL ISOLATION & SEGREGATION IS NOT ONLY ILLEGAL, BUT IT IS DETRIMENTAL TO MY MENTAL HEALTH. WITH THESE PETTY, FABRICATED WRITE-UPS, THEY ARE ENSURING I CANNOT COMMUNICATE WITH ANYONE AT ALL. I AM ENDURING SUBSTANTIAL MENTAL & EMOTIONAL ANGUISH INFLICTED CONTINUALLY & INTENTIONALLY IN ORDER TO INTIMIDATE, HARASS, BULLY, & RETALIATE-AGAINST ME FOR EXERCISING MY RIGHTS & FOR TAKING PART IN PROTECTED

ACTIVITIES. THIS IS NOT THE FIRST TIME JAIL STAFF HAS DONE THIS. I HAVE BEEN RETALIATED-AGAINST FOR FILING GRIEVANCES & ENGAGING IN PROTECTED ACTIVITIES BY THIS JAIL STAFF BEFORE, & AM ALSO AWARE OF THEIR RETALIATION AGAINST ROBERT COLE GORDON, DEVIN PHILLIPS, & MICHAEL VAN DOBBS, ALSO FOR COMPLAINTS FILED IN THE V.S. DISTRICT COURT. I HAVE NO DOUBT THAT THEY WILL CONTINUE TO DO THIS — AND WORSE — UNTIL SOMEONE INTERVENES! POD 11ø IS OBVIOUSLY PUNITIVE SEGREGATION/ISOLATION. I AM BEING CRUELLY & UNUSUALLY PUNISHED, & AM BEING PUNISHED PRIOR TO CONVICTION, IN VIOLATION OF THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION. IN ADDITION TO THE THINGS LISTED, I HAVE BEEN CONTINUALLY DENIED MY RIGHT TO VOTE, EVEN THOUGH I AM NOT A CONVICTED FELON & MAINTAIN THAT CONSTITUTIONAL RIGHT & DUTY. ADDITIONALLY, MY INCOMING AND OUTGOING MAIL IS BEING CENSORED & DESTROYED, INCLUDING MAIL FROM MY COURT-APPOINTED ATTORNEY AND OUTGOING, PLAINLY-MARKED LEGAL MAIL TO THE U.S. DISTRICT COURT & OTHER COURTS & ATTORNEYS. THESE ARE OBVIOUSLY VIOLATIONS OF MY FIRST AMENDMENT RIGHTS & ARE EVIDENCE OF JAIL STAFF'S WILLINGNESS TO OBSTRUCT JUSTICE. I LIVE IN CONSTANT FEAR OF FURTHER RETALIATION & MY ISOLATION HAS MADE ME INCREASINGLY ANXIOUS, PARANOID & DEPRESSED. THESE ARE THE PEOPLE THAT ARE SUPPOSED TO BE CARING FOR ME! I AM ENTRUSTED TO THEIR CARE UNTIL TRIAL (JULY 31, 2024), BUT THEY ARE TORTURING ME. THEY MADE ME WORK AS A SLAVE FOR NEARLY A MONTH AFTER WITHDRAWING MY CONSENT TO WORK, & NOW, THEY ARE HARASSING & INTIMIDATING ME DAILY BECAUSE OF MY INVOLVEMENT IN LITIGATION AGAINST THEM. I'M AFRAID THEY MAY SERIOUSLY INJURE OR KILL ME! I AM NOT SUICIDAL, BUT RIGHT NOW, IF THEY DID KILL ME, AT LEAST THEY WOULDN'T BE ABLE TO HURT ME ANYMORE. THAT'S HOW BAD IT IS!

Case 3:24-cv-01121 Document 142 Filed 09/24/26 Page 8 of 53 PageID #: 3383

7) THE JAIL'S STAFF IS OBVIOUSLY PUNISHING ME FOR ENGAGING IN PROTECTED ACTIVITIES / CONDUCT. THEY ARE ALSO OBSTRUCTING MY ACCESS TO THE COURTS & OUTRIGHT DENYING MY ACCESS TO OTHER INMATES, REHABILITATIVE PROGRAMS, EDUCATION, & THE OUTSIDE WORLD IN RETALIATION TO MY ENGAGEMENT IN PROTECTED ACTIVITIES (FILING GRIEVANCES & LAWSUITS AGAINST THEM).

8) EVEN BEFORE HIS PUNITIVE ISOLATION, PLAINTIFF WAS ONLY AFFORDED LESS THAN TWO HOURS (TOTAL) OUTSIDE RECREATION IN HIS NEARLY THREE YEARS' CONFINEMENT, & THE RESTRICTIONS ON EXERCISE ADVERSELY AFFECTED HIS HEALTH. FOR MORE THAN TWO YEARS, I WAS CONFINED, NOT TO A CELL, BUT TO A 7'x2' BUNK FOR MORE THAN 10 HOURS DAILY & SOMETIMES IN EXCESS OF 24-HOURS AS A MATTER OF MASS-PUNISHMENT.

9) ALL BIBLES WERE CONFISCATED & BANNED BY STAFF IN 2025; I DID NOT HAVE ACCESS TO A BIBLE FOR CLOSE TO A MONTH WHILE WAITING FOR MY FAMILY TO SEND ME ONE & FOR THE JAIL TO ALLOW ME TO OBTAIN IT. THEY DENIED MY REQUESTS TO WORSHIP WITH MULTIPLE CHRISTIAN DENOMINATIONS & DENYING MY RIGHT TO PRACTICE OLD TESTAMENT DIETARY LAWS, NEW TESTAMENT FASTING CUSTOMS, & THE ABILITY TO BE PART OF A CHURCH, AS DETAILED IN ACTS CHAPTER 2.

10) I HAVE BEEN DENIED MEANINGFUL & SOMETIMES TOTAL ACCESS TO LIBRARY SERVICES, LEARNING MATERIALS & THE LAW LIBRARY DURING THIS PERIOD OF CONFINEMENT.

11) JAIL STAFF HAS DESTROYED & CONFISCATED PERSONAL, NON-CONTRABAND ITEMS & ESSENTIAL LEGAL PAPERWORK IN THEIR "SHAKEDOWNS" IN ORDER TO INTIMIDATE & HARASS ME & TO OBSTRUCT JUSTICE.

12) THE JAIL DID NOT ALLOW ME TO ATTEND FORECLOSURE COURT, RESULTING IN THE DEFAULT LOSS OF MY PROPERTY & THE ACCRUAL OF SUBSTANTIAL DEBT

13) For more than two years, while confined to my 7' x 2' bunk, I was forced to watch the fifteen-minute "Prison Rape Elimination Act" video on repeat for more than two hours daily at a very loud volume. Now, I am forced to watch it for two hours on Thursday of each week. In 2023, while on suicide watch, Deputy Aper, a known sexual predator, forced me to show him my genitals without reason or justification. Two other deputies abused me in their conducting strip searches & one commented, "If you don't like it, don't come to jail." Sexual abuse is rampant at the jail & offenders are commonly protected by openly & aggressively homosexual leadership. While working as a trustee, Chad Yowker approached me in what appeared to be a sexually-forward way & asked me to say that Robert Gordon (who I barely knew at the time) forged my signature on a lawsuit, in exchange for a favorable plea deal. Also while working as a trustee, Jasper Driskill asked about my involvement in the "Bible Ban" lawsuit & told me to drop it if I liked my job as a trustee. I took these as threats.

14) The grievance system is arbitrary. I have consistently been denied my right to appeal & to "one-level" of appeal. I have been punished & retaliated-against for filing grievances & have personally witnessed others being retaliated-against for filing grievances.

15) Staff unlawfully denied my Tennessee Public Records Act/Freedom of Information Act requests on the false basis that I am not a Tennessee resident.

16) On 7/12/2026, while working as a trustee, I requested that Sergeant Varni refill our only means to access water while working. He reluctantly refilled the water with a spray nozzle that sits on the

FLOOR DRAIN + IS COVERED IN MOLD + DEBRIS, RESULTING IN DISGUSTING PARTICLES FLOATING IN THE WATER, WHICH MADE ME + THE OTHER TRUSTEE VERY SICK.

17) MY LAWFULLY-HELD, NON-CONTRABAND PROPERTY HAS BEEN SEIZED + STOLEN BY DEPUTIES ON MORE THAN ONE OCCASION.

