IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO ET AL

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

MOTION FOR LEAVE TO EXTEND

PAGE LIMITATION PER M.D. L.R. 7.01 (4)

COMES NOW, ROBERT GORDON, HEREBY REQUEST LEAVE TO EXTEND PAGE LIMIT FOR A REPLY PER M.D. L.R. 7.01(4).

PLAINTIFF SEEK LEAVE TO EXTEND PAGE LIMIT FROM FIVE TO 13 PAGES. THE ADDITIONAL PAGES ARE REQUIRED TO DEFEND COUNSELS MISREPRESENTATION TO THE COURT. WHEREFORE PLAINTIFF SEEKS RELIEF TO GRANT LEAVE TO ADD PAGES TO REPLY.

RESPECTFULLY

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 9/17/26 VIA US MAIL TO COUNSEL AT 408 CENTURY CT FRANKLIN, TN 37064

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

RECEIVED

SEP 25 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




US District Court Clerk
719 Church St #1300
Nashville, TN 37203

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022