IN THE US DISTRICT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

OBJECTION & REPLY TO DEFENDANTS REPONSE TO MOTION FOR SANCTIONS

COMES NOW, ROBERT GORDON, HEREBY OBJECTS & GIVES REPLY. WHEREFORE STATES THE FOLLOWING:

SOMEWHERE BETWEEN EPSTEIN ISLAND & BROKEBACK MOUNTAIN REST WILLIAMSON COUNTY SHERIFFS OFFICE WHERE THE LIKES OF BILL COSBY, HARVEY WEISTEIN, AND SEAN "P. DIDDY" COMBS WOULD BE HONORED FOR THIER ACTS OF "VALOR".

IN REALITY THE DEFENDANTS HAVE A DECADES LONG HISTORY OF RAPING SPECIAL NEEDS CHILDREN, SODOMY, SEXUAL ABUSE, SEXUAL HARASSMENT, PEDOPHILIA, PUBLIC MASTURBATION, VIEWING PORNOGRAPHY WHILE ON DUTY, AD INFINITUM.

LETS NOT FORGET THE JANUARY 6TH ATTACKS ON THE US CAPITAL BY NONE OTHER THAN WCSO DEPUTIES. AS A COINCIDENCE CHAD YOUKER, ASHLEY LINDQUIST, CHRIS GRAY, AND LISA CARSON HAVE BEEN ALONG FOR THE RIDE.

MOST RECENTLY, DEFENDANT ASHLEY LINDQUIST (WHO IS ALSO A HOMOSEXUAL) IS UNDER INVESTIGATION FOR SEXUAL ASSAULT FOR PHYSICALLY GRABBING AN INMATES GENITALS ON OR ABOUT 9/11/26 IN NO OTHER PLACE BUT POD 101 SPECIAL HOUSING UNIT. OR AS DEPUTY PARAMORE SAID "POD 101 IS FOR ANY ONE WHO OPPOSES ADMINISTRATION" (I.E. RETALIATION POD).

ODDLY ENOUGH THIS SEXUAL ASSAULT TOOK PLACE IN THE EXACT LOCATION PLAINTIFF HAD BEEN IN FEAR OF... BUT IN THE WORDS OF CHAD YOUKER "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONCE..." MYSTERIOUSLY COUNSEL & HIS DEFENDANTS HAVE NOT PROVIDED THIS KIOSK MESSAGE WRITTEN BY YOUKER. NOR HAS COUNSEL TAKEN PART OF ANY DISCOVERY REQUEST FOR OVER A YEAR.

NEEDLESS TO SAY PLAINTIFF HAS NO NEED TO FABRICATE ANYTHING WHEN A SIMPLE "GOOGLE SEARCH" REVEALS THE LIKES OF JACKSON HARRIS V WILLIAMSON CNTY OR STORIES OF COREY GRAY (DEFENDANTS RELATIVE), ANDREW HAWKINS V WCSO ET AL. MR MARLATT HAS STATED HIS SAVVY SKILL SET OF GOOGLE SEARCHS, WHICH IS THE SAME BROWSER WCSO DEPUTY USED TO VIEW HOMOSEXUAL PORN WHILE ON DUTY WHILE MASTURBATING ON CAMERA... CLASSY. MAYBE MR MARLATT WOULD LIKE TO TELL ABOUT DEPUTY RIGGS...

AT THIS JUNCTURE IT IS DIFFICULT TO TELL WHICH OF DEFENDANTS ARE CLEANING OUT CLOSETS OR COMING OUT... SURELY LT LOVELACE (NOW DEPUTY) SHOULD BE DEPOSED ABOUT HIS DEMOTION AND "WRITING YOU UP IF YOU DON'T HAVE SEX WITH ME"

MAYBE MR MARLATT CAN "GOOGLE" THE CHILD PORNOGRAPHY DOWNLOADED BY WCSO DEPUTY PRIOR TO HIS CONVICTION, AS "GOOGLE" SEARCHES ARE THE SOURCE OF TRUTH HERE... AS IT STANDS MR MARLATT IS SEEKING PLAUSIBLE DENIABILITY OF THE REALITY OF HIS CLIENTS WELL DOCUMENTED BEHAVIOR & SEEMS TO CONDONE THESE ACTS. MR MARLATT DOESN'T WANT TO SHIFT THROUGH EXHIBITS BECAUSE IT PROVES HIS PET THEORY WRONG.

