IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE - NASHVILLE

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

## MOTION FOR FRCP 11 SANCTIONS

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT FOR SANCTIONS AGAINST THE DEFENDANTS & COUNSEL PURSUANT TO FRCP 11.

IN SUMMARY FRCP 11 STATES COUNSEL SHOULD NOT MISREPRESENT STATEMENTS TO THE COURT OR (1) HARASS OR FILE FOR IMPROPER PURPOSE (2) CLAIMS & CONTENTIONS ARE WARRANTED BY EXISTING LAW, NOT FRIVOLOUS ARGUEMENT TO MODIFY, REVERSE, OR ESTABLISH NEW LAW (3) FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT (4) DENIALS OF FACTUAL CONTENTIONS ARE SUPPORTED BY EVIDENCE

## PART ONE - HARASSMENT AND IMPROPER PURPOSE

COUNSEL HAS REQUESTED SANCTIONS VIA INHERENT AUTHORITY & BY DOING SO FILED NUMEROUS EXHIBITS OF PLEADINGS FROM OTHER CASES NOT SANCTIONED. IN FACT, COUNSEL WORKS IN TANDUM WITH OTHER LAWYERS REPRESENTING HIS CLIENTS TO FABRICATE EVIDENCE & EXHIBITS.

PLAINTIFFS CUSTODY DISPUTE IN STATE COURT IS TOTALLY UNRELATED TO THE FACT THE DEFENDANTS ARE ADVOCATES OF SEXUAL ABUSE. FORENSIC EXHIBIT BY "FORENSIC DOCUMENT INVESTIGATION" IS PROOF PLAINTIFFS EX-WIFE IS A FRAUD & NOT ONE OF THE FILINGS ARE SUPPORTED BY ADMISSIBLE AUTHENTICATED EVIDENTIARY SUPPORT. COUNSEL WAS HARASSING PLAINTIFF DUE TO THE FACT HIS CLIENTS ARE SEXUAL PREDATORS. COUNSELS ENTIRE PLEADING SHOULD BE STRIKEN FROM THE RECORD DUE TO IMPROPER PURPOSES.

IN FACT, COUNSEL REQUESTED SANCTIONS FOR "MULTIPLE IDENTICAL FILINGS ACROSS UNRELATED CASES" YET COUNSEL HIMSELF COPIED & PASTED FILINGS IDENTICLE IN ANOTHER CASE. THIS EFFECTIVELY MEANS COUNSEL REQUEST SANCTIONS FOR HIS OWN CONDUCT. SAVVY. COUNSEL ENTIRE "MOTION FOR SANCTIONS" WAS WRITTEN BY ANOTHER LAWYER WHOM FILED THE SAME FRIVOLOUS PLEADING.

DEFENDANTS ARE CURRENTLY BEING SUED IN FEDERAL COURT FOR SEXUAL ABUSE, RETALIATION, BIBLE BAN, DENIAL OF FOIA & PUBLIC RECORDS, DENYING THE RIGHT TO VOTE, STEALING LEGAL MAIL & USING IT IN COURT...

COUNSEL IS ATTEMPTING TO DISCREDIT PLAINTIFF & HAS GIVEN PLAINTIFF CREDIBILITY AS A PARADOX

COUNSEL PROVIDED FALSE & FABRICATED EXHIBITS OF CLASS SCHEDULES AS EXHIBITS WHILE YOUKER PERJURED TESTIMONY IN HIS AFFIDAVIT. COUNSEL MISREPRENTED YOUKERS ASSAULT ON PLAINTIFF AS "GUIDING" HIM TO HIS CELL. IN REALITY YOUKER MEETS ALL STATUTORY REQUIREMENTS OF ASSAULT ON GORDON.

