RECEIVED
SEP 29 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN US DISTRICT COURT OF M.D. TENNESSEE AT NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO ET AL

MOTION FOR MEDICAL STAY

- NOTICE OF TRANSFER FURLOUGH

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT FOR MEDICAL STAY OF 90 DAYS. THE DEFENDANTS HAVE PLAINTIFFS MEDICAL RECORDS & WILL NOT RELEASE THE INFORMATION THIS COURT REQUESTED. HOWEVER, MY LAWYER GEOFFREY COSTON SPOKE WITH THE LOCAL JUDGE & CAN CONFIRM THE SURGERY & MEDICAL FURLOUGH IS SCHEDULED. WILLIAMSON CNTY'S LAWYERS ARE AWARE & CAN CONFIRM

PLAINTIFFS PRAYS FOR RELIEF TO STAY PROCEEDINGS FOR 90 DAYS DURING MEDICAL FURLOUGH & ORDER DEFENDANTS TO PROVIDE MEDICAL RECORDS TO THIS COURT AS THE CUSTODIANS OF RECORDS.

RESPECTFULLY,

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 9/21/26 VIA US MAIL TO EMERSON MARCIATT 408 CENTURY CT FRANKLIN TN

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

Robert Gordon
#65920
408 Century Ct
Franklin, TN 37064

NASHVILLE TN 370
26 SEP 2026 PM 2 L




STATION

RECEIVED
SEP 29 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
719 Church St #1300
Nashville TN 37203

Legal

37203-709525