U.S. Department of Justice
United States Marshals Service

PID# 075-3:2024-CV-01121-12

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>ROBERT GORDON | COURT CASE NUMBER<br>3:24-CV-01121 C12 |
| DEFENDANT<br>ANDREW APER | TYPE OF PROCESS<br>summon/complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ANDREW APER

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 190 GORE RD LAWRENCEBURG, TN 38464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ROBERT GORDON
408 CENTURY CT
FRANKLIN, TN 37064

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):* WILLIAMSON COUNTY SHERIFF DEPUTY

971-338-8230 CELL

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 501-353-5468 | 8/18/26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 75 | No. 75 | K. Burch | RECEIVED SEP 01 2026 BY: |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 28 SEP 2026 | 0900 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS 9/2/2026 - Sent certified mail #9589 0710 5270 1442 4207 29

9/21/26 - no action on mail attempt - assigned for personal service

9/28/26 - TFO drove by address & determined home is abandoned. Wrong address

FILED
2026 SEP 29 PM 2:24
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

C12



# UNITED STATES DISTRICT COURT

for the

RECEIVED
SEP 01 2026
BY:

Robert Gordon
*Plaintiff*

v.

Andrew Aper
*Defendant*

Civil Action No. 3:24-cv-01121

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Andrew Aper
190 Gore Road
Lawrenceburg, TN 38464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Gordon
408 Century Ct
Franklin, TN 37064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 9/1/2026

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* 25 SEP 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________, a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________ on *(date)* ____________ ; or

☒ I returned the summons unexecuted because wrong address ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 28 SEP 2026

[signature]
*Server's signature*

Rachel Cothren / DUSM
*Printed name and title*

719 Church St Ste 2500, Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc: