IN THE US MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 30 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

MOTION TO FILE UNDER SEAL

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT TO FILE EXHIBITS UNDER SEAL PURSUAT TO FRCP 5.2, M.D. L.R. 5.03, 7.01,

THE CONTENTS OF THE EXHIBITS CONTAIN, P.I.I, SOCIAL SECURITY #'S, TAX ID & EIN #'S, FULL NAME & DOB, ADDRESS. HOWEVER, THE EXHIBITS ARE REQUIRED TO DISPROVE DEFENDANTS FRAUD UPON THE COURT. (i.e. COUNSEL MISLEAD THE COURT & BLATANTLY LIED IN HIS PLEADINGS) THE P.I.I IS REQUIRED FOR AUTHENTICITY.

IT ALSO IS PROOF OF COUNSELS VIOLATIONS OF TN. R. S. CT. 3.3 CANDOR TOWARD TRIBUNAL.

WHEREFORE PLAINTIFF PRAYS FOR RELIEF TO FILE EXHIBITS UNDER SEAL.

RESPECTFULLY,

[signature]

# CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL TO EMMERSON MARLATT AT 408 CENTURY CT FRANKLIN, TN 37064

Robert Gordon
65920
498 Century Ct
Franklin, TN 37064

RECEIVED
SEP 30 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




US District Court Clerk
719 Church St #1300
Nashville, TN 37203

LEGAL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022