US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE NASHVILLE

ROBERT GORDON

V CASE # 3:24-CV-01121

WCSO, ET AL

RECEIVED

OCT 0 1 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

MD L.R 5.03 MOTION TO SEAL - MEDICAL

NOTICE OF SURGERY - MOTION TO

STAY PROCEEDINGS

COMES NOW, ROBERT GORDON, HEREBY MOVES THIS COURT PURSUANT TO M.D LR 5.03 TO SEAL THIS DOCUMENT & STAY PROCEEDINGS. PLAINTIFF IS UNABLE TO REDACT AND STILL AUTHENTICATE THE EXHIBIT FROM BONE & JOINT INSTITUTE, OCTOBER 5, 2026 WAS THE INTENDED SURGERY DATE, BUT HAS BEEN RESCHEDULED PLAINTIFF DOES NOT HAVE EXACT DATES OF SURGERY AS HE IS NOT PRIVY TO THIS INFORMATION, BUT DR. STARK RECOMMENDED 90 DAYS DUE TO EYE & HIP SURGERY POST-OP TIMING, AND PHYSICAL THERAPY. PLAINTIFF IS BEING TRANSFERRED TO A MEDICAL FACILITY DURING THIS TIME BUT LOCATION IS NOT KNOWN TO PLAINTIFF. OPPOSING COUNSEL IS AWARE & CAN CONFIRM WITH HIS CLIENT. PHYSICAL THERAPY WILL BE 6-8 WEEKS MINIMUM FOR THE HIP REPLACEMENT & VISION IS TBD ON FOLLOW-UP. AFTER MULTIPLE REQUEST TO VALIDATE THIS MEDICAL REQUEST THE DEFENDANTS WHO ARE IN CONTROL OF THE RECORDS WILL <u>NOT</u> PRODUCE PLAINTIFFS MEDICAL INFORMATION FOR THIS COURT.

WHEREFORE PLAINTIFF PRAYS THIS COURT WILL SEAL MEDICAL INFORMATION & GRANT A 90-DAY STAY WHILE PLAINTIFF IS IN POST-OP PHYSICAL THERAPY FACILITY.

RESPECTFULLY,

[signature]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 9/26/26 TO EMMERSON MARRITT AT 408 CENTURY CT FRANKLIN, TN 37064

Robert C Gordon
#65920
498 Century Ct
Franklin, TN 37064




NASHVILLE TN 370
29 SEP 2026 PM 2 L

Thinking of You

US District Court Clerk
719 Church St #1300
Nashville, TN 37203

RECEIVED
OCT 0 1 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

LEGAL

37203-709525

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022