RECEIVED

OCT 28 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

ROBERT GORDON

V

CASE # 3:24-CV-01121

WILLIAMSON COUNTY SHERIFFS OFFICE, ET AL

**OBJECTION TO DOCUMENT 156 - REPORT AND RECOMMENDATION**

COMESNOW, ROBERT GORDON, HEREBY OBJECTS TO THE REPORT & RECOMMENDATION DOCUMENT 156. WHEREFORE, ROBERT GORDON - PLAINTIFF STATES THE FOLLOWING:

I. BACKGROUND - PLAINTIFF DISAGREES

II. DISCUSSION

A. DISAGREES ON MOTION FOR JUDGEMENT ON PLEADINGS

B. DISAGREES ON QUALIFIED IMMUNITY

C. DISAGREES ON FAILURE TO SERVE APER

III RECOMMENDATION

1 - DISAGREE ON GRANTING MOTION ON PLEADINGS

2 - DISAGREE ON DISMISSAL ON APER

PLAINTIFF RECEIVED R&R DOCUMENT 156 ON 10/16/26 AT 4:03PM & PER PRISON MAILBOX RULE HAS FILED THIS OBJECTION ON 10/17/26 - WELL WITHIN THE 14 DAY RECEIPT OF THE R&R.

RESPECTFULLY,

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT TO DEFENDANTS ON 10/17/26 VIA US MAIL TO DEFENDANT AT 408 CENTURY CT FRANKLIN, TN 37064

RESPECTFULLY,

[signature]

(2)

Robert Gordon
#65920
409 Century Ct
Franklin, TN 37064







US District Court Clerk
719 Church St #1300
Nashville, TN 37203

RECEIVED
OCT 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Legal
Mail
Prison Mailbox Rule Filed on 10/17/26

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office