**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT C. GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24:CV-1121** |
| | ) | |
| **WILLIAMSON COUNTY SHERIFF'S OFFICE, CHAD YOUKER, ASHLEY LINDQUIST, f/n/u APER, CHRIS GRAY, JEFF HUGHES, and LISA CARSON,** | ) | **Judge Waverly D. Crenshaw, Jr.**<br>**Magistrate Judge Luke A. Evans**<br><br>**JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**COUNTY DEFENDANTS' RESPONSE TO THE PLAINTIFF'S OBJECTION TO THE COURT'S REPORT AND RECOMMENDATION**

Comes now, Captain Chad Youker, Lieutenant Ashley Lindquist, Sergeant Chris Gray, and Sheriff Jeff Hughes (collectively, the "Williamson County Defendants" or the "County Defendants"), by and through undersigned counsel, and pursuant to the Court's Report and Recommendation (DE 156, Page ID 3540) and R. 72(b)(2), F.R.C.P., and submit this Response to the Plaintiff's Objection to the Court's Report and Recommendation (DE 157).

The County Defendants oppose the Plaintiff's objection for the reasons outlined in the Court's Report and Recommendation (DE 156). Further, the Plaintiff's objection is untimely. The Court's Report and Recommendation was filed on October 8th, 2026, and the Plaintiff's Objection (DE 157) was filed on October 28th, 2026. That is six days after the deadline to object contained in the Report and Recommendation (DE 156, Page ID 3540). The Plaintiff provides no evidence to support his contention that he did not receive the Court's Report and Recommendation until October 16th, 2026. Therefore, the Plaintiff's objection should be overruled.

*(Signature Block and Certificate of Service on Next Page)*

***/s/ Emmerson Y. Marlatt***
Robert M. Burns, #15383
Emmerson Y. Marlatt, #42797
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
emarlatt@howell-fisher.com
(615) 244-3370
*Attorneys for Williamson Co. Defendants*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on this the 3rd day of November, 2026. Notice of this filing will be sent by USPS Mail, postage-prepaid to the plaintiff, and/or by operation of the Court's electronic filing system to:

| | |
|---|---|
| Robert C. Gordon<br>#65920<br>Williamson County Sheriff's Office<br>408 Century Court<br>Franklin, TN 37064 | |

***/s/ Emmerson Y. Marlatt***
Emmerson Y. Marlatt