18) I HAVE BEEN PLACED IN CELLS LITERALLY COVERED IN URINE + FECES; I HAVE BEEN PLACED IN CELLS WITH INSANE INMATES THAT WERE ON PROPERTY RESTRICTIONS; I WAS CAUGHT IN THE MIDDLE OF A RACE-CONFLICT EXACERBATED BY JAIL STAFF; I HAVE BEEN PLACED IN DORMS WITH INMATES SUFFERING FROM COMMUNICABLE DISEASES, INCLUDING HIV, AIDS + HEPATITIS; DEPUTIES' MASS-PUNISHMENT TACTICS INCREASE HOSTILITIES + PUNISH THE INNOCENTS; I HAVE WITNESSED TRUSTEES WASHING LAUNDRY WITH NO CLEANING AGENTS OR USING THE HARMFUL CHEMICAL CLEANER "RAZOR CITRUS BREEZE III," WHICH IS COMMONLY NOT LABELED OR MISLABELED AS SIMPLE GREEN, IN LIEU OF DETERGENT; I HAVE BEEN FORCED TO HANDLE CLOTHING + OTHER ITEMS CONTAMINATED WITH FECES + BODILY FLUIDS WITHOUT PROPER PROTECTIVE EQUIPMENT; STAFF HAS LEFT FECES-COVERED UNIFORMS IN THE POD FOR DAYS, FEET AWAY FROM SLEEPING AREAS + EATING AREAS; STAFF MEMBERS HAVE DISCUSSED THE CONTENTS OF GRIEVANCES + REQUESTS TO OTHER INMATES + STAFF MEMBERS; MEDICAL STAFF HAS BEEN WEAPONIZED AGAINST ME, INCREASING MY FEAR OF DEATH OR SERIOUS BODILY HARM AT THEIR HANDS. I HAVE BEEN COMPLETELY DENIED VISION + DENTAL CARE THAT IS DESPARATELY NEEDED + THAT IMPACTS MY DAILY LIFE, + THE JAIL'S MEDICAL STAFF REFUSES TO ADDRESS THE TMJ I AM SUFFERING FROM, OR OTHER MEDICAL ISSUES THAT CAUSE ME PAIN + DISCOMFORT. IN 2025, I WAS WRITTEN-UP FOR FILING A GRIEVANCE AGAINST MEDICAL, + WHEN I WAS FOUND "NOT GUILTY," WAS PLACED ON SUICIDE WATCH, WITHOUT JUSTIFICATION, [illegible]

Case 3:24-cv-01121-OAM Document 142 Filed 09/24/26 Page 11 of 53 PageID #: 3386

19) JAIL STAFF RELIES ON INMATES' INABILITY TO REALISTICALLY SEEK RESPITE FROM THEIR ABUSES & CONSTITUTIONAL INFRINGEMENT DUE TO INMATES' LACK OF RESOURCES & EDUCATION; THIS STAFF GOES A STEP FURTHER, THOUGH, BY INTIMIDATING THOSE THAT ARE SEEKING RESPITE FROM ABUSE & BY ISOLATING & SEGREGATING THOSE — LIKE ME — WHO ARE PERCEIVED TO HAVE THE MEANS OF COMBATTING THE CORRUPTION & TYRANNY, & OF POTENTIALLY HELPING OTHERS FIGHT FOR THEIR RIGHTS, AS WELL. I AM IN CONSTANT FEAR OF FURTHER RETALIATION & OF THE LENGTHS JAIL STAFF WILL GO TO TO OBSTRUCT JUSTICE.

I DECLARE, UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO FRCP 11, I BELIEVE I HAVE MADE A VALID LEGAL CLAIM, AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, & MY CLAIMS ARE SUPPORTED BY EVIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS - #69253
AFFIANT

9/9/2026
DATE

NOTICE OF AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER THE AGE OF 18, AM COMPETENT TO TESTIFY, & HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF.

1) I AM A PRETRIAL DETAINER INCARCERATED IN WILLIAMSON COUNTY JAIL IN FRANKLIN, TENNESSEE SINCE NOVEMBER 11, 2023. SINCE 8/1/2026, I, ALONG WITH TWO OTHER INMATES WHO ARE ALSO SUING JAIL STAFF, HAVE BEEN ISOLATED & SEGREGATED IN POD 110, SO THAT DEPUTIES CAN MORE EASILY HARASS & INTIMIDATE ME FOR FILING A COMPLAINT WITH THE U.S. DISTRICT COURT, & SO THAT THEY CAN FURTHER OBSTRUCT JUSTICE, RESTRICT MY ACCESS TO LEGAL MATERIALS & RESTRICT MY ACCESS TO CO-PLAINTIFFS IN THE CIVIL CASE AGAINST JAIL STAFF. FOR SOME TIME AFTER THIS INVOLUNTARY SEGREGATION, CERTAIN ADMINISTRATORS INSISTED POD 110 WAS "GENERAL POPULATION," SINCE NONE OF THE INMATES IN POD 110 WERE ON DISCIPLINARY STATUS OR IN PROTECTIVE CUSTODY. THIS IS DESPITE THE OBVIOUS ADVERSE TREATMENT & SEGREGATION OF THE THREE POD 110 INMATES & DIFFERENT TREATMENT FROM ACTUAL GENERAL POPULATION INMATES. ALL THE WHILE, DEPUTIES CONSISTENTLY REFERRED TO POD 110 AS A "SPECIALTY HOUSING UNIT."

2) AFTER ZERO DISCIPLINARY STRIKES FROM NOVEMBER 11, 2023 UNTIL THE FILING OF MY COMPLAINT ON AUGUST 22, 2026, MY PODMATES & I WERE BOMBARDED WITH PETTY, FABRICATED WRITE-UPS, RESULTING IN MY PUNISHMENT. ON 9/3/2026 AT APPROXIMATELY 1430, DEPUTY PARAMORE STATED THAT OUR WRITE-UPS WERE RETALIATORY & AGAIN CONFIRMED THIS OPINION AT ABOUT 1925 ON 9/9/2026 + AGAIN ON 9/11/2026 AT MY DISCIPLINARY BOARD HEARING. DURING THIS SAME DISCIPLINARY BOARD HEARING, DEPUTY PARAMORE CONFIRMED THROUGH TESTIMONY THAT POD 110 WAS A SEGREGATED LOCKDOWN POD FOR INMATES SUING ADMINISTRATION.

3) DURING HIS DISCIPLINARY BOARD HEARING, DEVIN PHILLIPS WAS APPARENTLY SEXUALLY ASSAULTED BY A DEPUTY, AS I HEARD HIM SCREAMING FOR DEPUTIES TO "STOP GRABBING HIS PENIS" & TO "STOP SEXUALLY ABUSING HIM." DUE TO HEARING THE ENSUING CHAOS & PHILLIPS' CRIES FOR HELP, I HAD A PANIC ATTACK IN WHICH MY MIND RACED BACK TO TRAUMA I EXPERIENCED DURING MY SIX YEARS IN THE MARINE CORPS, RESULTING IN CHEST PAINS, CHILLS, A SURGE OF ADRENALINE, RACING THOUGHTS, & NAUSEA THAT LED TO VOMITING & RAPID, UNCONTROLLABLE BREATHING. MY MENTAL HEALTH HAS DETERIORATED SUBSTANTIALLY SINCE BEING ISOLATED, SEGREGATED, & BULLIED BY DEPUTIES CONTINUOUSLY, ALL RESULTING FROM RETALIATION FOR MY CIVIL COMPLAINT FILED ON 8/22/2026 & MY PERCEIVED ROLE IN A PREVIOUS SUIT I WAS, IN FACT, NOT INVOLVED IN. MY MENTAL HEALTH HAS CONTINUED TO SUFFER & I AM GRAVELY AFRAID OF INCREASINGLY AGGRESSIVE EFFORTS BY JAIL STAFF TO SILENCE, HARASS & RETALIATE AGAINST ME. THEY KNOW THEY CAN GET AWAY WITH ALL OF THIS BECAUSE I AM JUST AN INMATE & THEY ARE POLICE.

I DECLARE, UNDER PENALTY OF PERJURY, THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO FRCP 11, I BELIEVE I HAVE MADE A VALID LEGAL CLAIM, AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, & MY CLAIMS ARE SUPPORTED BY EVIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS - #69253
AFFIANT

9/11/2026
DATE

COUNTY OF DAVIDSON
STATE OF TENNESSEE

AFFIDAVIT

I, CODY WIGGINS, GIVE OATH UNDER THE PENALTY OF PERJURY AFTER BEING DULY SWORN, AM OVER AGE 18, COMPETENT TO TESTIFY, AND HAVE PERSONAL KNOWLEDGE OF THE FACTS IN THIS STATEMENT.

1- I AM A MARINE VETERAN & HOLD A B.F.A. FROM LIBERTY UNIVERSITY. I HAVE NO CRIMINAL RECORD, A DEVOUT CHRISTIAN, FATHER, TEACHER OF ENGLISH LITERATURE, AND COMMUNITY LEADER VOLUNTEERING IN MANY FACETS OF SPORTS, EDUCATION, AND THE CHURCH.

2- I AM A VICTIM OF SEXUAL ABUSE & HARASSMENT BY DEPUTY APER. I WAS RETALIATED AGAINST FOR FILING A GRIEVANCE. I AM IN FEAR FOR MY LIFE TO COME FORWARD PUBLICLY DUE TO CONSTANT RETALIATION I HAVE OBSERVED OF OTHER VICTIMS. I HAVE NOW BEEN RETALIATED AGAINST FOR PRACTICING MY SINCERELY HELD RELIGIOUS BELIEFS OF FASTING AND THE LORD'S SUPPER. I HAVE BEEN PLACED IN POD 110 ISOLATION SEGREGATED HOUSING & FIRED FROM A JOB AS A TRUSTEE AFTER FILING A GRIEVANCE & PURSUING LITIGATION.