EACH & EVERY ACCUSATION MR MARLATT CLAIMED IS IN FACT FALSE. THUS, IS A MISREPRESENTATION TO THE COURT & "FACTUAL CONTENTIONS HAVE NO EVIDENTIARY SUPPORT." COUNSEL IS ATTEMPTING TO CONCEAL FRAUD VIA MISDIRECTION.

CORPORAL JOHNSON VIEWED THE VIDEO OF APER'S SEXUAL ABUSE OF PLAINTIFF WHICH IS NOW COINCIDENTLY OVER WRITTEN OR MALFUNCTIONED... HOWEVER, OTHER EYE WITNESSES HAVE GIVEN THEIR STATEMENTS. SINCE APER CAN'T "RECALL" HE CAN'T DENY... LET US NOT FORGET THE OTHER VICTIMS. PLURAL

II STANDARD OF REVIEW

THIS IS NOT A FRCP 11 MOTION FOR SANCTIONS AS THE 21-DAY NOTICE HAD NOT PASSED. THE FRCP 11 SANCTION WILL FOLLOW. 28 USC 1927 IS THE SOLE STATUTE FOR SANCTIONS HERE.

28 USC 1927 IS PROPER FOR A NUMBER OF REASONS. FIRST, COUNSEL COPIED ANOTHER LAWYERS WORK WHEN ADMITTED TO PERJURING AN AFFIDAVIT ON THE RECORD. SECOND, COUNSEL IS NO EXPERT NOR SPOKE WITH EVEN ONE INDIVIDUAL ABOUT HIS CLAIMS. THIRD, COUNSEL REQUESTED SANCTIONS BASED ON A CASE WHERE HE DOES NOT REPRESENT ANY PARTY NOR SPOKE ABOUT THE MERITS OF LITIGATION.

PLAINTIFF IS THE CLASS REPRESENTATIVE FOR A CLASS ACTION LAW SUIT AGAINST CHAD YOUKER DUE TO YOUKER BANNING BIBLES... AT NO OTHER POINT IN THE LAST 200 YEARS HAS A JAIL EMPLOYEE BEEN SO INCOMPETENT. IN FACT, SINCE 1829 IT HAS BEEN LAW IN TENNESSEE FOR INMATES TO BE PROVIDED BIBLES. THERE ARE PRESENTLY OVER 500 DIFFERENT INMATES (MEN & WOMEN) WHO HAVE SIGNED UP TO SUE CHAD YOUKER BASED ON TCA 41-21-211, TENN CONST ART 1 SEC 3, AND THE FIRST AMENDMENT US CONST ALONE. THERE ARE CURRENTLY 38 PUBLISHED RETALIATION CASES AGAINST YOUKER IN THE LAST 12 MONTHS.

THE ONLY PERSON MORE INCOMPETENT THAN YOUKER IS MR MARLATT FOR REQUESTING SANCTIONS BASED ON LAW SUIT TO GAIN ACCESS TO BIBLES WHICH IS A STATUTORY & CONSTITUTIONAL RIGHT AT THE STATE & FEDERAL LEVELS.

YOUKER IS SO ARROGANT & IGNORANT HE IS UNAWARE HIS OWN STAFF IS THE ONE PUSHING & FACILITATING ALL OF THE LAWSUITS. ALONG WITH ALL INFORMATION.