SANCTIONS ARE APPROPRIATE FOR FILLING MISREPRESENTATIONS TO THE COURT & FOR IMPROPER PURPOSES

PART TWO - EXISTING LAW

COUNSEL IS REQUESTING SANCTIONS FOR ASSISTING MEN GAINING ACCESS TO RELIGIOUS LITERATURE. THIS IS BECAUSE YOUKER IMPLEMENTED A BIBLE BAN... NOT ONLY IS THAT CASE(S) NOT RELEVANT HERE ITS A LAWFUL ACT. 28 CFR 543.11

MR MARCUM CRIED IT WAS "TOO DIFFICULT" TO JOIN THE ACTIONS & HE CAN'T HAVE IT BOTH WAYS.

"AN INMATE MAY ASSIST ANOTHER INMATE IN THE SAME INSTITUTION DURING HIS LEISURE TIME WITH LEGAL RESEARCH & PREPARATION OF LEGAL DOCUMENTS FOR SUBMISSION TO A COURT..." 28 CFR 543.11

THIS CONSTITUTES AS A "FRIVOLOUS ARGUEMENT TO MODIFY, REVERSE OR ESTABLISH NEW LAW" IN VIOLATION OF FRCP 11

NOT ONLY IS A STATUTORY RIGHT TO HELP OTHERS IT IS A CONSTITUTIONAL RIGHT TO THOSE BEING HELPED. "ASSISTANCE IS PROTECTED AS A DERIVATIVE OF THE COMPLAINANTS RIGHT TO ACCESS TO COURTS" (HERRON V HARRISON 203 F. 3d 410 6TH CIR 1999) "TO DENY THIS ASSISTANCE DENIES THE CONSTITUTIONAL RIGHT OF ACCESS TO COURTS" (JOHNSON V AVERY 393 US 483 89 S. CT. 747, 21 L. ED 2d 718 1969)

COUNSEL HAS EFFECTIVELY REQUESTED THIS COURT TO OVERRULE 60 YEARS OF SUPREME COURT PRECEDENT BECAUSE HIS CLIENTS ARE INCOMPETENT. IN FACT "SEGREGATION OF A JAILHOUSE LAWYER DENIES THIS CONSTITUTIONAL RIGHT" (GIBBS V HOPKINS 10 F 3d 373 6TH CIR 1993)

LET THIS SERVE AS FAIR WARNING AS PLAINTIFF IS HOUSED IN SEGREGATION... THERE WILL BE HUNDREDS OF LAWSUITS ON THIS ISSUE ALONE. THESE GENTLEMEN HAVE A CONSTITUTIONAL RIGHT TO PLAINTIFF ASSISTANCE, IT SHOULD BE NOTED PLAINTIFF PAYS FOR ALL PAPER & ENVELOPES FOR THOSE WHO CANNOT AFFORD & READS, WRITES, FOR ALL WHO ARE NOT ABLE AT NO COST EVER. PLAINTIFF PROVIDES A FREE PUBLIC SERVICE TO THOSE IN NEED. THE GOAL IS TO BE OF MAXIMUM SERVICE TO ALL IN NEED OF SUPPORT. ACCESS TO COURTS SHOULD NOT BE CONTINGENT ON WEALTH OR KNOWLEDGE.

SHOWING INMATES HOW TO LITIGATE FOR THEIR RIGHTS SUCCESSFULLY RATHER THAN VIOLENCE IS NOT A SANCTIONABLE OFFENSE.

BIBLES $ RELIGIOUS LITERATURE IS AT TIMES ALL THESE MEN HAVE TO THEIR NAME AND IT IS NO SUPRISE THEY BANDED TOGETHER TO REGAIN BIBLES. AGAIN THIS IS A CONSTITUTIONAL RIGHT, NOT A SANCTIONABLE OFFENSE. NOR WAS IT EVER RELEVANT TO THIS CASE. COUNSEL VIOLATED FRCP 11 AS EXISTING LAW MAKES HIS CLAIM UNWARRANTED

PART THREE - FACTUAL CONTENTIONS

NOT ONE FACTUAL CONTENTION MADE BY COUNSEL WAS A TOTAL FACT SUPPORTED BY EVIDENTIARY SUPPORT. COUNSEL FAILED TO MENTION HIS CLIENTS WERE APPROACHING MEN TO BECOME CONFIDENTIAL INFORMANTS FOR FAVORABLE PLEA DEALS...