3- IN MARCH 2026 DEPUTY JASPER DRISKILL APPROACHED ME WITH THREATS "IF YOU WANT TO KEEP YOUR JOB YOU WILL DROP YOUR LAWSUIT. I'LL MAKE AN EXAMPLE OF YOU"

4- ON OR ABOUT 9/3/26 AT 2:30PM DEPUTY PARAMORE WAS PERFORMING ROUNDS WHEN I ASKED HIM WHY I HAD BEEN WRITTEN UP FOR PRACTICING MY RELIGION. HE STATED, "TIT FOR TAT." I ASSUME THIS IS A THREAT OF FURTHER RETALIATION IF I CONTINUED TO PRACTICE MY RELIGION. ON 9/2/26 I HAD BEEN PUNISHED FOR FASTING ON THE SABBATH AS PART OF MY SINCERELY HELD RELIGIOUS BELIEFS, TWO OTHER CHRISTIAN INMATES WERE PUNISHED FOR PARTAKING IN THE LORD'S SUPPER ON THE SABBATH

5- I HAD BEEN WRITTEN-UP <u>ZERO</u> TIMES OVER THE PAST 3 YEARS UNTIL I FILED A GRIEVANCE & BEGAN PARTICIPATING IN LITIGATION ADVERSELY TO CHAD YOUKER. SINCE THEN I'VE BEEN REMOVED AS A TRUSTEE, LOCKED IN SEGREGATED HOUSING, AND RECEIVED MULTIPLE WRITE-UPS AFTER I WENT TO CHURCH & BIBLE STUDY.

6- I AM IN FEAR & INTIMIDATED TO PRACTICE MY RELIGION TO THE DICTATES OF MY CONSCIENCE. I FEEL CHAD YOUKER IS TARGETING CHRISTIANS BECAUSE HE IS A HOMOSEXUAL ATHEIST & I REJECTED HIS UNWANTED ADVANCES. I WITNESSED CHAD YOUKER OPEN & READ MY LEGAL MAIL WHILE WORKING AS A TRUSTEE. DEPUTIES OPEN & READ INMATE LEGAL MAIL EVERY DAY.

7- CHAD YOUKER APPROACHED ME DIRECTLY THAT HE WORKS DAILY WITH THE ADA ON MY CASE, JENNIFER DUNGAN; & I WOULD GET A FAVORABLE PLEA DEAL IF I WOULD BE UNDER OATH ABOUT ROBERT GORDON AND MAKE FALSE ACCUSATIONS OF FRAUD AMONG OTHER HEINOUS ACTS WHICH ARE FALSE. I DECLINED TO PERJURE TESTIMONY OR HAVE THE ADA SUBORN PERJURY & COERCION THROUGH CHAD YOUKER. IT SHOULD BE NOTED YOUKER SMELLED OF CIGARETTES, AND ALCOHOL WITH BLOOD SHOT EYES

8.. TWO SPECIAL NEEDS INMATES TOLD ME YOUKER WOULD NOT PROVIDE THEM A BIBLE & WOULD HARASS EACH INDIVIDUAL DIRECTLY. MR MICHAEL FORD HAS A SEVERE LEARNING DISABILITY & IS LEARNING TO READ WA THE BIBLE IN JAIL. MR VAN DOBBS HAS A DISIBILITY READING WITH NO FORMAL EDUCATION. BOTH MEN TOLD ME THEY WERE INTIMIDATED OF YOUKER DUE TO HIS CONSTANT RETALIATION & HARASSMENT OF CHRISTIANS. MR JACKSON HARRIS TOLD ME HE WAS RAPED IN WCSO & THE DEPUTY WAS ARRESTED. COURT RECORDS CONFIRM THIS FACT. MR HARRIS HAS SPECIAL NEEDS ALSO. NO INMATE IS SAFE UNDER CHAD YOUKER, BUT THIS IS UTTERLY TRUE FOR CHRISTIANS.

I CANNOT DESCRIBE THE LEVEL OF FEAR I AM IN DUE TO THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CAUSED BY CHAD YOUKER & STAFF THE PTSD CAUSES PANIC ATTACKS DUE TO THE SEXUAL ABUSE & RETALIATION. I WANT TO BE ABLE TO WORSHIP GOD WITHOUT BEING INTIMIDATED, HARASSED, AND RETALIATED AGAINST. I CANNOT EVEN FAST WITHOUT PUNISHMENT. THE SEXUAL ABUSE AND ATTEMPTS TO COVER UP THE ABUSE MUST END. THE WEAPONIZATION OF LAW ENFORCEMENT TO CONCEAL WRONGFUL ACTS & TO RECTIFY A VINDETTA CANNOT CONTINUE. #METOO

FURTHER AFFIANT SAITH NOT

[signature] Cody Heath Wiggins

AFFIANT

I HEREBY CERTIFY & DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO FRCP 11 I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE AND MY CLAIMS ARE SUPPORTED BY EVIDENCE OR LIKELY WILL HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR INVESTIGATION

FURTHER AFFIANT SAITH NOT

/Cody Heath Wiggins

AFFIANT

COUNTY OF DAVIDSON
STATE OF TENNESSEE

# AFFIDAVIT

I, DEVIN PHILLIPS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY. I AM OVER AGE 18, COMPETENT TO TESTIFY AND HAVE PERSONAL KNOWLEDGE OF THE FACTS CONTAINED HEREIN

1- I AM IN FEAR FOR MY LIFE & SAFETY TO COME FORWARD WITH MY TESTIMONY AS A VICTIM OF SEXUAL ABUSE & RETALIATION

2- I ATTEMPTED TO FILE A POLICE REPORT AFTER SPEAKING WITH MY LAWYERS & WAS DENIED.

3- I HOLD A B.A. DEGREE FROM M.T.S.U. & LOCAL BUSINESS OWNER. I AM A COMMUNITY VOLUNTEER & MEMBER OF THE CHURCH OF CHRIST

4- I WORKED AS A TRUSTEE AT WCSO. LT. DRISKILL MADE UNPROFESSIONAL & INAPPROPRIATE COMMENTS TO ME OF A SEXUAL NATURE. DRISKILL TOLD ME IF I REPORTED HIM I WOULD LOSE MY JOB AS A TRUSTEE & HE WOULD MAKE SURE I NEVER GOT OUT OF JAIL. PER WCSO POLICY, I FILED A COMPLAINT USING THE GRIEVANCE DROP BOX, AND SPOKE TO DEPUTY RIGGS. RIGGS WAS LATER FIRED FOR MAKING RACIAL & SEXUAL COMMENTS. I LOST MY JOB FOR FILING THE GRIEVANCE, THE NEXT DAY & WAS EVENTUALLY PLACED [illegible]

Case 3:24-cv-01121 Document 142 Filed 09/24/26 Page 20 of 53 PageID #: 3395

5- CHAD YOUKER IS A HOMOSEXUAL MALE THAT MAKES UNWANTED & INAPPROPRIATE ADVANCES ON MALE INMATES. WHEN I REJECTED YOUKERS UNWANTED ADVANCES HE RETALIATED AGAINST ME. BOTH MARQUAVIOUS GARNER & JEREMIAH MOORE TOLD ME DIRECTLY ABOUT BEING SEXUALLY ABUSED AT WCSO & YOUKER, DRISKILL, AND OBERMEYER ASKED THEM TO RECANT THEIR STATEMENTS FOR FAVORABLE PLEA DEAL, WHICH THEY RECEIVED.

6- YOUKER & DRISKILL FILM ME WHILE NUDE IN THE SHOWER AREA AND BATHROOM. I WAS FORCED TO WATCH OTHER INMATES STRIP FULLY NUDE IN SOME TYPE OF "STRIP TEASE" FOR WCSO DEPUTY SEXUAL GRATIFICATION.