## III. LEGAL ARGUMENT

YES, PLAINTIFF FILED FOR SANCTIONS IN TWO CASES AS MR MARLATT CLEARLY COPIED HIS MOTION FROM ANOTHER ATTORNEY LIKE SOME BUSH LEAGUE PINCH HITTER. COPYING PLEADINGS MAY NOT VIOLATE A RULE PER SE, BUT IT DOES WHEN THE CLAIMS ARE FALSE, MULTIPLIES PROCEEDINGS UNREASONABLY & VEXATIOUSLY. MR. MARLATT CANNOT EVEN AUTHENTICATE HIS OWN EXHIBITS. ALL OF WHICH ARE PERFECT FOR SANCTIONS.

COUNSEL HAS ALREADY ADMITTED HIS REPLY IS UNTIMELY. PER M.D. LR 7.01 "IF A TIMELY RESPONSE IN OPPOSITION IS NOT FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED" THUS, AS A MATTER OF RULE PLAINTIFF REQUEST FOR SANCTIONS SHALL BE GRANTED.

PLAINTIFF WAS GIVEN NO MERCY WHEN FILING A MOTION TO STAY DUE TO MAJOR MEDICAL SURGERIES

A. ARGUMENT WARRANTS SANCTIONS - DISAGREE

COUNSEL SERIOUS ALLEGATION OF FRAUD WHICH WERE FOUND TO BE FALSE. IN FACT, CODY WIGGINS HAS SUED MR MARLATT DUE TO HIS FALSE STATEMENTS (3:26-CV-01253 M.D. TENN 2026)

EACH AND EVERY CLAIM PLAINTIFF MADE IS NOT ONLY SUPPORTED BY EVIDENCE BUT THE ISSUE OF FRAUD BY PLAINTIFF EX-WIFE IS VALIDATED WITH FORENSIC PROOF, IF MR MARLATT TRULY FOLLOWED THE RULES OF PROFESSIONAL CONDUCT HE WOULD PRACTICE CANDOR TOWARD THE TRIBUNAL.

SIMPLY PUT, MR MARLATT MADE CLAIMS OF FORGERY & FRAUD THAT ARE FALSE. THE DEFENDANTS & MR. MARLATT HAVE NOT ONLY VIDEO PROOF OF JEREMIAH MOORE & MARQUAVIOUS GARNER SIGNING THE AFFIDAVITS AT DOOR 269 SPECIFICALLY, THEY HAVE THE MASTER LIST & SUBSEQUENT FOLLOW UP LIST.

MR MARLATT ATTEMPTED TO DISCREDIT PLAINTIFF WHICH REALLY AMOUNTS TO SLANDER & LIBEL. DEFENDANTS ATTEMPTED TO WEAPONIZE THEIR POSITION TO INFLUENCE THE TBI

AND INTIMIDATE OTHERS FROM SUING YOUKER.

MOST IMPORTANTLY COUNSEL REQUESTED THIS COURT TO PLACE SANCTIONS ON PLAINTIFF BY WAY OF A FRIVOLOUS ARGUEMENT TO EFFECTIVELY MODIFY, REVERSE, OR ESTABLISH A NEW LAW. COUNSELS CLAIMS ARE NOT WARRANTED BY EXISTING LAW.

IN FACT, QUITE THE OPPOSITE AS 28 CFR 543.11 IS AN EXISTING LAW & REGULATION WHICH ALLOWS FOR THE CONDUCT COUNSEL IS REQUESTING SANCTIONS... VAST CASE LAW SUPPORTS (FROM THE SUPREME COURT & 6TH CIRCUIT) PLAINTIFF WHILE DENIAL OF PLAINTIFF ASSISTANCE TO OTHERS VIOLATES CONSTITUTIONAL RIGHTS.