THAT SAID, PLAINTIFF DISPROVED EVERY ALLEGATION MADE BY COUNSEL WITH EVIDENTIARY SUPPORT.

COUNSEL STATED "MULTIPLE REPORTS OF LAWSUITS FILED ON INMATES BEHALF WITHOUT THEIR KNOWLEDGE OR CONSENT" - THIS IS CATEGORICALLY FALSE. IN FACT VILLALTA, LE CLAIRE, AND LORES-ACOSTA, AND WIGGINS EACH DENY THIS. MR WIGGINS HAS FILED SUIT AGAINST MR MARLATT BECAUSE OF THIS.

COUNSEL HAS MADE ACCUSATIONS THAT WOODS, DEBERRY, RICONOSCUITO, HOLLAND, CRAIN, MABOR, AND HEVEY WITHOUT SPEAKING TO ONE PERSON. COUNSEL IS NOT AN EXPERT NOR HAS ANY EVIDENCE TO SUPPORT HIS CLAIMS. IN FACT, EACH ONE OF THESE MEN SIGNED A CONSENT & REQUEST FORM TO SUE CHAD YOUKER.

COUNSELS "FACTUAL CONTENTIONS" HAVE NO EVIDENTIARY SUPPORT & WARRANT SANCTIONS. IN FACT, THE EXACT OPPOSITE IS THE CASE.

"PLAINTIFF PRIOR FALSE TESTIMONY" - FIRST, PLAINTIFFS EX-WIFE IS A NASHVILLE LAWYER WHOM PRETENDED TO BE GENERAL COUNSEL OF A COMPANY PLAINTIFF OWNS ... ODDLY ENOUGH PLAINTIFFS SISTER IS THE ONLY ATTORNEY PLAINTIFF SPOKE TO ABOUT HIS COMPANY. THE BOARD OF PROFESSIONAL RESPONSIBILITY WAS NOTIFIED DUE TO THIS FRAUD BY A LAWYER... NOT SUPRISING CONDUCT BY A LAWYER

IN REGARDS TO PLAINTIFFS EX WIFE THE EXHIBITS ARE UTTERLY CLEAR THAT MR MARLATTS "FACTUAL CONTENTIONS" DO HAVE EVIDENCE DISPROVING EACH CLAIM COUNSEL MADE.

MR MARLATT SHOULD REFER TO CASES 3:26-CV-00718, 3:26-CV-00619, 3:26-CV-00046, 3:26-CV-0116 8

COUNSEL DOES NOT WANT TO BE TASKED WITH READING THE EXHIBITS AS IT CLEARLY SHOWS HIS FRAUD UPON THE COURT. MR MARCATT GIVES THE LEGAL PROFESSION A BAD NAME DUE TO HIS FRAUD & INCOMPETENCE. SANCTIONS ARE APPROPRIATE

PART FOUR - DENIALS

COUNSELS DENIAL THAT YOUKER ASSAULTED GORDON IS DEFEATED AS A MATTER OF LAW & VIDEO EVIDENCE. COUNSEL DENIED PLAINTIFF WAS HOUSED IN SEGREGATION CALLING IT "GENERAL POPULATION" YET WCSO OWN REPORTS CALL 101 "SPECIAL HOUSING."

COUNSEL EVEN DENIES PLAINTIFF WAS SEXUALLY ABUSED OR SEXUALLY HARASSED AS A FABRICATION. YET, DEPUTY APER HIMSELF ADMITTED THE EVENT TOOK PLACE, THERE WERE MULTIPLE WITNESSES, WHILE CORPORAL JOHNSON WROTE IN HER REPORT SHE "CLEARLY SAW APER" ON VIDEO. AS STRING OF COINCIDENCES AROSE AFTER WHERE APER'S BODY CAM MALFUNCTIONED, THE POD SECURITY CAMERA WAS OVERWRITTEN, WHILE DEFENDANT LINDQUIST WRITES IN HER OWN REPORT THAT SHE VIEWED THE CAMERA FOOTAGE. LUCKY GROUP OF PEOPLE TO HAVE FIVE CAMERAS ALL MALFUNCTION SIMULTANEOUSLY. EITHER WAY THIS DENIAL IS NOT SUPPORTED BY EVIDENCE AS HIS CLIENTS ARE OBSTRUCTING JUSTICE.