7- WCSO DEPUTY WAS FIRED FOR WATCHING PORNOGRAPHIC HOMOSEXUAL FILM & MASTURBATING WHILE ON DUTY IN THE JAIL,

8- AFTER SEEING YOUKER & HIS STAFF RETALIATE AGAINST INMATE GORDON, IT DETERED ME FROM MAKING A REPORT UNTIL I BECAME SUBJECT OF THE SAME RETALIATION. I WAS AWARE MR GORDON WAS FORCED TO MASTURBATE BY DEPUTY APER & SUBSEQUENTLY PLACED IN ISOLATION WITH DEPUTY APER IN RETALIATION, GORDON WAS PHYSICALLY ASSAULTED AFTER CHURCH & IT PLACED

ME IN FEAR TO PRACTICE MY RELIGION. YOUKER USES HARASSMENT & INTIMIDATION TO KEEP ME FROM ATTENDING CHURCH OR PRACTICING MY SINCERELY HELD RELIGIOUS BELIEFS. I WAS RECENTLY HARASSED FOR PARTAKING IN THE LORDS SUPPER ON THE SABBATH WHICH I DO EACH WEEK AS PART OF MY RELIGION. THE HARASSMENT & RETALIATION HAS CONTINUED TO ESCALATE WHERE I WAS PUNISHED FOR TAKING THE LORD'S SUPPER & PLACED IN INVOLUNTARY SEGREGATION FOR PRACTICING MY RELIGION. THIS PUNISHMENT TOOK PLACE HOURS AFTER FILING A GRIEVANCE & REQUESTING RELIGIOUS LITERATURE. I AM AFRAID OF FURTHER PERSECUTION OF MY CHRISTIAN RELIGIOUS BELIEFS & OF CONTINUED SEXUAL ABUSE, RELIGIOUS INTIMIDATION, THREATS, HARASSMENT, AND RETALIATION FOR REPORTING ABUSE. I THOUGHT VICTIMS OF SEXUAL ABUSE & HARASSMENT WERE TO BE FREE OF INTIMIDATION AND I THOUGHT FILING A GRIEVANCE WAS PROTECTED CONDUCT. YOUKER TOLD ME IF I PURSUED LITIGATION HE WOULD TELL DISTRICT ATTORNEY JENNIFER DUNGAN TO FILE CHARGES AGAINST ME & HE WILL "LIE ALL HE WANTS" JUST LIKE HE & THE DEPUTIES DID AGAINST [illegible]

8- I WAS RECENTLY INTERVIEWED BY THE TENNESSEE BUREAU OF INVESTIGATION DUE TO FILING A GRIEVANCE & ACTION AGAINST CHAD YOUKER & THE COUNTY ITSELF. OVER 30 INMATES WERE INTERVIEWED ABOUT THE BIBLE BAN AND EVERY INMATE SUBSTANTIATED THE VALIDITY OF THEIR CLAIM, I SPOKE WITH MR KIETH HOLIDAY WHO WAS ASSAULTED BY WCSO DEPUTIES WHILE NUDE, KARL BJORK WAS LOCKED IN A FREEZER, KEVIN RICONSCUITO WAS ASKED TO "JACK OFF", CODY WIGGINS WAS FORCED TO SHOW & TOUCH GENITALS ALL BY WCSO DEPUTIES. I FEEL THIS WAS NO MORE THAN FURTHER INTIMIDATION & TO RUIN THE DIGNITY OF VICTIMS. THE TBI AGENT ASKED ME MULTIPLE QUESTIONS IN SOME TYPE OF WITCH HUNT TO DISCREDIT THE LITIGATION. I BELIEVE CHAD YOUKER & JASPER DRISKILL FORGED DOCUMENTS AND STOLE LEGAL MAIL IF ANY CRIME WAS COMMITTED, AT NO POINT DID ANYONE PRODUCE AN EXAMPLE OF WHAT WAS ALLEGEDLY FORGED, OR HAVE ANY TANGIBLE PROOF OF ANYTHING. THESE FALSE ACCUSATION AMOUNT TO LIABLE & SLANDER UNDER THE GUISE OF LAW ENFORCEMENT.

CHAD YOUKER APPROACHED ME TO BECOME A CONFIDENTIAL INFORMANT FOR THE STATE OF TENNESSEE AGAINST ROBERT GORDON AND COERCED ME TO ATTEMPT TO EXTRACT INFORMATION & FABRICATE STATEMENTS FROM ROBERT GORDON. YOUKER TOLD ME IF I CAN "MAKE UP A GOOD STORY" ABOUT MR GORDON WHERE I WILL TESTIFY UNDER OATH THAT JENNIFER DUNGAN WILL GIVE ME A FAVORABLE PLEA DEAL. JENNIFER DUNGAN IS THE DISTRICT ATTORNEY ON MY CRIMINAL CASE. YOUKER TOLD ME HE HATES ROBERT GORDON MORE THAN ANYONE IN THE WORLD & HE IS "WILLING TO BEND THE LAW" TO SET MR. GORDON UP. IT IS DOCUMENTED THAT LT. LOVELACE SAID "I'LL WRITE YOU UP IF YOU DON'T HAVE SEX WITH ME." LT. LOVELACE IS A MALE EMPLOYEE OF WCSO & WAS PUNISHED, BUT NOT FIRED. I TOLD CHAD YOUKER I WILL NOT FABRICATE A STORY ABOUT ROBERT GORDON AND I WOULD NEED A SIGNED AGREEMENT FROM THE DISTRICT ATTORNEY. YOUKER INSTRUCTED ME TO LIE ABOUT MR GORDON.

9- I AM PERSONALLY AWARE OF OVER FIFTY VICTIMS OF SEXUAL ABUSE BY WCSO STAFF, 20-30 AT QNCC

10- LT. JAMES TOLD ME "WHAT THE FUCK YOU GONNA DO BITCH? TAKE THIS BBC!?" I TOOK THIS AS ANOTHER THREAT OF SEXUAL ABUSE & RETALIATION BY HOMOSEXUALS. BBC IS AN ACRONYM FOR BIG BLACK COCK. MR. JAMES IS A LARGE AFRICAN-AMERICAN MALE

11- I WAS PERSONALLY ASKED TO LIE ABOUT THE INCIDENTS WHICH I REPORTED BY CHAD YOUKER. AFTER BEING COERCED TO COVER UP MY CLAIMS OF RETALIATION & SEXUAL ABUSE I TOLD YOUKER I WOULD NOT LIE FOR HIM OR FABRICATE ANY STORY TO DISCREDIT MR GORDON AS YOUKER INSTRUCTED ME TO DO. I PRAY YOUKER DOES NOT ATTEMPT TO FRAME ME OR RETALIATE FURTHER.

FURTHER AFFIANT SAITH NOT

Dv Phillips

DEVIN PHILLIPS #8994

AFFIANT

I Hereby delare under penalty of perjury that I have personally reviewed and signed this document. I further declare that, Pursuant to rule 11 of FRCP I believe I have a valid Legal claim, I am not filing this document for an improper purpose (such as to harass someone), and my claims are supported by evidence or likely will have evidentiary support after a reasonable opportunity for investigation

Devin Phillips

[signature]

9-3-26

COUNTY OF DAVIDSON
STATE OF TENNESSEE

AFFIDAVIT

I, ROBERT GORDON, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER AGE 18, COMPETENT TO TESTIFY & HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF

1- ON 9/12/24 I FILED A LAWSUIT AGAINST WCSO, ET AL AFTER DEPUTY APER HAD FORCED ME TO MASTURBATE. I REPORTED THE SEXUAL ABUSE VIA THE GRIEVANCE PROCESS & WAS THEN PLACED IN INVOLUNTARY SEGREGATION FOR ROUGHLY 100 DAYS WHERE DEPUTY APER WORKED AS A FLOOR DEPUTY. THIS WAS RETALIATION FOR REPORTING THE SEXUAL ABUSE. I WAS CRIMINALLY CHARGED FOR FILING A FALSE REPORT THOUGH APER ADMITTED TO THE INCIDENT & IT WAS FILMED. BOTH DEPUTY APER'S BODY CAM & POD CAM COINCIDENTLY "MALFUNCTIONED" EVEN THOUGH CORPORAL JOHNSON WATCHED THE VIDEO PER HER REPORT. YOUNKER STATED "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONCE". APER WAS TERMINATED.

2- IN MARCH 2024 DEPUTY YARBOROUGH SLAMMED ME HAND IN A METAL PIE FLAP BREAKING MY FINGER. COINCIDENTLY YARBOROUGH'S BODY CAM & POD CAM ALSO "MALFUNCTIONED" ON THIS DATE. YARBOROUGH HAS BEEN TERMINATED DUE TO HIS VIOLENT ANGER ISSUE & HISTORY OF MENTAL ILLNESS

3- IN MARCH 2023 I WAS WRITTEN UP FOR PARTICIPATING IN LENT PER MY RELIGIOUS BELIEFS. DEPUTY ASSLAIN WAS TERMINATED FROM WCSO.

4- IN MARCH 2024 CHAD YOUKER WROTE ME UP FOR FILING SUBPOENAS & FOIA REQUEST IN AN UNRELATED CIVIL CASE & WAS PLACED IN THE HOLE. HE ALSO PERJURED MULTIPLE REPORTS.

5- IN JANUARY 2025 CHAD YOUKER CREATED POLICY TO BAN ALL RELIGIOUS LITERATURE, THE WEEK AFTER I SUBPOENAED THE VIDEO FOOTAGE OF MY SEXUAL ABUSE ENCOUNTER WITH DEPUTY APER. SECULAR BOOKS WERE NOT SEIZED. I HAD NO ACCESS TO ANY FORM OF RELIGIOUS LITERATURE FOR EIGHT MONTHS. EACH TIME I REQUESTED ACCESS TO A BIBLE OR AA BOOK MY POD WAS RAIDED WITHIN 24 HOURS OF FILING A GRIEVANCE.