"ASSISTANCE IS PROTECTED AS A DERIVATIVE OF THE COMPLAINANTS RIGHT TO ACCESS COURTS" (HERRON v HARRISON 203 F. 3d 410 6TH CIR 1999)

TO "SEGREGATE A JAILHOUSE LAWYER IS TO DENY THIS ASSISTANCE" (GIBBS v HOPKINS 10 F3d 373 6TH CIR 1993) "TO DENY THIS ASSISTANCE DENIES THE CONSTITUTIONAL RIGHT OF ACCESS TO COURTS" (JOHNSON v AVERY 393 US 483 89 S. CT 747, 21 L. ED 2d 718 1969)



Case 3:24-cv-01121 Document 144 Filed 09/25/26 Page 7 of 14 PageID #: 3437

MR MARLATT IS EFFECTIVELY REQUESTING SANCTIONS & TO OVERRULE 60 YEARS OF SUPREME COURT PRECEDENT WHILE VIOLATING INDIVIDUALS ACCESS TO COURTS, OR CONSTITUTIONAL RIGHTS & CODE OF FEDERAL REGULATION. THIS IS THE EPITOME OF FRIVOLOUS.

ODDLY ENOUGH, THE PLAINTIFF IS IN SEGREGATION DUE & BY TO THE DIRECTION OF CHAD YOUKER. THUS, THE JAIL HOUSE LAWYERS SEGREGATION IS DEPRIVING CONSTITUTIONAL RIGHTS. YET, MR MARLATT IS REQUESTING SANCTIONS AS HIS CLIENTS DEPRIVE CONSTITUTIONAL RIGHTS. PLAINTIFF DOES BELIEVE THAT BOTH MARLATT & THE DEFENDANTS TOOK AN OATH TO UPHOLD THE CONSTITUTION & ALL LAWS... WE ALL SAW HOW WELL THE BIBLE BANS POLICY OF TCA 41-21-211 PLAYED OUT...

"AN INMATE MAY ASSIST ANOTHER INMATE IN THE SAME INSTITUTION DURING HIS LEISURE TIME WITH LEGAL RESEARCH & PREPARATION OF LEGAL DOCUMENTS FOR SUBMISSION TO A COURT..." 28 CFR 543.11

MARLATT IS FILING HARASSING, FRIVOLOUS, AND MERITLESS SANCTIONS FOR IMPROPER PURPOSES – CONCEALING A HISTORY OF SEXUAL ABUSE – IF YOU SPOT IT, YOU GOT IT.

COUNSEL ALLEGEDLY HAS AN OBLIGATION TO THE COURT TO REPORT ALL CRIME & FRAUD. LET US SEE IF HE DOES SO AFTER READING THE EXHIBITS.

PLAINTIFFS CREDIBILITY ARISES OUT DISPROVING EACH & EVERY FALSE ALLEGATIONS MADE BY MARLATT, MARLATT HAS THE AUDACITY TO CLAIM HIS CLIENTS ARE BEING HARASSED & COERCED IS PARTICULARLY AMAZING. IN FACT, IT IS EXACTLY WHAT THE DEFENDANTS DID AFTER RAPING SPECIAL NEEDS CHILD & PLACING HIM IN ISOLATION. ODDLY ENOUGH, JACKSON HARRIS IS NOW AN ADULT & CAN SPEAK DIRECTLY ABOUT THESE SEXUAL PREDATORS CLAIMING TO "PROTECT & SERVE" UNDER THE GUISE OF LAW ENFORCEMENT.

THE NEXUS OF THIS ENTIRE LAWSUIT IS SIMPLE. WHY IS IT THAT EVERYTIME DEFENDANTS ARE ACCUSED OF ANYTHING THE EVIDENCE IS MAGICALLY GONE.