YOUKER HIMSELF SAID "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONCE". IT SHOULD BE NOTED THAT NOT ONE TIME DOES COUNSEL DENY YOUKER IS A RAGING HOMOSEXUAL & THAT TAKES PHOTOS OF INMATES NUDE. YES THERE IS PROOF.

TO BE A VICTIM OF SEXUAL ABUSE IS COMPLETE & UTTER DEMORALIZATION. PLAINTIFF HAS A CONSTITUTIONAL RIGHT UNDER ~~ART~~ 1 SEC 35 TO BE FREE FROM HARASSMENT, INTIMIDATION, AND HARASSMENT. COUNSEL IS CLEARLY ATTEMPTING TO HARASS PLAINTIFF. LT. LINDQUIST SENT AN APOLOGY NOTE ON THE KIOSK ADMITTING & ACKNOWLEDGING THE EVENT TOOK PLACE. THIS WAS A NORMAL HUMAN RESPONSE. TRYING TO DENY FACTS AT THIS POINTS TO AN IMMATURE INCOMPETENT LAWYER WANTING BILLABLE HOURS BECAUSE HE HAS NO PAYING CLIENTS. COUNSEL CONDONES SEXUAL ABUSE & BIBLE BANS.

IF THE EVENT WAS FABRICATED WHY WOULD ALL CAMERA FOOTAGE BE DELETED? WHY WAS APER FORCED TO RESIGN? WHY WAS PLAINTIFF PLACED IN SEGREGATION WITH NO WAY TO COMMUNICATE WITH MEDIA & FAMILY. ODDLY ENOUGH THE SAME EXACT THING HAPPENED WHEN WHEN A SPECIAL NEEDS CHILD WAS RAPED AT WCSO BY DEPUTY. COINCIDENTLY THE CHILD WAS PLACED IN SEGREGATION AFTER THE RAPE BY WCSO DEPUTY. THERE IS A PATTERN OF RETALIATION.

THIS CASE IS NOT A QUESTION OF IF THE EVENT TOOK PLACE AS COUNSEL INFERS. YET THE QUESTION IS IF FORCING A PERSON TO MASTURBATE AND PERFORM A SEXUAL ACT IN A JAIL CONTEXT WITH ONLY VERBAL DEMAND IS SEXUAL ABUSE OR SEXUAL HARASSMENT. FOLLOWED WITH THE RETALIATION CLAIM & LOCKING PLAINTIFF IN THE HOLE ISOLATED WITH DEPUTY UPER... THE 6TH CIRCUIT IS CLEAR ON PRECEDENT THIS IS SEXUAL ABUSE & RETALIATION. "IT WAS A REGRETTABLE SITUATION..." ASHLEY LINDQUIST

SANCTION ARE WARRANTED ON COUNSEL FOR HIS VIOLATION OF FRCP 11

PRAYERS FOR RELIEF

(1) STRIKE ALL PLEADINGS & RESTRICT DEFENDANTS FROM TESTIFYING AT TRIAL OR PUTTING ON ANY DEFENSE

(2) REFER COUNSEL TO THE BOARD OF PROFESSIONAL RESPONSIBILITY FOR PUNISHMENT UP TO DISBARMENT

(3) REVOKE COUNSEL'S ABILITY TO PRACTICE LAW FOR ONE YEAR

(4) AWARD COST OF $1,800 FOR FILING & PRODUCING EXHIBITS ALONG WITH ALL COURT COST & FEES, DISCRETIONARY FEES, AND ATTORNEYS FEES.

(5) FOR ALL OTHER RELIEF DEEM PROPER

RESPECTFULLY,

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US ON 9/17/26 MAIL TO EMMERSON MARCATT

3310 W. END AVE, SUITE 550

NASHVILLE, TN 37203

(20)

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




US District Court Clerk
719 Church St #1300
Nashville, TN 37203

LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022