6- CHAD YOUKER WOULD PULL ME OUT IN THE HALL TO ISOLATE ME FOR INTIMIDATION FOR PURSUING LITIGATION AS A SEXUAL ABUSE VICTIM & TO HARASS ME, WHICH VIOLATES TN CONST. ART I SEC 35. YOUKER WENT AS FAR AS TO JOIN MY CIVIL DIVORCE ACTION & PERJURE TESTIMONY IN AFFIDAVITS. YOUKER IS AWARE I AM A VICTIM OF DOMESTIC VIOLENCE AND HE WOULD EMAIL MY WIFE DIRECTLY...

7- CHAD YOUKER IS A HOMOSEXUAL ATHEIST & HIS FLIRTING SEXUAL ADVANCES ARE UNWANTED & PLACE ME IN FEAR. YOUKER HAS TESTIFIED IN EVERY COURT HEARING I HAVE HAD SINCE 2024, BOTH CIVIL & CRIMINAL, CHAD YOUKER IS WEAPONIZING HIS POSITION TO RETALIATE AGAINST ME FOR REPORTING SEXUAL ABUSE. & FIGHTING FOR RELIGIOUS RIGHTS, HE ALSO TAKE PHOTOS OF ME IN THE SHOWER AREA & BATHROOM WHILE NOT FULLY DRESSED.

8- IN JULY 2025 I WAS ACCEPTED INTO MEN OF VALOR & COMPLETED THE BIBLE CORRESPONDANCE COURSE WHICH IS OFFERED BY THE FOURTH AVENUE CHURCH OF CHRIST & MINISTER MIKE SHINNICK. THE CHURCH ALSO DONATED 300 BIBLES WHILE CHUCK FROM A.A. DONATED 300 A.A. BOOKS.

9- IN JANUARY 2026 I FILED A LAW SUIT AGAINST CHAD YOUKER FOR ACCESS TO RELIGIOUS LITERATURE & VIOLATION OF TN. CONST ART I SEC 3, TCA 41-21-211, AND RLUIPA.

10- MR SHINNICK OFFERED ME A CELEBRATE RECOVERY STUDY BIBLE IN MARCH 2026 AS A LEADER IN CELEBRATE RECOVERY & AA. I WAS WRITTEN UP FOR "STEALING" A BIBLE GIVEN TO ME & DONATED BY THE CHURCH I WAS LATER FOUND NOT-GUILTY OF STEALING BUT KEPT IN SEGREGATION FOR 30 DAYS. MR SHINNICK WAS BANNED FROM MINISTER VISITS, PRAYER, & CONFESSION AFTER HE DONATED BIBLES & A.A. MEMBERS WAS [illegible].

11 - IN APRIL 2026 I WAS DENIED THE ABILITY TO ATTEND RELIGIOUS SERVICES AS DEPUTY TERRI PAYNE WAS DOCUMENTED LYING THAT "THE CLASS IS FULL & ONLY FOR MEN OF VALOR PARTICIPANTS" ODDLY ENOUGH I AM THE ONLY ACCEPTED MEMBER TO MEN OF VALOR & THE CHURCH SERVICE HAD NINE NAMES OUT OF 30 AVAILABLE SEATS.

12 - ON APRIL 17, 2026 CHAD YOUKER ADMITTED UNDER OATH I WAS SEXUALLY ABUSED BY DEPUTY APER., LT. LINDQUIST ALSO SENT ME AN APOLOGY LETTER VIA THE KIOSK. COINCIDENTLY, YOUKER ALSO STOLE MY OUT GOING LEGAL MAIL, OPENED THE MAIL, READ THE MAIL & PROVIDED THE LEGAL MAIL TO ADA JENNIFER DUNGAN TO USE IT CRIMINAL COURT. YOUKER HAD NO WARRANT OR P.C. TO STEAL THE MAIL WHICH WAS EXPLICITLY CLEAR TO BE LEGAL CONTENTS. ON APRIL 24, 2026 YOUKER RAIDED MY CELL WHILE I WAS IN CHURCH & THREW ALL MY BELONGINGS INTO THE HALL. I FELT IN FEAR & INTIMIDATED TO ATTEND ANY RELIGIOUS SERVICE DUE TO THE HARASSMENT. MANY MEN QUIT PRACTICING SINCERELY HELD RELIGIOUS BELIEFS ALTOGETHER. UPON EXITING THE CHURCH I WAS ASSAULTED BY WCSO DEPUTIES CAUSING GREAT BODILY INJURY UNDER THE DIRECTION OF CHAD YOUKER

LEAVING ME WITH A DETATCHED RETINA CAUSING COMPLETE VISION LOSS. THIS RESULTED IN A MAJOR RETINAL SURGERY AT VANDERBILT, I WAS LATER ASSAULTED BY CHAD YOUKER IN MY CELL. YOUKER HAS PLACED ME IN INVOLUNTARY SEGREGATION "SPECIAL HOUSING UNIT" SINCE THE ASSAULT ON 4/27/26

13- ON JULY 7, 2026 I WAS RUSHED TO VANDERBILT ER & WILLIAMSON REGIONAL ER DUE TO COMPLICATIONS OF MY EYE DUE TO RETINAL DETACHMENT & NUECROSIS OF THE LEFT FEMUR & HIP. VANDERBILT DOCTORS ORDERED YOUKER TO GIVE ME ACCESS TO HANDRAILS BUT HE DECLINED TO PLACE ME IN MEDICAL HOUSING DUE TO RETALIATION OR GIVE ME ACCESS TO HAND RAILS IN THE BATHROOM PER ADA POLICY. YOUKER LATER INSTALLED A METAL POLE IN THE SHOWER & REMOVED THE SHOWER CHAIR. IT SHOULD BE NOTED THAT EVERY POD HAS A HANDICAP CELL AREA THAT IS ADA COMPLIANT, BUT THE LOCATION YOUKER PLACED ME.

14- ON JULY 10, 2026 YOUKER, LT. JAMES, AND DEPUTY TRIPLETT COMMITTED PERJURY IN A CRIMINAL CONTEMPT HEARING WHERE I WAS FOUND IN CONTEMPT FOR SENDING

LEGAL MAIL TO MY SISTER WHO IS AN ATTORNEY & PARTY TO LITIGATION, CALLING THE FIRE DEPARTMENT & DOCTOR WHEN MY 95 YEAR OLD GRANDMOTHER FELL, AND CALLING MY FATHER AFTER MY NEPHEW WAS KILLED IN A CAR WRECK ON FATHERS DAY. DEPUTY TRIPLETT WAS LATER "PROMOTED" FOR HIS ACT OF PERJURY. DEPUTY MATHIS ADMITTED ON A RECORDING YOUKER, JAMES, & TRIPPLETT PERJURED THEMSELVES.

15- IN JULY 2026, YOUKER CALLED THE TBI TO INTERVIEW 30 MEN WHO SUED HIM FOR ACCESS TO THEIR RELIGIOUS RIGHTS. YOUKER HAD MADE FALSE ACCUSATIONS THAT I FORGED THE LAW SUITS WHICH WAS FOUND TO FALSE. IT IS BELIEVED YOUKER FABRICATED THE STORY OR FORGED DOCUMENTS HIMSELF TO INTIMIDATE MY CONSTITUENTS.

16- ON AUGUST 14, 2026 I HAD RETINAL SURGERY AS A RESULT FROM THE ASSAULT OF WCSO DEPUTIES FOR ATTENDING CHURCH. AFTER HOURS IN SURGERY & UNDER HEAVY MEDICATION I WAS PLACED IN A POD WITHOUT HAND RAILS DESPITE THE FACT YOUKER HAD JUST INSTALLED A METAL POLE & PORTA-POTTY IN POD 110 "SHU". ALSO DIRECTLY CONTRADICTING DOCTOR ORDERS & MEDICAL ADVICE. I SLIPPED & FELL RESULTING IN A EMS & AMBULANCE EMERGENCY EXTRACTION & ER VISIT

WHERE I NOW HAVE TO HAVE MAJOR ORTHOPEDIC SURGERY IN SEPTEMBER 2026. AN INFECTION ENTERED MY EYE RESULTING IN FURTHER MEDICAL TREATMENT & VISION LOSS WITH PERMANANT DAMAGE, THE CONCUSSION FROM THE ASSAULT & SUBSEQUENT FALL CAUSES SEVERE PAIN, VOMITING, BLACKOUTS, LOSS OF BALANCE & MEMORY LOSS, NAUSEAU, AND DIZYNESS & VERTIGO

17- AFTER MY SURGERY & ER VISIT I MET WITH WCSO N.P. MAGGIE PAFFORD WHERE SHE ORDERED I WEAR SPECIAL SHOES TO PREVENT FURTHER DAMAGE TO MY HIP, FEMUR, AND EYE DUE TO HIGH RISK OF FALLS.