B. DISAGREE

B. AGAIN, COUNSEL REQUESTED SANCTIONS BASED ON OTHER CASES WHICH ARE NOT SANCTIONED. CASES TOTALLY IRRELEVANT TO THIS ACTION OF SEXUAL ABUSE & RETALIATION. (1) TRUE (2) THE COUNSEL & DEFENDANTS ARE BOTH IN POSSESSION OF VIDEO AT DOOR 269, NEITHER OF WHICH IS FORGED (3) COUNSEL NOW CHANGES HIS STORY OF "NO ASSAULT TOOK PLACE" TO "NO REASONABLE PERSON"

WHICH ONLY PROVES THE ASSAULT TOOK PLACE AS A MATTER OF LAW (4) YES, CHAD YOUKER IS A RAGING HOMOSEXUAL & IS AN UNDISPUTED FACT. HE MOST LIKELY VIEWS GAY PORN, BUT IN FAIRNESS THE DEPUTY WHO WAS VIEWING GAY PORN WHILE MASTURBATING ON DUTY WAS FIRED. COUNTY ATTORNEY LISA CARSON CONFIRMED IN WRITING IN JANUARY 2025 EVIDENCE WAS DELETED... FOR IT TO BE DELETED MEANS IT EXISTED. THIS WAS IN REFERENCE TO APERS SEXUAL ABUSE - IF IT DID NOT HAPPEN THERE IS "NO REASONABLE" PERSON ON EARTH THAT WOULD DESTROY EXCULPATORY EVIDENCE, YET DEFENDANT DID IN FACT DESTROY EVIDENCE (5) ALL ACCUSATIONS ARE FACT (6) I'M ASSUMING THIS IS REFERENCE TO JAMES DALTON, BUT UNCLEAR, IF SO, PER VIDEO PROVIDED BY MR MARUTT, MR DALTON CLEARLY STATES HE SIGNED & FILED HIS LAWSUIT AFTER REQUESTING ASSISTANCE... NO ONE FORGED ANYTHING. (7) THE FACT IS CHAD YOUKER WANTS TO CONCEAL HIS SEXUAL ABUSE. ON 8/19/25 THIS ACTION MOVED FORWARD, ON 8/20/25 PLAINTIFF COMMUNICATIONS WERE BLOCKED AFTER ALLEGEDLY "MAILING DIAPERS" YET NO FORMAL CHARGES WERE BROUGHT... FOR A REASON.

MARQUAVIOUS GARNER & JEREMIAH MOORE SIGNED THE DOCUMENTS & DNA PROOF WITH FORENSIC HANDWRITING EXIST TO PROVE IT. NOT TO MENTION CAMERA FOOTAGE. GOD ONLY KNOWS WHAT DOCUMENTS WERE SHOWN TO THE TWO VICTIMS

WHO WOULD RATHER SIT IN FEDERAL PRISON THAN A COUNTY JAIL OF SEXUAL PREDATORS. HOW EACH RECEIVED FAVORABLE PLEA DEALS FROM WILLIAMSON COUNTY IS SUCH A COINCIDENCE CONSIDERING DAYS LATER THE FBI INDICTED BOTH IN A RICO CASE...

AS THE CLASS REPRESENTATIVE PLAINTIFF HAS A DUTY TO NEGOTIATE A SETTLEMENT. SIMPLE AS THAT. PLAINTIFF IS IN GREAT FEAR OF SEXUAL ASSAULT AS DEFENDANT LINDQUIST DID IN FACT SEXUALLY ASSAULT DEVIN PHILLIPS IN THE EXACT LOCATION.

IT IS COMICAL COUNSEL IS ATTEMPTING TO PLACE BLAME ON PLAINTIFF WHICH ONLY HIGHLIGHTS COUNSELS INCOMPETENCE COUNSEL SHOULD READ EXHIBIT R-2 OF PLAINTIFF EXHIBITS. LET ONLY "EXHIBIT R" AFFIDAVIT & FORGED COURT RECORDS BY ERIN MISHKIN - WHERE SHE ALSO USED THE US POSTAL SERVICE TO CARRY OUT MAIL FRAUD BY USING A STOLEN IDENTITY OF A MINISTER TO CRIMINALLY IMPERSONATE A REPRESENTATIVE FROM "HOLY TRINITY LUTHERAN CHURCH" (DOC 133) TO ONLY THEN FILE FALSE REPORTS CLAIMING TO BE PLAINTIFFS WIFE... LET'S SEE IF MR MARCANT WILL REPORT THOSE CRIMES SUPPORTED W/ FORENSIC PROOF.