18- ON OR ABOUT AUGUST 31 2026 I WAS WRITTEN UP BY YOUKER FOR TAKING THE LORDS SUPPER AS PART OF MY RELIGIOUS BELIEFS ON THE SABBATH PER ACTS CHAPTER 2 IN THE BIBLE. YOUKER CALLS THE LORDS SUPPER ON THE SABBATH "PASSING & RECEIVING" CONTRABAND. MR CORY WIGGINS WAS WRITTEN UP & PLACED IN THE HOLE FOR FASTING ON THE SABBATH.

19- ON SEPTEMBER 2 2026 I WAS WRITTEN UP & PLACED IN THE HOLE AFTER MR WIGGINS & MR PHILLPS ASSISTED ME WITH MY MEDICALLY REQUIRED SHOES AS I CAN'T SEE POST SURGERY & STRUGGLE TO WALK. WIGGINS & PHILLPS TOUCHED MY SHOES [illegible]

ENSURE I WOULD NOT SLIP & FALL, THE SHOE LACES WERE PROPER, THEY WERE THE CORRECT SIZE. I WAS GIVEN 30 DAYS IN THE HOLE FOR TAKING THE LORDS SUPPER ON THE SABBATH & HAVING TWO KIND MEN HELP ME WITH MY SHOES POST-SURGERY. DEPUTY HEMRICH IS NOW TERMINATED DUE TO THE HARASSING BEHAVIOR AFTER A WEEK ON THE JOB.

20- I AM IN FEAR & INTIMIDATED TO PRACTICE MY RELIGION DUE TO CHAD YOURERS HARASSMENT & RETALIATION. AS A VICTIM I HAVE A CONSTITUTIONAL RIGHT TO BE FREE FROM HARASSMENT & RETALIATION THROUGHOUT THE CRIMINAL JUSTICE SYSTEM. (I.E VICTIM BILL OF RIGHTS). I TRIED TO FILE A POLICE REPORT BUT THE DEPUTIES HOLTS & MATHAS SAID THEY ARE NOT REAL COPS & DON'T KNOW HOW TO FILE A REPORT. YET ARE WCSO DEPUTIES... AS A VICTIM OF VIOLENT CRIME I HAVE A RIGHT TO SEEK RESTITUTION

21- I AM BEING PUNISHED & HARASSED AS A PRETRIAL DETAINEE & FORCED TO MAINTAIN & SUPPORT THE STATES MINISTER.

22- ON 9/3/26 I ASKED DEPUTY PARMORE WHY I WAS WRITTEN UP FOR PRACTICING MY RELIGION & HIS RESPONSE WAS "TIT FOR TAT." I TAKE THIS AS CONFIRMATION OF THE INTENT TO RETALIATE & INTIMIDATE

ME FROM PRACTICING MY RELIGION. CHAD YOUKER HAS WEAPONIZED HIS STAFF & HIMSELF TO RETALIATE AGAINST SEXUAL ABUSE VICTIMS, CHRISTIANS, & ANYONE WHO EXPOSES HIS CORRUPTION WHILE ACTING UNDER THE COLOR OF THE LAW.

23. IT APPEARS YOUKERS BODY CAM & POD CAM IN G44 ALSO "MALFUNCTIONED" IN 2025 WHEN HE RIPPED THE TV OUT OF THE WALL SCREAMING PROFANE, GODLESS, UNPROFESSIONAL COMMENTS. I FIND IT ODD THAT ALL EVIDENCE IS DELETED, MALFUNCTIONED, OR ACCIDENTLY OVERWRITTEN WHEN IT INCRIMINATES WCSO EMPLOYEES. YOUKER DOES NOT DENY THE INCIDENT OCCURRED.

24. I HAVE A B.A IN MASS COMMUNICATION & GRADUATED MAGNA CUM LAUDE & DISTINGUISHED SCHOLAR WHILE ALSO HOLDING MY M.B.A. & POST-GRADUATE DEGREES FROM YALE, STANFORD, & M.I.T. I AM EMPLOYED AT IBM AS PARTNER LEVEL EXECUTIVE & SENIOR MANAGING CONSULTANT OVER NORTH & SOUTH AMERICA. I AM THE OWNER OF THE GORDON GROUP LLC, GOLD COAST CAPITAL, AND SERVE AS A BOARD MEMBER ON MULTIPLE COMPANIES. I HAVE NO PRIOR CRIMINAL RECORD, A DEVOUT CHRISTIAN, AND SUPPORTER OF ALCOHOLICS ANONYMOUS. I ATTEND THE CHURCH OF CHRIST EACH WEEK WHEN I AM NOT IN SEGREGATION FOR TAKING THE LORDS SUPPER, OR HAVING A BIBLE. I AM CHOCTAW INDIAN.

(2)

25 - ON 9/9/26 I WAS HAVING BIBLE STUDY & MY CELL WAS RAIDED BY DEPUTY PARAMORE & DEAN. I WAS WRITTEN UP FOR HAVING A TABLET DURING APPROVED HOURS, & AFTER FILING GRIEVANCE #1062178 WHERE LT. OBERMEYER GRANTED ME ACCESS TO A TABLET. ADDITIONALLY, I WAS WRITTEN UP FOR HAVING A UNIFORM AFTER DEPUTY HIEMLICH TOLD ME TO KEEP THE UNIFORM IN MY CELL. MY POD WAS THE ONLY POD RAIDED IN THE JAIL. ONLY CHRISTIAN INMATES WERE PUNISHED & WRITTEN UP. I AM IN FEAR FOR FURTHER RETALIATION & HARASSMENT. THIS EVENT IS ON CAMERA IN POD 110 SEGREGATED HOUSING. THOUGH I AM MEDICALLY REQUIRED TO HAVE HANDRAILS STAFF WILL NOT CLEAN OUT MY PORTA-POTTY OR PROVIDE ME THE NEEDED CLEANING SUPPLIES FOR HAZARDOUS BODILY FLUIDS. THE RISK OF INFECTION IS VERY HIGH POST-SURGERY & I'VE ALREADY HAD ONE POST SURGERY INFECTION REQUIRING MEDICAL TREATMENT. MY 9/9/26 WRITE CAME LESS THAN 48 HOURS AFTER FILING A GRIEVANCE.

I AM INTIMIDATED TO READ MY BIBLE OR PRACTICE MY RELIGION. EACH BIBLE STUDY PARTICIPANT WRITTEN UP OUT OF RETALIATION.

26 - ON AUGUST 19 2025 THE DISTRICT COURT ORDERED MY SEXUAL ABUSE & RETALIATION CASE AGAINST WCSO & CHAD YOUNGER TO PROCEED. ON AUGUST 20 2025 CHAD YOUNGER APPEARED TO TESTIFY IN A CRIMINAL MATTER AGAINST ME & PERJURED TESTIMONY. HE WAS NOT LISTED AS A WITNESS UNTIL 8/20/25 ROUGHLY 30 MINUTES BEFORE COURT. YOUNGERS TESTIMONY WAS MADE OUT OF RETALIATION FOR PURSUING LITIGATION. I WAS NEVER CRIMINALLY CHARGED FOR THE ALLEGED CRIMES & CHAD YOUNGER LIKELY FABRICATED EVIDENCE AND PROOF EXIST CHAD YOUNGER HAS FABRICATED & DESTROYED EVIDENCE PRIOR TO THIS.

27 - EACH TIME I HAVE FILED A GRIEVANCE FOR RELIGIOUS LITERATURE ACCESS I HAVE SUBSEQUENTLY BEEN SENT TO THE HOLE IN RETALIATION. ON 8/15/26 I HAD A SUBSTANTIATED GRIEVANCE FOR DENIAL OF ACCESS TO CHURCH SERVICES. ON 8/25/26 I FILED A GRIEVANCE TO ADD RELIGIOUS LITERATURE TO THE KIOSK. SPECIFICALLY, ONE BOOK "AA 12 STEPS & TRADITIONS". LT. DRISKILL SAID "AA IS NOT A RELIGION" MY GRIEVANCE & APPEAL WERE DENIED, THOUGH THERE ARE OVER 26,000 SECULAR BOOKS ON THE KIOSK... ON 8/31/26 LT. DRISKILL WROTE ME UP FOR TAKING THE LORDS SUPPER ON THE SABBATH (SUNDAY 8/30/26). DRISKILL DID NOT WORK ON

SUNDAY 8/30/26 YET ROLLED BACK 48 HOURS OF CAMERA FOOTAGE TO HARASS ME WITH WRITE UPS FOR PRACTICING MY RELIGION. COINCIDENTLY THE CAMERAS DID NOT MALFUNCTION... ON 8/31/26 I FILED A GRIEVANCE & APPEAL DUE TO LT DRISKILLS HARASSMENT & RETALIATION. ON 9/2/26 I WAS WRITTEN UP BY A DEPUTY FOR HAVING ASSISTANCE WITH MY MEDICAL SHOES POST SURGERY. PLEASE NOTE THIS DEPUTY ROLLED BACK CAMERA FOOTAGE FOR TWO WEEKS TO TARGET ME. TO A DATE PRIOR TO HER EMPLOYMENT & IS ALREADY FIRED FROM WCSO DAYS LATER. COINCIDENCE, I THINK NOT. THE CAMERAS ALWAYS WORK UNLESS IT PROVES WCSO STAFF IS SEXUALLY ABUSING MEN & THEN THE CAMERAS MALFUNCTION. WCSO HAS A 98% TURNOVER RATE OF STAFF.