MARCANTS DIRTY CLIENTS GOT CAUGHT ATTEMPTING TO CONCEAL FRAUD & NOW TO SAVE FACE THEY ACT

SPOILED CHILDREN & PLACE BLAME RATHER THAN DO THE RIGHT THING & APOLOGIZE. MR MARLATT FORGETS YOUKER TESTIFIED UNDER OATH & ADMITTED TO DEPUTY APERS CONDUCT, YET JUSTIFIED IT AS "UNPROFESSIONAL"

YOUKERS SOLE PURPOSE OF PLAINTIFF ISOLATION IS TO BLOCK LITIGATION AS HE IS BEING DEMOLISHED IN EVERY FACET OF COURT. AS SO PERFECTLY STATED BY DEPUTY RAMAMORE "POD 101 IS FOR THOSE WHO OPPOSE ADMINISTRATION." PLAINTIFF HOUSING LOCATION IS PUNISHMENT AS SEXUAL ABUSE VICTIM. ALSO, PLAINTIFF IS THE VICTIM OF HIS EX-WIFE, NOT VICE VERSA.

C. DISAGREE

MR MARLATT SEEM TO HAVE A MENTAL DISABILITY OR JUST PLAIN INCOMPETENT .... "CLAIMS MADE BY PLAINTIFF IN THIS MATTER THAT ARE DEMONSTRABLY UNTRUE OR THAT ARE EXTREMELY UNLIKELY TO BE TRUE" YET CONTRADICTS HIMSELF ON THE NEXT PAGE LIES HIMSELF. MR MARLATT VERIFIED IN FACT THAT "COLE GORDON" (NOT ROBERT GORDON AS CLAIMED) WITH PLAINTIFF NAME & PHOTOS AS VERIFIED BY CREDILY ON LINKEDIN DOES IN FACT HOLD THE JOB & DEGREE AS CLAIMED

FOR THE PAST 100 YEARS IBM HAS HIRED QUALIFIED INDIVIDUALS. MR MARLATT IS CLOWN.

ALL OTHER POINTS HAVE BEEN DISCUSSED. PLAINTIFF DISAGREES WITH ALL OTHER CLAIMS MADE BY COUNSEL.

## IV. CONCLUSION

MR MARLATT DESERVES SANCTIONS. HE IS MERELY FACILITATING TO THE FURTHERANCE OF FRAUD. AND SHOULD UNDERGO A MENTAL COMPETENCY EVALUATION

PLAINTIFF WILL STOP LITIGATING & EXERCISING HIS CONSTITUTIONAL RIGHTS WHEN DEFENDANTS STOP VIOLATING THE LAW. UNTIL THEN, PLAINTIFF VOWS TO PURSUE LITIGATION TO THE MAXIMUM EXTENT POSSIBLE & SERVE THOSE LESS FORTUNATE TO FIGHT TYRANNY AND UPHOLD THE LAWS, RIGHTS, AND PRIVILEGES OF CITIZENS OF THIS COUNTRY. THERE IS NOTHING MORE UNAMERICAN THAN DIRTY COPS & LAWYERS TAKING ADVANTAGE OF VICTIMS OF SEXUAL ABUSE AND RETALIATING BECAUSE THEY GOT CAUGHT. I'M NOT SURE WHERE COUNSEL ATTENDED UNIVERSITY BUT IT IS QUITE OBVIOUS IT WAS NOT STANFORD, YALE, OR M.I.T.

### CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 9/17/26 TO COUNSEL AT 408 CENTURY CT FRANKLIN, TN 37064

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




US District Court Clerk
719 Church St #1300
Nashville, TN 37203

Legal Mail

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022