28- ON 9/8/26 I WAS & CURRENTLY AM RESTRICTED TO BUY MEDICATION ON COMMISSARY THOUGH I HAVE VALID ORDER FROM A DOCTOR TO TAKE THE MEDICATION WHILE I AM ALSO SIMULTANEOUSLY RESTRICTED FROM BUYING STAMPS, MANILLA ENVELOPES WHICH BLOCKS MY ABILITY TO COMMUNICATE WITH THE MEDIA, MY LAWYER, ACCESS THE COURTS, AND SUPRESSES MY SPEECH. UTTERLY CONVENIENT FOR THE DEFENDANTS IN A RETALIATION CASE. I WAS CONVENIENTLY PUNISHED FOR HAVING MEDICAL SHOES AFTER FILING A GRIEVANCE FOR MEDICAL SHOES IN AUGUST 2026.

29 – I AM NOT AWARE OF ANY POLICY, LAW, RULE, OR RIGHT THAT SAYS CHAD YOUKER & STAFF CAN DICTATE WHAT RELIGIONS & PRACTICES ARE DEFINED AS. I DID NOT KNOW CHAD YOUKER HAD THE ABILITY TO DEFINE MY RELIGION OR WHAT CONSTITUTES A RELIGION. THIS CONTRADICTS TENN CONST. ART I SEC 3. I AM ALLOWED TO HAVE SECULAR PAPERBACK BOOKS, BUT A BIBLE COULD BE USED AS A WEAPON. I CAN SPEAK WITH THE STATES MINISTER BUT NOT A MINISTER OF MY RELIGION WHOM PERFORMED MINISTER VISITS UNTIL HE DONATED BIBLES. I CAN TAKE SECULAR BOOKS TO & FROM CLASS BUT I CAN'T TAKE A BIBLE TO & FROM CHURCH NOR CAN I USE AN A.A BOOK WHILE AT A.A. THOUGH 300 NEWS BIBLES & AA BOOKS WERE DONATED. WCSO HAS 300 TOTAL INMATES ... I CONSIDER THIS SECULAR PRIVILEGE & VIOLATES THE DICTATES OF MY CONSCIENCE TO WORSHIP GOD ALMIGHTY

30 – AS A CHOCTAW INDIAN I FILED A GRIEVANCE & APPEAL FOR ANNUAL ACCESS TO OUR SPIRTUAL POW WOW, A SWEAT LODGE, AND BUFFALO MEAT AS A RELIGIOUS DIET. I WAS DENIED ACCESS WITH THE MOST RESTRICTIVE MEANS & FORCED TO MODIFY MY RELIGIOUS & SPIRITUAL PRACTICES. ALL FOOD & OTHER ITEMS ARE DONATED AT NO COST TO THE STATE BY THE CHOCTAW NATION TRIBAL MEMBERS. MUSLIMS & JEWS ARE ALLOWED SPECIAL RELIGIOUS MEALS BUT NOT CHOCTAWS, NOR CHRISTIANS...

31 - AFTER BEING SEXUALLY ABUSED BY DEPUTY APER & FILING A GRIEVANCE IN MAY 2024, YOUKER THEN DAYS LATER JOINED MY DIVORCE CASE & FILED AFFIDAVITS SUPPORTING MY EX-WIFE. NEITHER PARTY KNEW CHAD YOUKER.

32 - AFTER I FILED SUIT AGAINST LT. LINDQUIST IN SEPTEMBER 2024 I WAS THEN CRIMINALLY CHARGED DAYS LATER FOR MAKING FALSE REPORTS TO LT. LINDQUIST SOME 11 MONTHS 29 DAYS BEFORE. LT LINDQUIST CONSPIRED WITH YOUKER TO DISCREDIT MY CLAIMS. HOWEVER, MULTIPLE WITNESSES SUBSTANTIATED MY CLAIM. DEPUTY APER'S & SECURITY CAMERA FOOTAGE COINCIDENTLY "MALFUNCTIONED" OR WAS DESTROYED AFTER CORPORAL JOHNSON VIEWED THE FILM. NO FALSE STATEMENTS WERE EVER SAID TO LINDQUIST.

33 - ABOUT 9/11/26 DEVIN PHILLIPS WAS SEXUALLY ASSAULTED BY LT LINDQUIST, WHO IS A HOMOSEXUAL, AFTER HE FILED A GRIEVANCE ABOUT RETALIATION.

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED $ SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT PURSUANT TO FRCP 11 I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, AND MY CLAIMS ARE SUPPORTED BY EVIDENCE

FURTHER AFFIANT SAITH NOT

AFFIANT

ROBERT GORDON
#65920

# AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, KEVIN RICONOSCUITO, AFTER BEING DULY SWORN ACCORDING TO LAW, GIVE OATH AND SAY, I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS & PENALTY OF PERJURY

1) ON OR ABOUT MAY 12, 2024 I PERSONALLY WITNESSED DEPUTY APER DEMAND ROBERT GORDON TO "FONDLE HIMSELF" WHILE MR GORDON WAS IN THE SHOWER

2) I WITNESSED DEPUTY APER REPEAT HIMSELF MULTIPLE TIMES WITH THE SAME DEMAND, I WAS PERSONALLY IN FEAR FOR MY SAFETY, AND IN FEAR OF RETALIATION IF I REPORTED.

3) ON OR ABOUT MAY 13, 2024 DEPUTY APER APPROACHED ME WHILE IN THE SHOWER AND DEMANDED "JACK OFF IN THERE." I FILED AN INTERNAL P.R.E.A. GRIEVENCE

4) DEPUTY APER PLACES ME IN GREAT FEAR OF SEXUAL ABUSE AND FURTHER RETALIATION

SWORN & SUBSCRIBED BEFORE ME ON THIS 1st DAY OF October, 2025

TERRIE PAYNE STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF WILLIAMSON

[signature] KEVIN RICONOSCUITO

[signature] NOTARY PUBLIC

2/14/2026 MY COMMISSION EXPIRES

AFFIDAVIT

I, Cody Heath Wiggins, give oath after being duly sworn under penalty of perjury; I am over the age of 18 and competent to testify and state the following to the best of my knowledge: I have requested assistance from Robert Gordon.

The "Bible Lawsuit" against Captain Chad Youker and other defendants is perfectly legitimate & the claims are true. The jail did restrict access to Bibles & religious materials for a considerable amount of time, as I plan to disclose more fully in my own lawsuit against Captain Youker and other defendants. The "Bible Lawsuit" and its parties are common knowledge at the jail, & I believe allegations that Robert Gordon forged documents in relation to this suit are categorically false & an attempt to make his lawsuit and the broader "Bible Lawsuit" appear illegitimate (which is exactly what I told Tennessee Bureau of Investigation's detectives who questioned me about this lawsuit). I have seen, while working as a trustee, jail staff reading my personal & legal mail & have witnessed them destroying my legal mail, most notably, my Petition for Habeas Corpus relief. Captain Youker and his goons are not above obstructing justice & I believe they (or an agent of theirs, such as an inmate hoping to incur favor or avoid punishment) forged the lawsuit that was filed in my name to make the lawsuits appear illegitimate. After speaking with the Special Agent from TBI, I was placed in segregation without access to phones in a pod with only two people: Robert Gordon & Devin Phillips. I am clearly being retaliated against. I am in grave fear of further retaliation, even of death or serious bodily harm by staff members who have retaliated against me personally & against others (such as Gordon & Phillips). We are, all three, straight, white, Christian men who attend church & Bible studies regularly, and are being retaliated against by non-spiritual, homosexuals. This is clearly not a coincidence.

Further affiant saith not.

[signature] / Cody Heath Wiggins 8/1/2026
Affiant

## AFFIDAVIT

I, DEVIN PHILLIPS, GIVE OATH AFTER BEING SWORN UNDER PENALTY OF PERJURY, AM OVER AGE 18, COMPETENT TO TESTIFY, AND STATE THE FOLLOWING TO THE BEST OF MY KNOWLEDGE

1- Robert cole Gordon did not forge any documents

2- I personally requested mr. Gordon to assist me in filing a lawsuit against Captain youker as well as various other legal documents. per 28 cfr 543.11

3- I am currently placed in segregation and in fear for my life that the jail staff + youker might harm me or attempt to retaliate against me.

4- The bible lawsuit is 100% ligitimate. and all allegations are true.

5- I believe captain Youker has conspired to forge documents to try and deligitimize the bible lawsuit as well as other lawsuits brought against him + the jail. I have personally been denied documents needed to [illegible] jail staff

6- I personally attend church & bible studies 3-4 times a week with ~~ate~~ Mr. Gordon, He is an ~~upstandin~~ upstanding citizen & all around person.

7- I have personally witnessed roughly 25-30 instances of sexual abuse and personally been victim of these abuses dozens of times. including being told to strip naked bend at the waist and spread my butt cheeks. I've witnessed 7 guys be forced to strip naked in front of a group of 20 other guys watching, Sexual abuse is rampant at this Jail by the hands of the gaurds & staff. I also don't believe homosexual males should be performing strip searches and pat downs

8- I have personally been intimidated by LT. Turner, LT. Lockheart, Fairchild, Head, Finney, and Captain Youker to the point at which I feared for my life, I wrote grivences about these incidents but was told they had the right to yell at me, ~~and~~ scare me, retaliate against me, and cause me to fear for ~~my~~ my life

DH

9- I have been retaliated against for filing a grievance about inmates being sexually abused by Sargent Crowe.

10- ~~[illegible]~~ Deputy Wright personally told me that he locked Karl Bjork in the walk in cooler in the kitchen as a joke and that Karl needs to ~~[illegible]~~ man up and get over it.

11- during a strip search performed in my pod that was done in front of everyone I was forced to watch inmates strip naked + was next in line to have to strip in front of everyone until an emergency stopped the searches.

12- I have seen personally racist comments from deputies. as well as anti semetic comments.

Further Affiant Saith not.

[signature] ID 8994
Affiant 8-1-26

AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN THAT I AM A COMPETENT PERSON OVER THE AGE OF 18 WITH PERSONAL KNOWLEDGE OF THE STATEMENTS MADE HEREIN, AND THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION & BELIEF, & THAT I BRING THIS PETITION NOT OUT OF LEVITY OR COLLUSION WITH ANY OTHER PARTY, BUT IN SINCERITY & TRUTH, SO HELP ME GOD.

1) CHAD YOUNGER & HIS COUNSEL HAVE MADE CLAIMS PERTAINING TO MY INVOLVEMENT IN THE BIBLE BAN LAWSUIT, SUGGESTING THAT ROBERT COLE GORDON FILED THE LAWSUIT IN MY NAME. IF THAT IS THEIR TRUE BELIEF, WHY WOULD CHAD YOUNGER THEN HOUSE ME WITH DEVIN PHILLIPS & ROBERT COLE GORDON IN A SEGREGATED UNIT, ALONE, AFTER MAKING THESE ALLEGATIONS? WOULD THAT NOT [illegible] BREED HOSTILITY BETWEEN THE THREE OF US & CREATE AN UNSAFE ENVIRONMENT FOR US? FURTHER, WHY HAS YOUNGER'S COUNSEL NOT INCLUDED MY STATEMENTS TO THE SPECIAL AGENT FROM THE TENNESSEE BUREAU OF INVESTIGATION REGARDING THIS MATTER? WHY HAVE THEY NOT INCLUDED THE STATEMENTS OF MR. MICHAEL VAN DYKE, KEVIN [illegible], DEVIN PHILLIPS, OR OTHERS WHO WERE INTERROGATED REGARDING THIS MATTER? CHAD YOUNGER & HIS COUNSEL (& THEIR SUBORDINATES) WILL DO OR SAY WHATEVER IT TAKES TO OBSTRUCT JUSTICE IN THIS CASE. THEY HAVE ALREADY LOST OR DESTROYED MUCH OF MY LEGAL MAIL, INCLUDING DOCUMENTS PERTAINING TO MY OWN LAWSUIT & MY PETITION FOR HABEAS CORPUS RELIEF.

2) IF MS. FINNEY INDEED STATED THAT MS. FAIRCHILD WAS A "WOMAN OF GOD & WOULD NOT SAY THAT" (PERTAINING TO MS. FAIRCHILD'S STATEMENTS IN REFERENCE TO THE BIBLE BAN), SHE IS GUILTY OF BEARING FALSE

WITNESS. IN FACT, MS. FAIRCHILD IS NOTORIOUSLY CARELESS, PERVERSE & PROFANE. I HAVE FILED SEVERAL GRIEVANCES PERTAINING TO HER ABUSIVE LANGUAGE & HAVE HEARD OF <u>MANY</u> OTHER INMATES DOING THE SAME. I PERSONALLY SAW GRIEVANCES FILED BY FORMER INMATE DAVID BAKER REGARDING MS. FAIRCHILD'S ABUSIVE SPEECH. CHAD YOUNGER, HIS SUBORDINATES & HIS COUNSEL HAVE GONE TO EXTRAORDINARY LENGTHS TO COVER THEIR TRACKS UP & TO MAKE THE LAWSUIT APPEAR ILLEGITIMATE.

3) JAMES DALTON MOST CERTAINLY FILED HIS OWN LAWSUIT & PERSONALLY TOLD ME & OTHER INMATES HE FILED HIS LAWSUIT. IF HE IS NOW STATING HE DID NOT FILE IT, IT IS A LIE, LIKELY UNDER DURESS FROM RETALIATION BY YOUNGER & HIS SUBORDINATES. HE HAS BEEN <u>VERY</u> OPEN ABOUT FILING THE SPECIFIC LAWSUIT IN QUESTION HERE.

4) I AM WELL-AWARE OF MULTIPLE INSTANCES OF SEXUAL ABUSE PERPETRATED BY JAIL STAFF WITHIN WILLIAMSON COUNTY JAIL. IN FACT, THIS FACILITY HARBORS, EMPLOYS & PROTECTS SEXUAL PREDATORS & SILENCES VICTIMS — A FACT I PLAN TO ADDRESS IN MY OWN LITIGATION. I WAS INFORMED PERSONALLY OF THE SEXUAL ASSAULTS OF MR. ROBERT LEE GRAHAM, MARCQUAVIUS GAINER & JEREMIAH MOORE AT THE HANDS OF DEPUTY APEL BY EACH NAMED VICTIM & WAS EVEN SEXUALLY ABUSED BY THAT DEPUTY WHILE IN SUICIDE WATCH IN NOVEMBER 2025, & BY TWO OTHER DEPUTIES IN THE SPRING OF 2026. THE STAFF PROTECTS SEXUAL PREDATORS, COVERS UP SEXUAL CRIMES & SILENCES VICTIMS. AGAIN, I WILL ADDRESS THESE FACTS MORE FULLY, AT RISK OF FURTHER RETALIATION, IN MY OWN LITIGATION IN U.S. DISTRICT COURT.

5) I have personally witnessed jail staff opening my legal mail + other inmates' legal mail, tampering with said legal mail + destroying said legal mail. Jail administrators commonly delete + destroy + hide legitimate inmate grievances for no other purpose except to evade + obstruct justice.

6) I have personally been witness to the legal request signed by hundreds of inmates, obviously in their own hand + with their own inmate identification numbers, specifically asking Robert Lee Gibson to assist them in the filing of litigation + authorizing power of attorney. The handwriting is obviously different + varied, + many signatures include the inmates' personal mailing addresses.

7) I feel that jail administration takes adverse action against straight, white, Christian men + I have personally witnessed + been party to their threatening, harassment + retaliation on these bases. I have been retaliated against for filing grievances + fear for my safety at the hands of jail staff.

8) I plan to sue Emerson [illegible] and Howard + Fisher, PLLC for using statements supposedly made by me (entirely out of context), putting me at risk of life + limb.

FURTHER AFFIANT SAITH NOT.

[signature] / Cody Vincent — 7/22/2026
AFFIANT — DATE

CERTIFICATION & CLOSING

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO RULE 11 OF FRC I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE (SUCH AS TO HARASS SOMEONE), AND MY CLAIMS ARE SUPPORTED BY EVIDENCE OR LIKELY WILL HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR INVESTIGATION.

(1) [signature] ROBERT GORDON 8/20/26
#65920

(2) [signature] Devin Phillips 8-20-26
#8994

(3) [signature] /Cory Heath Wiggins 8/20/2026
#69253

(4) [signature] 8/20/26 MICHAEL VAN DOBBS
#15

EACH PLAINTIFF ADDRESS IS
408 CENTURY CT
FRANKLIN, TN 37064

VERIFICATION

STATE OF TENNESSEE

COUNTY OF DAVIDSON

[illegible] [illegible], AFTER FIRST BEING DULY SWORN, MAKES OATH THAT THE STATEMENTS CONTAINED IN HIS FOREGOING COMPLAINT ARE TRUE TO THE BEST OF HIS KNOWLEDGE, INFORMATION, AND BELIEF AND THAT HE BRINGS THIS PETITION NOT OUT OF LEVITY OR BY COLLUSION WITH THE DEFENDANTS, BUT IN SINCERITY AND TRUTH, AND FOR THE CAUSES MENTIONED THEREIN

[signature]

[illegible]

SWORN & SUBSCRIBED BEFORE ME ON THIS 23 DAY OF October

Terrie Payne

NOTARY PUBLIC

MY COMMISSION EXPIRES 2/14/26

TERRIE PAYNE STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF WILLIAMSON

ROBERT GORDON
#65920
408 CENTURY CT
FRANKLIN, TN 37064








RECEIVED
SEP 24 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN


US DISTRICT COURT
719 CHURCH ST. #1300
NASHVILLE, TN 37203

LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

